Marumo Nation
4-36 # 141669
3800 Fountain
Atmore, Al 36503

MONTGOMERY AL 361
SEP 2006 PM 2 T

RECEIVED
2006 SEP -5 A 9:40

Office of Clerk
United States District court
P.O Box 711
Montgomery , Al
36101-711

36101+0711    BO07