IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARVIN KURT NATION, #141669    ¶
　　　　Plaintiff,              ¶
　　versus.                     ¶     CASE NO: 2:06-CV-693-ID(WO)
WILLIE AMBERS, et al.,          ¶
　　　　Defendants.              ¶

## MOTION FOR APPOINTMENT OF COUNSEL

**Comes Now**, the Plaintiff, Marvin Kurt Nation, # 141669 and Motion's this Honorable Court for the appointment of counsel, and in support hereof the Plaintiff shows unto this Honorable Court as follows in support pursuant to 28 U. S. C. § 1915(e)(1), that:

1]. The Plaintiff is unlearned in the law and has had to depend upon the inmate paralegal services to provide him with the assistance that he needs to prosecute this action before this Honorable Court.

2]. The Plaintiff avers that the issues are complex, and the best ends of justice in this action would be best served if counsel was appointed to represent the Plaintiff in this matter pending before this Court.

3]. The Plaintiff avers that the issue involved in this action is too complex for the Plaintiff to proceed with on his own, and counsel is much needed to pursue the necessary discovery required in this action, which the Plaintiff has yet to have the

opportunity to pursue at this time.

4]. The Plaintiff avers that he is unable to litigate against two different law offices with the limited knowledge and access to legal materials and advice, which consist of an out-dated computer system installed by prison officials, and no self-help litogation manuals for instructional purposes.

5]. The plaintiff realizes that this Honorable Court has broad discretion to appoint counsel for an indigent plaintiff in a civil action case only if exceptional circumstances exist, which in this case the Plaintiff avers that the exceptional circunstances necessary for the appointment of counsel in this case.

6]. The Plaintiff avers that he has had to rely on the service provided by inmate paralegals, and even that assistance is limited to the point of mere filing of pleadings, but come time for the Plaintiff to pursue his discovery and request for the taking of depositions this Plaintiff will be found wanting in the area of experience and trained legal assistance.

**Wherefore,** this Plaintiff respectfully request that this Honorable Court appoint counsel in this matter to assist the Plaintiff in the prosecution of this action before the Court, and for any further relief in this area that the Plaintiff may be entitled to under these circumstances.

Done on this the  15th  day of  September, 2 0 0 6.

Respectfully Submitted,

_____
Marvin   Kurt   Nation
Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the defendants, by placing a copy of the same in the United State mail properly stamped and addressed to the same named hereinafter on this the 15th day of September, 2 0 0 6.

>      STATE OF ALABAMA
>   DEPARTMENT OF CORRECTIONS
>       LEGAL DIVISION
> C/O HON. TROY KING, ATTY. GEN.
>     ATTN: GENERAL COUNSEL
>     1 1  SOUTH  UNION  STREET
>  MONTGOMERY, ALABAMA 36130-0152
> ---------------------------------
>
>   PRISON HEALTH SERVICE, INC.
>    LEGAL DEFENSE DEPARTMENT
>  105 WEST PART DRIVE, Ste. 200
>    BRENTWOOD, TENNESSEE  27027
> ---------------------------------

_____
                PLAINTIFF

ADDRESS OF PLAINTIFF:

MARVIN  KURT  NATION
AIS # 141669     UNIT # 4/036
G. K. FOUNTAIN CORR. FAC.
F O U N T A I N    3 8 0 0
A T M O R E,  ALABAMA  36503

cc: filed.