IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARVIN NATION, (AIS # 141669)         *

       Plaintiff,               *

V.                           *       2:06-cv-693-ID

WILLIE AMBERS, ET AL.            *

       Defendants.           *

## **SPECIAL REPORT OF DEFENDANT MICHAEL E. ROBBINS, M.D.**

COMES NOW the Defendant, Michael E. Robbins, M.D. in response to this Honorable Court's Order and presents the following Special Report with regard to this matter:

## I. **INTRODUCTION**

The Plaintiff, Marvin Nation (AIS # 141669) is an inmate who was confined at Kilby Correctional Facility located in Montgomery, Alabama at all times relevant to his complaint against this Defendant. On August 7, 2006, Mr. Nation filed a Complaint against Michael E. Robbins, M.D., the Medical Director for Kilby Correctional Facility, alleging that he failed to provide him with appropriate medical treatment subsequent to being involved in an automobile accident on September 21, 2006. (See Complaint). The Plaintiff demands an unspecified amount in compensation for pain and suffering. (Id.)

As directed, the Defendant has undertaken a review of Plaintiff Nation's claims to determine the facts and circumstances relevant thereto. At this time, the Defendant is submitting this Special Report, which is supported by a Certified Copy of Plaintiff

Nation's medical records (attached hereto as Exhibit "A"), the Affidavit of Michael E. Robbins, M.D. (attached hereto as Exhibit "B") and the Affidavit of Linda Lawrence, R.N., H.S.A. (attached hereto as Exhibit "C"). These evidentiary materials demonstrate that Plaintiff Nation has been provided appropriate medical treatment for his complaints at all times, and that the allegations in his Complaint are without merit.

## II. <u>NARRATIVE SUMMARY OF FACTS</u>

At all pertinent times, Marvin Nation (AIS # 141669) was incarcerated as an inmate at Kilby Correctional Facility. (<u>See</u> Exhibits "A" & "B"). Nation has been seen and evaluated by Kilby's medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Kilby. (<u>Id</u>.)

Mr. Nation has made a complaint in this matter that the Defendant failed to provide him with appropriate medical treatment following an automobile accident on September 21, 2004. (<u>See</u> Complaint). The Plaintiff's allegations are untrue, however, as the Defendant has acted appropriately in treating and evaluating this inmate at all times. (<u>See</u> Exhibits "A" & "B").

Mr. Nation was involved in an automobile accident on September 21, 2004 while working with a road crew while incarcerated at Elmore County Correctional Facility. (<u>See</u> Complaint and Exhibits "A" & "B"). Mr. Nation was transferred to Kilby Correctional Facility on September 26, 2004 following his discharge from Baptist Medical Center East where he had undergone an Open Reduction Internal Fixation (O.R.I.F.) procedure by Richard A. Kean, M.D. to set a left zygomatic maxillary complex (ZMC) fracture as well as left maxillary alveolar segment fracture (which was performed

on September 24, 2004). (Id.)    Mr. Nation was housed at Kilby until October 5, 2004
when he was transferred. (Id.)

Dr. Robbins first evaluated Mr. Nation on September 26, 2004 after he was
returned from surgery. (Id.) At that time Dr. Robbins noted that he was suffering from
post-operative pain, but, otherwise was in no acute distress. (Id.) His jaws were wired
together subsequent to surgery. (Id.)   He displayed some facial bruising as well as a
healing abrasion on his lower left leg. (Id.) He was clinically stable. (Id.) Dr. Robbins
subsequently admitted Mr. Nation to Kilby's infirmary for post-surgical care. (Id.)

Pursuant to Dr. Kean's post-operative orders, Mr. Nation was prescribed narcotic
pain relievers including Vicoden and Hydrocodone Elixir. (Id.) He was also prescribed
Amoxicillin, an antibiotic. (Id.) To facilitate eating, Mr. Nation was placed on a soft food
diet. (Id.)  He was allowed oral saline rinses as needed. (Id.)

Mr. Nation received regular nursing evaluation while admitted to Kilby's
infirmary from September 26, 2004 through October 5, 2004. (Id.) Dr. Robbins
personally evaluated Mr. Nation on September 28th, September 29th, October 1st, and
October 5th, 2004. (Id.) Mr. Nation's condition remained stable and his plan of treatment
was maintained. (Id.) Mr. Nation was transferred to Dr. Kean for follow-up evaluation on
September 29, 2004 and again on the morning of October 6, 2004 when he was
transferred from Kilby and out of Dr. Robbins' care. (Id.)

It is Dr. Robbins' understanding that Mr. Nation contends he was not provided
appropriate post–operative evaluation and/or treatment at Kilby. (See Complaint).
However, all of Mr. Nation's medical conditions and complaints have been evaluated and
treated in a timely and appropriate fashion. (See Exhibits "A" & "B").  Mr. Nation has

been seen and evaluated by the medical or nursing staff, and he has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Kilby Correctional Facility. (Id.)

At all times, the Defendant has exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. (Id.)  In other words, the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. (Id.)

At no time has the Defendant denied Mr. Nation any needed medical treatment, nor has he ever acted with deliberate indifference to any serious medical need of Mr. Nation. (Id.) At all times, Mr. Nation's medical complaints and conditions have been addressed as promptly as possible under the circumstances. (Id.)

### III. DEFENSES

The Defendant asserts the following defenses to the Plaintiff's claims:

1.      The Defendant denies each and every material allegation contained in the Plaintiff's Complaint and demands strict proof thereof.

2.      The Defendant pleads not guilty to the charges in the Plaintiff's Complaint

3.      The Plaintiff's Complaint, fails to state a claim against the Defendant for which relief can be granted.

4.      The Defendant affirmatively denies any and all alleged claims by the Plaintiff.

5.      The Plaintiff is not entitled to any relief requested in the Complaint.

4

6.      The Defendant pleads the defense of qualified immunity and avers that the actions taken by the Defendant were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

7.      The Defendant is entitled to qualified immunity and it is clear from the face of the Complaint, that the Plaintiff has not alleged specific facts indicating that the Defendant has violated any clearly established constitutional right.

8.      The Defendant cannot be held liable on the basis of respondeat superior, agency, or vicarious liability theories.

9.      The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

10.      The allegations contained in the Plaintiff's Complaint, against the Defendant sued in his individual capacity, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

11.      The Defendant pleads all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

12.      The Defendant avers that he was at all times acting under color of state law and, therefore, he is entitled to substantive immunity under the law of the State of Alabama.

13.      The Defendant pleads the general issue.

14.      This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendant would

amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

15.    The Plaintiff's claims against the Defendant in his official capacity are barred by the Eleventh Amendment to the United States Constitution.

16.    Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

17.    The Defendant pleads the defense that at all times in treating Plaintiff he exercised the same degree of care, skill, and diligence as other medical providers would have exercised under similar circumstances and that at no time did he act toward the Plaintiff with deliberate indifference to a serious medical need.

18.    The Defendant pleads the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render him liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

19.    The Defendant pleads the affirmative defenses of contributory negligence and assumption of the risk.

20.    The Defendant pleads the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

21.    The Defendant pleads the affirmative defense that she is not responsible for the policies and procedures of the Alabama Department of Corrections.

22.    The Defendant pleads the affirmative defense that the Plaintiff has failed to mitigate his own damages.

23.    The Defendant pleads the affirmative defense that he is not guilty of any conduct which would justify the imposition of punitive damages against him and that any such award would violate the United States Constitution.

24.    The Defendant adopts and asserts all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

25.    The Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to 42 U.S.C. § 1997e(a). The Plaintiff has failed to pursue the administrative remedies available to him.  See Cruz v. Jordan, 80 F. Supp. 2d 109 (S.D. N.Y. 1999) (claims concerning Defendant's deliberate indifference to a medical need is an action "with respect to prison conditions" and is thus governed by exhaustion requirement).

26.    The Prison Litigation Reform Act amendment to 42 U.S.C. § 1997(e)(c) mandates the dismissal of Plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks money damages from the Defendant who is entitled to immunity.

27.    The Plaintiff's claims are barred by the Prison Litigation Reform Act of 1995, 42  U.S.C. §1997(e).

28.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

29.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks

money damages from the Defendant who is a state officer entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

30.    The Defendant asserts that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award this Defendant reasonable attorney's fees and costs incurred in the defense of this case.

31.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV. <u>ARGUMENT</u>

**A**.    <u>**The Plaintiff has failed to prove that the Defendant acted with deliberative indifference to any serious medical need.**</u>

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. <u>Romero v. City of Clanton</u>, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (<u>citing</u>, <u>Hishon v. King & Spalding</u>, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," <u>Shows v. Morgan</u>, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Nation's medical records reveals that Nation has been given appropriate medical treatment at all times. (<u>See</u> Exhibits "A" & "B"). All of the allegations contained within Nation's Complaint are either inconsistent with his medical records, or are claims for which no relief may be granted. (<u>Id.</u>) Therefore, Nation's claims against the Defendant are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Nation must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs.  See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001).  In order to prevail, Nation must allege and prove that he suffered from a serious medical need, that the Defendant was deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference.  See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation.  Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner.  See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342.  Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendant may only be liable if he had knowledge of Nation's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-

105. Obviously, Nation cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendant did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that appropriate standards of care were followed at all times. (Id.) These facts clearly disprove any claim that the Defendant acted intentionally or recklessly to deny treatment or care.

The Defendant is, further, entitled to qualified immunity from all claims asserted by Nation in this action. There is no argument that the Defendant was not acting within the scope of his discretionary authority. See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994). Because the Defendant has demonstrated that they were acting within the scope of his discretionary authority, the burden shifts to Nation to show that the Defendant violated clearly established law based upon objective standards. Eubanks, 40 F. 3d at 1160. The Eleventh Circuit requires that before the Defendant's actions can be said to have violated clearly established constitutional rights, Nation must show that the right allegedly violated was clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting,

Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)).  The question that must be asked is whether the state of the law in 2006 gave the Defendant fair warning that the alleged treatment of Nation was unconstitutional. Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Nation must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendant to the fact that its practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994).  In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994).  The Defendant submits that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Nation's constitutional rights.  All of Nation's medical needs have been addressed or treated. (See Exhibits "A" & "B").  The Defendant has provided Nation with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

**B.**    **The Plaintiff failed to exhaust his administrative remedies prior to filing suit in violation of the Prison Litigation Reform Act (PLRA).**

Congress enacted the Prison Litigation Reform Act of 1995 (PLRA), 110 Stat. 1321-71, as amended, 42 U.S.C. § 1997e et seq., in 1996 in the wake of a sharp rise in prisoner litigation in the federal courts. See, e.g., Alexander v. Hawk, 159 F.3d 1321, 1324-1325 (CA11 1998) (citing statistics).[1] The PLRA was enacted in attempts to eliminate unwarranted federal-court interference with the administration of prisons, and thus, to "afford corrections officials time and opportunity to address complaints internally before allowing the initiation of a federal case." Nussle, 534 U.S., at 525, 122 S. Ct. 983, 152 L. Ed. 2d 12. See also Booth, 532 U.S., at 739, 121 S. Ct. 1819, 149 L. Ed. 2d 958. The PLRA was also designed to "reduce the quantity and improve the quality of prisoner suits." Nussle, supra, at 524, 122 S. Ct. 983, 152 L. Ed. 2d 12.

A centerpiece of the PLRA's effort "to reduce the quantity . . . of prisoner suits" is an "invigorated" exhaustion provision. See § 1997e(a), and Porter v. Nussle, 534 U.S. 516, 524, 122 S. Ct. 983, 152 L. Ed. 2d 12 (2002).[2] Specifically, the PLRA provides that prisoners may not file suit in Federal court for complaints regarding prison conditions unless they have first fully extinguished all administrative remedies available. Specifically,

> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative

---

[1] The PLRA contains a variety of provisions designed to bring inmate litigation under control. See, e.g., § 1997e(c) (requiring district courts to weed out prisoner claims that clearly lack merit); § 1997e(e) (prohibiting claims for emotional injury without prior showing of physical injury); § 1997e(d) (restricting attorney's fees).

[2] Requiring proper exhaustion gives prisoners an effective incentive to make full use of the prison grievance process and accordingly provides prisons with a fair opportunity to correct their own errors. This is particularly important in relation to state corrections systems because it is "difficult to imagine an activity in which a State has a stronger interest, or one that is more intricately bound up with state laws, regulations, and procedures, than the administration of its prisons." Preiser v. Rodriguez, 411 U.S. 475, 491-492, 93 S. Ct. 1827, 36 L. Ed. 2d 439 (1973).

remedies as are available are exhausted." § 1997e (a) (2000 ed.) (emphasis added).

Id. Courts have determined that under the PLRA, exhaustion of administrative remedies is no longer left to the discretion of the district court, but is mandatory. See Booth v. Churner, 532 U.S. 731, 739, 121 S. Ct. 1819, 149 L. Ed. 2d 958 (2001) (emphasis added). 42 USC § 1997e states:

> (c) Dismissal
> (1) The court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

Id. (emphasis added).

In order to avoid dismissal, prisoners must exhaust all "available" remedies, not just those that meet federal standards. Moreover, exhaustion of available administrative remedies is required for any suit challenging prison conditions, not just for suits under § 1983. See Nussle, supra, at 524, 122 S. Ct. 983, 152 L. Ed. 2d 12. See Pozo v. McCaughtry, 286 F.3d 1022, 1025 (CA7) ("To exhaust remedies, a prisoner must file complaints and appeals in the place, and at the time, the prison's administrative rules require"), cert. denied, 537 U.S. 949, 123 S. Ct. 414, 154 L. Ed. 2d 293 (2002); Ross v. County of Bernalillo, 365 F.3d 1181, 1185-1186 (CA10 2004) (same); Spruill v. Gillis, 372 F.3d 218, 230 (CA3 2004) (same); Johnson v. Meadows, 418 F.3d 1152, 1159 (CA11 2005) (same).

A prisoner's lack of knowledge regarding the existence of the procedure does not relieve his/her responsibility to exhaust administrative remedies, and failure of officials to

provide grievance forms is not a legitimate defense. See Abney v. McGinnis, 380 F. 3d 663 (2nd Cir. 2004). So long as the prisoner has access to writing material and officials do not interfere with the procedure, the process must be followed to conclusion before suit is filed. Id.

   As relevant to the case at bar, PHS has established a simple two-step procedure for identifying and addressing inmate grievances at Kilby Correctional Facility. (See Exhibit "C"). If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Informal Grievance" form. (Id.) These are standard forms that may be acquired in the healthcare unit or from an inmate's supervising officer in his dormitory. (Id.) The informal grievance allows an inmate to communicate any healthcare related concern by placing the form in the medical services complaint box or mailbox to be forwarded to the healthcare unit. (Id.) Kilby's Health Services Administrator, Linda Lawrence, R.N., H.S.A., subsequently reviews the concern and responds via in house mail. (Id.)

   If the inmate is unsatisfied with H.S.A. Lawrence's response, he may request an "Inmate Grievance Appeal" form from the healthcare unit. (Id.) This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the informal grievance form. (Id.) After the inmate has submitted the grievance appeal, H.S.A. Lawrence will meet with him face-to-face in a final attempt to address his concerns verbally. (Id.)

   The Plaintiff, Marvin Nation has filed suit in this matter alleging that Dr. Robbins has failed to provide him with appropriate medical care subsequent to being involved in an automobile accident on September 21, 2004. (See Complaint). However, Mr. Nation

has failed to exhaust Kilby's informal grievance procedure relating to the receipt of medical care for this alleged condition. (See Exhibit "C"). Specifically, as relevant to his Complaint, Mr. Nation has submitted neither an inmate informal grievance nor an inmate grievance appeal. (Id.) As such, the healthcare unit at Kilby has not been afforded the opportunity to resolve Mr. Nation's medical complaints prior to filing suit. (Id.)

Since Mr. Nation has failed to extinguish those administrative remedies available for him at Kilby, the Prison Litigation Reform Act of 1995 (PLRA) demands that the Plaintiff's lawsuit be dismissed.

## V. **CONCLUSION**

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. The Defendant has demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material facts relating to a constitutional violation, and that he is, therefore, entitled to a judgment in his favor as a matter of law. The Plaintiff's submissions clearly fail to meet his required burden. Moreover, since the Plaintiff failed to exhaust those administrative remedies available to him at Kilby prior to filing suit, this case is due to be dismissed pursuant to the PLRA.

Accordingly, the Defendant requests that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment and that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in his favor.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Michael E. Robbins,
M.D.

RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this 17th day of October, 2006, to the following:

Marvin Nation (AIS # 141669)
Fountain Correctional Facility
3800 Fountain
Atmore, AL 36503

s/R. Brett Garrett
Attorney for Michael E. Robbins,
M.D.

# A F F I D A V I T

EXHIBIT
A-1

STATE OF ALABAMA      )
                             )

<u>Montgomery</u>    **COUNTY**    )

    I, <u>Catherine Stallworth</u>, hereby certify and affirm that I am a <u>Medical Records Supv.</u>, at <u>Kilby</u>; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one <u>Marvin Nation</u>, AIS# <u>141669</u>; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at <u>Kilby</u>; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the <u>22nd</u> day of <u>September</u>, 2006.

*Catherine Stallworth*

    SWORN TO AND SUBSCRIBED BEFORE ME THIS THE <u>22nd</u> Day of <u>September</u>, 2006.

*Cynthia R Evans*
Notary Public
<u>6-15-08</u>
My Commission Expires



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Nation, Marvin
Fountain CC    # 141669
D O B
ALLERGIES: NKDA
Use Last    Date 8,17,06

DIAGNOSIS (If Chg'd)
1) Abd Binder
2) Bactrim DS ī po BID x 14 days (start from stock)
3) Work Profile

8/17/06 R Bullard RN Shawn Gechagunland
☐ GENERIC SUBSTITUTION IS NOT PERMITTED    CRNP

---

NAME: Nation, Marvin
FCC    # 141669
D.O.B.
ALLERGIES: NKA
Use Fourth    Date 8/12/06

DIAGNOSIS (If Chg'd)
1) Con't INH 300mg iii po q Sun. Am +
Thursday pm until 4-14-07
2) Con't Vitamin B-6 25mg ī po q Sun Am +
Thurs pm until 4-14-07

noted
☐ GENERIC SUBSTITUTION IS NOT PERMITTED    MD

---

NAME: Nation, Marvin
141669
D.O.B.
ALLERGIES: NKDA
Use Third    Date 7/17/6

DIAGNOSIS (If Chg'd)
CCL-TB CXR
INH 300mg ī po qd X9 months
Vit b6 25mg ī po qd X9 months
profile 1 B
No adams cmp / BB
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
141669
D.O.B
ALLERGIES: NKDA
Use Second    Date 7/17/06

DIAGNOSIS (If Chg'd)
1) Abdominal Binder x 180d (KOP)
2) Motrin 600 mg p.o. BID x 30d RRN
3) BB / ø straining / ø lift >
20 # x 180d
☐ GENERIC SUBSTITUTION IS NOT PERMITTED    RNP

---

NAME: Nation, Marvin
141669
D.O.B.
ALLERGIES: NKDA
Use First    Date 7/17/6

DIAGNOSIS
Cmp, Cbc,
EKG

noted
7/17/06
Adams / MD
☐ GENERIC SUBSTITUTION IS NOT PERMITTED    CRNP



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Nations, Marvin | D.O.B.: / / |
|---|---|---|

8-17-06   wt. 195    T. 97.7    P. 69      R. 16     B/P 118/79

NKDA   √bail

S: Pt has area under (L) axilla. Pt also has umbilical hernia

    by report. Voices has grown large in last few months.

O: ~~Derm~~ Note three small open areas c̄ yellowish-white drainage @ axilla.

    ~~Abd:~~ Note 3cm by 3cm round umbical hernia. Area is reducable.

A.) Boils (L) axilla

   2) Umbical hernia

P.) Will monitor umbilical hernia

   2) Abd binder.

   3) Bactrim DS T̄ PO B≠D x 14 days (start from stock)

   4) Work profile given.

8/

**Complete Both Sides Before Using Another Sheet**

**PHS**

## Nursing Evaluation Tool:    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Nation, Marvin_
First _____ MI _____
Last

Inmate Number: _14168_

Date of Birth: ██████████
MM   DD   YYYY

Date of Report: _8_ / _18_ / _2006_
MM   DD   YYYY

Time Seen: _2028_   AM / PM  Circle One

<u>Subjective:</u>  Chief Complaint(s): _c/o ID band causing out break around wrist_
Onset: _Last Sunday, 8-13-06_

Brief History: _N KDA_
(Continue on back if necessary)

☐ Check Here if additional notes on back

<u>Objective:</u>  Vital Signs: (As Indicated)  T: _97.6_  P: _75_  RR: _18_  B/P: _125_ / _81_   _O₂ 95%_
wt 18

Examination Findings: _Red patches around wrist area were band is worn. Ø_
(Continue on back if necessary)
_other areas of redness noted. c/o of itching. Cold H₂O helps_
_relieve. Some blistering noted where inmate has scratched area._

☐ Check Here if additional notes on back

<u>Assessment: (Referral Status)</u>    Preliminary Determination(s): _c/o possible allergic reactn_
☑ Referral **NOT REQUIRED**    _to ID band_

☐ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u>  Check All That Apply:
☐ Instructions to return if condition worsens
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

OTC Medications given  ☐ NO  ☑ YES (If Yes List): _Benedryl 50mg po x 1 dose_

Referral: ☑ NO  ☐ YES (If Yes, Whom/Where): _____    Date for referral: __/__/__
MM  DD  YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____    Time _____

x _Scott, LPN_    Name. _Scotland LPN_  _8-18-06_
Nurse's Signature    Printed

**Nursing Evaluation Tool:**     **Dental Complaint**

Facility: Alabama Department of Corrections

Patient Name: _Nation, Marvin_
           Last                   First

Inmate Number: _141669_        Date of Birth: ▓▓▓▓▓
                                        MM   DD   YYYY

Date of Report: _8_ / _18_ / _2006_     Time Seen: _2025_   AM / **PM**   Circle One
             MM   DD   YYYY

**Subjective:** Chief Complaint(s): _I have a bad cavity that is breaking and chipping off when I eat. I want to get it fill before I loose it._

Onset: _abt. 1 wk_

History: _N/A_
(Continue on back if necessary)

☐ Check Here if additional notes on back

Is the problem: ☑ New ☐ Chronic   Problem related to: ☐ Recent trauma ☐ Recent dental work ☐ Other: _____
Injury sustained in altercation with custody staff, or other inmate: ☑ NO ☐ YES (Requires notification of correctional staff)
Dental Pain: Right : ☐ Upper Back ☐ Upper Front ☐ Lower Back   Left: ☐ Upper Front ☐ Upper Back ☐ Lower Back
              ☐ Lower Front                         ☐ Lower front
Type of Pain: ☐ Aching ☑ Throbbing ☐ Dull ☑ Sharp ☐ Constant ☑ Intermittent    Pain Scale: (1-10) _7_
Sensitive to Hot or Cold: ☐ No ☐ Hot ☐ Cold ☑ Sensitive to both Hot & Cold
Associated Symptoms: ☐ Sinus problems ☐ Difficulty chewing ☐ Earache ☐ Sore throat ☐ Other: _____

**Objective:** Vital Signs: (If Indicated) T: _97.6_ P: _75_ RR: _18_ B/P: _125_ / _81_   O2 sat 99
                                                            wt 195

Visual evidence of tooth decay/fracture ☐ No ☑ Yes   Visible external swelling          ☑ No ☐ Yes
Visual evidence of missing filling ☑ No ☐ Yes   Swelling/redness/pus surrounding affected tooth:   ☑ No ☐ Yes
Pain upon opening jaw widely      ☐ No ☑ Yes   Evidence of trauma/injury to jaw/face       ☐ No ☐ Yes
☑ Additional Examination: _Teeth are in poor condition. No s/s of acute distress noted._
Continue on back if necessary

☐ Check Here if continued on back

**Assessment: (Referral Status)**      Preliminary Determination(s): _____

   ☐ **Referral Not Required**

   ☑ **Referral Required** due to the following: (Check all that apply)
      ☐ Fever                        ☐ Evidence of pus collection or swelling
      ☐ Earache/sore throat/sinus problems    ☐ Recent dental surgery/procedure
      ☑ Pain upon opening mouth widely      ☐ Significant injury/trauma to jaw        ☐ Recurrent Complaint (More than 2 visit
      ☑ Other: _Tooth chips when eating_
                  (Describe)

    Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsu
    of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☑ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
   ☑ Warm rinses PRN (Note: **DO NOT** apply warm compress to outside of face for dental abscess)
   ☐ Cold Compress PRN for minor trauma
   ☑ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
     well as appropriate follow-up ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
               (Describe)

☐ OTC Medications given (Motrin 400 or Tylenol 650 mg Bid prn x 2 days) ☐ NO ☑ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr. Crawford_      Date for referral: __ / __ / __
                                                         MM   DD   YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____      Time _____

X _[signature]_          Name: _S Gaillard LPN_      _8-18-06_
   Nurses Signature                      Printed



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST



Print Name: _MARVIN NATION_ Date of Request: _8-17-06_
ID # _141669_ Date of Birth: ▮▮▮▮ Location: _4-36_
Nature of problem or request: _I need To See the_
_Dentist as Soon As possAble. I need To have one_
_of my eye TEEth Filled_

_Thank you_
_Marvin Nation_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date:    **AUG 18 2006** |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

Seen at
Sick call
8-17-06

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
  If Emergency was PHS supervisor notified:   Yes ( )     No ( )
  Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**  <u>Abscess / Boil(s)</u>

Facility: Alabama Department of Corrections

Patient Name: _Nation_ _Marvin_
                 Last        First

Inmate Number: 141669    Date of Birth: ▓▓▓▓▓
                                        MM  DD  YYYY

Date of Report: 08 16 2006    Time Seen: 2135 AM /(PM) Circle One
                MM DD  YYYY

*Subjective*: Chief Complaint(s): ① boils underarm, hernia on navel

Onset: boils underarm 3-4 days, hernia on navel (1 mon)

History: Unknown
(Continue on back if necessary)

Sat 97% Drainage: ☑ No ☐ Yes   History of Diabetes? ☑ No ☐ Yes   Recent hospitalization? ☐ No ☐ Yes   ☐ Check Here if additional notes on back
#195 Contact with MRSA infected patients? ☐ No ☐ Yes   Previous diagnosis or treatment for MRSA? ☑ No ☐ Yes

*Objective*: Vital Signs: (As Indicated) T: 98.   P: 08   RR: 18   B/P: 128 / 100

Abscess Description: ☑ Tense ☐ Fluctuant ☐ Drainage (Sample of Drainage Obtained for Culture) ☐ YES ☑ NO
Check all that apply
Size(measurement) of Abscess: _____   Location of Abscess: under ① arm

☐ Additional Examination: _____
Continue on back if necessary)

*Assessment: (Referral Status)*        Preliminary Determination(s): Alt in Comfort    ☐ Check Here if continued on back

☐ Referral NOT Required
Referral may not be required if the following parameters have been met:
(1) Small, Non-fluctuant abscess (2) No drainage/pus (3) Afebrile **and** (4) Patient is not HIV+ or a diabetic.

☑ Referral Required due to the following: (Check all that apply)
☐ Febrile   ☐ Presence of inflammation / edema of surrounding area   ☐ Drainage   ☐ Diabetes
☐ Recurrent Complaint (More than 2 visits for the same complaint)   ☐ Other (Describe): boils under arm

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

*Plan:* Check All That Apply:
☐ Dry, sterile, dressing applied.
☐ Obtain sample of drainage for culture and sensitivity if significant or persistent infection exists.
☑ Instruct patient to apply warm compresses x 20 minutes 2-4 times daily.
☐ Contact isolation (not required if lesion is small, easily covered, and inmate understands and is compliant).
   Required for: Any inmate who is unable/unwilling to understand follow-up management or who is non-compliant with active therapy.
   Any inmate with a large abscess, boil, or draining lesion that cannot be adequately covered and kept clean and dry.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits).
☐ Report made to security and infection control team regarding possible MRSA. ☐ Entry made in MRSA log of potential case.
☐ Instructions to return if condition worsens.

☐ Other: _____
              (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr. Barnes   Date for referral: __/__/__
                                                                            MM DD YYYY
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time

C. Campbell LPW   Name: Courtney Campbell LPN



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOUNTAIN

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _MARVIN NATION_    Date of Request: _8-15-06_
ID # _141669_    Date of Birth: ▬▬▬▬ ocation: _4-36_
Nature of problem or request: _I've GoT 2 big Knots unnder_
_my arm pit THAT ARE Hurting real BAD, Knot on navel_

_Marvin Nation_
Signature

### DO NOT WRITE BELOW THIS LINE

Date _08 16 2006_
Time: _2135_    AM (PM)
Allergies: _NKDA_

┌─────────────────────────────────┐
│          RECEIVED               │
│ Date:      AUG 1 6 2006         │
│ Time:                           │
│ Receiving Nurse Intials _____   │
└─────────────────────────────────┘

**(S)ubjective:**

Osat 97%

**(O)bjective:**    (V/S):  T: _98°_  P: _68_  R: _18_  BP: _128/100_  WT: _195_

**(A)ssessment:** _Marvin seen @ Sick Call 8/16/06_

**(P)lan:**  ———  _see next tool_

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_C. Campbell (RN)_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: F C C

Date: 8/12/06  Time: 0940  (AM)/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS

- [x] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Kilby

Date: 8-10-06  Time: 1800  AM/(PM)

RELEASE FROM:
- [ ] Infirmary
- [ ] Population
- [ ] Other _____
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [x] DOC
- [ ] Infirmary
- [ ] Mental Health
- [ ] _____

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
NKDA

PHYSICAL EXAMINATION

Date of last exam: _____

Chest X-Ray Date: _____  Result: _____

PPD Reading  PPD 15mm

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | 7-18-06 | [ ] | [x] | Wears Glasses/Contacts | [ ] | [x] | |
| Urinalysis | 7-17-06 | [ ] | [x] | Dental Prosthesis | [ ] | [x] | |
| | | | | Hearing Aide | [ ] | [x] | M Barb, v |
| | | | | Other Prosthesis | [ ] | [x] | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

umBilical Hernia ; (+) PPD , Head injury sec° mVA

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

INH 300mg po. qd.
Vit 6 25mg pa qd

| | Sent w/ inmate | Not sent w/ inmate |
|---|---|---|
| MEDICATIONS | [ ] | [x] |
| X-RAY FILM | [ ] | [x] |
| HEALTH RECORD | [ ] | [x] |

Released to: _____

Date: _____  Time: _____  AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | [ ] | [ ] |
| X-RAY FILM | [ ] | [ ] |
| HEALTH RECORD | [x] | [ ] |
| CHART REVIEWED | [x] YES | [ ] NO |

Received by: M. Barb, v

SCHEDULE FOR CHRONIC CARE CLINIC

Signature of Receiving Nurse

DATE: _____  LAST CLINIC: _____

Date: 8/12/06  Time: 0940  (AM)/PM

FOLLOW-UP CARE NEEDED        Date        Time        With Whom - - Location (Sending Nurse)        Date/Appt Made w/Whom (Rec Nurse)

- [x] Medical
- [ ] Dental
- [ ] Mental Health

Dr Barns FCC        8/22/06 MBarb, v

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | [x] | [ ] |
| | Mental Illness | [ ] | [x] |
| | Suicide Attempt | [ ] | [x] |
| | Chronic Care | [x] | [ ] |
| STATUS | Special Diet | [ ] | [x] |
| | Appearance | [x] | [ ] |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | [ ] | [x] |
| | Lice | [ ] | [x] |
| | Edema | [ ] | [x] |
| | Warm & Dry | [x] | [ ] |
| | Cool & Moist | [ ] | [x] |
| CONDITION | Alert | [x] | [ ] |
| | Oriented | [x] | [ ] |
| | Uncooperative | [ ] | [x] |
| | Depressed | [ ] | [x] |

INTAKE

Sick Call Procedures Explained  [x]

Height  6 1"

Weight  193

Blood Pressure  118/74

Temperature  97 5

Pulse Resp  68-18

Other _____

Q. Brown, RN
Signature of Nurse Completing Assessment (Sending Nurse)

8-10-06
Date

M Barb, v
Signature of Intake Screening Nurse (Receiving Nurse)

8/12/06
Date

INMATE NAME (LAST  FIRST  MIDDLE)
Nieters, Minoski

DOC#
141664

DOB

Race/Sex
W/M

FAC
FCC

PHS-MD-70009

(White - Medical Jacket, Yellow - Transfer Coordinator)

Facility Name

8/06

| | Hour | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

BactRiMDS +
PiD Bi Dx14Days

0500
1700

DR # 28

X Manwell

Start Date 8/17/06          S. Gochacani CRNP

Stop Date   8 31          Rx #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date

Stop Date

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date                    Prescriber

Stop Date                     RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date                    Prescriber

Stop Date                     RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:                   Prescriber:

Stop Date:                    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date

Stop Date

Diagnosis

MRA                    R Buttand ribas

PCP
iv/i66g          I g II

Facility Name: TCa

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 400 mg 1 PO
Bid x 2 days

0800
1700

Start Date 8-19-06     Prescriber Nsg protocol
Stop Date 8-20-06      RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Benadryl 50 mg 1 PO
x 1 Dose

2040

Start Date  8.18.06   Prescriber Nsg protocol
Stop Date:            RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date          Prescriber
Stop Date           RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date          Prescriber
Stop Date           RX #.

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:         Prescriber
Stop Date           RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date          Prescriber
Stop Date           RX

Diagnosis                   Nurse's Signature              Nurse's Signature          Init   Nurse's Init

Allergies: NKDA

141669

Facility Name: Kilby Correctional Facility

Month/Year 08/06

| | |
|---|---|
| Motrin 600MG Tab    60.00 | |
| Take 1 tablet(s) by mouth twice daily as needed | |

Start Date 07-19-2006    Prescriber Adams, Bradford
Stop Date 08-17-2006    RX # 251739622

| | |
|---|---|
| Isoniazid 300MG Tab    30.00 | |
| Take 1 tablet(s) by mouth daily | |

Start Date 07-19-2006    Prescriber Adams, Bradford
Stop Date 04-14-2007    RX # 251738758

| | |
|---|---|
| Vitamin B-6 25MG Tab    30.00 | |
| Take 1 tablet(s) by mouth daily | |

Start Date 07-19-2006    Prescriber Adams, Bradford
Stop Date 04-14-2007    RX # 251738759

INH 300mg iii po
Q Sun & Thurs

Start Date 7-19-06    Prescriber Bradford/Bonus
Stop Date 4-14-07    RX #

Vit B-6 25mg
i po Q Sun & Thurs

Start Date 7-19-06    Prescriber Bradford/Bonus
Stop Date 4-14-06    RX #

Diagnosis

Population
141669

Nation, Marvin

KCf

7/6

Motrin 600mg
po. Bid X3 od.
pnu

Rx

Start Date  7-17-6
Stop Date  8-17-6

adm

INH 300mg
po, go X 9mo

09w

Start Date  7-17-6
Stop Date  4-18-7

adm

Vit b6 25mg
po go X 9mos.

09w

Start Date  7-17-6
Stop Date  4-18-7

adm

NKDA

141669

LabCorp® V 1.28

| Specimen # | Control/Req No | Pg |
|---|---|---|
| 233-007-0255-0 | 516761 720 | Pg 1 |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| N/A | | | S / Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 08/21/06 | | 08/21/06 | 08/25/06 |

Clinical Information

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 141669 | | |

| Patient Name | Sex | Date of Birth |
|---|---|---|
| NATION, MARVIN | M | [redacted] |

Patient Address

Account
01510065
Fountain Correctional Facility
Prison Health Services 01
9677 Hwy 21
Atmore AL 36503

251-368-8122
PROV:

Comments
PATIENT AGE: 040/05/02

Tests Requested Aerobic Bacterial Culture; Sensitivity Organism #1; Organism ID

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

**Aerobic Bacterial Culture**

Aerobic Bacterial Culture
Final report MB
Result 1 MB
Methicillin - resistant Staphylococcus aureus
Heavy growth
Susceptibility or resistance of staphylococci to oxacillin predicts susceptibility or resistance to (a) other beta-lactamase-stable penicillins such as cloxacillin and dicloxacillin, (b) combinations of a penicillin and a beta-lactamase inhibitor, and (c) anti-staphylococcal cephalosporins. Routine testing of other penicillins, beta-lactam/beta-lactamase inhibitor combinations, cephems, and carbapenems is not advised by the CLSI Standards (M100-S15, 2005).

Antimicrobial Susceptibility
***** S = Susceptible; I = Intermediate; R = Resistant *****
P=Positive, N=Negative
MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 |
|---|---|---|---|---|
| Ciprofloxacin | S | | | |
| Clindamycin | S | | | |
| Erythromycin | R | | | |
| Gentamicin | S | | | |
| Levofloxacin | S | | | |
| Linezolid | S | | | |
| Oxacillin | R | | | |
| Penicillin | R | | | |
| Rifampin | S | | | |
| Tetracycline | S | | | |
| Trimethoprim/Sulfa | S | | | |
| Vancomycin | S | | | |

MB 8.25.06
on Bactrim DS x 14 days

Lab: MB LabCorp Birmingham Director: John Elgin, MD
1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: **Branch: 251-342-1611 Lab: 205-581-3500**

LAST PAGE OF REPORT

FINAL REPORT

© 2005 Laboratory Corporation of America® Holdings
All Rights Reserved

# Bureau   Clinical Laboratories-M  tgomery

PO BOX 244018, MONTGOMERY AL 36124-4018

Phone:(334) 260-3400  FAX:(334) 274-9800

Page:  1

| Provider: | Accession | 183504 | | Patient: |
|---|---|---|---|---|
| KILBY CORRECTIONAL FACILITY | Requisition #: | 183504 | ID:   **1049191** | **Nation,Marvin,** |
| P O BOX 150 | Service Area: | | | D O B : |
| MT MEIGS, AL  36057-0000 | CHR #: | 141669 | Collected:  7/24/2006 @ | Sex:   **M   MALE** |
| (334) 215-6600, | | | Received:  7/25/2006 @  8:11 AM | Phone:  **(000) 000-0000** |
| UNKNOWN DOCTOR | | | Reported:  7/25/2006 @  3:09 PM | |

Status:  **Final Report**

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|
| **Comprehensive Metabolic Panel** | | | | |
| Glucose | 93 | mg/dL | 55 - 115 | |
| Urea Nitrogen | 15 | mg/dL | 6 - 20 | |
| Creatinine | 1.0 | mg/dl | 0 5 - 1 2 | |
| Sodium | 141 | mEq/L | 133 - 145 | |
| Potassium | 4.0 | mEq/L | 3 3 - 5.1 | |
| Chloride | 103 | mEq/L | 96 - 108 | |
| Bicarbonate | 25 0 | mEq/L | 22.0 - 29.0 | |
| Calcium | 9 8 | mg/dl | 8 4 - 10.2 | |
| AST (SGOT) | 18 | U/L | 0 - 38 | |
| ALT (SGPT) | 20 | U/L | 0 - 41 | |
| Alkaline Phosphatase | 88 | U/L | 40 - 129 | |
| Bilirubin, Total | 0 5 | mg/dL | 0.0 - 1.0 | |
| Total Protein | 7 4 | g/dL | 6.4 - 8 3 | |
| > Albumin | 4.8  AH | g/dL | 3.2 - 4.5 | |

**Report Summary**

| **Abnormal Summary** | | | |
|---|---|---|---|
| > Albumin | 4.8  AH | g/dL | 3 2 - 4 5 |

Lab Director
William J. Callan,Ph.D

| Date Printed: | 7/25/2006 | 3:09 PM | >> | PH - Panic High | > | AH - Abnormal High | ~ | A - Abnormal | ** Final Page *** |
|---|---|---|---|---|---|---|---|---|---|
| Completed Between: 7/25/2006 | - | 7/25/2006 | << | PL - Panic Low | < | AL - Abnormal Low | & | Delta Check Failed | All Results Included |

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 199-205-5677-0 | S | MB | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**

PE
7/17

FASTING: N
DOB

| CLINICAL INFORMATION |
|---|
| CD- 41139334230 |

| PHYSICIAN ID. | PATIENT ID |
|---|---|
| ROBBINS M | 141669 |

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| NATION, MARVIN | M | 40 / 3 |

PT. ADD :

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs          AL   36507-0000
ACCOUNT NUMBER:   01306900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/18/2006 | 8:23 | 7/18/2006 | 7/19/2006 | 7:20 | 4434 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | MB |
| Chemistries | | | | |
| > Glucose, Serum | 127 H | mg/dL | 65 – 99 | MB |
| Uric Acid, Serum | 4.7 | mg/dL | 2.4 – 8.2 | MB |
| BUN | 17 | mg/dL | 5 – 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 – 1.5 | MB |
| BUN/Creatinine Ratio | 17 | | 8 – 27 | |
| Sodium, Serum | 141 | mmol/L | 135 – 148 | MB |
| Potassium, Serum | 3.9 | mmol/L | 3.5 – 5.5 | MB |
| Chloride, Serum | 105 | mmol/L | 96 – 109 | MB |
| Carbon Dioxide, Total | 23 | mmol/L | 20 – 32 | MB |
| Calcium, Serum | 9.9 | mg/dL | 8.5 – 10.6 | MB |
| Phosphorus, Serum | 3.4 | mg/dL | 2.5 – 4.5 | MB |
| Protein, Total, Serum | 7.3 | g/dL | 6.0 – 8.5 | MB |
| Albumin, Serum | 4.7 | g/dL | 3.5 – 5.5 | MB |
| Globulin, Total | 2.6 | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.8 | | 1.1 – 2.5 | |
| Bilirubin, Total | 0.7 | mg/dL | 0.1 – 1.2 | MB |
| Alkaline Phosphatase, Serum | 87 | IU/L | 25 – 150 | MB |
| LDH | 135 | IU/L | 100 – 250 | MB |
| AST (SGOT) | 18 | IU/L | 0 – 40 | MB |
| ALT (SGPT) | 21 | IU/L | 0 – 55 | MB |
| GGT | 16 | IU/L | 0 – 65 | MB |
| > Iron, Serum | 162 H | ug/dL | 40 – 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| > Cholesterol, Total | 212 H | mg/dL | 100 – 199 | MB |
| > Triglycerides | 249 H | mg/dL | 0 – 149 | MB |
| > HDL Cholesterol | 31 L | mg/dL | 40 – 59 | MB |
| > VLDL Cholesterol Cal | 50 H | mg/dL | 5 – 40 | |
| > LDL Cholesterol Calc | 131 H | mg/dL | 0 – 99 | |
| Comment | | | | MB |

```
        If initial LDL-cholesterol result is >100 mg/dL, assess for
        risk factors.
```

| | | | | |
|---|---|---|---|---|
| > T. Chol/HDL Ratio | 6.8 H | ratio units | 0.0 – 5.0 | |
| > Estimated CHD Risk | 1.4 H | times avg. | 0.0 – 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg Risk | 3.4 | 3.3 |
| Avg Risk | 5.0 | 4.4 |

Pat Name:  NATION MARVIN          Pat ID: 141669          Spec #: 199-205-5677-0          Seq #: 4434

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 199-205-5677-0 | S | MB | COMPLETE | Page #: 2 |

ADDITIONAL INFORMATION

PE    FASTING: N
7/17    DOB

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| NATION,MARVIN | M | 40 / 3 |

PT. ADD :

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/18/2006 | 8:23 | 7/18/2006 | 7/19/2006 | 7:20 | 4434 |

CLINICAL INFORMATION
CD- 41139334230

| PHYSICIAN ID | PATIENT ID |
|---|---|
| ROBBINS M | 141669 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs          AL  36507-0000
ACCOUNT NUMBER:  01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | 2X Avg.Risk 9.6 | 7 1 | |
| | 3X Avg.Risk 23.4 | 11 0 | |

The CHD Risk is based on the T Chol/HDL ratio  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

LAB: MB LabCorp Birmingham          DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 198-205-5091-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

**ADDITIONAL INFORMATION**

NPY3                    FASTING: N
                        DOB

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| NATION,MARVIN | M | 40 / 3 |

PT. ADD :

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 7/17/2006   6:00 | 7/17/2006 | 7/18/2006 | 9:31 | 4393 |

**CLINICAL INFORMATION**
CD- 41139334143

| PHYSICIAN ID ROBBINS M | PATIENT ID 141669 |
|---|---|

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs                    AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| WBC | 8.2 | x10E3/uL | 4.0 - 10.5 | MB |
| RBC | 5.18 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 15.1 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 43.5 | % | 36.0 - 50.0 | MB |
| MCV | 84 | fL | 80 - 98 | MB |
| MCH | 29.1 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.6 | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.5 | % | 11.7 - 15.0 | MB |
| Platelets | 223 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 55 | % | 40 - 74 | MB |
| Lymphs | 35 | % | 14 - 46 | MB |
| Monocytes | 9 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 4.5 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.9 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.7 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |
| Urinalysis, Complete | | | | |
| Urinalysis Gross Exam | | | | MB |
| > Specific Gravity | 1.037H | | 1.005 - 1.030 | MB |
| pH | 5.5 | | 5.0 - 7.5 | MB |
| Urine-Color | Amber | | Yellow | MB |
| Appearance | Clear | | Clear | MB |
| WBC Esterase | Negative | | Negative | MB |
| Protein | Negative | | Negative/Trace | MB |
| Glucose | Negative | | Negative | MB |
| Ketones | Negative | | Negative | MB |
| Occult Blood | Negative | | Negative | MB |
| > Bilirubin | 1+ | | Negative | MB |
| Urobilinogen,Semi-Qn | 0.0 | mg/dL | 0.0 - 1.9 | MB |
| Nitrite, Urine | Negative | | Negative | MB |
| Microscopic Examination | See below: | | | MB |
| WBC | None seen | /hpf | 0 - 5 | MB |
| RBC | None seen | /hpf | 0 - 3 | MB |
| > Crystals | > | | N/A | MB |
| Few calcium oxalate crystals | | | | |
| Panel 083824 | | | | |

| Pat Name: NATION MARVIN | Pat ID: 141669 | Spec #: 198-205-5091-0 | Seq #: 4393 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 198-205-5091-0 | S | MB | COMPLETE | Page #:  2 |

| ADDITIONAL INFORMATION |
|---|

NPY3    FASTING: N
DOB

| PATIENT NAME | SEX | AGE(YR/MOS) |
|---|---|---|
| NATION,MARVIN | M | 40 / 3 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/17/2006 | 6:00 | 7/17/2006 | 7/18/2006 | 9:31 | 4393 |

| CLINICAL INFORMATION |
|---|
| CD- 41139334143 |

| PHYSICIAN ID | PATIENT ID |
|---|---|
| ROBBINS M | 141669 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt Meigs          AL  36507-0000
**ACCOUNT NUMBER:**   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| HIV-1 Abs-EIA | | | MB |
| HIV-1 Abs-O.D. Ratio | <1.00 | <1.00 | MB |
| O.D. Ratio: Specimen absorbance value relative to the negative cutoff. | | | |
| HIV-1 Abs, Qual | Non Reactive | Non Reactive | MB |
| RPR | Non Reactive | Non Reactive | MB |

| LAB: MB LabCorp Birmingham | DIRECTOR: John Elgin N MD |
|---|---|
| 1801 First Avenue South, Birmingham,  AL 35233-0000 | |



HCX

**HEALTHCARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**   (PE)

Name: _Nation, Marion_

State ID No: _141669_

DOB: _____

INSTITUTION: _Kilby_    E-50

Race: B (W)    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special need |
|---|---|---|---|---|---|
| Adams / Hossitue | 7/17/06 | 11:00 | ✓ | | |

HISTORY/DIAGNOSIS:

+ PPO

## X-RAY REQUEST

| | | | | | |
|---|---|---|---|---|---|
| ABDOMEN(KUB) | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Nation

## REPORT

PA Chest: The heart is not enlarged. The lungs show mildly increased interstitial markings but are otherwise clear.
IMPRESSION: THE CHEST IS UNREMARKABLE EXCEPT FOR INCREASED INTERSTITIAL LUNG MARKINGS. IF AN ACUTE INFILTRATE IS SUSPECTED FOLLOW UP IS RECOMMENDED

D: & T: 07-18-06 Howard P Schiele, M.D /rr Board Certified Radiologist (Signature on file)

_KM PE_
X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST S SIGNATURE     DATE TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST S SIGNATURE     DATE SIGNED

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 7-19-6 | PHYSICALS | ☐ IP  ☐ OP | |

**Clinical Diagnosis**

EKG

**Date of Onset**

**Date of Surgery**

### AREA OF TREATMENT (CIRCLE)



**PROGRESS NOTES:**

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No |
|---|---|---|---|---|---|
| | | | 40 | W | 141669 |



ID: 1411669

#STAT#060719093129

Nation, Marvin

07/19/2006 9:31:28

D.O.B.:
Meds:
Class:
Dr:
Tech:

| | | |
|---|---|---|
| Vent. Rate: | 64 | bpm |
| RR Interval: | 936 | ms |
| PR Interval: | 148 | ms |
| QRS Duration: | 96 | ms |
| QT Interval: | 404 | ms |
| QTc Interval: | 411 | ms |
| QT Dispersion: | 64 | ms |
| P-R-T AXIS: | 120° 127° | 130° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
SUGGESTS ARM LEAD REVERSAL - ONLY LEADS aVF, V1 - V6 ANALYSED
NO OTHER FINDING

Summary: AVAILABLE LEADS NORMAL

* Unconfirmed Analysis *

QTc=Hodges

L: 10 mm/mV
C: 10 mm/mV

25 mm/s
40 Hz

STABLE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

# DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination: 7-17-06

Initial Classification:

| Oral Pathology | Gingivitis | |
| | Vincent's Infection | |
| | Stomatitis | |
| | Other Findings | |
| Occlusion | | |
| Roentgenograms | Periapical | |
| | Bitewing | |
| | Other | |

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 7-17-06 | FM | | OHI | aur | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Nation, Marvin | 141609 | | W | KCF |

PHS-MD-70015

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Nation, Marvin_ AIS# _141669_

Medication Allergies: _____ _NKDA_ _____

Medical: Chronic (Long-Term) Problems
        Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
        Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 2006 | PPD. 15mm | | | |
| 7/17/06 | umbilical Hernia | | | |
| 8/17/06 | Boil | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.**

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _7/20/06_   Time: _____   Facility: _Kilby Correctional Facility_

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

## SUBJECTIVE:

## OBJECTIVE:   BP _116/74_ HR _72_ RR _16_ Temp _97⁹_ Wt _190_ _750lbs_ Peak Flow _____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen

1) ⊕ PPD, ⊖ CXR          No c/o          INH 300 mg P.O. QD
                         INH since 7/06   Vit. B₆ 25 mg P.O. QD
                         LFT's 7/06 ok.
                         lungs clear.

## ASSESSMENT:   Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | Ⓖ | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | Ⓢ | W | I | S | W | I | S | W |

PLAN:   1) 9 mo INH

F/U:   Routine 90 days: __✓__ Other _____      Problem List Updated: Yes   No

_____ Physician/NP/PA

_Nation, Marvin_
NAME

_male_          B / Ⓦ          _14/669_
GENDER          RACE          AIS#

███████████
DOB

(Revised 2/28/05)



# DEPARTMENT OF CORRECTIONS
## NURSE'S
## TB CHRONIC CARE CLINIC

| | | | ALLERGIES |
|---|---|---|---|
| S: CHRONIC CARE CLINIC | | | NKDA |
| DATE/TIME 7/26/06 @ 0750 | | | |
| O: VS T 97 P 72 R 16 | | | |
| BP 116/74 WT 192.75 WT CHANGE | Y | N | |
| Date PPD done 7/4/06 | | | |
| Results in MM 15mm | | | |
| Last CXR Date 7/18/06 | | | |
| Results SEE CXR report | | | |
| Cough | Y | N | |
| Sputum production | Y | N | |
| Description | | | |
| AFB + Smear | Y | N | |
| HIV test (date) 7/4/06 - NK | Y | N | |
| Lung fields Clear | | | |
| | | | P: LABS REVIEWED |
| | | | Labs ordered |
| Nausea—Vomiting—Fatigue | Y | N | LFT Baseline Date Pending |
| Loss of appetite | Y | N | |
| Smoke | Y | N | |
| Review of FLU shot date | Y | N | |
| Review of Pneumovax date unavailable | Y | N | |
| Medication compliant | Y | N | |
| Education Done | Y | N | |
| Topic: | | | |
| Recently admitted to hospital/infirmary | Y | N | CURRENT MEDICATIONS: |
| | | | Date Started 7/18/06 |
| Update TB Summary Record | Y | N | Date To End 4/18/07 |

NOTES: **Continue to encourage med compliance for 9 mos as prescribed.**

**INH** 300 mg P.O. QD
**Vit. B6** 25 mg P.O. QD

CC WITH NURSE (circle)
1. 2. ③ Months
CC WITH MD EVERY (circle)
1. 2. ③. 4. 5. 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE |
|---|---|---|---|---|
| Nation, Marvin | 141669 | 40 | W/A | Marv Nation |

# CHRONIC CARE CLINIC
# REFERRAL FORM

**REFERRAL DATE:** 7-17-6

**REFERRING DEPT:** P.E.

**NAME OF PATIENT:** Nation, Marvin

**AIS#** 141669    **DOB:** ▓▓▓▓    **RACE:** B Ⓦ

**CLINIC:** TB

**MEDICATIONS:** INH 300 mg p.o. QD
Vit. B6 25 mg p.o. QD

**COMMENTS:**

**DATE SEEN IN CLINIC:** 7/26/06

# IMMUNIZATION RECORD

**Name** Nation, Marilin **AIS** 41669 **D.O.B.** ████████

### Hep A Vaccine

Date _____ By _____

Date _____ By _____

### Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

### Influenza

Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____

### Pneumococcal

Date _____ By _____   Date _____ By _____
Date _____ By _____   Date _____ By _____

### TB PPD

Date 7-1-76 Result 15 mm   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____
Date _____ Result _____   Date _____ Result _____

Tetanus Date _____ By _____
Tetanus Date _____ By _____

# INTAKE HEALTH EVALUATION

NAME: *Nation, Marvin*
AIS #: *114766*
D.O.B.: ███████

**R.N. evaluation within 24 hours.**

Age *40*    Sex *M*    Race *N*    Height *6'1"*    Weight *198*

Temp: *97.6*    B/P: *120/70*    Pulse: *70*    Resp: *30*
** **B/P** – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis *Abd. sur.* | ✓ | | **HIV/AIDS *** | | ✓ |
| Loss of Consciousness | ✓ | | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | ✓ | | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | | | | |
| Strokes | | ✓ | Back/Neck Problem | ✓ | | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | ✓ | | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | ✓ | | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse | | | Regularity | | |
| High Blood Pressure | | ✓ | Psychiatric History | | | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | T.B. | | | Type: | | |
| Asthma * | | ✓ | PPD - date given: *7-14-6* | | | | | |
| *Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: *7-15-6* | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results: *15* mm | | | RPR | | |
| Pneumonia | | ✓ | Visual Acuity | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD 20/20 OS 20/20 | | | | | |
| Hay Fever/Allergies | | ✓ | OU 20/20 | | | **EKG** (@ age 35) | | |

Immunization History: _____

***HIV Medications: _____

Acute or Chronic Problem Noted:    Y / N    Refer to Mid-Level or M.D. if yes.

*Mell[signature]* RN                *7/18/06* 8:00

RN or Mid-Level, Signature              Date/Time

60511-AL    (rev 9/05)

INTAKE HEALTH APPRAISAL

NAME: _____
AIS#: _____
D.O.B.: _____ R/S _____

## HEALTH CLASSIFICATIONS:
(Circle One)

1 - No Restrictions

(2) - Temporary Restrictions
      See Special Needs Form
3 – Permanent Restrictions
      See Special Needs Form
4 – A&I (Aged & Infirmed)

5 – Not Determined
      Recheck_____

## PLACEMENT:

General Population          (✓)
Emergency Department   ( )
Isolation                       ( )
Medical Observation      ( )
Other_____

## REFERRAL:
CCC Placement          ( )

Clinic(s)_____
   See MD/Mid-Level flow sheet
   for clinic(s).
Medical            ( )
Dental             ( )
Mental Health   ( )
Other_____
When: ( ) Immediately
        ( ) Next Sick Call

## IMMUNIZATIONS ORDERED:

_____
_____

| APPRAISAL | N | Abn/Comment |
|---|---|---|
| **General Movement** Deformity / Pain, Bleeding / Habitus, Hygiene | ✓ | |
| **Neuro** Mental Status / Intox Withdrawal Tremor / Neuro-Deficits | | |
| **Skin** Injury, Bruises, Trauma / Jaundice Diaphoretic / Rash, Lesions Infestations / Needle Marks / Color, Turgor | | T - / Abd  S - |
| **Head** Normocaphalic / Atraumatic / Hair, Scalp | | |
| **Eyes** Glasses/Vision / Pupils / Sclera, Conjunctiva | | |
| **Ears** Appearance / Canals, TMs, Hearing | | |
| **Nose** Epistaxis / Sinuses | | |
| **Throat** Teeth, Gums, Dentures / Mouth, Tongue Tonsils / Airway | | |
| **Neck** C-Spine, Mobility / Veins, Carotids / Thyroid, Lymph Nodes | | |
| **Chest** Config Ausc/Resp / Cough/Sputum / Breast/Masses | ✓ | |
| **Heart** Ausc Rate, Rhythm / Murmurs, Ectopy | ✓ | |
| **Abdomen** Bowel Sounds / Palp, G/R/T, Hernia | | Umbilical hernia  ulcers |
| **GU** Flank Tenderness / Bladder Tenderness/Distention | | |
| **Back** ROM, Spasm, Injury | | |
| **Extremities** Edema, Pulse | | |
| **Genitals** Injuries/Lesions | | |
| **Pelvic Pap** | | N/A |
| **Rectal/Guiac** (required @ 45 and up) / Deferred/follow-up: | | |

Medications Ordered: _____

1) Umbilical Hernia
 - Abd. binder
 - BB / or lift profiles
 - motrin PRN
 - Flu 3mos / PRN

M.D. or Mid-Level Signature     7/17/06     Date/Time

I have read the *access to health care* information sheets and have been given a copy     I understand how to access health care

Name _Marin Nation_     Date _7-18-06_

AIS# _141669_

Medical Staff _F. Thomas CNA_     Date _7-17-06_

4/13/04

# POSITIVE TB SKIN TEST

You have tested positive for tuberculosis. This screening test does not mean you have TB. It just means that at some time in your life you have been exposed to the TB bacteria.

You will be given a chest x-ray.

If you have never had a prior positive skin test and have never been on preventive medication then you will begin medication.

You will be placed on INH 300mg and vitamin B6 daily. These will be taken for nine months. This medication is prescribed for prevention of active tuberculosis.

It is your responsibility to go to population pill call daily at 9:00am for your medication.

If you are released prior to the completion of nine-month therapy you are expected to go to the County Health Department for medication. It is a violation of probation not to complete the nine-month therapy.

Once the treatment is complete, always inform medical personnel that you have tested positive for screening TB skin test and have been treated.

The side effects of the medication are rare. If you have any problems, please sign up for sick call.

_____
INMATE SIGNATURE

_____
INMATE AIS#

_____
WITNESS SIGNATURE

7-17-06
DATE

7-17-6
DATE



**PRISON
HEALTH
SERVICES
INCORPORATED**

## T.B. SCREENING FORM

Skin Test Positive Date _7-17-6_ _15_ mm  Today's Date _7-17-6_

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | _____ | ✓ |
| Fever/Chills | _____ | ✓ |
| Hoarseness | _____ | ✓ |
| Chest Pain | _____ | ✓ |
| Weight Loss | _____ | ? |

  Usual Weight _192_
  Present Weight _192_

| | Yes | No |
|---|---|---|
| Night Sweats | _____ | ✓ |
| Excessive Fatique | _____ | ✓ |
| Dyspnea | _____ | ✓ |
| Productive Cough ( more than 3 weeks) | _____ | ✓ |

  IF YES:
  Sputum Production _____ Color _____

  Consistency _____

Hemoptysis _____

HIV Positive _____

Nurse Signature _____ Date _7-17-6_

**\*Refer to MD or Mid-Level Provider if any YES answers.**

| INMATE NAME | AIS # | D.O.B. | FACILITY |
|---|---|---|---|
| Natim Maum | 141669 | ▓▓▓▓ | kcf |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INTAKE SCREENING

Date: 7/14/06                              AIS#: 141669

| Last Name: Nation | First: Marvin | Middle: Kurt |
|---|---|---|
| Birthplace: | DOB: | SS#: |

| FEMALES: Pregnancy test: (circle one)  Positive  Negative | B/P 132/76  Temp 98  Pulse 72  Resp 16  Weight 198 |
|---|---|
| | FSBS 109   If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness; What? Where?
*Umbilical hernia*

Previous Incarcerations (Date & Facility)
*2005 — hockley*

| Medications: ☑None | Special Diet (Prescribed) |
|---|---|
| Allergies: ☐NKA | Past Positive TB Skin Test (circle one)   YES - (Complete TB Screening Form)   NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE

## CLINICAL OBSERVATIONS

1) Level of Consciousness: ( ) Alert    ( ) Oriented; time, place, person
( ) Lethargic ( ) Stuporous ( ) Comatose
Describe:

3) Substance Abuse:                        ( ) Yes   ( ) No   ( ) Suspected
( ) Current intoxication/Abuse            ( ) Use   ( ) Withdrawal Symptoms
                                          ( ) Drugs ( ) Alcohol
Describe- What kind? Amount/Frequency?
*Mar. — — *
• If confirmed Benzo use  then call M.D. If can not be confirmed  call M D
Last Use: (Time/Date): *2 days*

2) General Appearance      ( ) Normal ( ) Abnormal
3) Signs of Trauma          ( ) Yes    ( ) No

4a) Behavior/Conduct: ( ) Calm        ( ) Cooperative      ( ) Non-Violent
( ) Agitated    ( ) Uncooperative ( ) Violent
( ) Manipulative ( ) Disorganized
Describe:

4b) Affect/Mood: ( ) Normal ( ) Manic      ( ) Depressed
( ) Euphoria   ( ) Flat    ( ) Emotionally Confused
Describe:

4c) Perceptions:      ( ) Delusional        ( ) Hallucinations        ( ) Hearing Voices

5a) Is there h/o actual suicide attempt?        ( ) Yes ( ) No
5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes   ( ) No

5c) Is there evidence
5d) High risk pt may become assaultive towards staff? ( ) Yes ( ) No

If ANY of the above in #5 are circled  staff MUST describe here, include previous history and dates:

**\*Any abnormal observations #4 or 5 require immediate Mental Health Referral**

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on
  Close Watch    Y or N

Triggers for Close Watch
- Emotionally distraught and unable
  to regain composure by end of
  intake process
- Actively hallucinating or not
  making any sense   Y or N

| 6a) Communication Difficulties | ( ) Yes | ( ) No | 6b) Memory Defects | ( ) Yes | ( ) No |
|---|---|---|---|---|---|
| 6c) Hearing Impairment | ( ) Yes | ( ) No | 6d) Speech Difficulties | ( ) Yes | ( ) No |

7) Physical Aids: ( ) None      ( ) Glasses      ( ) Contacts    ( ) Hearing Aid    ( ) Dentures    ( ) Cane    ( ) Crutches
( ) Walker      ( ) Wheelchair  ( ) Braces    ( ) Artificial Limb  ( ) Other

8) Additional comments  complaints  symptoms:     None

S)

O)        Fever    Y    N          Swollen Glands   Y   N        Signs of Infection   Y   N          Skin Intact      Y    N

A)

P)

If known Diabetic * Call M.D. for order _____   Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

Marvin Nation  7-14-06                              7/14/06
Inmate's Signature/Date                              Health Provider Signature/Date

60412-AL



PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_Trudy Nation_                              _mother_
**Name**                                    **Relationship**

_116 Dogwood st._                           _334-598-3135_
**Street Address**                          **Phone Number**

_Daleville_                    _Al_          _36322_
**City**                       **State**     **Zip Code**

_Marn Nation_        _141669_     ▮▮▮▮▮▮     _7-14-06_
**Inmate Signature**     **AIS#**    **SS#**     **Date**

_____
**Witness**                                 **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
|  |  |  |  |  |



PRISON HEALTH SERVICES, INC.

### DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_Trudy NAtion_                    _mother_
**Name**                          **Relationship**

_116 Dogwood st._                 _334-598-3138_
**Street Address**                **Phone Number**

_Daleville_          _Al_   _36322_
**City**             **State**  **Zip Code**

_Maru Nation_        _141669_  ~~████████~~  _7-14-06_
**Inmate Signature**  **AIS#**  **SS#**  **Date**

_____              _____
**Witness**                                   **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| | | | | |

ALABAMA DEPARTMENT OF CORRECTIONS
INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary, for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems
  (adjustment to prison, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonably clear risk of escape or creation of institutional disorder
- Receiving psychotropic medication
- Require movement to a special unit or cell for observation and treatment
- Require transfer to a psychiatric hospital outside of the prison
- Require a new program assignment for mental health, medical or security reasons

Mental health staff have a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access to your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis: ·

- Warden of the institution or designee
- Internal investigative staff and legal counsel working with the ALDOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*The information on this form has been explained to me and I have received a copy of this information for my future reference.*

_____        _____        _____
Inmate Signature                     AIS Number              Date Signed

ALDOC Form 451-01

AR451 – October 5, 2001

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

### Psychological Evaluation

Name: Duncan, Marvin          AIS# 141441    R/S W/m

Date: 6/7/04    Date of Birth: ███████    Age: 40

Beta III: 90 (A)    WAIS: /    /    WRAT-RL: 4.8

Last School Grade Completed: 11    Special Education Classes: ☐ Yes ☐ No  Type: _____

MMPI Welsh Code: Not given

## Mental Health Code: (0)    1    2    3    4    5    6

### General Appearance
_ a. Neat and generally appropriate        ___ c. Flat or avoiding interaction
  b. Poorly groomed                        ___ d. Sad or worried

Other: _____

### I.  Interpersonal Functioning              f. other
_ a. Normal-good relationships likely        1. Exploitive/manipulative
_ b. Withdrawn/apparent loner                2. Weak/vulnerable
_ c. Likely to ignore rights/needs           3. Passive/unassertive
  d. Lacks skill or confidence               4. Aggressive/Dominant
  e. Probably difficult to get along with    5. Retaliates
                                             6. _____
Claimed marital interest 8 children

### II.  Personality                          g. other
_ a. Healthy            1. Schizoid        7. Compulsive
_ b. Antisocial         2. Schizotypal     8. Atypical/mix
  c. Paranoid           3. Histrionic      9. _____
  d. Explosive          4. Narcissistic    Anti
  e. Dependent          5. Borderline
  f. Passive-Aggressive 6. Avoidant

### III  Substance Abuse
_ a. Alcohol addiction/abuse history: _____

_____

_____

_ b. Drug addiction/abuse history: marijuana  w/ last
use appx 9 months ago -
pt (?) - minimal use

Name: _____

c. Current or most recent use: _____

_____

d. Current Addictions: _____

e. Other:
    1. In remission 6 months or less      ✓ 5. Drug use/denies dependency
    2. In remission more than one year      ____ 6. Alcohol use/denies dependency
    3. In remission more than one year      ____ 7. OBS-drug/alcohol induced
    4. In remission only due to incarceration    ____ 8. Other: _____

## IV. Emotional Status

    a. No significant problems
    b. Depressed

    c. Anxious or stressful

    d. Angry or resentful

    e. Confusion or psychotic symptoms

    f. Mood disturbances

    g. Sexual maladjustment

    **History of sex offenses?**    Yes  ✓ No  List:

    h. Paranoid ideation

    i. Sleep/appetite disorder    No problems

    j. Other
    1. Symptoms of Hypochondria    4. Overtly psychotic    7. Behavior disorder
    2. Hyperactivity    5. Psychosis in remission    8. Senile/demented
    3. Violent/uncontrolled    ✓ 6. Personality disorder    9. Other

Disposition: Data Entry to Central Records, Medical File, Institutional File      Reference: ADOC AR 612, 613
(Previously Form N-259)      ADOC Form MH-015 - November 14, 2005
Page 2 of 4

**Name:** Nation

## V. Mental Deficiency

_____ Mild        (50-70)          _____ Borderline (70-80)
_____ Moderate    (35-50)          _____ Organic impairment suspected
_____ Severe      (20-35)          _____ Memory Deficit

Remarks: _____
_____ IQ 90 a) _____

**Emotional response to incarceration:** _____

## VI. Mental Health

_____ a. Outpatient treatment (dates/where) _____

_____

_____ b. Inpatient treatment (dates/where) _____

_____

_____ c. Psychotropic medication (type/effectiveness) _____

_____

_____ d. Family history of mental illness _____

_____

## VII. Management Problems

_____ a. Suicide potential   Ideation ☐ Yes  ✓No        Plans? ☐ Yes  ✓ No
       History of attempt/gestures

_____ b. Serious mental illness (specify)

_____ c. Impulsive/acting out behaviors predicted

_____ d. Authority Conflict

✓ e. Manipulative/untrustworthy   He can not tell the
       truth — he wouldn't know

_____ f. Easily victimized                                      how

FOUNTAIN CORRECTIONAL CENTER

I have received *access to health care* information   I understand how to access health care

and I understand the grievance process.


Marvin Nation  141669          8-12-06
Patient Name              AIS  Number                Date


M. Barbr, vn                    8-12-06
PHS Staff                                 Date



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _7 - 19- 6_

To: _ADOC_

From: _PE_

Inmate Name: _Natinn, Marvin_    ID#: _141669_

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _∅ straining / ∅ lift greater than 30 lbs  X180d_

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Bottom Bunk profile X 180d_

_____

_____

_____

_____

Date: _7/17/6_  MD Signature: _Adencarp / Ray_  Time: _1 30 p_

_7/19/6_

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: Nation, Marvin          DATE: 7/14/06 TIME: 9:10a

DOB: ▓▓▓▓▓▓          OFFICER: Col Hiles          INSTITUTION: __KILBY__

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✗ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was          ⟋a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

Col Hiles
_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards

# FOUNTAIN CORRECTIONAL CENTER

I have received *access to health care* information. I understand how to access health care

and I understand the grievance process.


Marvin Nation 141669                    8-12-06
Patient Name              AIS Number                    Date


M. Barber                              8-12-06
PHS Staff                              Date



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _7- 19-6_

To: _APOC_

From: _PE_

Inmate Name: _Nation, Marvin_  ID#: _141669_

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _Ø Straining / Ø lift greater than 30 lbs_ X180d

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Bottom Bunk profile X180d_

_____

_____

_____

_____

Date: _7/17/6_  MD Signature: _Aderncup / Ray_  Time: _1³⁰ᵖ_

7/19/64

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: Nation, Marvin     DATE: 7/14/06 TIME: 9:10a

DOB: ████████     OFFICER: Col Hines     INSTITUTION: __KILBY__

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✗ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✗ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✗ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✗ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✗ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✗ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✗ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✗ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✗ |
| Does the inmate have any obvious physical handicaps? | | ✗ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was   ⟶   a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit

_Col Hines_
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: Loxley WR

Date: _____ Time: _____ AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

Elmore

RECEIVING MEDICAL STATUS

- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: Elmore

Date: 3/29/05   Time: 12:00   AM/PM
RELEASE FROM:

- [ ] Infirmary      [ ] Segregation
- [✓] Population      [ ] Mental Health
- [ ] Other _____

RELEASE TO:

- [ ] DOC    [✓] Infirmary    [ ] Mental Health
- [ ] _____

Institution/Work Release Center/Free-World Hospital

ALLERGIES:

NKA

PHYSICAL EXAMINATION

Date of last exam: 5/25/04

Chest X-Ray Date: ___ Ø ___ Result: _____

PPD Reading 5/27/04 Ø

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | 9/24/04 | [✓] | [ ] | Wears Glasses/Contacts | [ ] | [✓] |
| Urinalysis | 4/16/02 | [✓] | [ ] | Dental Prosthesis | [ ] | [✓] |
| _____ | | [ ] | [ ] | Hearing Aide | [ ] | [✓] |
| | | | | Other Prosthesis | [ ] | [✓] |

B. Hall LPN
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

Ø

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Ø

| | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [✓] Not sent w / inmate |
| HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | [ ] Received | [ ] Not Received |
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

CHART REVIEWED [✓] YES [ ] NO

Received by: B. Hall LPN
Signature of Receiving Nurse

Date: _____ Time: _____ AM/PM

FOLLOW-UP CARE NEEDED    Date    Time    With Whom - - Location (Sending Nurse)    Date/Appt. Made w/Whom (Rec Nurse)

- [ ] Medical    [ ] Dental    _____
- [ ] Mental Health    _____

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | | |
| | Mental Illness | | |
| | Suicide Attempt | | |
| | Chronic Care | | |
| STATUS | Special Diet | | |
| | Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | [✓] |
| | Lice | | [✓] |
| | Edema | | [✓] |
| | Warm & Dry | [✓] | |
| | Cool & Moist | | [✓] |
| CONDITION | Alert | [✓] | |
| | Oriented | [✓] | |
| | Uncooperative | | [✓] |
| | Depressed | | [✓] |

INTAKE

Sick Call Procedures Explained    yes

Height    6'1"

Weight    200#

Blood Pressure    100/70

Temperature    97.6

Pulse Resp    68-20

Other    _____

E. Johnson LPN
Signature of Nurse Completing Assessment (Sending Nurse)    3/29/05    B. Hall LPN
Date    Signature of Intake Screening Nurse (Receiving Nurse)    Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Nation, Marvin | 141669 | ▓▓▓▓ | WM | Elmore |

PHS-MD-70009



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _MARVIN K NATION_    Date of Request: _10-12-04_

ID # _141669_    Date of Birth: _____ Location: _C-126_

Nature of problem or request: _I need to see The Doctor, my left_
_eye is still hurting And my nose is Fracture or Broke_
_and the Left Side of my face is starting to swell up again._

_Marvin Nation_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _10/14/04_
Time: _750_ (AM) PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** "I cant breathe out of my left nare and I am having headache and I was suppose to have nasal spray and dental wax".

**(O)bjective   (V/S): T:** _96⁴_   **P:** _76_   **R:** _18_   **BP:** _112/72_   **WT:**
Has Braces to upper and Lower teeth c/o pain to head and unable to breath from (L) nare. Requesting Dental wax per braces.

**(A)ssessment:** Alteration in Health Maintence

**(P)lan:** HCP to review instruction on Braces and Inmate given instruction on Braces and Post MVA pain

Refer to: ( MD/PA ) Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( X )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)  Tylenol ES ii PO q 6-8 prn x 90d
Motrin 600 TID prn x 90d As
needed

D.O.B.  /  /
ALLERGIES:

Use Last     Date  /  /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
141669

D.O.B.  Blmore
ALLERGIES: NKA

Use Fourth    Date 11/4/04

DIAGNOSIS (If Chg'd)  appt 11/18/04
Naproxen 375 mg i PO BID x 10days
Flexeril 10mg i PO BID x 3days
Verify 10/20 order for x-rays
if need be reorder, B hip + Lumbar
HCU visit in 2 weeks for f/u

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
141669

D.O.B.
ALLERGIES:

Use Third    Date 10/20/04

DIAGNOSIS (If Chg'd)  appt 11/4 cw
Motrin 600 mg TID prn x 10days
HCU visit f/u wk of Nov
ENT for relocation of nasal bone, muelley Sims
Ellison 10/20/04

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
141669

D.O.B.
ALLERGIES:

Use Second    Date 10/20/04

DIAGNOSIS (If Chg'd)  See above
Soft Diet x 6 wks
f/u Dr Klean 1 month
Dental - to evaluate bite
XRay nasal lip
L/S Spine

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Martin
Elmore 141669

D.O.B.
ALLERGIES:

Use First    Date 9/23/04

DIAGNOSIS
Motrin 600 TID x 14d
Lortab 5mg ii PO q 6-8 hrs x 10d
D/C Vicodin
D/C Tylenol #3

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Nation, Marvin
141669
D.O.B.
ALLERGIES:

Use Last    Date 10/7/04

DIAGNOSIS (If Chg'd)    See below
No lifting greater than 10 lbs X 4 wks
Peanut Butter Sandwich @ hs X 3 wks
Dx previous pain med orders. noted 10/7/04 3:p
Light duty X 4 weeks — Noted 10/7/04 3:15p
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
141669
D.O.B.
ALLERGIES: NKA

Use Fourth    Date 10/7/04

DIAGNOSIS (If Chg'd)    See above
Motrin 600 mg c Prograsic ii po TID X 14 days PRN
Amoxicillin 500 mg cont for 4 mondays (has card)
Soft diet till further notice
BBP X 4 wks    noted 10/7/04 3:15pm
No prolonged standing X 30 mins X 4 wks
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
10/4/04 0746
D.O.B.   /   /
ALLERGIES:

Use Third    Date   /   /

DIAGNOSIS (If Chg'd)
1) Soft diet.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
#141669
D.O.B.
ALLERGIES: NKA

Use Second    Date 9/26/4

DIAGNOSIS (If Chg'd)
1) Hydrocodone elixir 10 mg po q 4° prn
X 3 d.
2) Surgery t/w c Dr. Keane OK
3) May tfer back to prison facility (infirmary)
4) keep hard chart until he goes
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
#141669
D.O.B.
ALLERGIES: NKA

First    Date 9/26/4

DIAGNOSIS
Saline Rinses prn
Ensure TTO c meals
Vicodin 5/500 g ii po q4° prn pain X
Amoxicillin 500 g i po TID X 1 wk.
K/o Dr. Robbins / Rhgd
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / ALLERGIES: | |
| Use Last     Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / ALLERGIES: | |
| Use Fourth     Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / ALLERGIES: | |
| Use Third     Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / ALLERGIES: | |
| Use Second     Date   / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Nation Marvin 141669 | DIAGNOSIS Inne Rt naris furuncl |
|---|---|
| Elmore | Tylenol II PO BID prn pain x 4 days |
| | Bactrim DS 1 BID x 10 days |
| D.O.B. | Rifampin 300 mg |
| ALLERGIES: NKDA | Warm ES soak Rt nares 1/day x 3 |
| | Motrin 600 mg BID prn pain x days |
| Use First     Date 3/30/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Nation, Marvin 141669 D.O.B. ▓▓▓ *Elmore* ALLERGIES: Use Last   Date 9/22/04 | DIAGNOSIS (If Chg'd) Vicodin to 2̄ PO Q 4°- 6° prn pain per V.O. Dr. W. Williams/ ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
|---|---|

| NAME: Nation, Marvin 141669 D.O.B. ▓▓▓ ALLERGIES: NKDA   *acc* Use Fourth   Date 9/22/04 | DIAGNOSIS (If Chg'd)  1st dose given 1650 give two percocesic q 4-6 hr prn pain 9/22/04 give with 650 Tylenol for 7 days ✓ give Tylenol #3 for break through pain q 6 hr ☐ - for 7 days ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  Dr williams |
|---|---|

| NAME: Nation, Marvin 141669 D.O.B. ▓▓▓ *Elmore* ALLERGIES: Use Third   Date 9/22/04 | DIAGNOSIS (If Chg'd) Make sure titnaus UTD 9/22/04 1650 ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
|---|---|

| NAME: Nation, Marvin 141669 D.O.B. ▓▓▓ ALLERGIES: Use Second   Date 9/22/04 | DIAGNOSIS (If Chg'd) Amoxil 500m 2̄ po TID x 7 days Nou admisson till p̄ Surgey Liquid diet till p̄ Surgey or soft diet Xray sacral series Dressing change q pm Left leg 7 days ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
|---|---|

| NAME: Nation, Marvin 141669 D.O.B. ▓▓▓ ALLERGIES: NKD Use First   Date 9/22/04 | DIAGNOSIS Tylex #3 ☐ PO q 4-6° prn x 7d ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
|---|---|

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: MARvin NAtion    Date of Request: 10-23-04

ID # 14 1669    Date of Birth: ▓▓▓▓▓▓ Location: 14-1-100

Nature of problem or request: I need to see the Doctor About my BACK pAin And Also I've been having real BAd HeAd Ackes.

Thank you
Marvin Nation
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 10 / 26 / 04
Time: 0700 (AM) PM
Allergies: NKA

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____   │
└─────────────────────────────────┘
```

(S)ubjective: Im getting bad H/A & pressure behind Left ear. & my back is still bothering me. sharp pain runs up L side of back About 8 inches.

(O)bjective  (V/S): T: 974  P: 88  R: 20  BP: 180/88  WT: 185
Rom to back painful L side c flexion. pulses (+) cap. filling refil L3 sec; Sm. Amt. Facial Edema: History of van wreck Sept. 21, 2004

(A)ssessment:
Alteration in comfort

(P)lan:
HCP review

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( ) Has Hlth appt 11/4
    Was MD/PA on call notified:    Yes ( )    No ( )

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # _____ |
| Date | | Allergies | | Facility _____ |

SIG.

Discontinue

Continue

Increase

Physician Signature:                    Decrease

NC002

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | | | | AIS # _____ |
| Date | | Allergies | | Facility _____ |

SIG.

Discontinue

Continue

Increase

Physician Signature:                    Decrease

NC002

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Nation, Marvin | | | AIS # 141668 |
| Date | 10/5/03 | Allergies | NKA | Facility ZU |

SIG.

F/U Vaccine. See Zimk Nose

Discontinue

Continue

Increase

Physician Signature: No Dr. Sim / Rabbet          Decrease

NC002

| | Last | First | Middle Initial | |
|---|---|---|---|---|
| Name | Nation | Marvin | | AIS # 141668 |
| Date | 7/25/03 | Allergies | NKA | Facility |

SIG.

Robaxin 500 mg PO TID X 7D
Motrin 600 mg PO TID PRN X
C Spine XR                          30D

Discontinue

Continue

Increase

Physician Signature: Nation, MS          Decrease

NC002

**Name** (Last) Nation (First) Marvin  (Middle Initial)   **AIS #** 141669   **Facility** LCF
**Date** 7/3/03   **Allergies** NKDA

**SIG** Motrin 600 mg po TID PRN x 5d

Discontinue
Continue
Increase
Decrease

**Physician Signature:** v.o. Dr. Drury/ESMN

NC002

---

**Name** (Last) Nation (First) Marvin  (Middle Initial)   **AIS #** 141669   **Facility** LCF
**Date** 5/15/03   **Allergies** NKDA

**SIG** Amox 500 po TID x10d
Tylenol 650 po TID x10d
Diriyophed po BID, prn

Discontinue
Continue  ESMN 5/15/03
Increase
Decrease

**Physician Signature:** v.o. Dr. Singh/ESMN

NC002

---

**Name** (Last) Nation (First) Marvin  (Middle Initial)   **AIS #** 141669   **Facility** LCF
**Date** 11/13/02   **Allergies** NKDA

**SIG** Motrin 800 mg tid x 7d

Discontinue
Continue  RGott EMN 11-13-02 740 A
Increase
Decrease

**Physician Signature:** v. Dr. Camp/CMJ RDA

NC002

---

**Name** (Last) Nation (First) Marvin  (Middle Initial)   **AIS #** 141669   **Facility** Stat
**Date** 8-7-02   **Allergies** NKDA

**SIG** Selsun Shampoo + body wash
BID x 14  KOP

Discontinue
Continue   Noted 8/7/02 @ 10A SStanush RN
Increase
Decrease

**Physician Signature:** B. Hdebson ???

NC002

Name: Last _Nation_ First _Marvin_ Middle Initial
AIS # _141 669_
Date _7-9-02_ Allergies _NKDA_
Facility _S Tn_
SIG.
_Lung Function test then Start_
_Nizoral 200 mg po qd x 7 y_
_they are normal_
Discontinue
Continue
Increase
Decrease
Physician Signature: _B Helms CRNP_
NC002

Name: Last _Nation_ First _Marvin_ Middle Initial
AIS # _141 669_
Date _7-9-02_ Allergies _NKDA_
Facility _M S Tn_
SIG.
_Cont Anti fungal Cream / Powder TID_
_Gris - Peg 330 qd x 14 - DC_ x 30
Discontinue
Continue
Increase
Decrease
Physician Signature: _B Helms CRNP_
NC002

Name: Last _NATION_ First _MARVIN_ Middle Initial
AIS # _141669_
Date _2-5-02_ Allergies _NKA_
Facility _Staton_
SIG.
_antifungal cream apply Tid to_
_rash K.O.P. Given 2/5/02_
_X Seen M.D. Tuesday_
_J. Cooper_ 2-5-02 3:10p
Discontinue
Continue
Increase
Decrease
Physician Signature: _Dr. Taylor / J. Cooper L_
NC002

Name: Last _Nation, Marvin_ First Middle Initial
AIS # _141669_
Date _4/15/02_ Allergies
Facility _Kilby_
SIG.
_Motrin 600mg Sid x 5 days_
_1/0 Dr. Anderson / E. Bowdry RN_
Discontinue
Continue
Increase
Decrease
noted mnurse 4/15/02
NC002

CORRECTIONAL MEDICAL SERVICES, Inc.        PHYSICIANS' ORDERS

Name _Katren, Marvin_____ D O B _____

Location _____ ID# _____ Allergies _____

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: R Burkette qpm | ① Motrin 800 mg tid × food prn Back pain × 10d |
| | ② Resource Bid |
| Date: 8/5/01 | ③ Tylenol 650 mg ⊤ qid prn Motrin pain × 10d |
| Time: 1205 | |
| | M.D. Signature _____ Date/Time _Mar 5/01_ |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time _____ |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time _____ |

| Check box as order is noted: | (Date & Time) |
|---|---|
| Noted by: | |
| Date: | |
| Time: | |
| | M.D. Signature _____ Date/Time _____ |

7193 2/96

| NAME | AIS# |
|---|---|
| DATE | FACILITY |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME | AIS# |
|---|---|
| DATE | FACILITY |
| SIG. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME | AIS# |
|---|---|
| DATE | FACILITY |
| SIG. Admit to Wetward BED #2. | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME Tatton Marvin | AIS# 14166 |
|---|---|
| DATE 9/3/98 | FACILITY Kilby |
| SIG. UA Amylase & lipase | DISCONTINUE |
| | CONTINUE |
| | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____ | AIS# _____ |
|---|---|
| DATE _____ | FACILITY _____ |
| SIG. | DISCONTINUE |
|  | CONTINUE |
|  | INCREASE |
| Physician Signature: | DECREASE |

| NAME _____Nation, Marvin_____ | AIS# __141669__ |
|---|---|
| DATE _____9-30-98_____ | FACILITY __KCF__ |
| SIG.  Motrin 600 mg bid x 3 day | DISCONTINUE |
|  | CONTINUE |
|  | INCREASE |
| Physician Signature: AM Chilson MD | DECREASE |

| NAME __Nation Marvin__ | AIS# __141699__ |
|---|---|
| DATE __9-9-98__ | FACILITY __KCF__ |
| SIG.  Pancrease # po 30 mins before each meal | DISCONTINUE |
|  | CONTINUE |
|  | INCREASE |
| Physician Signature: | DECREASE |

| NAME __Nation, Marvin__ | AIS# __141669__ |
|---|---|
| DATE __9/7/98__ | FACILITY __KCF__ |
| SIG.  Release to population No Medical Hold | DISCONTINUE |
|  | CONTINUE |
|  | INCREASE |
| Physician Signature: | DECREASE |

| NAME Nation, Marvin | AIS# 141663 |
| DATE 09/15/98 | FACILITY KCF |

SIG.
- D/C IV
- D/C Tagament 300 mg IV

Physician Signature: T.O. Dr An /R Burkette, ___

DISCONTINUE
CONTINUE
INCREASE
DECREASE

---

| NAME Nation, Marvin | AIS# 141669 |
| DATE 9/4/98 | FACILITY KCF |

SIG.
Pancrease #1 Po 30mins
before each meal
x 30d

Physician Signature: Thang___

DISCONTINUE
CONTINUE
INCREASE
DECREASE

---

| NAME Nation, Marvin | AIS# 141669 |
| DATE 9/4/98 | FACILITY KCF |

SIG.
Soft diet today &
advance as tolerated

Physician Signature: Thang___

DISCONTINUE
CONTINUE
INCREASE
DECREASE

---

| NAME Nation, Marvin | AIS# 141669 |
| DATE 9/3/98 | FACILITY KCF |

SIG.
Tagamet 300mg IV q12°
x 5d
Demerol 25mg IM
q6-8 prn
x 5d

Physician Signature: ___ NG ___

DISCONTINUE
CONTINUE
INCREASE
DECREASE



**PRISON HEALTH SERVICES, INC.**

PRISON
HEALTH
SERVICES,
INCORPORATED

# SICK CALL REQUEST

Print Name: _MARvin NAtion_    Date of Request: _5-27-04_
ID # _141669_    Date of Birth: ~~_____~~ Location: _ECC_
Nature of problem or request: _I was scheduled for a_
_Hernia operation on Dec. 15th of 2003 and_
_was supposed to be rescheduled. Thank you_

_____
_Marvin Nation_
Signature# _141669_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌──────────────────────────────┐
│          RECEIVED            │
│  Date:                       │
│  Time:                       │
│  Receiving Nurse Intials ___ │
└──────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**



Print Name: _MARVIN NATION_    Date of Request: _3-29-04_
ID # _141669_    Date of Birth: ▮▮▮▮ Location: _C-1-103 Elmore_
Nature of problem or request: _I have been bit by a spider or_
_I either have a staff infection inside my nose and_
_my hold nose is sorole, I need to see a doctor_

_Thank you HMarvin Nation_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

> **RECEIVED**
> Date: 3-30-04
> Time: 9200
> Receiving Nurse Intials _MD_

S/C

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

No show for
sick call screening

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_J Austin LPN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

*MaphCare*

## HEALTH SERVICES REQUEST FORM

Print Name: _MARVIN    NATION_          Date of Request: _3-15-03_

ID#: _141669_     Date of Birth: ▬▬▬▬▬     Housing Location: _Ce-13-28-T_

Nature of problem or request: _I have a cold my throat hurt_
_And my Noise is Running_

_Marvin Nation_
Sign here for consent to be treated by health staff for the condition described

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
*************************************************************************

## HEALTH CARE DOCUMENTATION

**Subjective:** _See above_

**Objective:** BP _120/80_ P _80_ R _16_ T _99.2_

**Assessment:** _Cold —_

**Plan:** _AMOX_      _~~Drex~~_
_Tylenol_    _Fluid_

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

Signature: _____    Title: _____    Date: _3/15/03_ Time: _____

_OS 3/18/03_

PaphCare.

# Health Services Request Form

Name _MARVIN NATION_ _141669_    Date of Request _Aug 6th, 02_

_141669_ Date of Birth ▓▓▓▓▓▓  Housing Location _D-2-17T_

Nature of problem or request: _I Steel have A fungus on my_
_BacK that will not go AWAY An it is Geting_
_worse_

_Marvin Nation 141669_

for consent to be treated by health staff for the condition described above.

Place this slip in Medical Box or designated area    _8-7-12_
DO NOT WRITE BELOW THIS LINE

AUG

Health Care Documentation

_I got a fungus rash to my back that
not getting better. Now the rash is itchin_

BP _120/70_  P _80_  R _20_  T _96.9_  (W)187

Alert & Orient X3 Respot easy Scatter (several)
Circular rash noted to upper back varies in size
C reddness & drainage. Ruged edges noted
Alteration in skin integrity
MD to review orders _8/1/02 12:30A_

## CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _Marvin Nation_ Date of Request: _3/5/01_

ID #: _141669_ Date of Birth: ▮▮▮▮▮▮ Housing Location: _N-47_

Nature of problem or request: _real bad back ~~prostate problem~~_
_+ my pancreatitis_

I consent to be treated by health staff for the condition described.

_Marin Nation_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### HEALTH CARE DOCUMENTATION

Subjective: _I almost slipped in the shower Sat night + my back has been hurting ever since._

Objective: BP $\frac{160}{90}$ P _80_ R _20_ T _9714_

Assessment: c/o back pain c/o real bad pancreatitis (had stent put in duct part of pancreas)

Plan: Scheduled to see MD today

Refer to: __/__ PA/Physician _____ Mental Health _____ Dental

Signature: _B. Burkette_ Title: _LPN_ Date: _3/5/01_ Time: _____

CMS 7166 REV. 10/94



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: NATION MARVIN | D.O.B.: / / |
|-----------|------------------------------|-------------|
| 1/11/05 | Placed in MOU for overnite Stay re! FWA in AM   B/P 100/70 - pulse 68 - Resp 20 Temp 98 - *[signature]* | |
| 1/12/05 | 97⁴   P 56   R 20   94/74   91%   wt 190 | |
| | S- Return from FWA, I want my rose friend | |
| | O- Review of wound shows good healing | |
| | A/P FU c̄ Dr Boy Stomach PRN. Released from Cau. Return to camp | |

| Date/Time | Inmate's Name: Nolem, Marvin | D.O.B.: / / |
|---|---|---|

**9/23/04 2300** — S: I need my pain medicine, please. My face is hurting. I can have a soft diet.

O: Ambulatory in MOU. Alert, oriented x 3. Skin w/D. Respress c̄ ease. Bruises contines to ⓁD face. Bandaids intact to inner Ⓛ lower leg c̄ old bloody drainage to bandaids (dry).

(A) alteration in comfort & skin integrity.

(P) adm pain med per MAR - monitor.

(E) Advised inmate he is not to eat or drink after midnight due to surgery on 9/24/04 - He vocied understanding ———————— D Johnson

**2350** — I: Vicodin tabs īī po adm for c/o pain to face H g bus. ——— D Johnson

**9/24/04 0030** — In bed c̄ c/o pain. ——— D Johnson

**0300** — Tylenol 650 mg c̄ Percogesic tabs īī po adm for c/o pain. All po meds given c̄ sips of H₂O. He is held c̄ food or drink prior to surgery. ——— D Johnson

**10/19/04 8¹⁰** — Placed in MOU for FWA 10/20/04 - 98.4 - 58 - 22 - 148/84 - informed of NPO p MN status ———————— ssyek gen

**10/20/04** — V/S - B/P 130/70  P-84  R- 20  T- 98'  Wgt- 187/lbs

S: Back from F/u appt. O.OK to return to pop. At See O: dus ———————— D ass tu cxp

**11/4/04** — To see HCP: f/u

**wgt 182** — B/P 110/78  T 97.7  P 64  R 20  O₂ Sat 97

F/U facial trauma. Is feeling better. Still c/o facial numbness Ⓡ thoracic pain. & Ⓑ hip pain

Ⓞ A&O x 3

Spine inline NTTP, Ⓡ para Thoracic muscle knotted/TTP Ⓡ SP TTP.

over next page

Nation



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Nation, Marino  141669 | D.O.B.: |
|-----------|----------------------------------------|---------|

**10/4/04**

Note Cont

A. XRays ordered 10/20 not done
will reorder hip & L/S spine

P. Pt has F/u c̄ facial surgeon.
Naproxen + Flexeril
Pt show stretches for his back

D. McClurst

**11/13/04**   MD Appt Vu

wt 188     Bp 118/80   T 97.5   P 64   R     O₂ 96

PT Here F/u facial fx & Back film Report.
Pain in lower Back better w/ conservative mgmt
x-Rays normal. Facial paresthesias persistent
on L face & oral pharynx on L. Nasal
obstruction L chronic 2° Deviation of septum
F/u um submitted. Pain in L face worse
w/ cold weather. Advised to take tylenol/motrin PR

USS:

HEENT - evidence of infection - mild/mod
Nasal septal deviation c̄ obstruction
Nasal edema. Facial sensation ↓
oral pharynx o infection sensation ↓
speaks well. Breathes well

A: Facial trauma F/u c̄ ENT as sched
w p-3 wks
Pain tylenol/motrin.

[signature]



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Nation, Marvin | D.O.B.: / / |
|---|---|---|
| 10/5/04<br>0715 | ✓ ss. afebrile. No new c/o. No changes. | |
| | | |
| 10/7/04 | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Notion, Marvin | D.O.B.: / / |
|---|---|---|
| 9/27/04 0719 | 38 yo wm S/P ORIF (L) cheek + upper jaw fxr, uncomplicated. PMHx (-). | |
| | VSS. afebrile. c/o post op pain, otherwise ok. alert/oriented. jaws wired, bruising @ cheek, minimal swelling. Lungs clear. Heart RRR s (m). Abdomen soft s organomegaly / mass. Mild bruising + healing abrasion (L) medial lower leg. | |
| | A/P 1) S/P ORIF (L) facial fxr. Clinically stable. Surgery F/u soon. Ok to return to prior facility.  —Robb | |
| 9/28/04 0650 | VSS. afebrile. No new c/o. No changes.  —Robb | |
| 9/29/04 0645 | VSS. afebrile. No new c/o. No changes.  —Robb | |
| 10/1/04 0711 | VSS. afebrile. No new c/o. No changes.  —Robb | |

| Date/Time | Inmate's Name: | D.O.B.:      /      / |
|-----------|----------------|------------------------|

09/24/04  10AM S. I need pain meds."

O. Pt. NPO for Surgery this pm. Awake alert
Skin w/D to touch. Purple discolorations noted
Under left eye. Some Edema to Left knee.

A. Alteration in Rom to Left knee

P. Mou - sch. for Surgery this pm f/u/A. M.McLain

10 AM M.D. Ellis called. Surgery for OK. to give PO
pain meds. M.McLain

1005 Tylenol #3 ; PO for pain. M.McLain

NaphCare

## Nurse's Notes

| Date and Time | | Nurse's Name |
|---|---|---|
| 8/26/02 | Rec'd U/A - Intake Screening completed. As current meds. | [signature] |
| 2/23/04 | Transferred to Elmore Corr't medical jacket | [signature] |

me – Last         First         Middle         Inmate No

Natin, Marvin         141665

Nurse's Notes

## PHYSICIAN PROGRESS NOTES

Patient Name: Nation, Marvin   I.D. #: 141669   Institution: LCF

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/13/03 | wt 199  B/P 110/80  P-78  R-18 | S: Has a hernia in his belly button that seems to be getting larger. Partial Gastrectomy in 1995.  O: WDM in NAD. Alert and O×3. neck supple, Ø JVD  Abd SNT c̄ active BS. No rebound or guarding. Incision well-healed vertical from Sternum to umbilicus. 3 cm mass at distal end at umbilicus c̄ some difficulty c̄ reducing in standing position. A- Ventral Hernia 2° to Surgery P- Request consult c̄ Surgeon for evaluation.  J. E. PA-c/Dr. Sims | |
| 7/25/03  6 PM | neck pain after pulling a mx and had a 125 lb weight hit back of his neck. Now has pain x 2 days - Phys ex: No skin change, or deformity  A Mx strain  Pl. Robaxin 500 mg TID  Motrin 600 mg TID - XR of neck | |

CMSAL-001

NAPHCARE

PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 2-9-02 | 12°° | S: 36 yo W ♂ here c/o rash on back |
| | | started ~ 1 wk ago |
| | | |
| | | D: 96⁸ 60-20 133/80 |
| | | several circular red areas |
| | | of mid back |
| | | |
| | | A: Ring Worm |
| | | |
| | | P: See order |
| | | β Heroms cream |

| NAME- LAST | | FIRST | MIDDLE | | AIS # |
|------------|--|-------|--------|--|-------|

NC007                    PHYSICIAN'S PROGRESS NOTES

**CORRECTIONAL MEDICAL SERVICES**

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name _____     I.D. # _____     Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| Mar 5, 01 | | patient with pain to low back, no blunt trauma also chronic pancreatitis. No N/V, no bloody stool. O NAD. | |
| | | Abd bowel surg cont. mass Umbilical hernia reducible. Minimal tenderness no reb. no guarding; Back; minimal muscle tender. Flex 90° able to squat & RCR SLR 90° | |
| | | Ass Low Back pain Chronic Pancreatitis - stable | |
| | | Plan Motrin 800 tid afood Tylenol 650 q 4 per pain ) X ___. Reserve Rx as needed | |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 02-24-04 | Rec'd @ SHCU-ELMORE,Vol. $I$ of $I$, $\emptyset$ meds/mar ------ *[signature]* | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| and Time | | Nurse's Name |
|---|---|---|
| 7/13/02 | Rec'd @ SHCU / SCC Vol. 1 no meds ——— | BB |
| 7/9/02 | See MD on CRNP - Rash on Back @ 10³⁰ 190 wgt., 60, 20, 96⁸, 130/80 | L Myers |
| 8/26/02 | To Limestone Corr, Vol I sent ——— | CB |

- Last  **Nation. Marvin**    First    Middle    Inmate No. **141669**

Nurse's Notes

NC006



**DEPARTMENT OF CORRECTIONS**
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: *KCi* | *NKA* |
| Date: _____ Time: _____ AM/PM | Date: *10/5/04* Time: _____ AM/PM | **PHYSICAL EXAMINATION** |

**RECEIVED FROM:**
Institution/Work Release Center/Free-World Hospital

**RELEASE FROM:**
☑ Infirmary  ☐ Segregation
☐ Population  ☐ Mental Health
☐ Other

**RECEIVING MEDICAL STATUS**
☐ Population
☐ Infirmary
☐ Isolation

**RELEASE TO:**
☑ DOC  ☐ Infirmary  ☐ Mental Health

Institution/Work Release Center/Free-World Hospital

Date of last exam: *5/25/04*
Chest X-Ray Date: _____ Result: *NYM*
PPD Reading *6/27/04*
Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | _____ | ☐ | ☐ | Wears Glasses/Contacts | ☐ | ☐ | |
| Urinalysis | _____ | ☐ | ☐ | Dental Prosthesis | ☐ | ☐ | |
| _____ | _____ | ☐ | ☐ | Hearing Aide | ☐ | ☐ | |
| | | ☐ | ☐ | Other Prosthesis | ☐ | ☐ | Recieving Nurse |

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**

**CURRENT MEDICATION - - DOSAGE AND FREQUENCY**

| MEDICATIONS | ☐ Sent w / inmate | ☐ Not sent w / inmate |
|---|---|---|
| X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| HEALTH RECORD | ☐ Sent w / inmate | ☐ Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| MEDICATIONS | ☐ Received | ☐ Not Received |
|---|---|---|
| X-RAY FILM | ☐ Received | ☐ Not Received |
| HEALTH RECORD | ☐ Received | ☐ Not Received |
| CHART REVIEWED | ☐ YES | ☐ NO |

**SCHEDULE FOR CHRONIC CARE CLINIC**

DATE: _____ LAST CLINIC: _____

Received by: _____
Signature of Receiving Nurse
Date: _____ Time: _____ AM/PM

**FOLLOW-UP CARE NEEDED**

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt Made w/Whom (Rec Nurse) |
|---|---|---|---|---|
| ☐ Medical  ☐ Dental | | | | |
| ☐ Mental Health | | | | |

**NURSING ASSESSMENT (SENDING NURSE)** (Noted from health record documentation)

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | | ☑ |
| | Mental Illness | | ☑ |
| | Suicide Attempt | | ☑ |
| | Chronic Care | | ☑ |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | |
| | Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

**NURSING ASSESSMENT (RECEIVING NURSE)** (Noted from inmate assessment)

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | |
| | Lice | | |
| | Edema | | |
| | Warm & Dry | | |
| | Cool & Moist | | |

| CONDITION | | | |
|---|---|---|---|
| | Alert | | |
| | Oriented | | |
| | Uncooperative | | |
| | Depressed | | |

**INTAKE**

Sick Call Procedures Explained _____
Height _____
Weight _____
Blood Pressure _____
Temperature _____
Pulse Resp _____
Other _____

Signature of Nurse Completing Assessment (Sending Nurse)   *A. DuBose LPN*

Date *10/5/04*

Signature of Intake Screening Nurse (Receiving Nurse)   Date

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | Race/Sex | FA |
|---|---|---|---|---|
| *Nation, Marvin* | *141166* | | *W/M* | *KC* |

PHS-MD-70009

**(White - Medical Jacket, Yellow - Transfer Coordinator)**

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _C C_ | Institution: _LCF_ | _NKDA_ |

RECEIVED: Inmate/Health Record

Institution: _C C_

Date _3·6·04_  Time: _6⁰⁵_ AM (PM)

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_LCF_

RECEIVING MEDICAL STATUS
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record

Institution: _LCF_

Date _2/3/04_  Time: _____ AM/PM

RELEASE FROM:
- [ ] Infirmary   [ ] Segregation
- [✓] Population   [ ] Mental Health
- [ ] Other _____

RELEASE TO:
- [✓] DOC   [ ] Infirmary   [ ] Mental Health
- [✓] _Elmore Corr._
Institution/Work Release Center/Free-World Hospital

ALLERGIES:
_NKDA_

PHYSICAL EXAMINATION

Date of last exam: _4·15·03_

Chest X-Ray Date: _None._   Result: _____

PPD Reading _4·27·03  6mm_

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO |
|---|---|---|---|---|---|---|
| CBC | _None_ | | | Wears Glasses/Contacts | [ ] | [✓] |
| Urinalysis | _4·16·02_ | [✓] | | Dental Prosthesis | [ ] | [✓] |
| _PPR HIV_ | _4·16·02_ | [✓] | | Hearing Aide | [ ] | [✓] |
| | | | | Other Prosthesis | [ ] | [✓] |

Receiving Nurse _(signature)_

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

_Pancreatitis_

_MH code -- none_

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

_None_

| MEDICATIONS | [✓] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [✓] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _Elmore Corr._

Date _____ Time: _____ AM/PM

| MEDICATIONS | [ ] Received | [✓] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |
| CHART REVIEWED | [✓] YES | [ ] NO |

Received by: _(signature)_

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _None._   LAST CLINIC: _____

Signature of Receiving Nurse _(signature)_
Date _3·6·04_   Time: _6⁰⁵_ AM (PM)

FOLLOW-UP CARE NEEDED

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| [ ] Medical   [ ] Dental | | | | |
| [ ] Mental Health | | | | |

| NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation) | | Yes | No |
|---|---|---|---|
| HISTORY | Drug Use | [✓] | |
| | Mental Illness | | [✓] |
| | Suicide Attempt | | [✓] |
| | Chronic Care | | [✓] |
| STATUS | Special Diet | | [✓] |
| | Appearance | | [✓] |

OTHER PERTINENT NURSING ASSESSMENT

| NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment) | | Yes | No |
|---|---|---|---|
| SKIN | Open Sores | | [✓] |
| | Lice | | [✓] |
| | Edema | | [✓] |
| | Warm & Dry | [✓] | |
| | Cool & Moist | | [✓] |
| CONDITION | Alert | [✓] | |
| | Oriented | [✓] | |
| | Uncooperative | | [✓] |
| | Depressed | | [✓] |

| INTAKE | |
|---|---|
| Sick Call Procedures Explained | |
| Height | _6'4"_ |
| Weight | _200_ |
| Blood Pressure | _110/76_ |
| Temperature | _97·6_ |
| Pulse Resp | _80,4_ |
| Other | |

Signature of Nurse Completing Assessment (Sending Nurse) _(signature) RN_

Date _2/3/04_

Signature of Intake Screening Nurse (Receiving Nurse) _(signature)_

Date _____

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | Race/Sex | FAC |
|---|---|---|---|---|
| _Nation, Marvin_ | _141669_ | | _WM_ | _LCF_ |

PHS-MD-70009

(White - Medical Jacket, Yellow - Transfer Coordinator)

**INTRASYSTEM TRANSFER FORM**

**HEALTH STATUS**

| Transferring Facility: Staton | Name: Nation Mervin |
| | Number: 141669 |

Date: 8/26/02

Time: 1:00 (AM) PM

Allergies: NKA

Race: B (W) H Other

Age: _____ Date of Birth: ███████ Sex (M) F

Food Handler Approved: Y (N)

Current Acute Conditions/Problems: Ø

Chronic Conditions/ Problems: _____

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

Chronic Psychotropic Medications: Ø

Current Treatments: Ø

Follow-up Care Needed: Ø

Last PPD: 4/15/02  Results Ø mms    Last Physical: 4/15/02

Chronic Clinics: Ø    Specialty Referrals: _____

Significant Medical History: Ø

Physical Disabilities/Limitations: Ø

Assistive Devices/Prosthetics: _____    Glasses: Ø    Contacts: Ø

Mental Health History/Concerns:

Substance Abuse: Y (N)    Alcohol: Y (N)    Drugs: Y (N)

Hx Suicide Attempt: Date: ___/___/___

Hx Psychotropic Medication

Previous Psychiatric Hospitalizations

Signature and Title: S Duck ga  Date: 8/26/02

**TRANSFER RECEPTION SCREENING**

Date: 8/26/02  Time: 2:00  AM (PM)

| Receiving Facility: LCF |

S: Current Complaint: none

Current Medications/Treatment: none

O: Physical Appearance/Behavior: WNL

Deformities: Acute/Chronic: none

T ___ P ___ R ___ B/P ___/___

A: New man intake

P: Disposition: (Instructions: Check or circle as appropriate)

_✓_ Routine, Sick Call
___ Instructions Given
___ Emergency Referral
___ HIV/TB Instruction Given
___ Physician Referral:
Urgent / Routine
___ Medication Evaluation
___ Work/Program Limitation
___ Special Housing
___ Specialty Referrals
___ Chronic Clinics
___ Mental Health
___ OTHER
Infirmary Placement

Other: _____

NTRASYSTEM TRANSFER FORM

## HEALTH STATUS

Transferring
Facility: KILBY

Date: 6/13/02
Time: 6 ~10 pm
Allergies NKA
Food Handler Approved  Y / N

Name Nation Marvin
AIS 147669
Age _____ Date of Birth _____
Race W  Sex M

Current Acute Conditions/Problems: Ø
Chronic Conditions/ Problems: Ø

Current Medications- Name, Dosage, Frequency, Duration:
Acute short term medications Ø

Chronic Long Term Medications Ø

Chronic Psychotropic Medications Ø

Current Treatments: Ø
Follow up care Needed Ø

Last PPD 4/15/02 Results Ø mms Last Physical 4/15/02
Chronic Clinics Ø
Specialty Referrals Ø
Significant Medical History Ø

Physical Disabilities/Limitations Ø
Assistive Devices/Prosthetics Ø          Glasses Ø          Contacts Ø
Mental Health History/Concerns Ø

Substance abuse Y/N          Alcohol Y/N  Drugs Y/N
Ø ___ Hx Suicide Attempt Date ___/___/___
Ø ___ Hx Psychotropic Medication
Ø ___ Previous Psychiatric Hospitalizations

Signature/Title/Date
(RN) 6/13/02

Transfer Reception Screening
Date 6/15/02 Time 6 am (pm)
S: Current complaint
(Hernia)
Current medications/Treatments
Ø

O Physical Appearance/Behavior
alert (neat cooperative)
Deformities: Acute/Chronic
A
T 98.6 P 70 R 20 B/P 120/80 wt 185

Receiving Facility:
Staton

P Disposition (Instructions: Check or circle as appropriate)
✓ Routine sick call Instructions given

_____ Emergency referral
_____ HIV/TB Instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Signature/ Title:
CH Smith R

NC 071

NTRASYSTEM TRANSFER FORM

HEALTH STATUS

Transferring
Facillty:    KILBY

Date: 6/3/02
Time: 6/00 pm
Allergies NKA
Food Handler Approved   Y /(N)

Name Nation Marvin
AIS 147669
Age_____ Date of Birth_____
Race W    Sex M

Current Acute Conditions/Problems: Ø
Chronic Conditions/ Problems: Ø

Current Medications- Name, Dosage, Frequency, Duration:
    Acute short term medications Ø

Chronic Long Term Medications Ø

    Chronic Psychotropic Medications Ø

Current Treatments: Ø
Follow up care Needed Ø

Last PPD 4/15/02 Results Ø    mms Last Physical 4/15/02
Chronic Clinics Ø
Specialty Referals Ø
Significant Medical History Ø

Physical Disabilities/Limitations Ø
Assistive Devices/Prosthetics Ø    Glasses Ø    Contacts Ø
Mental Health History/Concerns Ø

Substance abuse Y/(N)    Alcohol Y/(N)  Drugs Y/(N)
Ø_____ Hx Suicide Attempt Date_____/_____/_____
Ø_____ Hx Psychotropic Medication
Ø_____ Previous Psychiatric Hospitalizations

Signature/Title/Date
(AN) 6/3/02

Transfer Reception Screening
Date 6/5/02 Time 6 am (pm)
S: Current complaint
    (Hernia)
Current medications/Treatments
    Ø

O Physical Appearance/Behavior
Alert Neat Cooperative
Deformities: Acute/Chronic
T 98 P 70 R 20 B/P 120/80 wt 185
A

P Disposition (Instructions: Check or
circle as appropriate)
✓_____ Routine sick call instructions given

_____ Emergency referral
_____ HIV/TB instructions given
_____ Physician referral
Urgent / Routine
_____ Medication Evaluation
_____ Work/Program Limitation
_____ Special Housing
_____ Specialty Referrals
_____ Chronic Clinics
_____ Mental Health
_____ OTHER
_____ Infirmary Placement

Receiving Facility:
Santa

Signature/ Title:
CHSmith Jr.

NC 071

# MEDICATION ADMINISTRATION RECORD

TDTO:

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYLENOL ES HAO q 6-8° PRN 11/18/04 - 2/18/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg PAO PRN x 90 days 1/18/04 -2/18/05 | 6A 6P UP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2/1/05  THROUGH 2/28/05

Physician WILLIAMS
Alt. Physician
Allergies NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No. 14669

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: |
|---|---|---|---|---|

PATIENT Watson, Marvin

# MEDICATION ADMINISTRATION RECORD

STC.T01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tylenol ES 11 PO
q 6-8° PRN
11/13/04 - 2/13/05

Motrin 600mg + PO
PRN X 90 days
11/13/04 - 2/13/05
6A
2P
6P

---

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1/1/05    THROUGH 1/31/05

Physician Williams

Alt. Physician

Allergies NKA

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: | | Title: | Date: 12/3/04 |
|---|---|---|---|---|---|

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No

PATIENT CODE    ROOM NO    BED    FACILITY

PATIENT Nation, Marvin

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ES # PO 8⁶-8° 11/18/04 → 2/18/05 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | hp | | | | | | | | | | |
| Motrin 600mg ī PO PRN tid x 90(d) 11/18/04 → 2/18/05 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | hp | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 12-1-04 | THROUGH | 12-31-04 | | |
|---|---|---|---|---|---|
| Physician | William | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NKA | | Rehabilitative Potential | | |
| Diagnosis | | | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked: By: C. Sullyn | Title: | Date: 11/24/0 |
|---|---|---|---|---|

| PATIENT | | PATIENT CODE | ROOM NO | BED | FACILITY |
|---|---|---|---|---|---|
| Nation, Marvin | | 141669 | | | E Cl |

# MEDICATION ADMINISTRATION RECORD

STD-T01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Naproxen 375 mg - P.O. BID X10 day   6A 6p
11/4/04 — 11/14/04

Flexeril 10mg - P.O. BID X3 day   6A 6p
11/4/04 — 11/7/04

CYCLOBENZAPRINE (FLEXERIL) 10MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR 3
DAYS

NATION MARVIN                    141669

NAPROXEN (NAPROSYN) 375MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR 10
DAYS

NATION MARVIN                    141669

11/18/04 Tylenol ES ii
P.O. 6-8° PRN x 90 day   6A 12N 6p
02/18/05 Dr. Williams   Da

11/18/04 Motrin 600 mg - P.O.
PRN 6i2 x 90 day   6A 12N 6p
02/18/05 Dr. Williams   Da

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/1/04    THROUGH 11/30/04

| Physician William | Telephone No. | Medical Record No. |
|---|---|---|
| Alt. Physician | Alt. Telephone | 141669 |
| Allergies NKA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: B Reinell | Title: LPN | Date: 11/4/0 |
|---|---|---|---|---|

PATIENT Nation Marvin    PATIENT CODE 141669   ROOM NO   BED   FACILITY C Elmo

# MEDICATION ADMINISTRATION RECORD

STOP TO:                                                   1022

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Saline mouth
rinses PRN
9-26-4
                9
                4

Ensure TID c̄        0300
Meals.               0900
9-26-4               1500

Vicodin 5/500 ii PO  P
q 4° prn pain x 15day K
9-26-4               N

Amoxicillin 500mg +  0300
PO TID X 1 week      0900
9-26-4 — 10-3-4      1500

Hydrocodone Elixir   P
10mg po q 4° prn     R
x 30d                N
9/27/04 - 10/27/04

Motrin 600mg PO TID PRN  6 A
x 10 d                   12 N
10/20/04 - 10/30/04      6 P

May crush all        7
meds. 9-26-4         4

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9/26/4        THROUGH 9/30/4

| | | |
|---|---|---|
| Physician     Roblin | Telephone No. | Medical Record No. 141669 |
| Alt. Physician | Alt. Telephone | |
| Allergies   NKA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: B. Fryer | Title: LPN | Date: 9/26/ |
|---|---|---|---|---|

PATIENT    Nation, Marion

| PATIENT CODE | ROOM NO | BED | FACILITY KCF |
|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ensure ↑ po tid c̄ meals 9/26/04 - | 0300 0900 1500 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vicodin 5/500mg II po q 4° prn pain x15d 9/26/04 - 10/10/04 | P R N | | | | | | | | | | | | | | D/C'd 10/7/04 | | | | | | | | | | | | | | | |
| Amoxicillin 500mg ↑ po tid x 7 wt 9/26/04 - 10/03/04 | 0300 0900 1500 2100 | | | | | | | | | | See Con't Below | | | | | | | | | | | | | | | | | | | |
| Hydrocodone Elixir 10mg po q 4° prn x 30d 9/27/04 - 10/27/04 | P R N | | | | | | | | | | D/C'd | | | 10/7/04 | | | | | | | | | | | | | | | X X X X |
| Saline mouth rinses prn 10/7/04 TO 10/16/04 | 7 4 I | | | | | | X | | | | P R N ISSUED 1 Bottle 10-16-04 | | | | | | | | | | | | | | | | | | | |
| Motrin 600 mg ↑ PO Tid x14day PRN give c̄ Percocet 10/7/04 TO 10/21/04 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percocet II PO TID x 14DAYS PRN - give c̄ motrin 10/7/04 - 10/21/04 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amoxicillin 500 ↑ PO Tid x 4 days HAS CARD 10/7/04 to 10/11/04 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May crush all meds 9/26/04 | 7 4 I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/01/04 THROUGH 10/31/04

| Physician Robbins | Telephone No. | Medical Record No 141669 |
|---|---|---|
| Alt Physician | Alt Telephone | |
| Allergies NKDA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: D. _____ | Title: RN | Date: 10/01 |
|---|---|---|---|---|

| PATIENT Nation Marvin | PATIENT CODE 141669 | ROOM NO | BED | FACILITY TKCF |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amoxil 500mg ī P.O TIDX 7 days  9/22/01 | 6A 12N 6P | | | | | | | | | | | | | | | | | | | | | X | | | X | | | | | X | |
| Tylenol #3 ⊕ P.O q 4-6° PRN X 7 days  9/22/01 | 6A 12N PRN q 4-6° | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic ī PO q 4°-6° prn pain X 7 days - give ī Tylenol 650 - See below | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 650 PO Q4-6° PRN Pain X 7 DAYS give ī above percogesic | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Give tylenol #3 q 6° PRN breakthrough pain Written above | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vicodin ī to īī PO q 4-6° prn pain X 7 days  9-23-04 - 9-29-04 | PRN | | | | | | | | | | | | | DC 9/23/04 | | | | | | | | | | | | | | | | | |
| Motrin 600mg TID X 14 days  9-24-04 → 10-7-04 | 6a 12N 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lortab 5mg ī po q 6 8hr. X 10 days  9-24-04 → 10-3-04 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

IN HOSPITAL

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9/1/01   THROUGH 9/22/01

| Physician Dr. Willias | Telephone No. | Medical Record No 141669 |
|---|---|---|
| Alt. Physician | Alt. Telephone | |
| Allergies NKDA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: T. Hampton | Title: LPN | Date: |
|---|---|---|---|---|

PATIENT Nation, Marvin

| PATIENT CODE 141669 | ROOM NO | BED | FACILITY Elm |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol II P.O BID prn pain x 4 days 3/30/04 - 4/3/04 | 6A 6P | BI BI | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bactrim DS BID x 10 dys 3/30/04 - 4/9/04 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rifampin 300 BID x 10 dys 3/30/04 - 4/9/04 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg BID prn pain x 4 days 3/30/04 - 4/3/04 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| CHARTING FOR 4-1-04 | THROUGH 4-30-04 | | |
| Physician Dr. Sennier | | Telephone No. | Medical Record No 141669 |
| Alt. Physician D. McArthur, PA | | Alt. Telephone | |
| Allergies NKDA | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: T. Hampton | Title: LPN | Date: |
|---|---|---|---|---|
| PATIENT Nation, Marvin | | | PATIENT CODE 141669 | ROOM NO | BED 14 | FACILITY 14 |

# EDICATION ADMINISTR. ION RECORD

DT01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ylenol ii P.O BID prn
ain x 4 days
3/30/04 - 4/3/04      6 A / 6 P

Bactrim DS BID x 10 dys
3/30/04 - 4/9/04      6 A / 6 P

Rifampin 300 BID x 10 dys
3/30/04 - 4/9/04      6 A / 6 P

Motrin 600mg BID prn pain
x 4 days
3/30/04 - 4/3/04      6 A / 6 P

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

HARTING FOR _____ THROUGH _____

| | |
|---|---|
| hysician  Dr. Sonnier | Telephone No |
| t. Physician  D. McArthur, PA | Alt. Telephone |
| | Rehabilitative Potential |

Medical Record No  141669

le  NKDA

agnosis

| edicaid Number | Medicare Number | Complete Entries Checked By:  T. Hampton | Title: LPN | Date: |
|---|---|---|---|---|

TIENT  Nation, Marvin

| PATIENT CODE | ROOM NO | BED | FACILITY COD |
|---|---|---|---|
| 141669 | | | 141669 |

# EDICATION ADMINISTR... ION RECORD

DT01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...ylenol II P.O BID prn ...ain x 4 days | 6 A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...30/04 - 4/3/04 | 6 P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...actrium DS BID x 10 days | 6 A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...30/04 - 4/9/04 | 6 P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rifampin 300 BID x 10 dys | 6 A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/30/04 - 4/9/04 | 6 P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...notrin 600mg BID prn pain x 4 days | 6 A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3/30/04 - 4/3/04 | 6 P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | | THROUGH | |
|---|---|---|---|
| Physician | Dr. Sonnier | Telephone No. | |
| Att. Physician | D. McArthur, PA | Alt. Telephone | Medical Record No 141669 |
| ...le | NKDA | Rehabilitative Potential | |

...agnosis

| ...edicaid Number | Medicare Number | Complete Entries Checked By: T. Hampton | | Title: LPN | Date: |
|---|---|---|---|---|---|
| ...TIENT | Nation, Marvin | PATIENT CODE 141669 | ROOM NO | BED | FACILITY COD 141669 |

# EDICATION
# DMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg = PO TID × 10 days 11/23/03 – 12/03/03 | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Drexophed = tab PO BID × 10 days 11/23/03 – 12/03/03 | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cough tabs TIi TID PO × 10 days 11/23/03 – 12/03/03 | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol TI tabs PO TID × 10 days 11/23/03 – 12/03/03 | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 12/01/03    THROUGH 12/31/04

hysician Simon

t: Physician

llergies NKA

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No. 141669

iagnosis

edicaid Number    Medicare Number    Complete Entries Checked
By: _____    Title: RN    Date: 11/29/

ATIENT Nelson Marion

PATIENT CODE 141669    ROOM NO.    BED    FACILITY COD

EXHIBIT
A-2

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg i TIN<br>x10 d<br>11/23 – 12/3 | 4A<br>12N<br>5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Drixoped i BID x10d<br>11/23 – 12/3 | 4A<br>5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cough tabs iii TID x<br>10d<br>11/23 – 12/3 | 4A<br>12N<br>5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylnol ii TID x10d<br>11/23 – 12/3 | 4A<br>12N<br>5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR Nov '03 | THROUGH | | |
|---|---|---|---|
| Physician Simon | | Telephone No. | Medical Record No |
| Alt Physician | | Alt. Telephone | |
| Allergies ∅ | | Rehabilitative Potential | |

Diagnosis Cold / Bronchitis

| Medicaid Number | Medicare Number | Complete Entries Checked:<br>By: | | |
|---|---|---|---|---|
| | | | Title: | Date: |

PATIENT _____     PATIENT CODE 141669    ROOM NO    BED    FACILITY LCF

# MEDICATION
# ADMINISTRATION RECORD    NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600mg PO TID PRN x 30 days 07/25/03 - 08/25/03 | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 08/01/03    THROUGH 08/31/03

Physician Sinkn

Alt. Physician

Allergies: NKA

Diagnosis

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No. 141660

| Medicaid Number | Medicare Number | Complete Entries Checked By: L Haney | Title: RN | Date: 07/31/ |
|---|---|---|---|---|

PATIENT Nation Martin

PATIENT CODE 141669

ROOM NO.

BED

FACILITY LCF

# EDICATION
# OMINISTRATION RECORD

 NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 600 mg PO TID X5d 7/3 - 7/8/03 | 4 12 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Robaxin 500 mg ↑ P.O. TID X7 days start 7-25-03 stop 7-31-03 | 4A 12N 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| metrin 600 mg ↑ P.O. TID PRN X 30 days start 7-25-03 stop 8-25-03 | 4A 12N 5P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR **7-1-03**    THROUGH **7-31-03**

hysician: _____

t. Physician: *Simon*

lergies: **NKD**

| | Telephone Number | Inmate No |
|---|---|---|
| | Alt. Telephone | |
| | Rehabilitative Potential | |

iagnosis

| edicaid Number | Medicare Number | Complete Entries Checked By: *EJMH* | Title: | Date: **7/3/03** |
|---|---|---|---|---|

ATIENT *Notion, Marnen*

| PATIENT CODE 141(d.S) | ROOM NO. | BED | FACILITY COD CCF |

# MEDICATION
# ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amox 500 po TID x10d 3/15-3/25/03 | 4 / 2 / 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 650 po TID x10d 3/15-3/25/03 | 4 / 2 / 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3-1-03    THROUGH 3-31-03

Physician

Alt. Physician

Allergies    NKDA

Diagnosis

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No.

Medicaid Number    Medicare Number

Complete Entries Checked

By: E Smith    Title:    Date: 3/18/

PATIENT    Nation, Warren    PATIENT CODE 141669    ROOM NO    BED/FAC

# MEDICATION
# ADMINISTRATION RECORD  

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800 mg T P.O. | 4A | | | | | | | | | | | | | | | | A A A A A A | | | | | | | | | | | | | | |
| TID X 7 days | 12N | | | | | | | | | | | | | | | | A | | D/C 11-20-02 | | | | | | | | | | P 4A | | | |
| Start 11-13-02 stop 11-20-02 | 5P | | | | | | | | | | | | | P P P M M  M A | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHARTING FOR **11-13-02** THROUGH **11-30-02**

| Physician | Telephone Number | Inmate No |
|---|---|---|
| Alt. Physician *Dr. Camp* | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: *J. Gill, ___* | Title: | Date: **11-1-20** |
|---|---|---|---|---|

| PATIENT | PATIENT CODE | ROOM NO | BED | FACILITY C |
|---|---|---|---|---|
| *Patino, Marvin* | **141669** | | | LC |

# EDICATION
# DMINISTRATION RECORD  ◄ *NaphCare* ►

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *1 12 cc(s) Powder (1)* *T/O x 30 days* *7-9- 8-9-02* | K O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *elsun shampoo body* *ash bid x 14 days* *7 - 8/21/02* | K O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

HARTING FOR ___8-1-02___ THROUGH ___8-31-0___

hysician: *Tmyr*

t. Physician:

| | Telephone Number | | Inmate No 141669 |
|---|---|---|---|
| | Alt. Telephone | | |

lergies: ___NKA___

Rehabilitative Potential

agnosis:

| edicaid Number | Medicare Number | Complete Entries Checked By: *S. Austin* | Title: *LPN* | Date: *7-25-0* |
|---|---|---|---|---|

TIENT: *Nathan Marvin*

| PATIENT CODE | ROOM NO | BED | FACILITY CODE SCC |
|---|---|---|---|

# MEDICATION ADMINISTRATION RECORD

**NaphCare**

*Limestone*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 cr ① Powder ① TID × 30 days 7/9 – 8/9/02 | K P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dyoral 200mg + gd×1 days 7/19 - 7/26   7/4 - 7/4/02 | 6A 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **7/1/02**    THROUGH **7/31/02**

| | |
|---|---|
| Physician **Taylor** | Telephone Number |
| Alt. Physician **Helms CRNP** | Alt. Telephone |
| Allergies **NKA** | Rehabilitative Potential |

Inmate No. **141669-S**

| Medicaid Number | Medicare Number | Complete Entries Checked By: **Ann Long** | Title: **LPN** | Date: **7/9/0** |
|---|---|---|---|---|

PATIENT **Nation, Marvin**

PATIENT CODE **141669**   ROOM NO.   BED   FACILITY C

# EDICATION
# OMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

*[Handwritten:]* ntins 600mg bid x 5 days 4/5/02 thru 4/20/02   0900 / 1700

*[Grid rows with repeated column headers 1–30, mostly blank; large X marks through portions]*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| HARTING FOR | THROUGH | | Telephone Number | Inmate No. |
| hysician | Dr. Anderson | | Alt. Telephone | 141669 |
| Physician | | | Rehabilitative | |
| ergies | | | Potential | |

| dicaid Number | Medicare Number | Complete Entries Checked By: | | Title: | Date: |
| TIENT | Notions Marvin | | PATIENT CODE | ROOM NO. | BED | FACILITY CODE |

MEDICATION ADMINISTRATION RECORD

Facility: _Shelby_

CC#: _____

MONTH _March '01_

| DRUG - DOSE MODE - INTERVAL | INT | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 800 mg TID c̄ food PRN back pain x 10 days 3/14/01 3/5/01 | AB | R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 650 mg ͞ QID PRN moderate pain x 10 days 3/5/01  3/14/01 | AB | R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Resource ͞ BID 3/5/01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: _NKDA_

DOB/INMATE #: _141609_

LOCATION: _N-47_

NAME: _Nathan Marvin_

CORRECTIONAL MEDICAL SERVICES

CMS # 3150 REV 8/98

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 447111 PANCRELIPASE TAB 09/06/98 TAKE 2 TABLETS 30 MINUTES BEFORE EACH MEAL FOR 30 DAYS Stop: 10/06/98 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PANCREASE *illegible* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg BID X 7 days 10/5/98 | 0900 1800 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 10/01/98 | THROUGH | 10/31/98 | | |
|---|---|---|---|---|---|
| Physician | | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | 141996 |
| Allergies | NKA | | Rehabilitative Potential | | |

| Diagnosis | | | | | | |
|---|---|---|---|---|---|---|
| Medicaid Number | Medicare Number | Complete Entries Checked: | | | | Date: 9-25 |
| | | By: Van Guenson | Title: | PATIENT CODE | ROOM NO | BED | FACILITY |
| PATIENT | | | | 141699 | | |
| NATION, MARVIN | | | | | | |

# MEDICATION ADMINISTRATION RECORD

Instructed to report to pier, call 3 9ª 6p  S-OK  9-24-98 — SN

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tagamet 300mg IV q12° X 5 days) 9/3/98   9/8/98 | 0900 2100 | | | | | | | | | Recopied | | | | | | | | | | | | | | | | | | | | | |
| Demerol 25mg IM q 6-8° prn X5 days 9/3/98   9/8/98 | | | | | | | | | | Recopied | | | | | | | | | | | | | | | | | | | | | |
| Demerol 50mg IM x1 Dose | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| D5NS at 150cc/hr | | | | | | | | D/C  9/05/98 | | | | | | | | | | | | | | | | | | | | | | | |
| Demerol 25mg. IM q 6-8° prn X5 days 9-3-98 to 98-98 | PRN | | XXX | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tagamet 300mg. IV q12° X 5 days 9-3-98 to 9-8-98 | 0900 2100 | | XXX XXX XXX XXX | | | D/C 9/5/98 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pancrease ÷ PO 30 min before each meal x30d | 0900 1800 2100 | | | | Rewritten | | | | See below | | | | | | | | | | | | | | | | | | | | | |
| Pancrease II PO 30 min before each meal X30d 9-9-98   10-9-98 | 0300 0900 1800 | | | | | | | Rewritte | | | | | | | | | | | | | | | | | | | | | | |
| PANCREASE II PO 30 min before each meal X 30d 9-23-98   10-23-98 | 0300 0900 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |

NURSE'S ORDERS  MEDICATION NOTES  AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 1/1/10 | THROUGH | 1/31/10 | | |
|---|---|---|---|---|---|
| Physician | | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | | | Rehabilitative Potential | | |
| Diagnosis | | | | Rec'd 9-9-98 | |

| Medicaid Number | Medicare Number | Complete Entries Checked: | | | | |
|---|---|---|---|---|---|---|
| | | By: | | Title: | Date: | |
| PATIENT | | | | PATIENT CODE | ROOM NO | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

*II of II*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTRIN 600mg bid 0900<br>3 days     9:30 p 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | THROUGH | |
|---|---|---|
| Physician | Telephone No. | Medical Record No |
| Alt. Physician | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |

| Diagnosis | | | |
|---|---|---|---|
| Medicaid Number | Medicare Number | Complete Entries Checked: | |
| | | By: | |

| | PATIENT CODE | ROOM NO | BED | FACILITY |
|---|---|---|---|---|
| PATIENT | 14 11 69 | | | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: NATION, MARVIN #141669   D.O.B.: |
|-----------|---------------------------------------------------|

01/12/05 — Problem: S/P facial fractures

S. good occlusion — no facial
pain, no nasal congestion

O. good junction ② of ® malar
leaves. Pondyce occlusion, ® post
septal unchanged

P. pt released from care RTO prn

                                    M. Bennett

                              ✗ Signature MP
                                    1-12-05

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

### DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Nation, Mawin | 10,20,04 |
| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| (334) 567 - 1548 | | ▓▓▓▓▓ |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| (334) 567 - 1538 | 141669 | 08,14,85 |
| Will there be a charge? ☒Yes ☐ No | Sex ☒Male ☐ Female ▓▓▓ | Potential Release Date: (mm/dd/yy) |
| | SS Number ▓▓▓▓▓▓▓▓ | 1,26,13 |
| Responsible party: ☒ PHS ☐ Auto Ins. | ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans) ☐ Other, be specific (Excludes Medicare and Medicaid): | |

### CLINICAL DATA

| Requesting Provider: ☐ Physician ☒ NP, PA ☐ Dental | History of illness/injury/symptoms with Date of Onset: |
|---|---|
| Rassiter CRNP | MVA c |
| Facility Medical Director Signature and Date: | s/p OR (L) |
| | H/A's 2° nasal fx |
| ☐ Service meets criteria for "approval via protocol" | |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | Results of a complaint directed physical examination: |
| ☒Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA) | Ind over (L) maxillary sinus |
| ☐ Outpatient Surgery (OS)   ☐ Dialysis (DX) | Minimal edema |
| ☒ Routine   ☐ Urgent | H/A's |
| Estimated Date of Service (mm/dd/yy) __/__/__ | |
| (This starts the approval window for the "open authorization period") | |
| Multiple Visits/Treatments: | ☐ Radiation therapy |
| Number of Visits/Treatments: 3 | ☐ Chemotherapy  ☐ Other |
| Specialist referred to: ENT - Dr. Borg | Previous treatment and response (including medications): |
| Type of Consultation, Treatment, Procedure or Surgery: | |
| Tx for dislocation of nasal bone 1/12 @ 9:00am | |
| Evaluation of (L) Maxillary sinus | |
| You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |
| ☐ Pertinent Documents have been attached and faxed. | |

### UM DETERMINATION:

☒ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   Date resubmitted: _____

Regional Medical Director Signature, printed name and date required:

**Will Mosier, MD**          _(signature)_     10,25,4

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| ET / OV | 99211 | 4336822 |

UM Referral review form 2-05-2004

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

### DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First)** Nation, Marvin | **Date: (mm/dd/yy)** 10 20 04 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** [redacted] |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 141669 | **PHS Custody Date: (mm/dd/yy)** 08 14 85 |
| **Will there be a charge?** ☒ Yes ☐ No   **Sex** ☒ Male ☐ Female | **SS Number** [redacted] | **Potential Release Date: (mm/dd/yy)** 1 126 13 |
| **Responsible party:** ☒ PHS ☐ Mng Ins | ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans) ☐ Other, be specific (Excludes Medicare and Medicaid): | |

### CLINICAL DATA

**Requesting Provider:** ☐ Physician ☒ NP, PA ☐ Dental
Fassett CRNP

**Recent Medical Provider Visit(s) and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DX)
☒ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 11 20 04
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation Therapy   ☐ Chemotherapy
**Number of Visits/Treatments:**   ☐ Other

**Specialist referred to:** Jean

**Type of Consultation, Treatment, Procedure or Surgery:**
F/u = month

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset**
MVA c

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**
F/u Oral Surgeon

**For security and safety, please do not inform patient of possible follow-up appointments**

### UM DETERMINATION:

☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**
Will Mosier, MD    10.25.04

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** BU OV | **Med Class:** 99211 | **UR Auth #** 14336708 |
|---|---|---|

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Nation, Marvin | **Inmate Number:** | 141669NA |
| **Service Authorized:** | Office Visits: Op Oral Surgery Referral | **Effective Dates:** | 10/11/2004 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14278445 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific  Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment  (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc  ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule")  Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| |
|---|
| **The consulting physician should complete this section.** <br> **The completed form will be sealed in the attached envelope and** <br> **returned with an officer to the correctional facility.** |

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |
| ***\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\**** |

| | Date | Time |
|---|---|---|
| Signature of Consulting Physician: | | |
| Reviewed and Signed By <br> Medical Director: | Date | Time |

FROM :                          FAX NO. :              Oct. 07 2004 06:04PM  P14
10/07/2004 17:05 FAX 33439858156    REGIONAL OFFICE              @028
                                    ADMIN                        @001

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

PHS

### DEMOGRAPHICS

| | |
|---|---|
| Site Name & Number: | Patient Name (Last, First): Nation, Mervin | Date (mm/dd/yy): 10.06.04 |
| City: | Alias: (Last, First) | |
| 334-215-6706 | Inmate #: 141669 | |
| 334-215-8126 | SS Number: | Proj Custody Date (mm/dd/yy): 04.10.02 |
| Will there be a Charge? | | Potential Release Date (mm/dd/yy): 10.27.07 |

### CLINICAL DATA

Referring Physician:   Physician

Dr. Kean

Facility Medical Director Signature and Date:

_Mele Robb_

History of illness / symptoms with Date of Onset:

S/P (L) orif

Specialist referred to:  oral surgeon

Type of Consultation, Treatment, Procedure or Surgery:

F/U X 2 wk - arch
bar removal

UM DETERMINATION:

Regional Medical Director Signature:  Will Mosier, MD

Date: 10.7.4

CPT Type: OA/OV    Lead Client: 99211    Record #: 14278445

**FORM MUST BE Complete and Legible. You must Type or Print**
**Please send this form with Authorization Letter to the service provider at the time of the Appointment**

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Nation, Marvin | 10.20.04 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1548 | | ▬▬▬▬▬▬ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1538 | 141669 | 08.14.85 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☒Yes ☐ No | ☒Male ☐ Female | ▬▬▬▬▬▬ | 1.26.13 |

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☒ NP, PA  ☐ Dental

Lassiter CRNP

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☒ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**
☐ Radiation therapy
☐ Chemotherapy
**Number of Visits/Treatments:** 3  ☐ Other:_____

**Specialist referred to:** ENT - Dr. Dorg,

**Type of Consultation, Treatment, Procedure or Surgery:**

Tx for dislocation of nasal bone
Evaluation of (L) Maxillary Sinus

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

MVA c̄
s/p ORIF (L)
H/A's 2° nasal fx

**Results of a complaint directed physical examination:**

Tnd over (L) Maxillary sinus
Minimal edema
H/A's

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information

**Date resubmitted:** ___/___/___

FAXED 10/21/04 (??)

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

UTILIZATION MANAGEMENT REFERRAL REVIEW FORM   Page 1   PHS
Case 2:06-cv-00693-WHA-TFM   Document 118-2   Filed 01/17/2006   Page 1 of
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Nation, Marvin | 10/20/04 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1548 | | ███████ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1538 | 141669 | 08/4/85 |

| Will there be a charge? ☒Yes ☐No | Sex ☒Male ☐Female | SS Number ███████ | Potential Release Date: (mm/dd/yy) 1/26/13 |
|---|---|---|---|

Responsible party: ☒PHS  ☐Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

| Requesting Provider:  ☐ Physician  ☒ NP, PA  ☐ Dental | History of illness/injury/sypmtoms with Date of Onset: |
|---|---|
| Plaster CRNP | MVA c |
| **Facility Medical Director Signature and Date:** | S/P facial fracture - ORIF (?) |
| | arch Bars removed |
| ☐ Service meets criteria for "approval via protocol" | H/A's 2° nasal # |

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| ☒ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
|---|---|---|
| ☐ Outpatient Surgery (OS) | ☒ Dialysis (DA) | |

| ☒ Routine | ☐ Urgent |
|---|---|

Estimated Date of Service (mm/dd/yy)  1/20/04

(This starts the approval window for the "open authorization period")

| Multiple Visits/Treatments: | ☐ Radiation therapy ☐ Chemotherapy |
|---|---|
| Number of Visits/Treatments: _____ | ☐ Other:_____ |

**Results of a complaint directed physical examination:**

Specialist referred to:  Klein

Type of Consultation, Treatment, Procedure or Surgery:

F/u ÷ month

**Previous treatment and response (including medications):**

F/u ÷ oral Surgeon

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

| UM DETERMINATION: | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information | Date resubmitted: ___/___/___ |

FAXED 10/21/04

Regional Medical Director Signature, printed name and date required:

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Nation, Marvin | Inmate Number: | 141669NA |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Oral Surgery Referral | Effective Dates: | 10/11/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Kilby Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14278445 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

**Clinical Summary or Attend Report**

3½ wks  S/p ORIF Ⓛ Zmc/ Zlnchr segmt fx.

Arch bars removed today. Hitting prematurely on canines — malocclusion in that area. Also c/o nasal bones being changed — no pain. Same "pressure HA's"

① See prison dentist for evaluation of occlusion. Recommend bite equilibration —
relief of canines on Ⓛ (ameridoplasty if possible).

② See ENT for evaluation of nasal bones, oral Ⓛ maxillary sinus.

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

③ f/u jmonth / (warm salary ? rib)
④ Rinse mouth ō (warm saline ? rib)

Signature of Consulting Physician: _____   Date 10/20/04   Time _____

⑤ Soft diet × 4-6 wks

Reviewed and Signed By
Medical Director: _____   Date _____   Time _____

10/11/2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Nation, Marvin | Inmate Number: | 141669NA |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Oral Surgery Referral | Effective Dates: | 10/11/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Kilby Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14278445 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

# UTILIZATION MANAGEMENT REFERRAL / REVIEW FORM

Form must be Complete and Legible. You must Type or Print

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby #340 | **Patient Name: (Last, First)** Nation, Marian | **Date: (mm/dd/yy)** 10,06,04 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First)** / | **Date of Birth: (mm/dd/yy)** ▬▬▬▬▬ |
| **Site Fax #** 334-215-9126 | **Inmate #** 141669 | **PHS Custody Date: (mm/dd/yy)** 04,12,02 |
| **Will there be a charge?** ☐Yes ☐No | **SS Number** | **Potential Release Date: (mm/dd/yy)** 10,27,09 |
| | **Sex** ☑Male ☐Female | |

**Responsible party:** ☑PHS   ☐Auto Ins.   ☐Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )   ☐Other, be specific (Excludes Medicare and Medicaid)

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental

Dr. Kean

**Facility Medical Director Signature and Date:**

Axle Robb

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)

☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** _____

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**

**Number of Visits/Treatments:** _____

☐ Radiation therapy
☐ Chemotherapy
☐ Other: _____

**Specialist referred to:** oral Surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**

F/U x 2 wk - Arch

bar removal

10/20@11⁵ SMI (carmichael Mkway)

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset:**

S/P (L) orif

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):    ☐ Offsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

_____    ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Nation, Marvin | Inmate Number: | 141669NA |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Surgical Followup Referral | Effective Dates: | 10/04/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Kilby Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14257495 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific  Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment  (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule")  Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

2 wks S/P ORIF (R) ure Br.  Satisfactory.

Released from LMF.  occlusion = sound prematurity (R).

Plan — ① Return to wks for arch bar removal.

② Advance diet to puree → soft mechanical

③ NPO p MN night prior to surgery in to wks

④ will word dental evaluation later for occlusion.

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _____    Date: 10/06/04    Time: _____

Reviewed and Signed By
Medical Director: _____    Date: _____    Time: _____

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Nation, Marvin | Inmate Number: | 141669NA |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient Ent Referral | Effective Dates: | 09/22/2004 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14218567 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility
- HIPAA: Please be advised Prison Health Services, Inc ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

9/22 @ 300

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

---

**Clinical Summary or Attached Report**

|  |
|---|
|  |
|  |
|  |
|  |
|  |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | Date | Time |
|---|---|---|---|
| Reviewed and Signed By Medical Director: | | Date | Time |

09/22/2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Nation, Marvin | Inmate Number: | 141669NA |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient Ent Referral | Effective Dates: | 09/22/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14218567 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**



Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility. |
|---|
| **Clinical Summary or Attached Report** |
| |
| |
| |
| |
| |
| |
| ***For security and safety, please do not inform patient of possible follow-up appointments. *** |

| Signature of Consulting Physician: | | |
|---|---|---|
| | Date | Time |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| **Kilby #840** | Nation, Marvin | 9,29,04 |
| **Site Phone #** | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
| **334-215-6706** | | ▓▓▓▓▓ |
| **Site Fax #** | Inmate # | PHS Custody Date: (mm/dd/yy) |
| **334-215-9126** | 141669 | 4,12,02 |
| Will there be a charge? ☑Yes ☐No  Sex ☑Male ☐Female | SS Number ___ - ___ - ___ | Potential Release Date: (mm/dd/yy) 10,27,09 |

Responsible party: ☐PHS ☐Auto Ins.    ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )    ☐ Other, be specific (Exdudes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☑Physician   ☐ NP, PA   ☐ Dental

Dr Kean

**Facility Medical Director Signaure and Date:**

*Michael Robb* MD.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy   ☐ Chemotherapy

**Number of Visits/Treatments:** _____ ☐ Other:_____

**Specialist referred to:** Oral Surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**

Post-of Flu X 1week

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form
☐ Pertinent Documents have been attached and faxed

**History of illness/injury/sypmtoms with Date of Onset:**

S/P (L) ORIF

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**   ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information   Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___ (mm/dd/yy)

*Do not write below this line. For Case Manager and Corporate Data Entry ONLY.*

| Cert Type: | Med Class: | UR Auth #: 1425749 |
|---|---|---|

UM Referral review form 2-05-2004

Auth No: _____     Date of Service 9 / 29 / 04

## Provider Consultation Report   (Complete and Return with Inmate)

Inmate: Marvin Nation _____     ID: _____     DOB: _____

Provider: _____     Site ID: _____     Phone: _____

Provider: _____     Location: _____

### Health Services Authorized (See Attached Request Copy)

- For security reasons, inmates must NOT be informed of date, time or location of any proposed treatment or possible hospitalization
- Due to security considerations all tests and treatments to be scheduled by CMS

Review of Case

5 days S/P ORIF (L) zme. fx, alveolar segmt fx.

Afrin nasal spray -

Diagnosis and Prescription Suggestions to be Reviewed by CMS Medical Director:

(1) Diet - suggest ↑ apple sauce, puddings, yogurt - bouillon

(2) F/U ≥ wks - probable release of IMF.

(3) Continue pain meds

Can equivalent medication substitution be used?   Y   N     Followup needed?   (Y)   N

If followup needed explain purpose

≥ wks flu

Provider _____     Date 9/29 04   CMS Nurse _____   Date __ / __ / __

Recommendation After Review of Consultant's Report:   ☐ No Further Action   ☐ Implement the Following:

CMS Physician: _____     Date: __ / __ / __

CMS 401B (4/98)

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First.)** *Natim, Marvin* | **Date: (mm/dd/yy)** *09.23.04* |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** ▆▆▆▆▆ |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** *141669* | **PHS Custody Date: (mm/dd/yy)** *08.14.85* |
| **Will there be a charge?** ☒ Yes ☐ No **Sex** ☒ Male ☐ Female | **SS Number** ▆▆▆▆▆ | **Potential Release Date: (mm/dd/yy)** *11.26.13* |

**Responsible party:** ☒ PHS  ☐ Auto Ins.
☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**

*[signature]*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| | | |
|---|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
| ☒ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |

☐ Routine  ☒ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** _____
☐ Radiation therapy
☐ Chemotherapy
**Number of Visits/Treatments:** _____
☐ Other:_____

**Specialist referred to:** *Dr. Kean*

**Type of Consultation, Treatment, Procedure or Surgery:**
*Surgery - ORIF maxillary Fracture*
*Baptist East 9/24/04 2pm*

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

*ZMC fracture*
*Maxillary alveolar fracture*
*Sustained in MVA on 9/21/04*

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**
*Oral Surg. Consult on 9/22/04*
*ENT on 9/22/04*

**FAXED** *9/23/04 EE*

***For security and safety, please do not inform patient of possible follow-up appointments***

| **UM DETERMINATION:** | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information | **Date resubmitted:** ___/___/___ |

**Regional Medical Director Signature, printed name and date required:**

_____ _____/_____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **UR Auth #:** *OSR 37* |
|---|---|---|

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form must be Complete and Legible. You must Type or Print**
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | |
|---|---|
| **Site Name & Number:** Kilby #840 | **Patient Name: (Last, First)** Nation, Marvin | **Date: (mm/dd/yy)** 9.29.04 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First)** 141669 | **Date of Birth: (mm/dd/yy)** ■■■■■ |
| **Site Fax #** 334-215-9126 | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** / / |
| **Will there be a charge?** ☒ Yes ☐ No  **Sex** ☒ Male ☐ Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** / / |

**Responsible party:** ☒ PHS ☐ Auto Ins. ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☒ NP, PA ☐ Dental

**Facility Medical Director Signature and Date:** Dale Robb

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)   ☐ X-ray (XR)   ☒ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☒ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 10.06.04

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation Therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____   ☐ Other:

**Specialist referred to:** Dr Kean

**Type of Consultation, Treatment, Procedure or Surgery:**
↑ wk S/P ORIF

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
S/P ORIF (L)

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**
Pain Med
Soft Diet

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information

☐ Offsite Service Recommended and Authorized

Date resubmitted: / /

**Regional Medical Director Signature, printed name and date required:** _____ / / (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|
| | | |

UM Referral review form 2-05-2004

Marvin Nation                                September 22, 2004

New Patient
Problem:          Facial fracture.
S:                The patient notes he was a passenger in a prison van yesterday which was
                  involved in a motor vehicle accident. He notes he sustained a puncture wound
                  to his leg and struck the left side of his face. The patient notes that subsequent
                  to that he has had significant facial pain on the left-hand side. He has had a
                  change in appearance, specifically that his "cheek is pushed in", and has been
                  unable to open his mouth freely. He notes that his upper teeth are loose and
                  uncomfortable. The patient notes he did have a CT scan performed at Baptist
                  Hospital which he did not bring for his appointment.
O:                The examination today reveals that the patient's extraocular muscle motions
                  are within normal limits. The patient does have a small achymosis
                  subconjunctival on the left-hand side. The patient's pupillary reflexes are
                  symmetrical. Nasal exam reveals that the patient does have a deviated nasal
                  dorsum and septum; however, these are not from his current injury. Nose is
                  deviated to the right with a septal deviation to the left posteriorly. The patient
                  does have depression of the malar eminence on the left-hand side and his free-
                  floating left maxillary arch. No open fracture line is noted. The patient has
                  marked tenderness in the body of the mandible on the left-hand side, once
                  again with no exposed bone. Neck exam is unremarkable. Ear exam is
                  unremarkable.
P:                Is for referral to Dr. Keen this afternoon with an unstable maxillary arch
                  fracture with possible mandible fracture with depressed malar prominence
                  fracture.

Neil Stronach, M.D.
NS/as
CC: Elmore County Correctional Center

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First)** Nation, Marvin | **Date: (mm/dd/yy)** 09.22.04 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** ███████ |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 141669 | **PHS Custody Date: (mm/dd/yy)** 08.14.85 |
| **Will there be a charge?** ☒Yes ☐No  **Sex** ☒Male ☐Female | **SS Number** ███████ | **Potential Release Date: (mm/dd/yy)** 1.12.613 |

**Responsible party:** ☒PHS  ☐Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☒NP, PA ☐ Dental

Hassetu CRNP

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☒ Urgent  ASAP

Estimated Date of Service (mm/dd/yy): ___/___/___

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:** Oral Surgeon  Dr. Kean

**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluation of facial fracture 9/22/04

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed

**History of illness/injury/sypmtoms with Date of Onset:**
MVA ? hospital evaluation 9/21/04

**Results of a complaint directed physical examination:**
Facial Fracture
Teeth Loose
Moderate/lg amt of edema     left side

**Previous treatment and response (including medications):**

FAXED 9/22/04

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: OSR #37 |
|---|---|---|

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form Must be Complete and Legible. You Must Type or Print

Please send this form with the Authorization Letter to the service provider at the time of the Referral Appointment

**PHS**

## DEMOGRAPHICS

| | |
|---|---|
| Site Name & Number: Staton 943 ECC | Patient Name: Staton, Marvin |
| Site Phone #: (334) 567 - 1548 | |
| Site Fax #: (334) 567 - 1538 | Inmate #: 141669 |
| Will there be a charge? Yes □ No □ | |
| Responsible party: | |

## CLINICAL DATA

History of Illness/Injury:

MVA z hospital evaluation 9/21/04

Results of a complete, directed physical examination:

Facial Fracture
Teeth Loose
Moderate lip amt of edema

Place a check mark in the Service Type Requested (box only)

Estimated Date of Service: ASAP

Specialist referred to: Oral Surgeon

Type of Consultation: Evaluation of facial fracture 9/22/04

Previous treatment and response:
OSR # 37

FAXED

Regional Medical Director Signature:
Will McGee, MD

UM REFERRAL NO.: 99201    VISIT #: 4224203

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First.) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Nation, Marvin | 09,22,04 |

| Site Phone # | Alias: (Last, First.) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1548 | | ▓▓▓▓▓ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1538 | 141669 | 08,14,85 |

| Will there be a charge? ☒Yes ☐No | Sex ☐Male ☐Female | SS Number ▓▓▓▓▓ | Potential Release Date: (mm/dd/yy) 11,26,13 |
|---|---|---|---|

Responsible party: ☒ PHS    ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Auto Ins.    ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☒ NP, PA  ☐ Dental

Kassitu (CRNP)

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)

☐ Routine    ☒ Urgent  ASAP

Estimated Date of Service (mm/dd/yy)  __/__/__

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**
**Number of Visits/Treatments:** ___

☐ Radiation therapy
☐ Chemotherapy
☐ Other:___

**Specialist referred to:** E.N.T. Chapman Borg

**Type of Consultation, Treatment, Procedure or Surgery:**

Evaluation of facial fracture
9/20/04 1:30 pm

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed

**History of illness/injury/sypmtoms with Date of Onset:**

MVA ē hospital evaluation
9/21/04

**Results of a complaint directed physical examination:**

Facial fracture    Left side
Teeth loose
Moderate / large amt edema

**Previous treatment and response (including medications):**

FAXED
9-22-04

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information

Date resubmitted:  __/__/__

**Regional Medical Director Signature, printed name and date required:**

_____ __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Nation, Marvin | 09.22.04 |
| Site Phone # | Alias: (Last, First.) | Date of Birth: (mm/dd/yy) |
| (334) 567 - 1548 | | ~~███~~ |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| (334) 567 - 1538 | 141669 | 0.81.485 |
| Will there be a charge? | SS Number | Potential Release Date: (mm/dd/yy) |
| ☐ Yes ☐ No  Sex ☒ Male ☐ Female | ~~███~~ | 1.1.26113 |
| Responsible party: ☒ PHS ☐ Auto Ins. | ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific: (Excludes Medicare and Medicaid): | |

## CLINICAL DATA

| Requesting Provider: ☐ Physician ☒ NP, PA ☐ Dental | History of Illness/injury/symptoms with Date of Onset: |
|---|---|
| Hassitu CRNP | MUA & hospital evaluation 9/21/04 |

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| ☒ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
|---|---|---|
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |

☐ Routine    ☒ Urgent  ASAP

Estimated Date of Service (mm/dd/yy) ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
☐ Radiation therapy
☐ Chemotherapy
Number of Visits/Treatments: _____  ☐ Other:

Specialist referred to: ORal Surgeon  Dr Keen

Type of Consultation, Treatment, Procedure or Surgery:
Evaluation of facial fracture 9/22/04

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

| Results of a complaint directed physical examination: |
|---|
| facial fracture  Teeth Loose  Left side  Moderate/ lg amt of edema |

| Previous treatment and response (including medications): |
|---|
| OSR # 37  Dr Abt  9-20-04  **FAXED** |

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

_____ ___/___/___

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Mod Class: | UR Auth #: |
|---|---|---|
| | | |

UM Referral review form 2-05-2004

# PHYSICIAN'S ORDERS

MHR 09/04

**USE BALL POINT PEN ONLY AND PRESS FIRMLY!**

| ALLERGIES | | | Weight |
|---|---|---|---|

Another brand of generically equivalent product may be dispensed unless checked or initiated

| CRT Order # | **PHYSICIAN'S ORDERS** | ADDRESSOGRAPH |
|---|---|---|
| | Orders for Marvin Nation : | |
| | ① CBC | |
| | ② NPO p̄ MN tonight 9/23/04 | |
| | ③ Plan to Baptist East hospital tomorrow 2:00pm for surgery. | |

| 1 | Date Ordered 9/23/04 | Time Ordered | Transcribers Initials/Time | Physician Signature |
|---|---|---|---|---|

ADDRESSOGRAPH

| 2 | Date Ordered | Time Ordered | Transcribers Initials/Time | Physician Signature |
|---|---|---|---|---|

ADDRESSOGRAPH

| 3 | Date Ordered | Time Ordered | Transcribers Initials/Time | Physician Signature |
|---|---|---|---|---|

Auth No: _____    Date of Service: _____

## Provider Consultation Report ( Complete and Return With Inmate )

Inmate: _Nashon, MARVIN_      Inmate ID: _14665_  DOB: ▓▓▓▓

Institution: _Elmore_      Site ID: _____  Phone: _____

Provider: _____      Location: _____

**Health Services Authorized**    ( See Attached Request Copy )

\* For security, inmates must NOT be informed of recommended treatment or possible hospitalization.
\* Due to security considerations all tests and treatments to be scheduled by CMS

---

**Review of Case**

38 YOWM involved in MVA yesterday 1330. Stationary vehicle - Marvin was
backseat passenger struck by car going ~60 mph. ? LOC. has obvious
zygomatic injuries - (R) maxillary alveolar fx. CT scan unavailable.
✓ diplopia. some pain upon eye movement, some blurred vision on extreme lateral gaze.

---

**Diagnosis and Prescription Suggestions to be Reviewed by CMS Medical Director:**

① ZMC fx - unknown extent.
② maxillary alveolar fracture.
         needs repair - stabilization.

---

| Can equivalent medication substitution be used? ☐ | Follow up needed? ☐ |
|---|---|

**If follow up needed, explain purpose**

Plan ORIF of above fractures ASAP. (2-3 days).

① NPO @ MN night prior to surgery.
② Lortab 7.5g ī po q4° for pain
③ Amoxicillin 500mg ī po TID ~~until~~ x 1wk.
④ Call Dr. Kean 277-9492 for any questions/problems.

Provider: _____    Date: _9/22/04_    CMS Nurse: - KMED 2 SYSTEM, -    Date: _____

---

**Recommendation After Review of Consultant's Report:**   ○ No Further Action        ○ Implement the Following

⑤ liquid/puree diet.

CMS Physician: _____    Date: _9/22/04_

KMED2-MV00001

PAGE 04/05

FROM : Dobbs                          FAX NO. : 2562302595          Aug. 04 2003 01:44PM P2

Auth #: 030804LOPS05

Appt Date: _____

NaphCare
Hospital/Consultant Referral Form

Inmate Name: Marvis Nation AIS#: 141669 Date: 8/4/03

DOB: ▅▅▅▅ Race: White Sex: male Allergies: NKDA

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): __See copy of Dr Windham's notes__

SERVICES REQUESTED/PROVIDER: umbilical hernia repair c̄ dual mesh

Signature (M.D.): ___ EP PA-C / Dr Simon

Pertinent Chronic Conditions/Diagnosis: _____

DOC Facility: LCF _____    Time Out: _____

Receiving Facility/Hospital: _____    Return Time: _____

Route of Transportation: (X) ____ Ambulance ____ DOC Van ____ Other: _____

Date & Result/Last PPD: _____    Date & Result/Last Chest X-Ray _____

EOS
3/13/10

OFFSITE HEALTHCARE REPORT: _____

Elect W

This pt was the one
I was telling Dr.
Mosier about when
he was here the
1st time and he said
to go on with the
surgery His hernia
is very large
                    Bonne

Woodland
12-1-03
Dr Windham
NPO PM N

Date: _____    Time: _____
of patient's discharge _____
tached) No _____

Date: _____
Date: _____

change to
#3 per
Dr Simon
T.E

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Beverly Douglas, R.N. Utilization Review Manager* 205-458-8370 or 1-800-771-0315



Surgical Arts, P.C.

| 1930 Alabama Hwy. 157 | POB Suite 3400 | Gregory S. Windham, M.D. |
| Cullman, Alabama 35058 | 1912 Cherokee Ave. | William E. Smith, Jr., M.D. |
| Office: 256/734-7850 | Cullman, Alabama 35055 | Joan W. Iacobelli, M.D. |
| After Hours: 256/737-2000 | Office: 256/734-3737 | J.W. Evans, Jr., M.D. |
| | After Hours: 256/739-3500 | Jeffery D. Manord, M.D. |

July 31, 2003

Dr. Colett Simon
c/o Limestone Correctional Facility
28779 Nick Davis Rd
Capshaw, AL  35742

Re:  MARVIN NATION
      D.O.B. ████████

Dear Colett:

Mr. Nation was seen in the office on 7/31/2003, weight 193, BP 128/80.  He has a fairly large umbilical hernia which we have recommended be repaired laparoscopically with dual mesh as an outpatient at Woodland Medical Center.  We can do that at your discretion.  I very much appreciate your continued confidence and support.

Warmest regards,

*Gregory S. Windham, M.D.*

Gregory S. Windham, M.D.

GSW/rb

8/3/03

06/18/2003 14:58 2054586479 S. HAUSER (a NAPHCARE PAGE 03/09
FROM : Dobbs ( ) FAX NO. : 2562302595 Jun. 13 2003 07:21AM P2

Case 2:06-cv-00693-ID-TFM Document 17-3 Filed 10/17/2006 Page 39 of 59

Appl. Date:

# NaphCare
## Hospital/Consultant Referral Form

Inmate Name: Dotion Marvia AIS#: 141668 Date: 6/13/03

DOB: ████████ Race: White Sex: male Allergies: NKDA

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): Partial Gastrectomy in 1998 c a 3 cm hernia at distal end of incision Sight. Some difficulty reducing in standing position.

SERVICES REQUESTED/PROVIDER: Surgical consult c Dr. Windham

Signature (M.D.): _____ PA-c /Dr. Siscon

Pertinent Chronic Conditions/Diagnosis: _____
DOC Facility: LCF _____ Time Out: _____
Receiving Facility/Hospital: _____ Return Time: _____
Route of Transportation: (X) _____ Ambulance _____ DOC Van _____ Other: _____
Date & Result/Last PPD: _____ Date & Result/Last Chest X-Ray _____
OFFSITE HEALTHCARE REPORT: _____

Dr. Windham
31
7-0-03
10:30 AM

Orders/Recommendations: _____

Physician: _____ Date: _____
Notify (Facility): _____ at #: _____ of patient's discharge.
Advanced Medical Directive: Yes _____ (Attached) No _____
Report called to: (Name/Title): _____
Signature & Title: _____ Date: _____
_____ Date: _____

Bill to NaphCare 950 22nd St., N. Suite 825 Birmingham, AL. 35203
Beverly Douglas, R.N. Utilization Review Manager* 205-458-8370 or 1-800-771-0315

**EYE EXAMINATION SHEET**

| TO: (Service Physician) Bradford | FROM: (Requesting Ward Med Fac Phys) LCF | Date of Request: 3-14-03 |
|---|---|---|

Reason For Request: (Complaints and Finding)

Routine eye exam

Past History

Old Rx

| Signature | Type of Consult  ☐ Emergency  ☐ Routine |
|---|---|

**CONSULTATION REPORT**

Subjective: OD 20/13 S
OS 20/15

OPHTH: 30% C/D / WNL

New Rx: OD
OS          Seg Ht

Ext:
Date Dispensed & Initials:

Seg Type: PLANO / NOT R'd

IDP & Time:

Frame:
Size:
Color:

OPTOMETRIST'S SIGNATURE   5/14/3

| Patients Last Name Nation, Marvin | First | Middle | Age 36 | R/S W | I D No 141669 |
|---|---|---|---|---|---|

F-85 Rev (1-95)

To: DOCTOR

Staton Correctional Facility

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status |
|---|---|---|---|
| 267-684-8007-0 | R | YX | Final |

Pg 1

Time 0730
ECC/STAT
FAX TO 334 567-1538
CD- 41147603537

Clinical Information    DOB:    Fasting: Y

| Physician ID | Patient ID |
|---|---|
| WILLIAMS | 141669 |

Patient Name: **NATION, MARVIN**    Sex: **M**    Age (Yr/Mos): **038/06/04**

Account: Staton Correctional Facility    01308900
Prison Health Services
2690 Marion Spillway Road
Elmore, AL 36205-0000
334-567-1548

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 09/23/04 | 09/23/04 | 09/23/04 | 3579 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 8.2 | | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.91 | | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 14.3 | | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 41.4 | | % | 36.0 - 50.0 | YX |
| MCV | 84 | | fL | 80 - 98 | YX |
| MCH | 29.1 | | pg | 27.0 - 34.0 | YX |
| MCHC | 34.6 | | g/dL | 32.0 - 36.0 | YX |
| RDW | 13.6 | | % | 11.7 - 15.0 | YX |
| Platelets | 194 | | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 58 | | % | 40 - 74 | YX |
| Lymphs | 31 | | % | 14 - 46 | YX |
| Monocytes | 8 | | % | 4 - 13 | YX |
| Eos | 2 | | % | 0 - 7 | YX |
| Basos | 1 | | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.8 | | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.5 | | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.7 | | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | YX |

--------------------------------------------------------------------------------
Lab: YX LabCorp Montgomery Hull    Director: Alton Sturtevant, PhD
        543 Hull Street Montgomery, AL 36104-0000
--------------------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-659-3324 Lab: 334-263-5745
                            Last Page of Report

10/27/04

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call  334-263-5745

| Patient Name: | Nation, Marvin | Inmate Number: | 141669NA |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Surgical Followup Referral | Effective Dates: | 10/04/2004 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Kilby Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14257495 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

2 wks S/P ORIF ® mx fx. Satisfactory.

Reduced from LMF. occlusion = some prematurity ®.

Plan — ① Return ī wks for 2nd bar removal. ✓

② Advance diet to puree → soft mechanical

③ NPO p̄ MN night prior to surgery ī ī wks

④ will need dental evaluation later for occlusion.

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | 10/06/04 | |
|---|---|---|---|
| | | Date | Time |
| Reviewed and Signed By Medical Director: | | | |
| | | Date | Time |

10/04/2004

# UTILIZATION MANAGEMENT REFERRAL / REVIEW FORM

**Form must be Complete and Legible. You must Type.**
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Kilby #840 | **Patient Name: (Last, First.)** Nation Marran | **Date: (mm/dd/yy)** 10, 06, 04 |
| **Site Phone #** 334-215-6706 | **Alias: (Last, First.)** / | **Date of Birth: (mm/dd/yy)** ▓▓▓▓▓ |
| **Site Fax #** 334-215-9126 | **Inmate #** 141669 | **PHS Custody Date: (mm/dd/yy)** 04, 12, 02 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☑Male ☐Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 10, 27, 09 |

**Responsible party:** ☑PHS ☐Auto Ins.  ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans .)  ☐Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental
Dr. Kean

**Facility Medical Director Signature and Date:**
Arle Robb

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SX)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☑ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** _____

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation therapy
  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other: _____

**Specialist referred to:** oral surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**
F/U x 2 wk - arch
bar removal

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset:**
S/P (L) orif

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ____/____/____

**Regional Medical Director Signature, printed name and date required:**
_____ ____/____/____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Mod Class:** | **UR Auth #:** |
|---|---|---|

UM Referral review form 2-05-2004



# Laboratory Corporation of America

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 267-684-8007-0 | S | YX | COMPLETE | Page #:   1 |

ADDITIONAL INFORMATION

ECC/STAT
FAX TO 334 567-1538

FASTING:
DOB:

**CLINICAL INFORMATION**
CD- 41147603537

| PATIENT NAME | SEX | AGE(YR /MOS ) |
|---|---|---|
| NATION,MARVIN | M | 38 / 6 |

PT ADD :

PHYSICIAN ID.          PATIENT ID
WILLIAMS W                141669

ACCOUNT:  STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore                       AL   36205-0000
ACCOUNT NUMBER:   01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/23/2004 | 7:30 | 9/23/2004 | 9/23/2004 | 16:40 | 3579 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 8.2 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.91 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 14.3 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 41.4 | % | 36.0 - 50.0 | YX |
| MCV | 84 | fL | 80 - 98 | YX |
| MCH | 29.1 | pg | 27.0 - 34.0 | YX |
| MCHC | 34.6 | g/dL | 32.0 - 36.0 | YX |
| RDW | 13.6 | % | 11.7 - 15.0 | YX |
| Platelets | 194 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 58 | % | 40 - 74 | YX |
| Lymphs | 31 | % | 14 - 46 | YX |
| Monocytes | 8 | % | 4 - 13 | YX |
| Eos | 2 | % | 0 - 7 | YX |
| Basos | 1 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.8 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.5 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.7 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull              DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

| Specimen # | Type | Primary Lab | Report Status | | |
|---|---|---|---|---|---|
| 267-684-8007-0 | R | YX | Final | Pg | 1 |

**LabCorp**
*Laboratory Corporation of America*

Time 0730
ECC/STAT
FAX TO 334 567-1538
CD= 41147603537

Clinical Information    DOB:                    Fasting: Y

| Patient Name | Sex | Age (Yr/Mo) |
|---|---|---|
| **NATION, MARVIN** | M | 038/06/04 |

Pat Addr

Physician ID        Patient ID
          WILLIAMS        141669

Account
Staton Correctional Facility        01308900
**Prison Health Services**
2690 Marion Spillway Road
Elmore, AL 36205-0000
334-567-1548

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 09/23/04 | 09/23/04 | / / | 0000 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 8.2 | | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.91 | | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 14.3 | | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 41.4 | | % | 36.0 - 50.0 | YX |
| MCV | 84 | | fL | 80 - 98 | YX |
| MCH | 29.1 | | pg | 27.0 - 34.0 | YX |
| MCHC | 34.6 | | g/dL | 32.0 - 36.0 | YX |
| RDW | 13.6 | | % | 11.7 - 15.0 | YX |
| Platelets | 194 | | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 58 | | % | 40 - 74 | YX |
| Lymphs | 31 | | % | 14 - 46 | YX |
| Monocytes | 8 | | % | 4 - 13 | YX |
| Eos | 2 | | % | 0 - 7 | YX |
| Basos | 1 | | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 4.8 | | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.5 | | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.7 | | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.1 | | x10E3/uL | 0.0 - 0.2 | YX |

-------------------------------------------------------------------------------
Lab: YX LabCorp Montgomery Hull        Director: Alton Sturtevant, PhD
        543 Hull Street Montgomery, AL 36104-0000
-------------------------------------------------------------------------------
For inquiries, the physician may contact: Branch: 800-659-3324 Lab: 334-263-5745
                        Last Page of Report

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 256-772-7619



NATION, MARVIN
ID:    141669

05/25/2004 17:24:04

D.O.B.:
MALE                    38 YEARS

Dr:        ER
Tech:      SONNIER
           YB

Comment: ECC

| Vent Rate: | 56 | bpm |
| RR Interval: | 1060 | ms |
| PR Interval: | 144 | ms |
| QRS Duration: | 94 | ms |
| QT Interval: | 412 | ms |
| QTc Interval: | 405 | ms |
| QT Dispersion: | 44 | ms |
| P-R-T AXIS: | 16° | 78° | 64° |

Summary: SINUS BRADYCARDIA
NO OTHER FINDING

NORMAL ECG EXCEPT FOR RATE    * Unconfirmed Analysis *

Inverted T's V1    dr EEC
MC    6/7/04

**LabCorp**
Laboratory Corporation of America

# Laboratory Corporation of America

| SPECIMEN<br>090-684-3176-0 | TYPE<br>S | PRIMARY LAB<br>YX | REPORT STATUS<br>COMPLETE | Page #:   1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

| ELMORE CORR FAC<br>SRC:NOSE | FASTING: N<br>DOB: |
|---|---|

| CLINICAL INFORMATION |
|---|
| CD-95203901769 |

| PHYSICIAN ID.<br>SONNIER M | PATIENT ID.<br>141669 |
|---|---|

| PATIENT NAME<br>**NATION,MARVIN** | SEX<br>M | AGE(YR./MOS.)<br>38  / |
|---|---|---|

PT. ADD :

ACCOUNT:  STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 MARION SPILLWAY ROAD
ELMORE          AL  36205-0000
ACCOUNT NUMBER:   01308900

| DATE OF SPECIMEN<br>3/30/2004 | TIME<br>11:12 | DATE RECEIVED<br>3/30/2004 | DATE REPORTED<br>4/01/2004 | TIME<br>14:14 | 937 |
|---|---|---|---|---|---|

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Aerobic Bacterial Culture | Final report | | YX |
| Result 1 | | | YX |
| Methicillin - resistant Staphylococcus aureus | | | |
| Heavy growth | | | |
| Antimicrobial Susceptibility | | | YX |
| ***** S = Susceptible; I = Intermediate; R = Resistant ***** | | | |
| MICS are expressed in micrograms per mL | | | |

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 | LAB |
|---|---|---|---|---|---|
| Clindamycin | S | | | | YX |
| Erythromycin | R | | | | YX |
| Gentamicin | S | | | | YX |
| Levofloxacin | R | | | | YX |
| Linezolid | S | | | | YX |
| Oxacillin | R | | | | YX |
| Penicillin | R | | | | YX |
| Tetracycline | S | | | | YX |
| Trimeth/Sulfameth | S | | | | YX |
| Vancomycin | S | | | | YX |

LAB: YX LabCorp Montgomery Hull        DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

4/6/04

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Nation, Marcus*

PRISON ID

*141669*

DATE SUBMITTED

*4/16/02*

*NP# #4*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NP* | NEGATIVE (NEG) | |
| RPR | *NP* | NON-REACTIVE (NR) | |
| URINALYSIS | ✓ | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | *Neg* | NEGATIVE (NEG) | |
| GLUCOSE | *2+* | NEGATIVE (NEG) | |
| KETONES | *Neg* | NEGATIVE (NEG) | |
| BILIRUBIN | *Neg* | NEGATIVE (NEG) | |
| BLOOD | *Neg* | < 5 RBC/MCL | |
| NITRITE | *Neg* | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | *Neg* | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"  These results are unreliable due to the age and hemolyzed condition of the
       specimen.

CLIA ID NO.    01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Nation, Marvin*

PRISON ID

*141669*

DATE SUBMITTED

*3-1-01*

*NPV#17    3-2-01*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *Neg* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR



LabCorp
Laboratory Corporation of America

| SPECIMEN 246-205-0356-0 | TYPE S | PRIMARY MB | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

CLINICAL INFORMATION

| PATIENT NAME NATIM, MARVIN | SEX M | AGE(YR./MOS.) |
|---|---|---|

| PHYSICIAN ID. AN | PATIENT ID. 141669 |
|---|---|

PT. ADD.:

ACCOUNT: KILBY CORRECTIONAL FACILITY
CORRECTIONAL MEDICAL SERVICES
P.O. BOX 11
MT. MEIGS    AL 36057-0000
ACCOUNT NUMBER = 01302895

| DATE OF SPECIMEN 9/03/98 | TIME 11:00 | DATE RECEIVED 9/03/98 | DATE REPORTED 9/04/98 | TIME 16:26 | 532 |
|---|---|---|---|---|---|

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| URINALYSIS, ROUTINE | | | | |
| URINALYSIS GROSS EXAM | | | | MB |
| Specific Gravity | 1.025 | | 1.005 - 1.030 | MB |
| pH | 6.0 | | 5.0 - 7.5 | MB |
| Urine-Color | Yellow | | Yellow | MB |
| Appearance | Clear | | Clear | MB |
| WBC Esterase | NEG. | | Negative | MB |
| Protein | NEG. | | Negative/Trace | MB |
| Glucose | NEG. | | Negative | MB |
| Ketones | NEG. | | Negative | MB |
| Occult Blood | NEG. | | Negative | MB |
| Bilirubin | NEG. | | Negative | MB |
| Urobilinogen,Semi-Qn | NEG. | mg/dL | 0 - 2 | MB |
| Nitrite, Urine | NEG. | | Negative | MB |
| Microscopic Examination | | | | MB |
| Microscopic follows if indicated. | | | | |
| ▸ Amylase, Serum | 179 H | U/L | 0 - 99 | MB |
| ▸ Lipase, Serum | 886 H | U/L | 0 - 189 | MB |

LAB: MB LABCORP HOLDINGS          DIRECTOR: CONTACT    LABORATORY
1801 FIRST AVENUE SOUTH, BIRMINGHAM,   AL 35233-0000

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

LABORATORY CORPORATION OF AMERICA



| SPECIMEN 246-205-0356-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | PAGE | 1 |
|---|---|---|---|---|---|

ADDITIONAL INFORMATION

CLINICAL INFORMATION

| PATIENT NAME **NATIM,MARVIN** | SEX M | AGE(YR./MOS.) | PHYSICIAN ID AN | PATIENT ID 141669 |
|---|---|---|---|---|

PT. ADD.:

ACCOUNT: KILBY CORRECTIONAL FACILITY
CORRECTIONAL MEDICAL SERVICES
P.O. BOX 11
MT. MEIGS    AL 36057-0000
ACCOUNT NUMBER = 01302895

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/03/98 | 11:00 | 9/03/98 | 9/04/98 | 16:26 | 532 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| URINALYSIS, ROUTINE | | | | |
| URINALYSIS GROSS EXAM | | | | MB |
| Specific Gravity | 1.025 | | 1.005 - 1.030 | MB |
| pH | 6.0 | | 5.0 - 7.5 | MB |
| Urine-Color | Yellow | | Yellow | MB |
| Appearance | Clear | | Clear | MB |
| WBC Esterase | NEG. | | Negative | MB |
| Protein | NEG. | | Negative/Trace | MB |
| Glucose | NEG. | | Negative | MB |
| Ketones | NEG. | | Negative | MB |
| Occult Blood | NEG. | | Negative | MB |
| Bilirubin | NEG. | | Negative | MB |
| Urobilinogen,Semi-Qn | NEG. | mg/dL | 0 - 2 | MB |
| Nitrite, Urine | NEG. | | Negative | MB |
| Microscopic Examination | | | | MB |
| Microscopic follows if indicated. | | | | |
| ▶ Amylase, Serum | 179 H | U/L | 0 - 99 | MB |
| ▶ Lipase, Serum | 886 H | U/L | 0 - 189 | MB |

LAB: MB LABCORP HOLDINGS          DIRECTOR: CONTACT    LABORATORY
1801 FIRST AVENUE SOUTH, BIRMINGHAM,  AL 35233-0000

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges



LABORATORY CORPORATION OF AMERICA

| SPECIMEN 246-205-0356-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL   INFORMATION

CLINICAL   INFORMATION

| PATIENT NAME **NATIM,MARVIN** | SEX M | AGE(YR./MOS.) |
|---|---|---|

| PHYSICIAN ID AN | PATIENT ID 141669 |
|---|---|

PT. ADD :

ACCOUNT:KILBY CORRECTIONAL FACILITY
CORRECTIONAL MEDICAL SERVICES
P.O BOX 11
MT. MEIGS      AL 36057-0000
ACCOUNT  NUMBER  =  01302895

| DATE OF SPECIMEN 9/03/98 | TIME 11:00 | DATE RECEIVED 9/03/98 | DATE REPORTED 9/04/98 | TIME 8:49 | 524 |
|---|---|---|---|---|---|

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| URINALYSIS, ROUTINE | | | | |
| URINALYSIS GROSS EXAM | | | | MB |
| Specific Gravity | 1.025 | | 1.005 - 1.030 | MB |
| pH | 6.0 | | 5.0 - 7.5 | MB |
| Urine-Color | Yellow | | Yellow | MB |
| Appearance | Clear | | Clear | MB |
| WBC Esterase | NEG. | | Negative | MB |
| Protein | NEG. | | Negative/Trace | MB |
| Glucose | NEG. | | Negative | MB |
| Ketones | NEG. | | Negative | MB |
| Occult Blood | NEG. | | Negative | MB |
| Bilirubin | NEG. | | Negative | MB |
| Urobilinogen,Semi-Qn | NEG. | mg/dL | 0 - 2 | MB |
| Nitrite, Urine | NEG. | | Negative | MB |
| Microscopic Examination | | | | MB |
| Microscopic follows if indicated. | | | | |
| ► Amylase, Serum | 179 H | U/L | 0 - 99 | MB |

LAB: MB LABCORP HOLDINGS              DIRECTOR: CONTACT    LABORATORY
1801 FIRST AVENUE SOUTH, BIRMINGHAM,   AL 35233-0000

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

Case 2:06-cv-00692-ID-TFM Document 17-3 Filed 10/17/2006 Page



| SPECIMEN 236-205-0372-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

NPY 32                 DOB:

| CLINICAL INFORMATION CD- 51261645408 | |
|---|---|
| PHYSICIAN ID AN | PATIENT ID. 141669 |

| PATIENT NAME **NATION,MARVIN** | SEX M | AGE(YR./MOS.) 32/ 5 |
|---|---|---|

PI ADD :

ACCOUNT:KILBY CORRECTIONAL FACILITY
CORRECTIONAL MEDICAL SERVICES
P.O BOX 11
MT. MEIGS      AL 36057-0000
ACCOUNT NUMBER = 01302895

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 8/24/98 | 8:00 | 8/24/98 | 8/25/98 | 8:49 | 220 |

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| CBC WITH DIFFERENTIAL/PLATELET | | | | | |
| White Blood Cell (WBC) Count | 6.9 | X 10-3/uL | 4.0 - 10.5 | | MB |
| Red Blood Cell (RBC) Count | 5.11 | X 10-6/uL | 4.10 - 5.60 | | MB |
| Hemoglobin | 15.2 | g/dL | 12.5 - 17.0 | | MB |
| Hematocrit | 43.9 | % | 36.0 - 50.0 | | MB |
| MCV | 86 | fL | 80 - 98 | | MB |
| MCH | 29.7 | pg | 27.0 - 34.0 | | MB |
| MCHC | 34.6 | g/dL | 32.0 - 36.0 | | MB |
| Platelets | 185 | X 10-3/uL | 140 - 415 | | MB |
| Polys | 68 | % | 40 - 74 | | MB |
| Lymphs | 24 | % | 14 - 46 | | MB |
| Monocytes | 6 | % | 4 - 13 | | MB |
| Eos | 2 | % | 0 - 7 | | MB |
| Basos | 0 | % | 0 - 3 | | MB |
| Polys (Absolute) | 4.7 | X 10-3/uL | 1.8 - 7.8 | | MB |
| Lymphs (Absolute) | 1.7 | X 10-3/uL | .7 - 4.5 | | MB |
| Monocytes(Absolute) | .4 | X 10-3/uL | .1 - 1.0 | | MB |
| Eos (Absolute Value) | .1 | X 10-3/uL | .0 - .4 | | MB |
| Baso(Absolute) | .0 | X 10-3/uL | .0 - .2 | | MB |
| | | | | | MB |

LAB: MB LABCORP HOLDINGS          DIRECTOR: CONTACT    LABORATORY
1801 FIRST AVENUE SOUTH, BIRMINGHAM,  AL 35233-0000

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

KILBY CORRECTIONAL FACIL
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME

*Nation, Marvin*

PRISON ID

*141669*

DATE SUBMITTED

*8-24-98*

*NPY 32825*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | ✓ *NR* | NEGATIVE (NEG) | |
| RPR | ✓ *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | ✓ | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | *neg* | NEGATIVE (NEG) | |
| GLUCOSE | *Trace* | NEGATIVE (NEG) | |
| KETONES | *neg* | NEGATIVE (NEG) | |
| BILIRUBIN | *neg* | NEGATIVE (NEG) | |
| BLOOD | *neg* | < 5 RBC/MCL | |
| NITRITE | *neg* | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | *neg* | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

*TB 8/26/97*

CLIA ID NO.  01D0706289

GEORGE A. LYRENE, MD
MEDICAL DIRECTOR

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

HCX

HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: _Kilmon_

Name: _Nation, Marvin_
State ID No: _141669_
DOB:
Race: _w/m_   Sex:

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP _Williams_ | Date of request _10-21-04_ | Time of request | Routine | Priority ✓ | Transportation or special needs |

HISTORY/DIAGNOSIS:

_Pain_

**X-RAY REQUEST**

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | ✓ HIP Right | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | ✓ LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Nation                    REPORT

RIGHT HIP: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

LUMBAR SPINE: The vertebrae are well aligned and show no evidence of any fracture or any destructive bone disease.
IMPRESSION: NORMAL STUDY.

D & T: 11-11-04  Maurice H Rowell/rr Board Certified Radiologist (Signature on File)

_J. Kerbetz R.T._
X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

_11-10-04_
DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED

## X-Ray, Requisition and Re...

| | Date of Request | Requested By | Patient Status |
|---|---|---|---|
| Limestone | 8/1/03 | | ☐ Inpatient  ☐ Outpatient |

Examination Requested

C-spine to include C-7 and T1 with Swimmer's view

Clinical Diagnosis

As recommended by Radiologist see report of 7/25

| X-Ray Number | Date of X-Ray | Date of PPD Skin Test | |
|---|---|---|---|
| | 8-1-03 | | |

### Report of Findings

NATION, MARVIN ID 141669

SINGLE VIEW SWIMMER'S VIEW OF CERVICAL SPINE 08/01/03
COMPARISON: 07/25/03

FINDINGS: ALIGNMENT OF THE CERVICOTHORACIC JUNCTION APPEARS
NORMAL. LAMINAE ALIGN NORMALLY. NO FRACTURES ARE DETECTED.

**IMPRESSION: NORMAL ALIGNMENT OF THE CERVICOTHORACIC
JUNCTION.**

RP
John P. Waldo, M.D.
Radiology Associates of Alabama, P.C.

8/15/03

M.D.
Physician's Signature

| Patient's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| Nation | Marvin | | | WM | 141669 |

X-Ray Requisition and Report

## X-ray, Requisition and Re...

| | Date of Request | Requested By | Patient Status |
|---|---|---|---|
| *Limestone* | 7/25/03 | *Stock, RD* | ☐ Outpatient |

Examination Requested

*C- spine XR*

Clinical Diagnosis

*Had a 135 lb weight bar hit the back of his neck - Now has pain and stiffness of neck.*

| X-Ray Number | Date of X-Ray | Date of PPD Skin Test | |
|---|---|---|---|
| | 7-25 03 | | |

Report of Findings

NATION, MARVIN ID 141669

CERVICAL SPINE  THREE VIEWS  07/25/03

FINDINGS: THE INFERIOR HALF OF C7 AND THE TOP OF T1 IS NOT
VISUALIZED ON THE LATERAL VIEW.  ALIGNMENT OF THE CERVICAL
SPINE IS WITHIN NORMAL LIMITS  I SEE NO EVIDENCE OF FRACTURE
INVOLVING THE VISUALIZED CERVICAL SPINE.  PRESERVATION OF THE
INTERVERTEBRAL DISC SPACES IS MAINTAINED  I SEE NO EVIDENCE OF
PREVERTEBRAL SOFT TISSUE SWELLING.

IMPRESSION: NO SIGNIFICANT ABNORMALITY IS SEEN ON LIMITED
VIEWS OF THE CERVICAL SPINE. THE INFERIOR HALF OF C7 AND THE
TOP OF T1 IS NOT SEEN ON CURRENT EXAM.  SWIMMER'S VIEW IS
FURTHER NEEDED TO COMPLETE RADIOGRAPHIC EVALUATION OF
THE CERVICAL SPINE.

W BEN ABBOTT, MD/rp

8/1/03

M.D.

Physician's Signature

| Patient's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| *nation* | *marvin* | | | 141669 | 141669 |
| | | | | WM | |

X-Ray Requisition and Report

segments header

# Dental Treatment Record

| Name: NATIONS MARVIN | ID #: 141669 | Race: W | DOB: |
|---|---|---|---|

| Dental Examination | Restoration and Treatments |
|---|---|



Date of Initial Examination: 4-15-02

Initial Classification:

Oral Pathology:
- Gingivitis
- Vincent's Infection
- Stomatis
- Other Findings

Occlusion

Roentgenograms:
- Periapical
- Bitewing
- Panarex

| Tooth | Priority List |
|---|---|

## Health Questionnaire

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Are you in good health? | ● | ○ | Acquired Immune Deficiency (AIDS/HIV)? | ○ | ● |
| Allergies | ○ | ● | Gastrointestinal disorders | ● | ○ |
| Anemia | ○ | ● | Glaucoma | ○ | ● |
| Asthma or other respiratory problems | ○ | ● | Heart disease or murmur | ○ | ● |
| Blood pressure conditions | ○ | ● | Hepatitis | ○ | ● |
| Diabetes | ○ | ● | Kidney problems | ○ | ● |
| Epilepsy | ○ | ● | Reactions to anesthesia or medications | ○ | ● |
| Excessive bleeding after surgery | ○ | ● | Rheumatic fever | ○ | ● |
| Fainting | ○ | ● | Taking any medication | ○ | ● |
| Pregnant? | ○ | ● | Thyroid conditions | ○ | ● |
| Tuberculosis | ○ | ● | Other conditions | ○ | |

Dental Treatment Record



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _MARVIN NATION_    Date of Request: _3-9-05_
ID # _141669_    Date of Birth: ████    Location: _Elmore A-1-100_
Nature of problem or request: _I Need to see the Dentist as soon as possible, My ██ tooth Broke off._

_Marvin Nation_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 3-11-05
Time: 6:30
Receiving ~~Nurse~~ Intials OA

**(S)ubjective:** _Tooth broke need to see Dentist_

**(O)bjective (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

_Dental screening_

**(A)ssessment:** _Request reviewed_

**(P)lan:** _We will get you in as soon as we can. Thank you_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
~~CIRCLE ONE~~

Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_Anne Hanson_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

EXHIBIT
A-3

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME: *Nation, Marvin*   ID#: *141669*   RACE: *W*   DO

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



Date of Initial Examination: *3-1-01*

| | | PRIORITY LIST |
|---|---|---|

*t = P*
*g = F*

Initial Classification:

Oral Pathology:

  Gingivitis

  Vincent's Infection

  Stomatis

  Other Findings

Occlusion

Roentgenograms:

  Periapical

  Bitewing

  Panarex

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | | ✓ | Gastrointestinal disorders | ✓ | |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | | ✓ |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | | ✓ |

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

| NAME: *Nation, Marlain* | ID#: *141669* | RACE: *W* | DOB: |
|---|---|---|---|

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



Date of Initial Examination: *8·24·98*

| | TOOTH | PRIORITY LIST |
|---|---|---|
| Initial Classification: | | *T = F* |
| Oral Pathology: | | *g = F* |
|    Gingivitis | | |
|    Vincent's Infection | | |
|    Stomatis | | |
|    Other Findings | | |
| Occlusion | | |
| Roentgenograms: | | |
|    Periapical | | |
|    Bitewing | | |
|    Panarex | | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | | ✓ | Gastrointestinal disorders | ✓ | |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | | ✓ |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | ✓ | |

CMS-7103 REV. 10/94



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _MARVIN NATION_     Date of Request: _11-30-04_
ID # _141669_     Date of Birth: ▓▓▓ Location: _A-1-100_
Nature of problem or request: _I need to see the Dentist, one_
_of my tooths he WAS working on Broke off_

_Marvin Nation_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

> RECEIVED
> Date: _12/1/04_
> Time: _10:00 pm_ A2
> Receiving Nurse Intials

see Dentist

**(S)ubjective:** Dental screening

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

Tooth broke

**(A)ssessment:** Request reviewed

**(P)lan:** Does the tooth hurt? Is this the tooth the root canal was done on? Apt made.

Refer to:   MD/PA   Mental Health   (Dental)   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_Anne Hatton_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Marvin Avation_ Date of Request: _1-29-04_
ID # _141669_ Date of Birth: ▓▓▓ Location: _11-53-T_
Nature of problem or request: _I need to ~~see~~ have my_
_teeth cleaned please._
_PS And if you And Dr Tony_ _Thank you_
_have Time I could use a couple of filling_
_Jest call me I'll Be ready Any Time_ _Marvin Nation_
_Thank you._ *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



## HEALTH SERVICES REQUEST FORM

NOV 1 9 2002

Print Name: _MARVIN NATION_     Date of Request: _11-18-02_

ID#: _141669_   Date of Birth: ▓▓▓▓▓▓   Housing Location: _6-B-28-T_

Nature of problem or request: _I Need To have A Tooth filled_
_As soon As possible_

_THANK you_
_Marvin Nation_

_Marvin Nation_

Sign here for consent to be treated by health staff for the condition described

---

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
**************************************************************************

## HEALTH CARE DOCUMENTATION

Subjective: Rec'd 11/20/02

12/10

Objective: BP _____ P_____ R_____ T_____

Assessment:

Plan:

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____ Title: _____ Date: _____ Time: _____



## HEALTH SERVICES REQUEST FORM

NOV 0 8 2002

Print Name: _MARVIN NATION_      Date of Request: _11-07-02_

ID#: _141669_    Date of Birth: ████████    Housing Location: _6-28-Top_

Nature of problem or request: _I NEED TO see A Dentist,_
_one of my Tooth's has broke off And I Am in pAin._
_Thank you_

_Marvin Nation_
Sign here for consent to be treated by health staff for the condition described

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## HEALTH CARE DOCUMENTATION

**Subjective:**

**Objective:** BP _____ P_____ R_____ T_____

call
sab
11/18

**Assessment:**

**Plan:**

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____ Title: _____ Date: _____ Time: _____

# NaphCare

## HEALTH SERVICES REQUEST FORM

NOV 0 8 2002

Print Name: _MARVIN NATION_ Date of Request: _11-07-02_

ID#: _141669_ Date of Birth: ████████ Housing Location: _6-28-Top_

Nature of problem or request: _I NEED TO See A Dentist,_
_one of my Tooths has broke off And I Am in pain._
_Thank you_

_Marvin Nation_
Sign here for consent to be treated by health staff for the condition described

### PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
**********************************************************************************

## HEALTH CARE DOCUMENTATION

**Subjective:**

**Objective:** BP _____ P_____ R_____ T_____

_call sir 11/18_

**Assessment:**

**Plan:**

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _____ Title: _____ Date: _____ Time: _____

# CORRECTIONAL MEDICAL SERVICES
## HEALTH SERVICES REQUEST FORM

Print Name: _MARVIN NATION_ Date of Request: _9-23-98_

ID #: _141669_ Date of Birth: _[redacted]_ Housing Location: _M-146_

Nature of problem or request: _I NEED TO SEE THE DENIST_
_AS SOON AS possiAble_ _(Thank you for your Time)_

I consent to be treated by health staff for the condition described.

_Marvin Nation_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
### DO NOT WRITE BELOW THIS AREA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ P _____ R _____ T _____

Assessment:

Plan:
R4C
UXX

Refer to: ____ PA/Physician ____ Mental Health ____ Dental

Signature: _M. Square_ Title: _ROH_ Date: _9-24-98_ Time: _____

CMS 7166 REV. 10/94

# PROBLEM LIST

Name _Nation, Marvin_

ID # _141669 / wm_

D O B _████████_

Medication Allergies _NKA_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| | PANCREATITIS | | |
| 9/4/02 | MH Code — None | | _(initial)_ |
| 07/23/04 | Jacket reviewed. MH code of none seems appropriate _Wayne C Smith_ | | MS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

01/94

CMS 7189

Case 2:02-cv-00695-D-TFM Document 12-4 Filed 10/17/2006 Page 10 of 80



4/15/2002

141669    NATION, MARVIN K

NAME: NATION, MARVIN

AIS#: 141669    DOB: ▓▓▓▓  R/S: WM

HT: 6'1"    WT: 175    HAIR: BRO

EYES: BRO    SS#: ▓▓▓▓

CUSTODY: MED    AKA: _____

CURRENT AGE: 36    EDUCATION LEVEL: 12TH

# OF ESCAPES: —    JOB SKILL: _____

SCARS/TATOOS: _____

SENTENCE DATE: 6-87    ADMIT DATE: 6-87    RELEASE DATE: (min) 3-13-2010

TOTAL TERM: 28½ YR    COUNTIES CONVICTED: HOUSTON DALE COFFEE    (lng) 4-12-2014

CRIMES: BURG III X 4 / TOP / ROB I

EMERGENCY ADDRESS: TRUDY NATION (MOTHER)    598-3135

116 DOGWOOD ST,    DALEVILLE, AL.

FAMILY MEMBERS:

SPOUSE: DIANN NATION    M-GRANDPARENTS: N/A

719 STANHOPE DR. H'VILLE, AL,    534-2575

MOTHER: S.E.

FATHER: ROBERT NATION    P-GRANDPARENTS: N/A

ORANGE, TX.

SIBLINGS:

ROBERT NATION - S.E,

RONNIE    "    - S.E,

BEALINDA    "    - S.E.    CHILDREN: BRANDON KENNEDY (AGE 16) W/ WIFE

COREY KENNEDY (AGE 13)    "

NICHOLAS NATION (AGE 8)    "



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY ADMISSION

INMATE NAME: _Nation, Marvin_    DOC# _14/669_

ADMISSION DATE: _4-22-04_

ADMITTING DIAGNOSIS: _Fx facial bones_

ADMITTING PHYSICIAN: _W. Williams, MD_

ESTIMATED LENGTH OF STAY: _____

PHS MD 70050



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY PATIENT CARE PLAN

| | |
|---|---|
| Name: Nation, Marvin | Diagnosis: |
| DOC #: 14166 a | Operations: |
| Admit Date: 9/22/04 | Special Procedures: |
| Admit Weight: | Allergies: NKA |

| | |
|---|---|
| **Weight:**<br>B/P & TPR  BID _____ TID _____<br>Q 4 hours _____ Daily _____<br>Neuro Checks:<br>Other: | **Code Blue**  Y  N<br>**Living Will**  Y  N<br>**Power/Attorney**  Y  N |

**Diet**
lequid or soft
1 ☐  0 ☐
Fluids:
Encourage/Restrict
7 - 3
3 - 11
11 - 7
NPO:

| Foley Cath: | Isolation: |
|---|---|
| Straight Cath: | Type: |

Treatments: Deng Δ q pm @ leg x7 days
Glucose Monitoring:

**Code Blue**  Y  N
**Living Will**  Y  N
**Power/Attorney**  Y  N

**Medications:**
① Vicoden 1 ō 2 p̄
q̄ 4-6 hrs prn pain
x7 days
② Percocet 2 c̄ Tylenol
650 mg po q 4-6 hrs
prn pain x7 days
③ Give Tylenol 5tt for
breakthrough pain q̄
6 hrs prn x7 days
④ Amoxil 500 mg po TID
x7 days

| Radiology:<br><br>Preps:  Y  N | Respiratory Therapy:<br>constant/prn<br>cannula/mask<br>Oxygen  1/pm<br>Maximist Treatments: | |
|---|---|---|

| Laboratory:<br><br>Tests: | Dressings/Treatments:<br>Ⓡ leg - Dsg Δ q pm<br>x7 days | PRN Medications:<br>See above |

PHS-MD-70054



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# INPATIENT HISTORY AND PHYSICAL

CHIEF COMPLAINT ① jaw ① face pain, C/O "My teeth hurt"

Hx OF PRESENT ILLNESS    MVA m 9/21/04    PREVIOUS ILLNESS _____

_____    _____

CURRENT MEDICATIONS   Amoxil 500mg    ALLERGIES   NKA

_____    _____

Habits:           Smoking           Alcohol           Drugs

Family Hx.        T.B. _____    Diabetes _____    Cancer _____

                  Hypertension _____    Other _____

                  BP _____    T _____    P _____    R _____

| | Normal | | Abnormal |
|---|---|---|---|
| 1 | | Head, Face & Scalp | ✓ |
| 2 | | Mouth & Throat | ✓ |
| 3 | | Ears & Eardrums | |
| 4 | | Eyes & Pupils | |
| 5 | | Chest & Lungs | |
| 6 | | Cardiovascular | |
| 7 | | Abdomen, including Hernia | |
| 8 | | Anus & Rectum | |
| 9 | | Ext Genitalia | |
| 10 | | Skin | |
| 11 | | Breast | |
| 12 | | Upper Extremities | |
| 13 | | Lower Extremities (L) | injury |
| 14 | | Spine & Musculoskeletal | |

REMARKS

DIAGNOSIS _____

_____

_____

Date: _____    Examining Physician: _____

| INMATE NAME (LAST FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Nation, Marcus | 141669 | ▓▓▓▓ | WM | ECC |

PHS-MD-70020



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | |
| Smoke, Dip or Chew | ✓ | | |
| ALLERGIES | | ✓ | |

Weight _197_  Temp _97.2_  Pulse _72_  Resp _18_  Blood Pressure _122/74_

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

Eye Exam _20/20_ OD _20/20_ OS _20/20_ OU

**II.    TESTING – (LPN or RN)**          RESULTS

Tuberculin Skin Test (q yr)          Date given _5/25/04_ Site _(L)FA_
                                     Read on _5-27-04_ Results _∅_ ___ mm

Past Positive TB Skin Test    →     **Survey Completed** _N/A_
(Chest x-ray if clinical symptoms)   Date ___ Results ___
RPR (q 3 yrs)                        Date _4/16/02_ Results _NR_
EKG (baseline at 35, over 45 q 3 yrs)   _3-25-04 normal_
Cholesterol (at 35 then q 5 yrs)     _5-27-04_
Tetanus/Diptheria  (q 10 yrs)        Last Given _1998_ Due _2008_
   (if done today)                   Site given ___ Dose ___ Lot # ___
Optometry Exam (@ 50 if not already seen) _3/14/03_
Mammogram                            Date _N/A_ Results ___
   (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

| | |
|---|---|
| Heart | _Reg R+R_ |
| Lungs | _Bilaterally Clear_ |
| Breast Exam | _WNL_ |
| Rectal (yearly after 45) | Results _N/A_ |
| with Hemoccult | Results _N/A_ |
| Pelvic and PAP (q 1 yr) | Date _N/A_ Results ___ |

Facility _Elmore_ Nurse Signature _Q. L___ RN_  Date _5/25/04_

M.D. or Mid-Level Signature _W. Hills_  Date _7/26/04_

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| _Nation Marvin_ | _141669_ | _3-84/6°_ | _W/m_ |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK |  | ✓ |
| TB TEST CURRENT | ✓ |  |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE |  | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _UMBarrett_____   DATE: _5-25-04_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _Lymann Nation_____   DATE: _5-25-04_

EXPIRATION DATE: _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| _Nation Warren_ | 141669 | ■■■ | W/M | Elmore |

PHS-MD-70042   **(White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))**

# TechCare



## Annual Health & TB Screening Appointment

4/29/2003

| | |
|---|---|
| Name | **NATION,MARVIN K** |
| DOC # | **141669** |
| Birth Date | ▓▓▓ |

| | |
|---|---|
| Appointment Date | **4/15/2003** |

### TB Screening Data

| | |
|---|---|
| Date Given | 4/25/2003 |
| Site Given | Left Arm |
| Lot # | 00661P |
| Nurse Administering | JRT |
| Date Read | 4/27/2003 |
| Size in MM | 0 |
| Nurse Reading | JRT |
| Previous Positive | No |

### Medical Data

| | |
|---|---|
| Current Weight | 201 |
| Previous Weight | 200 |
| Height | |
| Blood Pressure | |
| Recent Chest Pain | No |
| Kitchen Clearance | No |
| Productive Cough | No |
| Any Bleeding | No |
| Diabetic | No |
| Diabetic Condition | N/A |
| Prosthetic | No |

### Emergency Contact Data

Name
Phone
Address

Reviewer Signature:



# Inmate Food Service Worker Clearance

---

**Medical Record Review:**

○ Yes   ☒ No   Past history of hepatitis
☒ Yes   ☒~~No~~   TB test current   *April 10*
☒ Yes   ☒~~No~~   TB test negative

If history of positive TB test, verified completed treatment: _____
                                                              Date

---

**Physical Assessment**

○ Yes   ☒ No   Open sores or rashes on hands, arms, face and neck
○ Yes   ☒ No   Has diarrhea
○ Yes   ☒ No   Has a cough
☒ Yes   ○ No   Lungs clear to auscultation
○ Yes   ☒ No   Signs and symptoms of other contagious diseases

Specify: _____

_____

_____

---

This inmate's Medical Record has been reviewed and he/she has been examined.

He/she   ☒ IS   ○ IS NOT   medically cleared for duty as a food service worker.

Signature  *E. Roberts FC*                          Date  *8/26/02*

---

| Name: | ID # / DOB: | Location: |
|-------|-------------|-----------|
| MARVIN NATION | 141669 ▮▮▮▮▮ | LCF |

Inmate Food Service Worker Clearance

**NAPHCARE**
**MEDICAL HISTORY AND SCREENING**

Institution _____

Inmate Name: Nation Marvin    ID#: 141669    Race: W M    D.O.B.: ▓▓▓▓

| INMATE QUESTIONNAIRE | (circle one) | | |
|---|---|---|---|
| 1 | Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes | **No** |
| 2 | Have you fainted or had a head injury in the past 6 months? | Yes | **No** |
| 3 | Have you been seen by a doctor in the past 6 months? | **Yes** | No |
| 4 | Do you wear glasses or contact lenses? | Yes | **No** |
| 5 | Do you have prosthesis, splint, crutches, cast or brace that you will need while here? | Yes | **No** |
| 6 | Do you drink wine, beer or whiskey? How often_____ How much_____ Last time_____ | Yes | **No** |
| 7 | Have you had seizures or blackouts when you stop drinking? | Yes | **No** |
| 8 | Do you use drugs? Type_____ How often_____ Last time_____ | Yes | **No** |
| 9 | Have you had withdrawal problems when you stop taking drugs? | Yes | **No** |
| 10 | Are you currently detoxing? If yes from what substance? _____ | Yes | **No** |
| 11 | Do you have any medical problems we should know about? | **Yes** | No |
| 12 | Have you been in this facility before? | **Yes** | No |
| 13 | Are you covered by medical insurance or a benefits program? | Yes | **No** |

| MENTAL HEALTH | | | |
|---|---|---|---|
| 14 | Have you ever been hospitalized or treated for psychiatric problem? | Yes | **No** |
| 15 | Have you ever considered or attempted suicide? | Yes | **No** |
| 16 | Are you feeling depressed or extremely sad? | Yes | **No** |
| 17 | Do you want to hurt yourself or someone else? | Yes | **No** |
| 18 | Are you hearing voices? If yes, what are they saying? | Yes | **No** |

| FEMALE INMATES ONLY | | | |
|---|---|---|---|
| 19 | Are you pregnant? LMP_____ | Yes | No |
| 20 | Do you use birth control? Type_____ | Yes | No |
| 21 | Have you recently had a baby, miscarriage or abortion? | Yes | No |

Comments: (Explain "Yes" Responses)
Half Stomach removed
96

**VITAL SIGNS**
HT 6'4"    WT 209    BP 104/93
Pulse 88    Resp 18    Temp ___

**DISPOSITION**

| Referrals | | Placement | |
|---|---|---|---|
| _____ | None | _____ | Infirmary |
| _____ | Emergency Room (Pre-booking injury) | _____ | Detoxification Setting |
| _____ | Emergency Room (Acute condition) | _____ | General Population |
| _____ | Physician | _____ | Other |
| _____ | Sick Call | | |

**CURRENT MEDICAL CONDITIONS** (√ terms that apply)

| | | | |
|---|---|---|---|
| Unconscious | _____ | Skin Infection | _____ |
| Disoriented | _____ | Restricted Mobility | _____ |
| Intoxicated | _____ | Skin Rash | _____ |
| Lesions | _____ | Jaundice | _____ |
| Obvious Pain | _____ | Needle Marks | _____ |
| Bruises | _____ | Swollen Glands | _____ |
| Fever | _____ | Active Cough | _____ |
| Nausea | _____ | Vaginal/Penile Discharge | _____ |
| Uses Tobacco | _____ | Dental Problems | √ |

**MEDICAL HISTORY** (√ terms that apply)

| | | | |
|---|---|---|---|
| Arthritis | _____ | Frequent Diarrhea | _____ |
| Diabetes | _____ | Genital Sores | _____ |
| Seizure Disorder | _____ | V.D. | _____ |
| Asthma | _____ | Hepatitis | _____ |
| Special Diet | _____ | HIV+ | _____ |
| Heart Condition | _____ | Tuberculosis | _____ |
| Hypertension | _____ | Persistent Sore Throat | _____ |
| Stomach Ulcer | _____ | Dental Problems | _____ |
| Cancer | _____ | Surgeries | √ |
| Sickle Cell Anemia | _____ | Chest Pain | _____ |
| Emphysema | _____ | Jaundice | _____ |

**TB HISTORY**

| | | |
|---|---|---|
| Ever treated with TB drugs? | Yes | **No** |
| Previous PPD test? | **Yes** | No |
| Previous Positive Reaction? | Yes | **No** |
| If positive result: When _____ Where _____ | | |
| Chronic Cough/Blood _____ | Fever | _____ |
| Recent Weight Loss _____ | Night Sweats | _____ |
| Recent Appetite Loss _____ | Fatigue | _____ |

**MEDICATIONS**
Current Medications:

**ALLERGIES**

| | | |
|---|---|---|
| Medication Allergies: | Yes | **No** |
| Type: _____ | | |
| Other Allergies: | Yes | **No** |
| Type: _____ | | |

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: X Marvin Nation

SCREENED BY _____ R.D. _____    DATE: 4/15/__    TIME: _____

REVIEWED BY _____    DATE: _____    TIME: _____

Revised 12/99 (CMS 7107)

# Inmate Food Service Worker Clearance

**Medical Record Review:**

- ○ Yes  ☑ No  Past history of hepatitis
- ☑ Yes  ○ No  TB test current
- ○ Yes  ○ No  TB test negative

If history of positive TB test, verified completed treatment: _____  Date _____

**Physical Assessment**

- ○ Yes  ☑ No  Open sores or rashes on hands, arms, face and neck
- ○ Yes  ☑ No  Has diarrhea
- ○ Yes  ☑ No  Has a cough
- ☑ Yes  ○ No  Lungs clear to auscultation
- ○ Yes  ☑ No  Signs and symptoms of other contagious diseases

Specify: _____

_____

_____

This inmate's Medical Record has been reviewed and he/she has been examined.

He/she  ☑ IS   ○ IS NOT  medically cleared for duty as a food service worker.

_A.H. Smith Jr._ _____     4/15/02
Signature                                        Date

| Name: | ID # / DOB: | Location: |
| --- | --- | --- |

# MEDICAL HISTORY AND SCREENING

Inmate Name: **Nation Marvin** ID #: **141669** Race: **W** D.O.B.: _____

Institution _____

| INMATE QUESTIONNAIRE | (circle one) | | |
|---|---|---|---|
| 1. | Do you have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes | **No** |
| 2. | Have you fainted or had a head injury in the past 6 months? | Yes | **No** |
| 3. | Have you been seen by a doctor in the past 6 months? | **Yes** | No |
| 4. | Do you wear glasses or contact lenses? | Yes | **No** |
| 5 | Do you have prosthesis, splint, crutches, cast or brace that you will need while here? | Yes | **No** |
| 6. | Do you drink wine, beer or whiskey? How often _____ How much _____ Last time _____ | **Yes** | No |
| 7. | Have you had seizures or blackouts when you stop drinking? | Yes | **No** |
| 8 | Do you use drugs? Type _____ How often _____ Last time _____ | Yes | **No** |
| 9 | Have you had withdrawal problems when you stop taking drugs? | Yes | **No** |
| 10 | Are you currently detoxing? If yes, from what substance? _____ | Yes | **No** |
| 11. | Do you have any medical problems we should know about? | Yes | **No** |
| 12. | Have you been in this facility before? | **Yes** | No |
| 13. | Are you covered by medical insurance or a benefits program? | Yes | **No** |

## MENTAL HEALTH

| | | | |
|---|---|---|---|
| 14. | Have you ever been hospitalized or treated for psychiatric problem? | Yes | **No** |
| 15. | Have you ever considered or attempted suicide? | Yes | **No** |
| 16. | Are you feeling depressed or extremely sad? | Yes | **No** |
| 17. | Do you want to hurt yourself or someone else? | Yes | **No** |
| 18. | Are you hearing voices? If yes, what are they saying? | Yes | **No** |

## FEMALE INMATES ONLY

| | | | |
|---|---|---|---|
| 19. | Are you pregnant? LMP _____ | Yes | No |
| 20. | Do you use birth control? Type _____ | Yes | No |
| 21. | Have you recently had a baby, miscarriage or abortion? | Yes | No |

**Comments: (Explain "Yes" Responses)**
No pancreatitis Enz
No Pancreatitis

### VITAL SIGNS
HI 6'11" WI 199 BP 140/80
Pulse _____ Resp _____ Temp _____

### DISPOSITION
| Referrals None | Placement |
|---|---|
| _____ Emergency Room (Pre-booking injury) | _____ Infirmary |
| _____ Emergency Room (Acute condition) | _____ Detoxification Setting |
| _____ Physician | _____ General Population |
| _____ Sick Call | _____ Other |

## CURRENT MEDICAL CONDITIONS (✓ terms that apply)

| | | | |
|---|---|---|---|
| Unconscious | _____ | Skin Infection | ✓ |
| Disoriented | _____ | Restricted Mobility | _____ |
| Intoxicated | _____ | Skin Rash | _____ |
| Lesions | _____ | Jaundice | _____ |
| Obvious Pain | _____ | Needle Marks | _____ |
| Bruises | _____ | Swollen Glands | _____ |
| Fever | _____ | Active Cough | _____ |
| Nausea | _____ | Vaginal/Penile Discharge | _____ |
| Uses Tobacco | _____ | Dental Problems | _____ |

## MEDICAL HISTORY (✓ terms that apply)

| | | | |
|---|---|---|---|
| Arthritis | ✓ | Frequent Diarrhea | ✓ |
| Diabetes | _____ | Genital Sores | _____ |
| Seizure Disorder | _____ | V D | _____ |
| Asthma | _____ | Hepatitis | _____ |
| Special Diet | _____ | HIV+ | _____ |
| Heart Condition | _____ | Tuberculosis | _____ |
| Hypertension | _____ | Persistent Sore Throat | _____ |
| Stomach Ulcer | _____ | Dental Problems | _____ |
| Cancer | _____ | Surgeries | _____ |
| Sickle Cell Anemia | _____ | Chest Pain | _____ |
| Emphysema | _____ | Jaundice | _____ |

## TB HISTORY

| | | |
|---|---|---|
| Ever treated with TB drugs? | Yes | **No** |
| Previous PPD test? | **Yes** | No |
| Previous Positive Reaction? | Yes | **No** |
| If positive result: | | |
| When _____ | | |
| Where _____ | | |
| Chronic Cough/Blood _____ | Fever _____ | |
| Recent Weight Loss _____ | Night Sweats _____ | |
| Recent Appetite Loss _____ | Fatigue _____ | |

## MEDICATIONS
Current Medications:

None

## ALLERGIES
| | | |
|---|---|---|
| Medication Allergies: | Yes | **No** |
| Type: _____ | | |
| Other Allergies: | Yes | **No** |
| Type: _____ | | |

---

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: **Marvin Nation**

SCREENED BY: _____ DATE: **3-1-01** TIME: **1:45P**

REVIEWED BY: _____ DATE: _____ TIME: _____

Revised 12/99 (CMS 7107)

# CORRECTIONAL MEDICAL SERVICE
## MEDICAL HISTORY AND SCREENING

NATION MARVIN

_LCF_ **INSTITUTION**

| INMATE NAME: | ID# 141669 | RACE: blu | D.O.B: |
|---|---|---|---|

## INMATE QUESTIONNAIRE (circle one)

| | | |
|---|---|---|
| 1. Do your have a medical problem such as bleeding or injuries that requires immediate medical attention? | Yes | **No** |
| 2. Have you fainted or had a head injury within past six months? | Yes | **No** |
| 3. Have you been seen by a doctor in the past six months? | **Yes** | No |
| 4. Do you wear glasses or contact lenses? | Yes | **No** |
| 5. Do you have prosthesis, splint, crutches, cast or brace that you need while here? | Yes | **No** |
| 6. Do you drink wine, beer or whiskey. How often? Socially How much? 1 or 2 Last time? 2 months ago | **Yes** | No |
| 7. Have you had seizures or blackouts when you stop drinking? | Yes | **No** |
| 8. Do you use drugs? Type___ How often___ Last time___ | Yes | **No** |
| 9. Have you had withdrawal problems when you stop taking drugs? | Yes | **No** |
| 10. Are you currently detoxing? If yes, from what substance? | Yes | **No** |
| 11. Do you have any medical problems we should know about? | **Yes** | No |
| 12. Have you been in this facility before? | **Yes** | No |

## MENTAL HEALTH

| | | |
|---|---|---|
| 13. Have you ever been hospitalized or treated for psychiatric problem? | Yes | **No** |
| 14. Have you ever considered or attempted suicide | Yes | **No** |
| 15. Are you feeling depressed or extremely sad? | Yes | **No** |
| 16. Do you want to hurt yourself or someone else? | Yes | **No** |
| 17. Are you hearing voices?___ If yes, what are they saying? | Yes | **No** |

## FEMALE INMATES ONLY

| | | |
|---|---|---|
| 18. Are you pregnant? LMP | Yes | No |
| 19. Do you use birth control? Type | Yes | No |
| 20. Have you recently had a baby, miscarriage or abortion? | Yes | No |

COMMENTS: (Explain "Yes" Responses)
Pancreatitts

VITAL SIGNS
HT 6'1/2" WT 166 BP 124/72
Pulse___ Resp___ Temp___

## DISPOSITION

Referrals ✓None      Placement

___Emergency Room (Pre-booking injury)   ___Infirmary
___Emergency Room (Acute Condition)      ___Detoxification Setting
___Physician                             ✓Gen Population
___Sick Call                             ___Other

## CURRENT MEDICAL CONDITIONS (circle terms that apply)

Unconscious — Skin Infection
Disoriented — Restricted Mobility
Intoxicated — Skin Rash
Lesions — Jaundice
Obvious Pain — Needle Marks
Bruises — Swollen Glands
Fever — Active Cough
Nausea — Vaginal/Penile Discharge
Uses Tobacco — **Dental Problems**

## MEDICAL HISTORY (circle terms that apply)

Arthritis — Frequent Diarrhea
Diabetes — Genital Sores
Seizure Disorder — V.D.
Asthma — Hepatitis
Special Diet — HIV+
Heart Condition — Tuberculosis
Hypertension — Persistant Sore Throat
**Stomach Ulcer** — **Dental Problems**
Cancer — **Surgeries** Abdominal
Sickle Cell Anemia — Chest Pain
Emphysema — Jaundice

## TB HISTORY

Ever treated with TB Drugs?  Yes  **No**
Previous PPD test? **Yes** No  Previous Positive Reaction? Yes **No**
When 1991
Where LCF

Chronic Cough/Blood — Fever
Recent Weight Loss — Night Sweats
Recent Appetite Loss — Fatique

## MEDICATIONS

Current Medications:

none.

## ALLERGIES

Medication Allergies:  Yes  **No**
Type:___
Other Allergies:  Yes  **No**
Type:___

I acknowledge that I have answered all questions truthfully and have been told the way to obtain health services and consent to routine care provided by facility healthcare professionals. I understand that any medications not picked up within 30 days of release will be destroyed.

Inmate Signature: Marvin Nation

Screened by: M. Miller   Date: 141669   Time: 11:00 Am

Reviewed by:___ Date:___ Time:___

Revised 4/28/97 (CMS 7107)

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## RECEPTION MENTAL HEALTH SCREENING

Institution: _Kilby_    Date/Time Inmate Received: _____
Date/Time of Screening: _4/12/02_    Signature /Title of Screener: _Nicole Jones LPN_

### MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC
- ☐ Yes ☑ No    Psychotropic Medication: _____
- ☐ Yes ☑ No    Medication turned over to a DOC upon arrival?
- ☐ Yes ☑ No    Mental Health follow – up in last 90 days: _____
- ☐ Yes ☑ No    Suicide/self harm attempts in last 90 days: _____

### MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):
- ☐ Yes ☑ No    Outpatient treatment: _____
- ☐ Yes ☑ No    Inpatient treatment: _____
- ☐ Yes ☑ No    Psychotropic Medication: _____
- ☐ Yes ☑ No    Suicidal Attempts: _____
- ☐ Yes ☑ No    Suicidal Thoughts: _____
- ☐ Yes ☑ No    Head injury: _____
- ☐ Yes ☑ No    Seizures: _____
- ☑ Yes ☐ No    Violent Behavior: _Robbery_
- ☑ Yes ☐ No    Substance Abuse: _MJ, Alc_
- ☐ Yes ☑ No    Substance Abuse Treatment: _____
- ☐ Yes ☑ No    Special Education classes: _____

### INMATE SELF – REPORT OF CURRENT STATUS
- ☐ Yes ☑ No    First incarceration (reaction): _"I hate it"._
- ☑ Yes ☐ No    Reports family support: _____
- ☐ Yes ☑ No    Reports serious depression/remorse: _____
- ☐ Yes ☑ No    Thinking about suicide: _____
- ☐ Yes ☑ No    Has plan for suicide: _____
- ☐ Yes ☑ No    Possible to implement plan: _____
- ☐ Yes ☑ No    Reports hallucinations: _____

### BEHAVIORAL OBSERVAIONS
- ☐ Poor eye contact    ☐ Poor hygiene    ☐ Unable to pay attention    ☐ Unresponsive
- ☐ Disorientated    ☐ Overly anxious    ☐ Unable to follow directions    ☑ Unable to read
- ☐ Crying    ☐ Memory deficits    ☐ Signs of self-mutilation    ☐ Afraid
- ☐ Illogical speech content    ☐ Appears to be hearing voices of seeing things    ☐ Paranoid
- ☐ Hostile    ☐ Other unusual behavior: _____

### DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)
- ☐ Routine housing and mental health follow-up    ☐ Emergency mental health referral
- ☐ Priority mental health follow-up but not emergency    ☐ Safe cell recommended
- ☐ Current Psychotropic meds verified/interim supply ordered    ☐ Parole violator interim assessment referral

| Inmate Name: Nation, Marvin | AIS#: 141669 |

# ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child

Mental health and medical staff will have access your mental health records when completing their duties The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

_Marvin Nation_ _____
Inmate Signature

Nation, Marvin

_141669_ _____
AIS #

_4-12-03_ _____
Date Signed

## CORRECTIONAL MEDICAL SERVICES
## INTAKE MENTAL HEALTH SCREENING

| INMATE NAME: Nation, Marvin | ID #: 141669 | RACE: W | D.O.B.: |
|---|---|---|---|

| SUICIDE POTENTIAL SCREENING | (circle) | |
|---|---|---|
| 1. Arresting or transporting officer believes subject may be suicide risk | Yes | (No) |
| 2. Lacks close family/friends in community | Yes | (No) |
| 3. Experienced a significant loss within last 6 months (loss of job, relationship, death of close family member). | Yes | (No) |
| 4. Worried about major problems other than legal situation (terminal illness). | Yes | (No) |
| 5. Family member or significant other has attempted or committed suicide (spouse, parent, sibling, close friend, lover). | Yes | (No) |
| 6. Has psychiatric history (psychotropic medication or treatment) | Yes | (No) |
| 7. Holds position of respect in community (i.e., professional, public official) and/or alleged crime is shocking in nature. Expresses feelings of embarrassment / shame | Yes | (No) |
| 8. Expresses thoughts about killing self | Yes | (No) |
| 9. Has a suicide plan and/or suicide instrument in possession | Yes | (No) |
| 10. Has previous suicide attempt (Check wrists & note method) | Yes | (No) |
| 11. Expresses feelings there is nothing to look forward to in the future (feelings of helplessness and hopelessness) | Yes | (No) |
| 12. Shows signs of depression (crying, emotional flatness) | Yes | (No) |
| 13. Appears overly anxious, afraid or angry | Yes | (No) |
| 14. Appears to feel unusually embarrassed or ashamed. | Yes | (No) |
| 15. Is acting and/or talking in a strange manner. (Cannot focus attention; hearing or seeing things not there) | Yes | (No) |
| 16. Is apparently under the influence of alcohol or drugs | Yes | (No) |
| 17. If YES to #16, is individual incoherent or showing signs of withdrawal or mental illness | Yes | No | N/A |

TOTAL YES'S =
If there are any circles in shaded areas, or total of Yes's is 8 or more, alert Shift Commander and refer for Mental Health Evaluation.

### PSYCHIATRIC SCREENING (circle)

1. History of psychotropic medication?  Yes  (No)
   Type:
   Current Dosage:
   Source:
2. History of psychiatric hospitalization?  Yes  (No)
   When:
   Where:
3. History of outpatient mental health treatment?  Yes  (No)
   When:
   Where:
4. History of violent behavior?  Yes  (No)
   When:
   Where:

### BEHAVIORAL OBSERVATIONS
Difficulties observed in following area: (circle)

| | |
|---|---|
| Eye Contact | Terrified/crying |
| Appearance | Orientation |
| Activity | Concentration |
| Mood | Speech |
| Affect | Delusional |
| Memory | Hallucinations |
| Intellectual Functioning | Psychotic Symptoms |

COMMENTS:
-Violated parole by driving without licence in NC, this is 2nd time. Original conviction in 1984 for receiving stolen property.

### SUMMARY

____ No mental health problems
____ Mental health problems requiring routine follow-up
____ Chronic mental health problem
        ____ Mental Illness ____ Developmental Disability ____ Other
____ Acute mental health problem
        ____ Psychosis ____ Suicidal ____ Other
____ Potential withdrawal from substance abuse

### DISPOSITION

____ Approved for General Population:
        No Mental Health Referral
____ Approved for General Population:
        Routine Mental Health Referral
____ Special Housing: Mental Health Referral ASAP
____ Suicide Precaution Procedures:
        Mental Health Referral ASAP
____ Psychiatric Referral
____ Medical Monitoring for Potential Withdrawal

SCREENED BY: Rankart By. D.    DATE: 3/14/01    TIME: 2:45 pm.

REVIEWED BY: _____    ID #: ____    DATE: ____    TIME: ____

CMS 7123 REV. 10/94

# CORRECTIONAL MEDICAL SERVICES
# INTAKE MENTAL HEALTH SCREENING

| INMATE NAME: _NATION MARVIN_ | ID #: _141469_ | RACE: _W/m_ | D.O.B.: / |
|---|---|---|---|

| SUICIDE POTENTIAL SCREENING | (circle) | |
|---|---|---|
| 1. Arresting or transporting officer believes subject may be suicide risk | Yes | **No** |
| 2. Lacks close family/friends in community | Yes | **No** |
| 3. Experienced a significant loss within last 6 months (loss of job, relationship, death of close family member) | Yes | **No** |
| 4. Worried about major problems other than legal situation (terminal illness) | Yes | **No** |
| 5. Family member or significant other has attempted or committed suicide (spouse, parent, sibling, close friend, lover) | Yes | **No** |
| 6. Has psychiatric history (psychotropic medication or treatment) | Yes | **No** |
| 7. Holds position of respect in community (i.e., professional public official) and/or alleged crime is shocking in nature. Expresses feelings of embarrassment / shame. | Yes | **No** |
| 8. Expresses thoughts about killing self | Yes | **No** |
| 9. Has a suicide plan and/or suicide instrument in possession | Yes | **No** |
| 10. Has previous suicide attempt. (Check wrists & note method) | Yes | **No** |
| 11. Expresses feelings there is nothing to look forward to in the future (feelings of helplessness and hopelessness) | Yes | **No** |
| 12. Shows signs of depression (crying, emotional flatness) | Yes | **No** |
| 13. Appears overly anxious, afraid or angry | Yes | **No** |
| 14. Appears to feel unusually embarrassed or ashamed | Yes | **No** |
| 15. Is acting and/or talking in a strange manner. (Cannot focus attention; hearing or seeing things not there) | Yes | **No** |
| 16. Is apparently under the influence of alcohol or drugs | Yes | **No** |
| 17. If YES to #16, is individual incoherent or showing signs of withdrawal or mental illness | Yes | No |

TOTAL YES S =
If there are any circles in shaded areas, or total of Yes's is 8 or more, alert Shift Commander and refer for Mental Health Evaluation.

| PSYCHIATRIC SCREENING | (circle) | |
|---|---|---|
| 1. History of psychotropic medication?<br>Type:<br>Current Dosage:<br>Source: | Yes | **No** |
| 2. History of psychiatric hospitalization?<br>When:<br>Where: | Yes | **No** |
| 3. History of outpatient mental health treatment?<br>When:<br>Where: | Yes | **No** |
| 4. History of violent behavior?<br>When:<br>Where: | Yes | **No** |

### BEHAVIORAL OBSERVATIONS
Difficulties observed in following areas: (circle)

| | |
|---|---|
| Eye Contact | Terrified/crying |
| Appearance | Orientation |
| Activity  _OK_ | Concentration  _OK_ |
| Mood | Speech |
| Affect | Delusional |
| Memory | Hallucinations |
| Intellectual Functioning | Psychotic Symptoms |

COMMENTS:

## SUMMARY

_✓_ No mental health problems
____ Mental health problems requiring routine follow-up
____ Chronic mental health problem
     ____ Mental Illness ____ Developmental Disability ____ Other
____ Acute mental health problem
     ____ Psychosis ____ Suicidal ____ Other
____ Potential withdrawal from substance abuse

## DISPOSITION

_✓_ Approved for General Population:
     No Mental Health Referral
____ Approved for General Population:
     Routine Mental Health Referral
____ Special Housing: Mental Health Referral ASAP
____ Suicide Precaution Procedures:
     Mental Health Referral ASAP
____ Psychiatric Referral
____ Medical Monitoring for Potential Withdrawal

| SCREENED BY: _John Meehan_ | DATE: _3/28/9_ | TIME: ___ |
|---|---|---|
| REVIEWED BY: ___ | ID # ___ | DATE: ___ | TIME: ___ |

CMS 7123 REV 10/94

Treatment Continued: Drsg Δ to Lt leg qd x 7 days

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 9/23 | 9/24 | 9/25 | 9/26 | 9/27 | 9/28 | 9/29 |
| | | | | 1 N<br>Done | 1 N<br>Done | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |

Comments:

MOU

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|------------|----------------|
| Nations, Marvin | | Elmore |

FROM : FAX NO. : Oct. 04 2004 01:13PM P29

10/04/2004 11:00 FAX 3048355156 REGIONAL OFFICE @005
ADMIN @001/004

*NAT, ON, IN, "CO, A*
*ElMoRe*

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Please send this form Complete and Legible. You must Type or Print.
Please send this form with the Authorization Letter to the service provider at the time of the appointment.

## DEMOGRAPHICS

| Site Name (Location): | Patient Name (Last, First) | Date (mm/dd/yy) |
|---|---|---|
| Kilby Main | Graiton, Marvin | 9-30-04 |
| Site Phone: | Alias: (Last, First) | Date of Birth (mm/dd/yy) |
| 334-215-6700 | | |
| Site FAX: | Inmate # | EPD Date adv. Dates (mm/dd/yy) |
| 334-215-6125 | 141669 | 4-12-02 |
| | Bill Number | Potential/ Release Date (mm/dd/yy) |
| | | 10-27-09 |
| Sex: ☐ Male ☐ Female | | |
| Responsible party: ☐ PHS ☐ Able Inc. | ☐ Medicare/Medicaid ☐ Other, be specific | |

## CLINICAL DATA

| Requesting Provider: ☒ Physician ☐ NP, PA ☐ Dental | History of Illness/Injury/symptoms with Date of Onset: |
|---|---|
| Dr. Kern | S/P ® ORIF |
| Facility Medical Director Signature and Date: | |
| Michael _____ MD | |
| ☐ Service Provider checks for "approval via protocol" | |
| Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields. | Results of a complete directed physical examination: |
| ☒ Office Visit (OV) ☐ X-Ray (XR) ☐ Scheduled Admission (SA) | |
| ☐ Outpatient Surgery (OS) ☐ Dialysis (DA) | |
| ☐ Routine ☒ Urgent | |
| Estimated Date of Service (mm/dd/yy): _____ | |
| (This starts the appeal window for the "open authorization period") | |
| Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy | |
| Number of Visits/Treatments: ☐ Other: | |
| Specialist referred to: Oral Surgeon | Previous treatment and response (including medications): |
| Type of Consultation, Treatment, Procedure, or Surgery: | |
| Post-op F/U x 1 week | |
| You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. ☐ Pertinent documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |

## UM DETERMINATION:

☐ Alternate Treatment Plan (explain below)
☐ More Information Required (see Attached)
☐ Resubmitted with requested information

Details Service Recommended and Authorized:

Date Authorized:

Regional Medical Director Signature
printed: *AM ELMOSER, MD*

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Ref. Type: | Auth Class: | UR Auth #: |
|---|---|---|
| FU/OV | 99211 | 7425 7498 |

UM Referral review form 2-13-2004

MOU

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### Special Diet Request

Inmate's Name: Nation Marvin W/ 141669    Date: 9/23/04

Housing Location: $ Elmore

Type of Diet: liquid diet

Start Date: 9/23/04    Stop Date: 10/23/04

Special Instructions (if needed):
NPO after midnight 9/23/04

Date Requested: 9/22/04    Signature: L hussites, CRNP / 294 hynh hnt

60130 (10/89)    (White - Kitchen Copy, Yellow - Patient File Copy)



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10/21/04_

**To:** _Edmore_

**From:** _SHCU_

**Inmate Name:** _Nation, Marvin_     **ID#:** _141669_

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Soft diet x 6 wks_

_____

_____

_____

_____

**Date:** _10/21/04 thru_   **MD Signature:** _Dr. Williams / SWilliams_   **Time:** _15-40_

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## Special Diet Request

Inmate's Name: _Nation    Marvin_

Housing Location: _WW #135_                                Date: _10/6/04_

Type of Diet: _Puree → soft mechanical_

Start Date: _10/6/04_                    Stop Date: _____

Special Instructions (if needed): _Puree until notified → soft mech_

Date Requested: _10/6/04_    Signature: _Dr Robbins / G Willesspn_

10130 (10/89)

(White - Kitchen Copy, Yellow - Patient File Copy)

4.    May have extra _____
5.    Other _____

**Comments:**

① Peanut Butter Sandwich at Bedtime x3 wee

② Soft Diet until further Notice

Date: _10/7/04_    MD Signature: _____    Time: _3:15 pm_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-7-04

**To:** Elmore CC

**From:** SHCU

**Inmate Name:** Nation, Marvin    **ID#:** 141669

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

① No lifting greater then 10lbs × 4 weeks

② Light Duty × 4 weeks

③ No prolong Standing ×30mins × 4 weeks

④ Bottom Bunk profile × 4 weeks

**Date:** 10/7/04    **MD Signature:** _____    **Time:** 3:15 pm

60418


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 3/30/04 | TIME 928 AM/PM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.9  ORAL/RECTAL  RESP 20  PULSE 76  B/P 128/82  RECHECK IF SYSTOLIC <100> 50 ___ 196

## NATURE OF INJURY OR ILLNESS

S- "I have a cyst in (R) nare". x 5 days

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

## PHYSICAL EXAMINATION

O- Has red and swollen area noted to (R) nare. No drainage noted.
Rt inner nares c exudate I&D
cult take

A- Cyst

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

P- M.D. to review

DIAGNOSIS Body chart

INSTRUCTIONS TO PATIENT RTC as needed

| DISCHARGE DATE 3/30/04 | TIME AM PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE Bunnell | DATE | PHYSICIANS SIGNATURE | DATE 3/30/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) Nation, Marvin | DOC# 141669 | R/S W/M | FAC. Elr |
|---|---|---|---|

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 9 22/04 | TIME 2 30 AM/PM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98 ☐ ORAL ☐ RECTAL | RESP 20 | PULSE 76 | B/P 118/80 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S - Body Chart Per
DOC

O - Bruis To (L) Orbit
& eye - Poss Blood in
Sclera (L) eye,
Swelling (L) jaw
Dss 7 (L) ↓ EXT, - Sm
Loc x2 on (L) lower foot
asspect of (L) ↓ leg

A - Alt. in ↑ Kin
Integrity, Alt
bd Comfort

P - Adm H PT TO
Mov unt[ ↑
Surg. Dss 1's @ 9pm
(L) leg x 7 days
ic. Diet till ↑ Surg
Med's as ordered see
MAR

PHYSICAL EXAMINATION



PROFILE RIGHT OR LEFT
Brusn
swelln
Small
Poss. Puncture / Laceration wound
RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 7/24 04 | TIME 1700 AM/PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 9/22/04 | PHYSICIAN'S SIGNATURE | DATE 9/22/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Nation, Marvin | DOC# 141669 | DOB | R/S WM | FAC Elmore |
|---|---|---|---|---|

(White - Record Copy, Yellow - Pharmacy Copy)


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9 /21/04 | TIME 2125 ☐AM ☐PM | ORIGINATING FACILITY _Ecc_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES _NKA_ | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP _98_  ORAL RECTAL  RESP _30_  PULSE _68_  B/P _90, 72_  RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S- Body chart per DOC request
re: MVA on Road Squad

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Ambulated to + welcome slight
limp - bandage to (R) + extremity
c̄ bright red blood noted - reinforced
c̄ clean 4×4's and secured c̄ kling
(L) eye and Mandible, maxillary
edematous c̄ bruising noted.
alert and conversing c̄ nurse + officer
No acute distress noted
A- Alteration in comfort
P- MD to review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 9 /21/04 | TIME 2135 ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Millican RN | DATE 9-21-04 | PHYSICIAN'S SIGNATURE Russitu cRNP | DATE 9-22-04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST FIRST MIDDLE) Nation Marvin | DOC# 141669 | DOB ▉▉▉▉ | R/S w/m | FAC |
|---|---|---|---|---|

**Treatment Continued:**

Warm ES soak Rt nare Tqd x3days

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 3-30-04 | 3-31-04 | 4-1-04 | | | | |
| DMP peled @ care mbl | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| 141669 Nation, Marvin | NKBA | Elmore |

# Prison Health Services
# Informed Consent
# Flu Vaccine


Name of Inmate


Date

_141669_
Inmate AIS# & Date of Birth

I hereby authorize Prison Health Services employees and agents to give me the flu vaccine.

I understand the above procedure is necessary to treat my condition and the procedure has been explained to me. I also understand the nature of the risks associated with this procedure.

I acknowledge no guarantees have been made as to the results of this procedure.

I sign this willingly and voluntarily in full understanding of the above, and I release Prison Health Services, and its employees and agents from any and all liability which may arise from this action.

_Marvin Nation_
Inmates Signature

_12/5/03 - 10 pm_
Date and Time

_____
Witness

_____
Witness



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 11 /23/03 | TIME 9 (AM)/PM | ORIGINATING FACILITY  LCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES none 993 | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 99.3   ORAL/RECTAL   RESP 22   PULSE 104   B/P ___ / ___   RECHECK IF SYSTOLIC <100> 50 ___ / ___

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

(S) I have a cold, feel real bad. Chest feels hot.

(O) Congested, tired-looking T Temp. Yellow/green mucous nose red. Slight rales mid sternal. Sweaty, hot.

(A) Cold/bronchitis

(P) Keflex 500 TID
× _____ ÷ BID ×10 days

PHYSICAL EXAMINATION
Cough tabs ꝯ i TID
Tylenol ꝯ i TID

(E) Come to pill call TID drink lots of H2O & juice eat and rest.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS  See "A"

INSTRUCTIONS TO PATIENT  See "P"

| DISCHARGE DATE 11 /23/03 | TIME 9:30 (AM)/PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 11/23/03 | PHYSICIAN'S SIGNATURE | DATE 11/24/03 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE)  Nation Marvon | DOC# 141669 | DOB ____ | R/S wm | FAC LCF |
|---|---|---|---|---|

PHS-MD-70007                                    (White – Record Copy  Yellow – Pharmacy Copy)

DOC N610
09/87

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

W/141669

INMATES NAME: _Nation, Marvin_    DATE: _8-26-02_    TIME: _X 1:00 pm_

DOB: X _____    OFFICER: _____    INSTITUTION: _LCF_

| BOOKING OFFICERS VISUAL OPINION | Yes | No |
|---|---|---|
| 1. Is the Inmate Conscious ? | Yes | ___ |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services ? | ___ | X |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care ? | ___ | X |
| 4. Any obvious fever, swollen lymphnodes, jaundice, or other evidence of infection which might spread through the institution ? | ___ | X |
| 5. Is the skin in poor condition or show signs of vermin or rashes ? | ___ | X |
| 6. Does the inmate appear to be under the influence of Alcohol, or Drugs ? | ___ | X |
| 7. Are there any visible signs or Alcohl or Drug withdrawal ? (Extreme perspiration, shakes, nausea, pinpoint pupils etc) | ___ | X |
| 8. Is the inmate making any verbal threats to staff or other inmates ? | ___ | X |
| 9. Is the inmate carring any medication or report that he is on any medication which must be continuously administered or available ? | ___ | X |
| 10. Does the inmate have any obvious physical handicaps ? | ___ | X |

IF THE ANSWER IS YES TO ANY QUESTIONS FROM 2 to 10 ABOVE - SPECIFY WHY IN SECTION BELOW

| | | |
|---|---|---|
| 11. Are you presently taking medication for diabetes, heart disease, seizure, athritis, asthma, ulcers, high blood pressure or psychiatric disorder? | ___ | X |
| 12. Are you on any special diet prescribed by a physician ? (if yes - what type ? ) | ___ | X |
| 13. Do you have a history of veneral disease or abnormal discharge ? | ___ | X |
| 14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness ? | ___ | X |
| 15. Have you ever attempted suicide ? (If yes - When ?_____ How ?_____ .) | ___ | X |
| 16. Do you want to do any harm to yourself now ? | ___ | X |

|  | Yes | No | No Responce |
|---|---|---|---|
| 17.  Do you want to talk to a mental health counselor ? | | ✗ | |
| 18.  Are you allergic to any medication ? | | ✗ | |
| 19.  Have you recently fainted or had a head injury ? | | ✗ | |
| 20.  Do you have epilepsy ? | | ✗ | |
| 21.  Do you have a history of tuberculosis ? | | ✗ | |
| 22.  Do you have diabetes ? | | ✗ | |
| 23.  Do you have hepatitis ? | | ✗ | |
| 24.  Do you have a painful dental problem ? | | ✗ | |
| 25.  Do you have any medical problem we should know about ? | ✗ | | |
| 26.  Do you have a past alcohol  or drug history ? | | ✗ | |

26. Do you have a past alcohol  or drug history ?
    What type:_____How much used_____
    For how long:_____
    Last time you used any:_____

COMMENTS: (Unusual behavior etc.)

_____
_____

FOR THE OFFICER:

27. Was the new inmate briefed on sick/dental call procedures?  ___Yes___

28. This inmate was:  a.  Release for normal processing ___Yes___
                      b.  Referred to appropriate health care unit _____
                      c.  Immediately sent to health care unit _____

_____
Officer's Signature

NOTE:  This form is completed on inter & intra system transfers at receiving and will
be filed in the inmates medical jacket to comply with ACA Standards 2-4289, 2-4290 and
AMA Standard 140.

_____
Inmate's Signature

{ PARTMENT OF CORRECTI NS

EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY STATON | | ☐ EMERGENCY |
|---|---|---|---|---|
| 7-5-02 | 3:00 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ _____ | | ☒ OTHER |

ALLERGIES N/K/A

CONDITION ON ADMISSION
☒ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 97.3  (ORAL) RECTAL   RESP 18   PULSE 72  B/P 110/80
Ht 185
RECHECK IF SYSTOLIC <100 > 50

NATURE OF INJURY OR ILLNESS

States rash on back.
some itching noted.
does not know how long
this has been on his back.

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

PHYSICAL EXAMINATION

6 circles on back looks like
a rash - several smaller
areas noted. No signs
distress

ORDERS  MEDICATION  etc

Antifungal cr. T.i.d. K.O.P. apply to rash.
See M.D. Tuesday.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☒ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 7/5 /02 | 3:15 PM | 7-5-02  ☐ AMBULANCE  ☐ | ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| J. Cooper LPN | 7-5-02 | B Helms CRNP | 7-9-02 | |

| PATIENT'S NAME (LAST  FIRST  MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| NATION, MARVIN | 36 | | w/m | 141669 |

NC 041                    ORIGINAL  MEDICAL RECORD  YELLOW  TRANSFER AGENT

STATON CORRECTIONAL CENTER
RECEIVING SCREENING FORM

INMATE'S NAME: *MARVIN NATION*    AIS# *141669*    DATE: *6/13/02*

TIME: *10 22 AM*    DOB: ████████    OFFICER: *Julian J. John*

Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| 1. Is the inmate conscious? | ✓ |  |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? |  | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? |  | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? |  | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? |  | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? |  | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? |  | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? |  | ✓ |
| 10. Does the inmate have any obvious physical handicaps? |  | ✓ |
| 11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? |  | ✓ |
| 12. Do you want to talk to a mental health counselor? | ✓ |  |
| a. Did inmate respond? |  | ✓ |
| 13. Do you have epilepsy? | ✓ |  |
| 14. Do you have any medical problems we should know about? | ✓ |  |

*Hernia*

FOR THE OFFICER: (circle action)

# RECEIVING SCREENING FORM

INMATE'S NAME: Notion, Marvin        DATE: 4/12/02 TIME: 6:55 A

DOB: ▓▓▓▓▓▓▓        OFFICER: F. McCampbell        INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

| | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc ) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was _____ a  Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_F. McCampbell_____

**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

## NAPHCARE
## ACCESS TO HEALTH CARE SERVICES @ KILBY

All inmates have access to healthcare 24 hrs a day, 7 days a week. Treatment for routine health services complaints is processed through nurse sick call. You must complete a sick call screening form for requested health care evaluation

Various doctor's clinics are held in the health unit Monday through Friday. If you are scheduled to be seen in a clinic you will be advised by facility daily newsletters routinely post notices of who is to report when and where for health care services. If you complete a sick-call form, please report to sick call the next business day, no later then 5:30am Routine sick call will not be posted in the newsletter, but D.O.C. has a log of who has signed up for sick call

If you request health services and do not show for evaluation you must sign a refusal of treatment form. If a health services appointment/clinic or treatment has been set for you and you do not show you will also have to sign a refusal of treatment for This is to let us know you have decided you are okay and no longer need to see us

Nurses are in house twenty-four hours a day seven days a week for routine health services and programs. Nurses are also available for emergency care Doctor's are on call twenty-four hours a day seven days's a week.

In-house medical staff reviews medical services requested over the weekend and on holidays If your request is noted to be of a nature that will not wait until the next regularly scheduled evaluation (triage) time, you will be called to the health unit for further follow-up during this time period other wise your request will be held until the next regularly scheduled evaluation process

Medical emergencies such as those involving intense pain, potential life threatening situations or when delaying treatment might cause permanent damage are dealt with at any time Advise the nearest correctional officer of an emergency so prompt access to health services is provided

Medications ordered for you by health services are to be picked up at the scheduled pill call/s established as the Doctor has ordered for you If you fail to pick-up medications as expected you will be called for counseling If you continue to fail to pick-up your medications you will be required to sign a refusal of treatment form

Remember that health services are a joint effort between the patient and the health car provider We expect you to help us help you

Fee for services You truly understand that no one would be denied access to health services because they are unable to pay the $3.00 co-pay fee You will be seen and services will be provided that are appropriate and deemed necessary Health services staff

does not collect co-pay fees for health services nor do monies collected go to the medical provider  A nurse visit or doctor visit charge of $3 00 is the co-pay fee  If you do not have money in your PMOD account and you are accessed a charge you will have a negative balance in your until this is cleared  A negative balance will follow you from institution to institution upon transfer  When you seek health services you will be asked to sign the co-pay signature sheet  If it is deemed that you indeed do not owe for services your account will not be charged and if a false charge is made you will be refunded  Again we do have money and are eligible to be charged the co-pay fee this will occur  If the health unit initiates the request for you to be seen there is no charge

Educational in-services are routinely scheduled  Please attend and participate  Notice of in-services topics, dates and times will be published and posted in advance

Complaints against health care are attempted to be resolved as soon as possible and as reasonably as possible  You may obtain a complaint form from the same place you obtain sick call request slips and you may return these where you return your sick call request slips  If your complaint is not resolved when health services person speaks with you, you may file a grievance  This form will be given to you by the health person that has attempted to resolve the complaint  A complaint form must be initiated before a grievance form can be completed

Let your family and loved one's know health services will not disclose your medical care through conversations with them  If we are contacted you should know that we will review your health records but will have to let them know what you feel they should know about you  Understand, we will assure your family and loved one's you have health services available  We will also tell them that they must go through you or the Department of Corrections fro release if information and that you must go through the appropriate procedures and access health services and also follow medical service recommendations  Be compliant with the health services ordered for you by your health providers

If you have had health services outside the prison setting and we do not have these records you will need to sign release of records forms so we can obtain copies for placement in your institutional health record

A physical is begun on you upon your arrival into the prison system  You will be notified yearly thereafter when you next physical is scheduled

Mental health services dental services; medical services, chronic care clinics and many other health services are available  We wish you a healthy stay  If you need medical services we want you to understand how these services are obtained

Certain over the counter medications are available to you through canteen purchase Medical service is not involved in canteen operations

We follow doctor's orders when dispensing medication-dose and time  If over the counter medication is given by health services it is through the order of a doctor

Population pill call at this institution are scheduled as listed below. If you have medication ordered report to the pill call your medication is to be dispensed at
3:00AM
9:00AM
3:00PM
6:00PM

segregation lock-up pill call times are as listed below  Your medication will be issued to you on medication rounds

3:00 AM
8:00 AM
2:30PM

If you have a question request an answer.


INMATE SIGNATURE/ DATE                    WITNESS SIGNATURE/DATE

DEPARTMENT OF CORRECTIONS

PATIENT CONSENT TO TREATMENT FORM

_Nation Marvin_     _36_     _4/15/~_

Name of Patient      Age      Admission date/time

_____

Name and Address of Spouse or Parent

1. I hereby authorize the Department of Corrections, its contracted employees, agents, physicians, dentists, psychiatrists and/or such assistants as may be selected by him/her to treat the condition(s) which appear indicated by the diagnostic studies already performed.

2. Should surgical or diagnostic procedure(s) become necessary, I will be informed of them with regard to alteration modes of treatment, the risks involved, and the nature of the procedure(s) to be done.

3. This in no way constitutes a warranty or guarantee that my present condition will be cured; the Department of Correction, its contracted staff and employees, will provide with the best possible care available, but no assurance of cure is to be assumed.

4. I sign this willingly and voluntarily in full understanding of the above, and in so doing I release the Department of Correction, its directors and officers, its contracted staff employees, agents, and physicians from any and all liability which may arise from this action, whether or not foreseen at present

_____     X _Marvin Nation_

Witness                Patient Signature

_____     _4/15/~_

Witness                Date

F-83

336 - 116 - 2011

CORRECTIONAL MEDICAL SERVICES
RELEASE OF INFORMATION AUTHORIZATION

*Pineau*

_Nathan WARR_                                    _1411669_
Name of Inmate                                   Inmate ID Number / Date of Birth

_Kelly Baptist Medical_ 3-5-01          _med col cert Blvd_
Facility Releasing Information        Date        _North Carolina 29159_

I hereby give my consent to Correctional Medical Services and the above named facility to
release the following information from my medical record to the facility/provider listed below:

( ) Records related to treatment of _____
    from _____ to _____2000_____

( ) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent
    care

( ) Admission Reports        ( ) Discharge Reports        ( ) Operative Summary Reports

( ) X-Ray Reports            ( ) Special Studies Reports  ( ) Laboratory Reports

( ) Immunization History     ( ) Mental Health Records    ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
    _____

_Naylcan Jr_
_____
Facility/Provider to Receive Information
                         _P O Box 11 - mt mergn, AZ 36057_

This information has been disclosed to you from records whose confidentiality is protected by State law. State
regulations prohibit you from making any further disclosure of this information without the prior written consent
of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____
_____ from today's date unless withdrawn in writing by me.

I sign this willingly and I release Correctional Medical Services and the facility from any
liability which may result from such release of information.

_____          _____
Inmate Signature                           Date

_____          _____
Witness                                    Witness

CMS 7171 REV 10/94

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE 4 mar 01 | TIME 1840 AM/PM | FACILITY ___ KCF ___ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES NKDA

CONDITION ON ADMISSION
☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 999  ORAL/RECTAL  RESP 20  PULSE 100  B/P 144/80  RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

" "my pancreas is burning + my back is hurting" "

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

PHYSICAL EXAMINATION

O- Alert 34 yo male holding his abdomen + Rocking. Skin WD' color pink, states to have hx of pancreatitis.

A- Alt in comfort due to abd. pain

ORDERS MEDICATION, etc

P- per MR. Wilson RN
heat pad compressor to Abd.
Sick call in the AM

DIAGNOSIS

Abd pain

INSTRUCTIONS TO PATIENT  Report to Sick call in AM

| RELEASE/TRANSFER DATE 4/mar/01 | TIME 1850 AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Buchanan | DATE 4/mar/01 | PHYSICIAN'S SIGNATURE ___ March 5/01 | CONSULTATION |
|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) Nation, Marvin | AGE 34 | DATE OF BIRTH ___ | R/S | AIS # 141669 |
|---|---|---|---|---|

## CORRECTIONAL MEDICAL SERVICES
## CONSENT TO TREATMENT FORM

Nation, Marvin
_____
Name of Inmate

3-1-07
_____
Date

141669
_____
Inmate ID Number / Date of Birth

I hereby give my consent to Correctional Medical Services, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Services.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Services, its employees and agents from any and all liability which may arise from this action.

Marvin Nation
_____
Inmate Signature

3-1-01
_____
Date

_____
Witness

_____
Witness

CMS 7173 Rev 4/95

# CMS
## CORRECTIONAL
## MEDICAL SERVICES

## WHAT YOU NEED TO KNOW ABOUT TETANUS

Tetanus, sometimes called lockjaw, is a very serious disease that can occur after a cut or wound lets the germ into the body. Tetanus makes a person unable to open his or her mouth or swallow, and causes serious muscle spasms. People with tetanus usually have to stay in the hospital for along time. In the United States, tetanus kills 3 out of every 10 people who get the disease. Since 1975, only 50 to 90 cases of tetanus have been reported each year.

Tetanus vaccines cause few problems. They may cause mild fever or soreness, swelling, and redness where the shot was given. These problems usually last for 1 to 2 days.

There is a rare chance that other serious problems or even death could occur after getting Tetanus. Such problems could happen after taking any medicine or after receiving any vaccine.

I have read the above information regarding Tetanus injections and understand about possible side effects.

Inmate Signature/AIS#

Date    3-1-01

Witness    Connauset

Manufacturer    471638

Lot#

Administered By    Rita M Bryant RN

CMS02

HEALTH CARE UNIT
PATIENT INFORMATION SLIP

INSTITUTION

NAME _____ NUMBER ___ R/S

Lay-In for _____ days from _____ to _____
(date)                (date)

_____ due to _____
(date)

Instructions _____

Failure to follow the directions above may result in a disciplinary.

Date Issued _____   Signature _____

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/_____ TREATMENT RECORD
### (OTHER)

| DATE 9/2/98 | TIME 16:05 AM/PM | FACILITY KCF ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ _____ | ☐ EMERGENCY ☐ OTHER |
|---|---|---|---|

ALLERGIES  NKDA

**CONDITION ON ADMISSION**
☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 97.5 ORAL/RECTAL   RESP 20   PULSE 84   B/P 132/84   RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx / xx | FRACTURE Z | LACERATION Z / SUTURES |
|---|---|---|---|---|

S) My pancreas is hurting,
it hurts real bad.

O) lunatic and in W/c @
desk, C/O pain to upper
abd, V/S WNL, PERRLA
lung sounds clear, skin
WNL to touch, BS active
all 4 quads, color
of skin pale, yet raised
with other C/O

A) Alteration in comfort.

**ORDERS MEDICATION, etc** (V/O per Dr An.)
P) 1) D5 w/(sa)150/hr
2) NPO
3) Demerol 50 mg IM

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE 9/2 98 | TIME 16:15 AM/PM | RELEASE/TRANSFERRED TO  ☐ DOC  ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY  ☐ POOR ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  W. Pully CRN | DATE | PHYSICIAN'S SIGNATURE  Tracy Al | DATE 9/8/98 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE)  Nation, Marvin | AGE 32 | DATE OF BIRTH ██████ | R/S W/M | AIS # 141669 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

### EMERGENCY/_____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY _Kilby_ | ☐ EMERGENCY |
|---|---|---|---|
| 8/22/98 | 1505 AM ⊙PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OTHER |

ALLERGIES _NKDA_

**CONDITION ON ADMISSION**
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98.6_ ⊙ORAL ☐RECTAL   RESP _20_   PULSE _80_   B/P _110/80_   RECHECK IF SYSTOLIC < 100 > 50

NATURE OF INJURY OR ILLNESS

"Body chart" New inmate just arriving

S- No complaints voiced.

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

PHYSICAL EXAMINATION

O- No visible injuries or scars noted. no tatoos.

A- No acute distress noted @ present time.

ORDERS  MEDICATION, etc.

P- Released to DOC

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☑ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 8 / 22 / 98 | 1515 AM PM | ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| R. Burkette, LPN | 8/22/98 | | 8/25/98 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Nation, Malvin | 32 | ▓▓▓▓ | W/M | 146669 |

F-15

CORRECTIONAL MEDICAL SERVICES
CONSENT TO TREATMENT FORM

_Nation, Marvin_

Name of Inmate

Date _8/34/88_

_141665_ ▓▓▓▓▓

Inmate ID Number / Date of Birth

I hereby give my consent to Correctional Medical Services, its employees and agents to perform any diagnostic laboratory procedures, examinations, x-rays, oral or injected medications or other procedures recommended by the physician.

I am aware the practice of medicine is not an exact science and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by Correctional Medical Services.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release Correctional Medical Services, its employees and agents from any and all liability which may arise from this action.

_Marvin Nation_

Inmate Signature

Date _8/34/88_

Witness

_C. Turner_

Witness

# RECEIVING SCREENING FORM

INMATE'S NAME: _Nation, Marvin_    DATE: _8/22/98_ TIME: _2:15 PM_

DOB: �_███████_    OFFICER: _A. Gibson_    INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | ✓ | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc ) | | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | ✓ |
| Does the inmate have any obvious physical handicaps? | | ✓ |

### FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    _✓_ a  Released for normal processing

_____ b  Referred to health care unit

_____ c  Immediately sent to the health care unit

_Anthony S. Gibson_

Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards

MOU

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## Special Diet Request

Inmate's Name: _Nation  Marvin_                                           Date: _9/23/04_

Housing Location: _B  Elmore_

Type of Diet: _Liquid diet_

Start Date: _9/23/04_                           Stop Date: _10/23/04_

Special Instructions (if needed): _____

_NPO after midnight  9/23/04_

Date Requested: _9/2/04_      Signature: _L hassler, CRNP / D. Aydrhnd_

60130 (10/89)

(White - Kitchen Copy, Yellow - Patient File Copy)

4    May have extra _____ until _____

5.    Other _____

**Comments:**

_May transfer back to prior facility's_

_infirmary_

Date: _9/27/04_   MD Signature: _Dr. Robbins / el L lyn_   Time: _07_



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _9/26/4_

To: _ADOC_

From: _PHS_

Inmate Name: _Matin, marvin_   ID#: _141669_

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**

_placed on WW Hospital Bed #8 14_

_____

_____

_____

_____

Date: _9/26/4_   MD Signature: _Robb_   Time: _1230p_

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/26/4

**To:** ADOC

**From:** PHS

**Inmate Name:** Nation, Marvin     **ID#:** 141669

## The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

K.O.P. T.A.O. neospo[?] packets & Vit A+D ont. Nasal Spray.

**Date:** 9/26/4     **MD Signature:** Rosh     **Time:** 1230 p

60418



E-63

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

KILBY
**INSTITUTION**

Nation, Marvin
**NAME**

141669
**NUMBER**    **R/S**

**Lay-In for** _____ **days from** _____ **to**

**(date)**    **due to** _____ **(date)**

**Instructions:** REPORT TO THE MENTAL HEALTH CLINIC MONDAY,

8/24/98 WITH DR. MEEHAN AT 2:00PM.

*Failure to follow the directions above may result in a disciplinary.*

8/24/98
**Date Issued**

S. Turner, Mental Health Secretary
**Signature**



## DAILY PATIENT ASSESSMENT SHEET

PRISON
HEALTH
SERVICES
INCORPORATED

Date  10/05/04

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | | 8AM | 8:00 | | Time | | 8AM | 1:00 |
| | Assessed by (initials): | | 4D | QW | | Assessed by (initials): | | 4D | QW |
| RESPIRATORY | Quality | | | | TUBES AND DRAINAGE | | | | |
| | Normal | | ✓ | ✓ | | | | | ✓ |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | Wound healing s̄ inflammation | | | |
| | Sounds - Clear | | | | WOUNDS/ULCERS/DRESSINGS | Dressing Dry & Intact | | | |
| | Abnormal | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | Size | | | |
| | Non-Productive | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | Location | | | |
| | L/Minute | | | | | bruising (L) eye | | ✓ | ✓ |
| | Incentive Spirometer | | | | | | | | |
| | Suctioning-Oral/NI/Trach | | | | | | | | |
| ABDOMEN | Abdomen soft & nondistended | | ✓ | ✓ | TREATMENTS | | | | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | | | | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |
| PULSE/RATE | Regular | | ✓ | ✓ | I.V. THERAPY | Bottle #/Rate | | | |
| | Irregular | | | | | | | | |
| | Strong | | ✓ | ✓ | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | | ✓ | ✓ | | | | | |
| REFERRALS | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

| NURSE S SIGNATURE: | RN 11-7 | | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | D. Dugan | 7-3 | | 7-3 | |
| | 3-11 | | 3-11 | Q.Q.Daoo LPN | 3-11 | |

| Time | | | 8AM | 10P | Time | | | 8AM | 10P |
|---|---|---|---|---|---|---|---|---|---|
| Assessed by (initials): | | | | | Assessed by (initials): | | | | |

| BEHAVIORAL/MENTAL STATUS | | | | | SKIN | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Alert | | | ✓ | ✓ | Temperature: Warm | | | ✓ | ✓ |
| Oriented x 3 | | | ✓ | ✓ | Hot | | | | |
| Disoriented | | | | | Cool | | | | |
| Lethargic | | | | | Turgor: Good | | | ✓ | ✓ |
| | | | | | Fair | | | | |
| Cooperative | | | ✓ | ✓ | Poor | | | | |
| Combative/Uncooperative | | | | | Moisture: Dry | | | ✓ | ✓ |
| Anxious | | | | | Moist | | | | |
| Depressed | | | | | Color: WNL | | | ✓ | ✓ |
| | | | | | Pale | | | | |
| SPEECH | | | | | Flushed | | | | |
| Clear | | | ✓ | ✓ | Cyanotic | | | | |
| Slurred | | | | | Jaundice | | | | |
| Rambling | | | | | | | | | |
| Aphasic | | | | | Edema (location/amount) | | | | |
| Inappropriate | | | | | | | | | |
| SENSATION/MOVEMENT | | | | | Free of pressure/irritation | | | | |
| Moves all extremities | | | ✓ | ✓ | | | | | |
| Weakness | | | | | TUBE FEEDINGS | | | | |
| | | | | | Tube feeding/Type: | | | | |
| Paralysis | | | | | | | | | |
| Paresthesia | | | | | Bottle changed | | | | |
| CMS intact | | | | | Tubing changed | | | | |
| ACTIVITIES | | | | | SAFETY | | | | |
| Bedrest | | | | | Restraints: soft wrist/posey | | | | |
| Turn q 2 hours | | | | | Call light in reach | | | | |
| OOB (chair) | | | | | Bed in low position | | | ✓ | ✓ |
| BRP | | | | | Siderails: up x 4 | | | ✗✗ | |
| Bedside commode | | | | | Ambularm | | | | |
| Ambulate self | | | ✓ | ✓ | OTHER | | | | |
| HYGIENE | | | | | Decub. mattress/pad | | | | |
| Complete/Assist/Partial | | | | | TED hose: knee hi/thigh hi | | | | |
| Shower/Shampoo | | | | | Remove 30 q 8 hours | | | | |
| Oral Care | | | | | NURSING ROUNDS | | | | |
| P M Care | | | | | Checked on rounds | | | ✓ | ✓ |
| Peri-Care | | | | | Respirations unchanged | | | ✓ | ✓ |
| Self | | | ✓ | ✓ | | | | | |
| Doctor s visits | | | | | ✓ Acceptable normal    X  Within normal limits | | | | |

| INMATE NAME (LAST FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Nation, Marvin | 141669 | | W/m | KCF |

# DAILY PATIENT ASSESSMENT SHEET



PRISON
HEALTH
SERVICES
INCORPORATED

Date 10/04/04

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| Time | | | 10⁰⁰ | 2/30 | Time | | | 10⁰⁰ | 2/30 |
| Assessed by (initials): | | | LD | DB | Assessed by (initials): | | | LD | DB |

| RESPIRATORY | | 11-7 | 7-3 | 3-11 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Quality | | | | TUBES AND DRAINAGE | | | | | |
| | Normal | | ✓ | ✓ | | | | | | |
| | Shallow | | | | | | | | | |
| | Deep | | | | | | | | | |
| | Labored | | | | | | | | | |
| | Rate - WNL | | ✓ | ✓ | | | | | | |
| | Slow | | | | | | | | | |
| | Rapid | | | | Wound healing s̄ inflammation | | | | | |
| | Sounds - Clear | | | | WOUNDS/ULCERS/DRESSINGS | Dressing Dry & Intact | | | | |
| | Abnormal | | | | | Dressing Changed | | | | |
| | Cough - Productive | | | | | Size | | | | |
| | Non-Productive | | | | | Type | | | | |
| | Humidified O2 Therapy | | | | | Location | | | | |
| | L/Minute | | | | | | | | | |
| | Incentive Spirometer | | | | | Bruise (eye) | | ✓ | | ✓ |
| | Suctioning-Oral/NI/Trach | | | | | | | | | |

| ABDOMEN | | | | | | TREATMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Abdomen soft & nondistended | | ✓ | ✓ | | | | | | |
| | Abnormal | | | | | | | | | |
| | Bowel sounds - Active | | | | | | | | | |
| | Abnormal | | | | | | | | | |
| | Pain-Tenderness | | | | | | | | | |

| PULSE/RATE | | | | | | I.V. THERAPY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Regular | | ✓ | ✓ | | Bottle #/Rate | | | | |
| | Irregular | | | | | | | | | |
| | Strong | | ✓ | ✓ | | | | | | |
| | Weak | | | | | | | | | |
| | Apical | | | | | | | | | |
| | Radial | | ✓ | ✓ | | | | | | |

| REFERRALS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Patient Teaching | | | | | Site and Rate checked every two hours | | | | |

| NURSE S SIGNATURE: | RN 11-7 | | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 L. D. Deizen | | 7-3 | | 7-3 | |
| | 3-11 | | 3-11 DB/smt (PA) | | 3-11 | |

| Time | | | 10ᵒᴬ | | Time | | | 10ᵒᴿ | |
|---|---|---|---|---|---|---|---|---|---|
| Assessed by (initials): | | | Db | | Assessed by (initials): | | | Db | |

| BEHAVIOR/MENTAL STATUS | | | | | | SKIN | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Alert | | | ✓ | | Temperature: Warm | | | ✓ | |
| | Oriented x 3 | | | ✓ | | Hot | | | | |
| | Disoriented | | | | | Cool | | | | |
| | Lethargic | | | | | Turgor: Good | | | ✓ | |
| | | | | | | Fair | | | | |
| | Cooperative | | | ✓ | | Poor | | | | |
| | Combative/Uncooperative | | | | | Moisture: Dry | | | ✓ | |
| | Anxious | | | | | Moist | | | | |
| | Depressed | | | | | Color: WNL | | | ✓ | |
| | | | | | | Pale | | | | |
| SPEECH | | | | | | | Flushed | | | | |
| | Clear | | | ✓ | | Cyanotic | | | | |
| | Slurred | | | | | Jaundice | | | | |
| | Rambling | | | | | | | | | |
| | Aphasic | | | | | Edema (location/amount) | | | | |
| | Inappropriate | | | | | | | | | |
| SENSATION/MOVEMENT | | | | | | | | | | |
| | Moves all extremities | | | ✓ | | | | | | |
| | Weakness | | | | | Free of pressure/irritation | | | | |
| | Paralysis | | | | | TUBE FEEDINGS | | | | | |
| | Paresthesia | | | | | Tube feeding/Type: | | | / | |
| | CMS intact | | | | | Bottle changed | | | | |
| ACTIVITIES | | | | | | | Tubing changed | | | | |
| | Bedrest | | | | | SAFETY | | | | | |
| | Turn q 2 hours | | | | | Restraints: soft wrist/posey | | | | |
| | OOB (chair) | | | | | Call light in reach | | | | |
| | BRP | | | | | Bed in low position | | | ✓ | |
| | Bedside commode | | | | | Siderails: up x 4 | | | ↓Ø | |
| | Ambulate *self* | | | ✓ | | Ambularm | | | | |
| HYGIENE | | | | | | OTHER | | | | | |
| | Complete/Assist/Partial | | | | | Decub. mattress/pad | | | / | |
| | Shower/Shampoo | | | | | TED hose: knee hi/thigh hi | | | | |
| | Oral Care | | | | | Remove 30 q 8 hours | | | | |
| | P M Care | | | | | NURSING ROUNDS | | | | | |
| | Peri-Care | | | | | Checked on rounds | | | ✓ | |
| | *self* | | | ✓ | | Respirations unchanged | | | ✓ | |
| | Doctor s visits | | | | | | | | | |

| ✓ | Acceptable normal | X | Within normal limits |
|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Nation, Marvin | 141669 |  | W/M | KCF |

## DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Date 10/1/04

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| Time | | 0330 | | | Time | | 0330 | | |
| Assessed by (initials): | | | | | Assessed by (initials): | | | | |

### RESPIRATORY

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Quality | | | |
| Normal | ✓ | ✓ | |
| Shallow | | | |
| Deep | | | |
| Labored | ✓ | | |
| Rate - WNL | ✓ | ✓ | |
| Slow | | | |
| Rapid | | ✓ | |
| Sounds - Clear | ✓ | ✓ | |
| Abnormal | | | |
| Cough - Productive | | | |
| Non-Productive | | | |
| Humidified O2 Therapy | | | |
| L/Minute | | | |
| Incentive Spirometer | | | |
| Suctioning-Oral/NI/Trach | | | |

### ABDOMEN

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Abdomen soft & nondistended | ✓ | ✓ | |
| Abnormal | | | |
| Bowel sounds - Active | ✓ | ✓ | |
| Abnormal | | | |
| Pain-Tenderness | | | |

### PULSE/RATE

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Regular | ✓ | ✓ | |
| Irregular | | | |
| Strong | ✓ | ✓ | |
| Weak | | | |
| Apical | | ✓ | |
| Radial | | ✓ | |

### REFERRALS

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Patient Teaching | | | |

### TUBES AND DRAINAGE

Wound healing s̄ inflammation

### WOUNDS/ULCERS/DRESSINGS

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Dressing Dry & Intact | | | |
| Dressing Changed | | | |
| Size | | | |
| Type | | | |
| Location | | | |
| ① ¾ 8um | ✓ | | |
| ② 5mm | ✓ | | |

### TREATMENTS

Same wire & and saline rinses ✓

### I.V. THERAPY

Bottle #/Rate

Site and Rate checked every two hours

| NURSES SIGNATURE: | RN 11-7 | LPN 11-7 | 11-7 |
|---|---|---|---|
| | 7-3 | 7-3 | 7-3 |
| | 3-11 | 3-11 | 3-11 |

| | Time | 0330 | | | | | Time | 0700 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assessed by (initials): | MB | G | | | | Assessed by (initials): | MB | G | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BEHAVIORMENTAL STATUS** | Alert | ✓ | ✓ | | | | Temperature: Warm | ✓ | ✓ | | | |
| | Oriented x 3 | ✓ | ✓ | | | **SKIN** | Hot | | | | | |
| | Disoriented | | | | | | Cool | | | | | |
| | Lethargic | | | | | | Turgor:  Good | ✓ | | | | |
| | | | ✓ | | | | Fair | | | | | |
| | Cooperative | ✓ | ✓ | | | | Poor | | ✓ | | | |
| | Combative/Uncooperative | | | | | | Moisture: Dry | ✓ | ✓ | | | |
| | Anxious | | | | | | Moist | | | | | |
| | Depressed | | | | | | Color:  WNL | ✓ | ✓ | | | |
| | | | | | | | Pale | | | | | |
| **SPEECH** | Clear | ✓ | ✓ | | | | Flushed | | | | | |
| | Slurred | | | | | | Cyanotic | | | | | |
| | Rambling | | | | | | Jaundice | | | | | |
| | Aphasic | | | | | | bruise to inner / Dark face | | ✓ | | | |
| | Inappropriate | | ✓ | | | | Edema (location/amount) | | ✓ | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | ✓ | | | | Free of pressure/irritation | | ✓ | | | |
| | Weakness | | | | | **TUBE FEEDINGS** | Tube feeding/Type: | | | | | |
| | Paralysis | | | | | | | | | | | |
| | Paresthesia | | | | | | Bottle changed | | | | | |
| | CMS intact | | | | | | Tubing changed | | | | | |
| **ACTIVITIES** | Bedrest | | | | | **SAFETY** | Restraints: soft wrist/posey | | | | | |
| | Turn q 2 hours | soft | | | | | Call light in reach | | ✓ | | | |
| | OOB (chair) | | | | | | Bed in low position | ✓ | ✓ | | | |
| | BRP | ✓ | ✓ | | | | Siderails: up x 4 | x2 | 4VR | | | |
| | Bedside commode | | | | | | Ambularm | | | | | |
| | Ambulate | ✓ | ✓ | | | | | | | | | |
| **HYGIENE** | Complete/Assist/Partial | | | | | **OTHER** | Decub mattress/pad | | | | | |
| | Shower/Shampoo | | | | | | TED hose: knee hi/thigh hi | | | | | |
| | Oral Care | | | | | | Remove 30 q 8 hours | | | | | |
| | P M Care | | | | | **NURSING ROUNDS** | Checked on rounds | ✓ | ✓ | | | |
| | Peri-Care | | ✓ | | | | Respirations unchanged | ✓ | ✓ | | | |
| | ADLs / self | ✓ | ✓ | | | | | | | | | |
| | Doctor s visits | | | | | | ✓  Acceptable normal | | X  Within normal limits | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# 141669 | DOB | RACE/SEX w/m | FAC kcf |
|---|---|---|---|---|---|
| Nahans, Marvin | | | | | |

# DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Date 9/30/04

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 010 | 0730 | 1600 | | Time | 010 | 0730 | 1600 |
| | Assessed by (initials): | Mg | W | Cy | | Assessed by (initials): | Mg | W | Cy |
| **RESPIRATORY** | Quality | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | ✓ | ✓ | ✓ | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | Wound healing s̄ inflammation | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ | **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | | | |
| | Abnormal | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | Size | | | |
| | Non-Productive | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | Location | | | |
| | L/Minute | | | | | D→ Shin | ✓ | ✓ | ✓ |
| | Incentive Spirometer | | | | | Dorso — | ✓ | ✓ | ✓ |
| | Suctioning-Oral/NI/Trach | | | | | | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | ✓ | ✓ | **TREATMENTS** | Jaws wired | ✓ | ✓ | ✓ |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | ✓ | ✓ | ✓ | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |
| **PULSE/RATE** | Regular | ✓ | ✓ | ✓ | **I.V. THERAPY** | Bottle #/Rate | | | |
| | Irregular | | | | | | | | |
| | Strong | ✓ | | ✓ | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | ✓ | | ✓ | | | | | |
| **REFERRALS** | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

| NURSE S SIGNATURE: | RN 11-7 | LPN 11-7 | 11-7 |
|---|---|---|---|
| | 7-3 | 7-3 | 7-3 |
| | 3-11 | 3-11 | 3-11 |

| Time | 01⁰⁰ | 07⁴⁴ | 16⁰⁰ |   | Time | 01⁰⁰ | 07⁰ | 16⁰ |
|---|---|---|---|---|---|---|---|---|
| Assessed by (initials): | NS | | CJ |   | Assessed by (initials): | NS | B | CJ |

| BEHAVIOR/MENTAL STATUS | Alert | ✓ | ✓ | ✓ |   | SKIN | Temperature: Warm | ✓ | ✓ | ✓ |
|---|---|---|---|---|---|---|---|---|---|---|
| | Oriented x 3 | ✓ | ✓ | ✓ |   | | Hot | | | |
| | Disoriented | | | |   | | Cool | | | |
| | Lethargic | | | |   | | Turgor: Good | ✓ | ✓ | ✓ |
| | | | | |   | | Fair | | | |
| | Cooperative | ✓ | ✓ | ✓ |   | | Poor | | | |
| | Combative/Uncooperative | | | |   | | Moisture: Dry | | ✓ | ✓ |
| | Anxious | | | |   | | Moist | | | |
| | Depressed | | | |   | | Color: WNL | | ✓ | ✓ |
| | | | | |   | | Pale | | | |
| SPEECH | Clear | ✓ | ✓ | ✓ |   | | Flushed | | | |
| | Slurred | | | |   | | Cyanotic | | | |
| | Rambling | | | |   | | Jaundice | | | |
| | Aphasic | | | |   | | | | | |
| | Inappropriate | | ? | ✓ |   | | Edema (location/amount) | | | ✓ |
| | | | | |   | | bruising @ eye | | ✓ | |
| SENSATION/MOVEMENT | Moves all extremities | ✓ | ✓ | ✓ |   | | Free of pressure/irritation | | | |
| | Weakness | | | |   | TUBE FEEDINGS | Tube feeding/Type: | | ✓ | ✓ |
| | Paralysis | | | |   | | | | | |
| | Paresthesia | | | |   | | Bottle changed | | | |
| | CMS intact | | | |   | | Tubing changed | | | |
| ACTIVITIES | Bedrest | | | |   | SAFETY | Restraints: soft wrist/posey | | | |
| | Turn q 2 hours | ✓ | | |   | | Call light in reach | | | |
| | OOB (chair) | | | |   | | Bed in low position | ✓ | ✓ | ✓ |
| | BRP | ✓ | | |   | | Siderails: up x 4 | x2 ✓ | | |
| | Bedside commode | | | |   | | Ambularm | | | |
| | Ambulate | ✓ | ✓ | ✓ |   | OTHER | Decub mattress/pad | | | |
| HYGIENE | Complete/Assist/Partial | | | |   | | TED hose: knee hi/thigh hi | | | |
| | Shower/Shampoo | | | |   | | Remove 30 q 8 hours | | | ✓ |
| | Oral Care | | | |   | NURSING ROUNDS | Checked on rounds | ✓✓ | ✓ | ✓ |
| | P.M. Care | | | |   | | Respirations unchanged | ✓ | ✓ | |
| | Peri-Care | | | |   | | | | | |
| | Doctor s visits | ✓ | ✓ | ✓ |   | ✓ Acceptable normal | | X Within normal limits | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Nations, Marvin | 141669 | [redacted] | W/m | kcf |

# DAILY PATIENT ASSESSMENT SHEET

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

Date 9/29/04

|  |  | 11-7 | 7-3 | 3-11 |  |  | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
|  | Time | 0500 | 9ᵃⁿ A | 1800 |  | Time | 0500 | 9ᵃⁿ A | 1800 |
|  | Assessed by (initials): | NS | LD | Ak |  | Assessed by (initials): | NJ | LD | Ak |
| RESPIRATORY | Quality |  |  |  | TUBES AND DRAINAGE |  |  |  |  |
|  | Normal | ✓ | ✓ | ✓ |  |  |  |  |  |
|  | Shallow |  |  |  |  |  |  |  |  |
|  | Deep |  |  |  |  |  |  |  |  |
|  | Labored |  |  |  |  |  |  |  |  |
|  | Rate - WNL | ✓ | ✓ | ✓ |  |  |  |  |  |
|  | Slow |  |  |  |  |  |  |  |  |
|  | Rapid |  |  |  |  | Wound healing S̄ inflammation |  |  |  |
|  | Sounds - Clear |  |  |  | WOUNDS/ULCERS/DRESSINGS | Dressing Dry & Intact |  |  |  |
|  | Abnormal |  |  |  |  | Dressing Changed |  |  |  |
|  | Cough - Productive |  |  |  |  | Size |  |  |  |
|  | Non-Productive |  |  |  |  | Type |  |  |  |
|  | Humidified O2 Therapy |  |  |  |  | Location Ⓛ ✓ ext./shin | ✓ |  |  |
|  | L/Minute |  |  |  |  |  |  |  |  |
|  | Incentive Spirometer |  |  |  |  | suture to Ⓛ brow |  | ✓ |  |
|  | Suctioning-Oral/Nl/Trach |  |  |  |  |  |  |  |  |
| ABDOMEN | Abdomen soft & nondistended | ✓ | ✓ |  | TREATMENTS | Oral Saline rinses | ✓ | ✓ |  |
|  | Abnormal |  |  |  |  |  |  |  |  |
|  | Bowel sounds - Active |  |  |  |  |  |  |  |  |
|  | Abnormal |  |  |  |  |  |  |  |  |
|  | Pain-Tenderness |  |  |  |  |  |  |  |  |
| PULSE/RATE | Regular | ✓ | ✓ | ✓ | I.V. THERAPY | Bottle #/Rate |  |  |  |
|  | Irregular |  |  |  |  |  |  |  |  |
|  | Strong | ✓ | ✓ |  |  |  |  |  |  |
|  | Weak |  |  |  |  |  |  |  |  |
|  | Apical |  |  |  |  |  |  |  |  |
|  | Radial | ✓ | ✓ | ✓ |  |  |  |  |  |
| REFERRALS | Patient Teaching |  |  |  |  | Site and Rate checked every two hours |  |  |  |

| NURSE'S SIGNATURE: | RN 11-7 |  | LPN 11-7 | 11-7 |
|---|---|---|---|---|
|  | 7-3 | LD Ragan | 7-3 | 7-3 |
|  | 3-11 |  | 3-11 |  |

| Time | 0500 | 900A | 1800 |
|---|---|---|---|
| Assessed by (initials): | NJ | | QQ |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| **BEHAVIOR/MENTAL STATUS** | Alert | ✓ | ✓ | ✓ |
| | Oriented x 3 | ✓ | ✓ | ✓ |
| | Disoriented | | | |
| | Lethargic | | | |
| | Cooperative | ✓ | ✓ | ✓ |
| | Combative/Uncooperative | | | |
| | Anxious | | | |
| | Depressed | | | |
| **SPEECH** | Clear | ✓ | ✓ | ✓ |
| | Slurred | | | |
| | Rambling | | | |
| | Aphasic | | | |
| | Inappropriate | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | ✓ | |
| | Weakness | | | ✓ |
| | Paralysis | | | |
| | Paresthesia | | | |
| | CMS intact | | | |
| **ACTIVITIES** | Bedrest | | | |
| | Turn q 2 hours | | | |
| | OOB (chair) | | | |
| | BRP | ✓ | | |
| | Bedside commode | | | |
| | Ambulate  self | ✓ | ✓ | ✓ |
| **HYGIENE** | Complete/Assist/Partial | | | |
| | Shower/Shampoo | | | |
| | Oral Care | | | |
| | P M Care | | | |
| | Peri-Care | | | |
| | Self | ✓ | ✓ | ✓ |
| | Doctor's visits | | | |

| Time | 0500 | 900A | 1800 |
|---|---|---|---|
| Assessed by (initials): | NJ | Qb | QP |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| **SKIN** | Temperature: Warm | ✓ | ✓ | ✓ |
| | Hot | | | |
| | Cool | | | |
| | Turgor: Good | ✓ | ✓ | ✓ |
| | Fair | | | |
| | Poor | | | |
| | Moisture: Dry | ✓ | ✓ | ✓ |
| | Moist | | | |
| | Color: WNL | ✓ | ✓ | ✓ |
| | Pale | | | |
| | Flushed | | | |
| | Cyanotic | | | |
| | Jaundice | | | |
| | Edema (location/amount) | | | |
| | bruising @ eye | | ✓ | ✓ |
| | Free of pressure/irritation | | | |
| **TUBE FEEDINGS** | Tube feeding/Type: | | | |
| | Bottle changed | | | |
| | Tubing changed | | | |
| **SAFETY** | Restraints: soft wrist/posey | | | |
| | Call light in reach | | | |
| | Bed in low position | ✓ | ✓ | ✓ |
| | Siderails: up x 2 | ✓ | +2 | ✓ |
| | Ambularm | | | |
| **OTHER** | Decub mattress/pad | | | |
| | TED hose: knee hi/thigh hi | | | |
| | Remove 30 q 8 hours | | | |
| **NURSING ROUNDS** | Checked on rounds | ✓ | ✓ | ✓ |
| | Respirations unchanged | | ✓ | ✓ |

✓  Acceptable normal        X   Within normal limits

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Nations, Marvin | 141669 | | W/m | KCF |

# DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Date 9/28/04

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0600 | 0900 | 1700 | | Time | 0600 | 0900 | 1700 |
| | Assessed by (initials): | MD | SV | DB | | Assessed by (initials): | MD | SV | OS |
| **RESPIRATORY** | Quality | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | ✓ | ✓ | ✓ | | | | | ✓ |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | Wound healing s̄ inflammation | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ | **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | | | |
| | Abnormal | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | Size | | | |
| | Non-Productive | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | Location | | | |
| | L/Minute | | | | | ①+leg (8hrs) | ✓ | ✓ | ✓ |
| | Incentive Spirometer | | | | | ① eye brow | ✓ | | ✓ |
| | Suctioning-Oral/NI/Trach | | | | | | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | ✓ | ✓ | **TREATMENTS** | dressings ō saline rinses | ✓ | ✓ | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | ✓ | ✓ | ✓ | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |
| **PULSE/RATE** | Regular | ✓ | ✓ | ✓ | **I.V. THERAPY** | Bottle #/Rate | | | |
| | Irregular | | | | | | | | |
| | Strong | ✓ | ✓ | ✓ | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | ✓ | ✓ | ✓ | | | | | |
| **REFERRALS** | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

| NURSES SIGNATURE: | RN 11-7 | Mary RN | LPN 11-7 | | 11-7 |
|---|---|---|---|---|---|
| | 7-3 | | 7-3 | S. Vaughn LPN | 7-3 |
| | 3-11 | | 3-11 | D. Brown LPN | 3-11 |

| | | 11-7 | | 7-3 | | 3-11 | | | | 11-7 | | 7-3 | | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | Time | 0000 | | 0900 | | 2? | | Time | 0000 | | 0900 | | 1700 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Assessed by (initials): | Nb | | S | | DD | | Assessed by (initials): | Nb | | S | | DD |

| | | 11-7 | | 7-3 | | 3-11 | | | | 11-7 | | 7-3 | | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BEHAVIOR/MENTAL STATUS** | Alert | ✓ | | | | ✓ | **SKIN** | Temperature: Warm | ✓ | | ✓ | | ∟ | |
| | Oriented x 3 | ✓ | | | | | | Hot | | | | | | |
| | Disoriented | | | | | | | Cool | | | | | | |
| | Lethargic | | | | | | | Turgor: Good | ✓ | | ✓ | | ✓ | |
| | | | | | | | | Fair | | | | | | |
| | Cooperative | ✓ | | | | ✓ | | Poor | | | | | | |
| | Combative/Uncooperative | | | | | | | Moisture: Dry | ✓ | | ✓ | | ✓ | |
| | Anxious | | | | | | | Moist | | | | | | |
| | Depressed | | | | | | | Color: WNL | ✓ | | ✓ | | 2 | |
| | | | | | | | | Pale | | | | | | |
| **SPEECH** | Clear | ✓ | | | | ∟ | | Flushed | | | | | | |
| | Slurred | | | | | | | Cyanotic | | | | | | |
| | Rambling | | | | | | | Jaundice | | | | | | |
| | Aphasic | | | | | | | | | | | | | |
| | Inappropriate | | | | | | | Edema (location/amount): | | | | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | | | | ✓ | | | | | | | | |
| | Weakness | | | | | | | Free of pressure/irritation | | | | | | |
| | Paralysis | | | | | | **TUBE FEEDINGS** | Tube feeding/Type: | | | | | | |
| | Paresthesia | | | | | | | Bottle changed | | | | | | |
| | CMS intact | | | | | | | Tubing changed | | | | | | |
| **ACTIVITIES** | Bedrest | | | | | | **SAFETY** | Restraints: soft wrist/posey | | | | | | |
| | Turn q 2 hours | | | | | | | Call light in reach | | | | | | |
| | OOB (chair) | | | | | | | Bed in low position | | | | | | |
| | BRP | ✓ | | | | ∟ | | Siderails: up x 4 | x2 ✓ | | ✓ | | ∟ | |
| | Bedside commode | | | | | | | Ambularm | | | | | | |
| | Ambulate | ✓ | | | | | | | | | | | | |
| **HYGIENE** | Complete/Assist/Partial | | | | | | **OTHER** | Decub mattress/pad | | | | | | |
| | Shower/Shampoo | | | | | | | TED hose: knee hi/thigh hi | | | | | | |
| | Oral Care | | | | | | | Remove 30 q 8 hours | | | | | | |
| | P.M Care | | | | | | **NURSING ROUNDS** | Checked on rounds | ✓ | | ✓ | | ✓ | |
| | Peri-Care | | | | | | | Respirations unchanged | ✓ | | | | | |
| | Doctor's visits | self | ✓ | | | ✓ | | | | | | | | |

✓ Acceptable normal          X  Within normal limits

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Nelson   Marion | 141669 |  | w/m | kcf |

# DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Date _9-27-04_

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 8am | 90A | 1700 | | Time | 8am | 90A | 1700 |
| | Assessed by (initials): | AG | Do | AW | | Assessed by (initials): | AG | Do | AW |
| **RESPIRATORY** | Quality | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | ✓ | ✓ | ✓ | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | | | | |
| | Sounds - Clear | ✓ | | ✓ | | Wound healing s̄ inflammation | | | |
| | Abnormal | | | | **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | | | |
| | Cough - Productive | | | | | Dressing Changed | | | |
| | Non-Productive | | | | | Size | | | |
| | Humidified O2 Therapy | | | | | Type | | | |
| | L/Minute | | | | | Location (L) de Leg | ✓ | | ✓ |
| | Incentive Spirometer | | | | | (L) inner heal | ✓ | | ✓ |
| | Suctioning-Oral/NI/Trach | | | | | bruised | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | ✓ | ✓ | **TREATMENTS** | Jaw wired | ✓ | ✓ | |
| | Abnormal | | | | | Saline rinse | | | |
| | Bowel sounds - Active | ✓ | | | | prn | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |
| **PULSE/RATE** | Regular | ✓ | ✓ | ✓ | **I.V. THERAPY** | Bottle #/Rate | | | |
| | Irregular | | | | | | | | |
| | Strong | ✓ | ✓ | ✓ | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | ✓ | ✓ | ✓ | | | | | |
| **REFERRALS** | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

| NURSES SIGNATURE: | RN 11-7 A. Jacobsen, RN | LPN 11-7 | | 11-7 | |
| | 7-3 D. Degan | 7-3 | | 7-3 | |
| | 3-11 | 3-11 A.W. ___ LPN | 3-11 | |

| Time | 12PM | 900A | 1700 | | Time | 12M | 900A | 1700 |
|---|---|---|---|---|---|---|---|---|
| Assessed by (initials): | AS | Ro | aw | | Assessed by (initials): | AS | Ro | aw |

| | | 12PM | 900A | 1700 | | | 12M | 900A | 1700 |
|---|---|---|---|---|---|---|---|---|---|
| **BEHAVIOR/MENTAL STATUS** | Alert | ✓ | ✓ | ✓ | **SKIN** Temperature: Warm | ✓ | ✓ | ✓ |
| | Oriented x 3 | ✓ | ✓ | ✓ | Hot | | | |
| | Disoriented | | | | Cool | | | |
| | Lethargic | | | | Turgor: Good | ✓ | ✓ | ✓ |
| | | | | | Fair | | | |
| | Cooperative | ✓ | ✓ | ✓ | Poor | | | |
| | Combative/Uncooperative | | | | Moisture: Dry | ✓ | ✓ | |
| | Anxious | | | | Moist | | | ✓ |
| | Depressed | | | | Color: WNL | ✓ | ✓ | |
| | | | | | Pale | | | |
| **SPEECH** | Clear | ✓ | ✓ | ✓ | Flushed | | | |
| | Slurred | | | | Cyanotic | | | |
| | Rambling | | | | Jaundice | | | |
| | Aphasic | | | | | | | |
| | Inappropriate | | | | Edema (location/amount) | 6 | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | ✓ | ✓ | | | | |
| | Weakness | | | | Free of pressure/irritation | | | |
| | | | | | **TUBE FEEDINGS** Tube feeding/Type: | | | |
| | Paralysis | | | | Special diet ✓ | ✓ | ✓ | ✓ |
| | Paresthesia | | | | Bottle changed | | | |
| | CMS intact | | | | Tubing changed | | | |
| **ACTIVITIES** | Bedrest | | | | **SAFETY** Restraints: soft wrist/posey | | | |
| | Turn q 2 hours self | ✓ | | ✓ | Call light in reach | | | |
| | OOB (chair) | | | | Bed in low position | | ✓ | ✓ |
| | BRP | ✓ | | ✓ | Siderails: up x 4 | | Ro ✓ | |
| | Bedside commode | | | ✓ | Ambularm | | | |
| | Ambulate self | ✓ | ✓ | ✓ | **OTHER** Decub mattress/pad | | ✓ | ✓ |
| **HYGIENE** | Complete/Assist/Partial | | | | TED hose: knee hi/thigh hi | | | |
| | Shower/Shampoo | | | | Remove 30 q 8 hours | | | |
| | Oral Care | | | | **NURSING ROUNDS** Checked on rounds | ✓ | ✓ | ✓ |
| | P M Care | | | | Respirations unchanged | ✓ | ✓ | ✓ |
| | Peri-Care | | | | | | | |
| | Self | ✓ | ✓ | ✓ | | | | |
| | Doctor s visits | | | | ✓ Acceptable normal          X Within normal limits | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| nations,            marvin | 141669 | ▓▓▓ | Wm | KCF |

# DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

| Date | 9/26/4 |
|------|--------|

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| **Time** | | | 1230 | | **Time** | | | 1230 | |
| **Assessed by (initials):** | | | H | | **Assessed by (initials):** | | | H | |

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| **RESPIRATORY** | Quality | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | | ✓ | | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | | ✓ | | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | | | | |
| | Sounds - Clear | | ✓ | | Wound healing & inflammation | | | | |
| | Abnormal | | | | **WOUNDS/ULCERS/DRESSINGS** | Dressing Dry & Intact | | | |
| | Cough - Productive | | | | | Dressing Changed | | | |
| | Non-Productive | | | | | Size | | | |
| | Humidified O2 Therapy | | | | | Type | | | |
| | L/Minute | | | | | Location L. | | ✓ | |
| | Incentive Spirometer | | | | | Lower leg | | | |
| | Suctioning-Oral/NI/Trach | | | | | Dennis heal | | | |
| **ABDOMEN** | Abdomen soft & nondistended | | ✓ | | | cruised | | | |
| | Abnormal | | | | **TREATMENTS** | clean wound | | ✓ | |
| | Bowel sounds - Active | | ✓ | | | saline rinse | | | |
| | Abnormal | | | | | prn | | | |
| | Pain-Tenderness | | | | | | | | |
| **PULSE/RATE** | Regular | | ✓ | | **I.V. THERAPY** | Bottle #/Rate | | | |
| | Irregular | | | | | | | | |
| | Strong | | | | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | | | | | | | | |
| **REFERRALS** | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

| NURSE S SIGNATURE: | RN | 11-7 | | LPN | 11-7 | | | 11-7 | |
|---|---|---|---|---|---|---|---|---|---|
| | | 7-3 | | | 7-3 | B. Frazph | | 7-3 | |
| | | 3-11 | | | 3-11 | | | 3-11 | |

| | Time | | | | | | Time | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assessed by (initials): | | | | | | Assessed by (initials): | | | | | |
| **BEHAVIOR/MENTAL STATUS** | Alert | | | ✓ | | **SKIN** | Temperature: Warm | | | ✓ | | |
| | Oriented x 3 | | | ✓ | | | Hot | | | | | |
| | Disoriented | | | | | | Cool | | | | | |
| | Lethargic | | | | | | Turgor: Good | | | ✓ | | |
| | | | | | | | Fair | | | | | |
| | Cooperative | | | ✓ | | | Poor | | | | | |
| | Combative/Uncooperative | | | | | | Moisture: Dry | | | ✓ | | |
| | Anxious | | | | | | Moist | | | | | |
| | Depressed | | | | | | Color: WNL | | | ✓ | | |
| | | | | | | | Pale | | | | | |
| **SPEECH** | Clear | | | ✓ | | | Flushed | | | | | |
| | Slurred | | | | | | Cyanotic | | | | | |
| | Rambling | | | | | | Jaundice | | | | | |
| | Aphasic | | | | | | | | | | | |
| | Inappropriate | | | | | | Edema (location/amount) | | | ∅ | | |
| **SENSATION/MOVEMENT** | Moves all extremities | | | ✓ | | | Free of pressure/irritation | | | | | |
| | Weakness | | | | | **TUBE FEEDINGS** | Tube feeding/Type: | | | ✓ | | |
| | Paralysis | | | | | | | | | | | |
| | Paresthesia | | | | | | Bottle changed | | | | | |
| | CMS intact | | | | | | Tubing changed | | | | | |
| **ACTIVITIES** | Bedrest | | | | | **SAFETY** | Restraints: soft wrist/posey | | | | | |
| | Turn q 2 hours | | | | | | Call light in reach | | | ✓ | | |
| | OOB (chair) | | | | | | Bed in low position | | | ✓ | | |
| | BRP | | | | | | Siderails: up x 4 | | | | | |
| | Bedside commode | | | | | | Ambularm | | | | | |
| | Ambulate | | | ✓ | | **OTHER** | Decub. mattress/pad | | | ) | | |
| **HYGIENE** | Complete/Assist/Partial | | | | | | TED hose: knee hi/thigh hi | | | | | |
| | Shower/Shampoo | | | | | | Remove 30 q 8 hours | | | | | |
| | Oral Care | | | | | **NURSING ROUNDS** | Checked on rounds | | | ✓ | | |
| | P.M. Care | | | | | | Respirations unchanged | | | | | |
| | Peri-Care | | | | | | | | | | | |
| | Doctor's visits | *ref* | | ✓ | | | | | | | | |

| ✔ Acceptable normal | X  Within normal limits |
|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| *Nations* *MARVIN* | 147029 | ▓▓▓▓ | W/M | KCF |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 10/04/04 @ 10:00 | S: Voices no complaints. |
| | O: AAO x 3. ↑ Ambulatory on ward ad lib. Resps even & reg. Skin warm & dry. Color WNL. Some bruising remains to ® eye. Wires intact to jaw. No problems @ present. |
| | A: altered health status R/T dx. |
| | P: Continue physician orders. ———————— D. Ryn |
| 10/4/4 2130 | S - I need my pain medicine." |
| | O - ↑ Ambulating around ward @ intervals no distress noted, Mouth wired, Alert & Oriented x 3 No acute dts. Resp c ease. |
| | A - Alt health status R/T Dx ———————— |
| | P - Continue to monitor ———————— D. Burnham |
| 10/05/04 @ 8 Am | S: Voices no complaints. |
| | O: AAO x 3. ↑ ambulatory in ward ad lib. Resps even & regular. Skin warm & dry. Color WNL. Bruising noted to ® eye, appears to be healing well. Wires remain intact to jaw. No problems noted. |
| | A: altered health status R/T dx. |
| | P: Continue physician orders. ———————— D. Ryn |
| 10/6/04 1800 | S - No complaints voiced. |
| | O - Alert x 3. Respirations c ease. Ambulates about ward. Mouth remains wired. No distress noted. ———— |
| | A - altered health status R/T DX. ———— |
| | P - Continue physician's orders. ———— A. Dubose LPN |



**PRISON HEALTH SERVICES INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|-----------|---|
| 10/1/04 0330 | S/O - resting quietly in bed c̄ eyes closed. Respirations even + unlabored. small amount of swelling noted to (R) jaw area, bruising noted to (R) Jr Legs. wires intact. MAEW - No distress noted. A- Potential for altered nutritional status r/t above. P- Continue to monitor & administer ensure as directed & medicate prn c̄ Resperg. |
| 10/1/04 0830 | S- talking to another inmate on unit )) |
| | O- Jaws remain wired. able to speak well through wired jaws. Corner of Rt eye sclera redden. Purple bruise to (R) inner ankle area noted. scabbed over wound noted to (R) shin area. NAD noted. Medicated for pain as ordered. Appetite fair consumes at least 80% of diet through straw. See daily wg assessment. A- Alt. for altered nutrition- (less than body requirements) c̄ wired jaw. P- Continue to monitor and report any abnormality to MD. ——S.A. |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC |
|-----------------------------------|---|------|-----|-----|-----|
| Nations, Marun | | 141669 | | w/m | KCF |

PHS-MD-70049          Complete Both Sides Before Using Another Sheet



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/28/04 0900 | S- I'm okay just still sore<br>O- up ambulating on the ward. No NAD noted Jaws wired together ① eye c̄ purplish bruising noted around entire eye, resp. c̄ ease<br>A- alt. nutritional status<br>P- will con't to monitor. DOC, PRN<br>—S. Vaughn, LPN |
| 9/28/4 1700 | S- "Can I get some pain med<br>O- ↑ ambulating on ward. No distress noted<br>① eye bruised mouth wired. Cooperative behavior. Skin warm to touch, Resp c̄ ease.<br>A- Alt Health Status r/t fx<br>P- Continue to monitor — D Brunson |
| 9/29/04 0500 | S/- Quietly lying in bed. NAD in w/d, Resp. c̄ ease. Mouth wired ① eye c̄ periorbital bruising noted. NAD @ this time.<br>A- Alt. comfort level R/T fx.<br>P- P will continue monitoring et tx per M.D. orders. N Jones |
| 9/29/04 @ 4ᵒᵒᴬ | S: "Can I get some more dental wax?"<br>O: AAOx3. ↑ ambulatory in ward ad lib. Resps care even & regular. Skin warm & dry to touch. Color WNL. Sutures intact to ① brow ō ∅ drainage noted. Bruising remains to ① eye area. Wires intact to jaw. No problems noted.<br>A: Altered health status r/t dx.<br>P: Continue physician orders. — D. ____ |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Nation, Marvin | 141669 | ▋ | W/M | KCF |

PHS-MD-70049          Complete Both Sides Before Using Another Sheet



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/29/04 1800 | S- "Can I have something for pain." |
| | O- Alert x 3. Respirations c ease. Ambulates about ward. No distress noted. |
| | A- Altered level of comfort RT dx. |
| | P- Continue pain management. ——— A. DeBray LPN |
| 9/30/04 0100 | S - "I am ok" |
| | O- Alert & oriented x 3. Respirations even & unlabored. Small amt of swelling & bruising to L sinus area. L l/leg - noted c bruising - wires to jaws intact. nc air. no distress noted. |
| | A- Altered comfort level RT dx. |
| | P- Continue to monitor & medicate prn ——— N. Bays |
| 9/30/04 0700A | S- I got my way, I'm alright |
| | O- alert, verbal, Lt eyebrow area, stitches intact c slight swelling, redness, wires intact to oral cavity, no acute changes noted in condition |
| | A- Potential alt in comfort RT dx |
| | P- Continue c F/U symptoms and pain medication as ordered ——— K. Koguta |
| 9/30/04 | S: "I'm ok right now" |
| | O- Ambs on ward. smiling. skin w/d |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/26/4 12:30 p | A 38 yr old white male admitted to west ward, SP m VA, jaws wired full liquid + pureed diet ordered, has 2 small healing puncture wounds on Lt. leg, left eyebrow area slightly swollen c̄ stitches, surrounding tissue slightly redder, around lower eye area blacker c̄ redder closed to Lt corner of eye, C/O Rt. hip pain, no bruising or swelling noted. Alert + verbal, ambulatory to ward, md notified ___ BJM |
| 1 p | Pain medication ordered Vicatin 5/5 mg q 4° prn BJM |
| 9-26-04 2020 | S – No C/o voiced. O – A + O x 3. ℞ eye red – surrounding tissue bruised, ℞ inner leg small wound – slightly dark. ℞ inner heal dark discoloration mouth wired. No acute distress noted e̅ this time. A – Pat alt in comfort RT Dx. P – Cont POC ___ A. Jackson, R.N |
| 9-27-04 12 am | S – No C/o voiced. O – Resting in bed. No chgs noted from (previous) assessment. A – Pat alt in comfort RT Dx P – cont POC ___ A. Jackson R.N |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Williams, Marvin | 141669 | | W/M | KCF |

...mplete Both Sides Before Using Another Sh...

EXHIBIT
A-4



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/27/04 @ 0900 | S: Voices no complaints. |
| | O: AAO x 3. ↑ ambulatory in ward ad lib. Resps are even & regular. Skin warm & dry. Color WNL. Bruising to ⊕ eye noted. Sutures to ⊕ brow are intact č ∅ drainage noted. Wires to jaw intact. Dental wax given to pt for c/o wires irritating mouth |
| | A: Altered health status r/t dx. |
| | P: Continue physician orders. Continue to monitor — D.f. |
| 9/27/04 1700 | S- No complaints voiced. |
| | O- A+O x 3. Ambulatory on ward ad lib. Wires to mouth intact. ⊕ eye remains bruised. No distress voiced @ present. |
| | A- Altered health status r/t dx. |
| | P- Cont physician orders.        C Willis RN |
| 9/28/04 0000 | S- "I am ok" |
| | O- Alert + oriented x 3. Respirations even & unlabored. Sutures noted to ⊕ outer eye brow. Wires to jaw in tact bruises noted to ⊕ ↓ leg. MAEW. No complaints voiced @ present |
| | A- Altered health status r/t dx |
| | P- Continue to provide prn meds as need & follow MD orders — M Bays |

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## *Vital Signs Flow Sheet*

Patient Name: _Nation Marvin 141669_

Date of Birth: _____

| Date | 9/26 | 9/27 | 9/27 | 9/28 | 9/29 | 9/29 | 9/30 | 10/1 | 10/5 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | 200 | 050 | 2100 | 040 | 5A | 8A | 11A | LD | 5A | | | | | | |

**TEMPERATURE**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | |
| 98 | | | | 98.6 | 97.3 | | | | | | | | | | |
| | 97.4 | | | | | 96.5 | 97 | 97.3 | 96.1 | | | | | | |
| 96 | | 96.9 | 96.7 | | 96' | | | | | | | | | | |

**BLOOD PRESSURE**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 260 | | | | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | |
| 120 | | 122 | 130 | | | | 120 | | | | | | | | |
| 100 | 110 | | | 116 | 100 | 90 | | 98 | 120 | | | | | | |
| 80 | 80 | 86 | 68 | 80 | 90 | | 86 | | | | | | | | |
| 60 | | | | | 60 | 60 | 60 | 62 | 54 | | | | | | |
| 40 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |

**PULSE**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | |
| 80 | 90 | | 82 | | | 72 | 76 | | 74 | | | | | | |
| 60 | | 76 | | 78 | 64 | | | 72 | | 72 | | | | | |
| 40 | | | | | | | | | | | | | | | |

**RESPIRATIONS**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | | | | | | | | | | | | | | | |
| 20 | 20 | 20 | 18 | 20 | 20 | 20 | 20 | | 20 | | | | | | |
| 10 | | | | | | | | 16 | 18 | | | | | | |

PHS-MD-70063

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## *Vital Signs Flow Sheet*

Patient Name: NATion, MARVIN 141669

Date of Birth: 4074

| | TEMPERATURE | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | 10/5 | 10/5 | | | | | | | | | | | | | | | | | | |
| Time | 9A | 2100 | | | | | | | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | |
| 98 | 5 | | | | | | | | | | | | | | | | | | | |
| | 97 | 978 | | | | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | | | | | |

**BLOOD PRESSURE**

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 260 | | | | | | | | | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | | | | | |
| 120 | | 120 | | | | | | | | | | | | | | | | | | |
| 100 | 108 | | | | | | | | | | | | | | | | | | | |
| 80 | | 80 | | | | | | | | | | | | | | | | | | |
| 60 | 68 | | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | |

**PULSE**

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | | | | | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | | | |
| 80 | | | | | | | | | | | | | | | | | | | | |
| 60 | 76 | 76 | | | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | |

**RESPIRATIONS**

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | | | | | | | | | | | | | | | | | | | | |
| 20 | 20 | 20 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | |

PHS-MD-70063



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY ADMISSION

INMATE NAME: _Nation, Marin_    DOC# _141669_

ADMISSION DATE: _9/26/4_

ADMITTING DIAGNOSIS: _S/p m.c.A fx. Lt jaw wired._

ADMITTING PHYSICIAN: _Raghu_

ESTIMATED LENGTH OF STAY: _____

**INFIRMARY ASSESSMENT**

DATE: _9/26/14_   PATIENT: _Nathan Mann_     # _141669_

**KEY/DIRECTIONS:**

- ✔ Assessment done; No changes found within established criteria.
- \* Assessment done; changes found outside established criteria, details in progress notes.
- # Notation in progress notes (indicate in signature/title block)
- PC Assessment done; changes found outside established criteria; secondary to pre-existing condition.

**PHYSICAL ASSESSMENT:**

| | 7-3 | | | 3-11 | | | 11-7 | | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL |
| NEUROLOGICAL (A/A/O, MEMORY INTACT, PEARL, ACTIVE ROM TO ALL EXTREMITIES, SPEECH CLEAR) | 1230p | ✔ | | | | | | | |
| NEUROVASCULAR (SKIN WARM, DRY, PINK + PERIPHERAL PULSES PALPABLE, NO EDEMA, + SENSATION) | | ✔ | | | | | | | |
| RESPIRATORY (RATE 10-20 B/MIN AT REST, QUIET, REGULAR CLEAR SPUTUM, PINK NAILBEDS, NORMAL BREATH SOUNDS) | | ✔ | | | | | | | |
| CARDIOVASCULAR (S1 & AUDIBLE, + APICAL PULSE, HR REGULAR, VSS; SKIN WARM/DRY) | | ✔ | | | | | | | |
| GASTROINTESTINAL (ABDOMEN SOFT, + BOWEL SOUNDS IN ALL FOUR QUADRANTS) | | ✔ | | | | | | | |
| GENTIOURINARY (URINE CLEAR, YELLOW TO AMBER, NO PAIN, VOID) (NO VAG/PENILE DISCHARGE) | | ✔ | | | | | | | |
| INTEGUMENTATION (NO RASHES, NO BREAKDOWN, NO RED AREAS) | | ✔ | | | | | | | |
| MUSCULOSKELETAL (NO JOINT SWELLING/TENDERNESS /WEAKNESS) | | ✔ | | | | | | | |
| PSYCH/SOCIAL (APPEARANCE, BEHAVIOR, VERBALIZATION APPROPRIATE TO SITUATION) | | ✔ | | | | | | | |
| PAIN (IF RELIEVED BY MEDS, INDICATE IN PROGRESS NOTES) | | ☆ | | | | | | | |

**IV THERAPY:   TYPE**

HL-HEPLOCK     C-D-INT. JUGULAR
IV-INTRAVENOUS  #15-16 - EXT. JUGULAR
A-B-CVP

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| SITE #1 | | | |
| TYPE | | | |
| CONDITION | | | |
| SITE #2 | | | |
| TYPE | | | |
| CONDITION | | | |
| TIME DRESSING CHANGED | | | |
| TIME TUBING CHANGED | | | |
| RESTART: CATH GAUGE | | | |
| TIME | | | |
| LOCATION # | | | |



RIGHT  LEFT    LEFT  RIGHT
ANTERIOR      POSTERIOR

**INCISIONAL/WOUND CARE:**

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| LOCATION/IDENTIFY SITE | Lt lower leg wound | | |
| SUTURES/CLIPS | | | |
| DRAINS, TYPE | | | |
| DRAINAGE TYPE | | | |
| TIME DRSG. CHANGED | | | |

SIGNATURES/TITLES:

**PATIENT CARE NOTES**

| | | |
|---|---|---|
| 9 | 26 | 14 | Schzf | Lt leg wounds, healing slightly redden |

*Nations*



✝ **Baptist** HEALTH  **DISCHARGE INSTRUCTIONS**

Patient Information

| Date: 9/26/04 | Discharged to: ☑ Home  ☐ Home with Home Health  ☐ Assisted Living |
|---|---|
| | Home with equipment: ☐ Wheelchair ☐ Cane ☐ Walker ☐ Crutches ☐ Oxygen ☐ Other_____ |

**DISCHARGE INSTRUCTIONS:**
- Diet: ☐ Regular ☑ Special: _Full liquids / Pureed_
- Activity per physician's instructions. Call physician if you have questions.
- Treatment to continue at home: _Saline Mouth rinses prn ;_
- _____
- Physician pre-printed instructions reviewed and provided
- Other pre-printed instructions provided: (list)_ "Wire Cutters"_

**FOLLOW-UP APPOINTMENT(S):**
Dr _Kean 279-3492 call_ Day_____ Date_____ Time_____ ☐ AM ☐ PM
Dr _for Wednesday Am F/U_ Day_____ Date_____ Time_____ ☐ AM ☐ PM

| **VACCINATIONS** | **TARGET EDUCATION** |
|---|---|
| Patient up to date on: | ☐ Smoking cessation  ☐ Low-molecular weight heparin |
| ☐ Flu Vaccine (October - March) **If No:** ☐ administered ☐ contraindicated | ☐ Coumadin  ☐ Insulin  ☐ Pain medication |
| ☐ Pneumonia Vaccine (within the last 5 years) **If No:** ☐ administered | |

**NEW MEDICATIONS**

☐ **Education for new medications provided**      ☐ **Prescriptions given (if applicable)**

| Drug Name | Dose | Frequency | Prescription Given | Education Provided |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

**CONTINUE THESE MEDICATIONS:**

| Drug Name | Dose | Frequency | Drug Name | Dose | Frequency |
|---|---|---|---|---|---|
| 1. Continue Home Meds | | → Crush meds | 6 | | |
| 2. | | | 7 | | |
| 3. | | | 8 | | |
| 4. | | | 9 | | |
| 5. | | | 10. | | |

Time of Discharge: 1150 ☑ a m ☐ p m  Method of Discharge: ☐ Wheelchair ☐ Stretcher ☐ Carried (Infant) ☐ Other____
I understand the above instruction(s) I have received my personal belongings, home medication(s), follow-up instructions and prescriptions (if applicable.)
Nurse:_____ (RN) _____  Date _7-26-04_
Patient/Patient Rep _____  Date _____


DI 1440



%

EO...6900461    NATION,MARVIN
DOB:_____ Age:38Y   MR #: 252786
Admit Date/Time: 09/24/04   1412P
361 KEAN,RICHARD A


**Baptist** HEALTH    **PHYSICIAN'S ORDERS**

Height:_____  Weight:_____
Drug Sensitivities and Allergies  ☐ NKDA  ☐ Yes, list: _____

| DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE |
|---|---|---|---|---|---|---|---|
| 'u' or 'U' | Unit | MS MSO4 MgSO4 | Spell out words | TIW | Spell out words | Per os or OS | Spell out by mouth/oral |
| IU | International Unit | Xmg | 0 Xmg | μg | microgram | BT | Spell out Bedtime |
| QD/QOD | Spell out words | X 0 mg | X mg | AD AS AU | Spell out words | QN or qn | Spell Out Nightly or at Bedtime |

| Date | Time | ORDERS FOR ~~KILBY~~ PRISON, MARVIN NATION |
|---|---|---|
| 9/26/04 | 0915 | ① Procedure : ORIF (L) cheek and upper jaw fractures |
| | | ② Nursing : ↑ HOB 45° for 2-3 days. |
| | | Do not allow patient to lay on (L) side of face. |
| | | Mr. Nation is wired together. There are two wires, one on each side that could be cut in an emergency (choking, vomiting) He also has rubber bands that can be cut. |
| | | He should ~~keep~~ have wire cutters available @ all times. |
| | | May shower, brush teeth |
| | | ③ Diet- liquid / puree diet. feed via syringes given |
| | | Ensure TID c̄ meds. |
| | | ④ Meds- Lortab elixir ʒss tsp q4° prn pain |
| | | Amoxicillin 250/5cc susp — ī tsp TID x 1 wk. |
| | | ⑤ F/U c̄ Dr Korn Wednesday morning @ IMD will call for appt. |
| | | ⑥ Call Dr Korn 277-7452 for any problems. |
| | | Physician Signature: |


PH 350


DO NOT WRITE BELOW THIS LINE

Form #PH 35001    Revised 3/24/04

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

FAX (334) 215-9126
Phone (334)-215-6608

## Authorization for Release of Information

To: _Baptist East_

From: _Kelly Prison_
_P.O. Box 11_
_Mt. Meigs, Al 36057_

Patient: _Nation, Marvin_

Inmate ID No : _141669_

Alias: _____

Social Security No: _____ - ____ - _____

Date of Birth: _____████████_____

Date(s) of Service: _Sept 2004_

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[X] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[X] Admission                [X] Discharge                [X] Operative Summary Reports

[ ] X-Ray                    [ ] Special Studies Reports  [ ] HIV Test

[ ] Laboratory Reports       [ ] Immunization History     [ ] Dental Treatment Records

[ ] Psychiatric Summary Report   [ ] Drug Treatment History & Counseling Reports

[ ] Other Records _____

(Specify information requested)

_____

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X _Marvin Nation_                           _9/27/04_
(Patient's Signature)                        (Date)

_____                               _9/27/04_
(Witness' Signature)                         (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient

_Charlotte Foster_                          _9/27/04_
(Signature and Title for PHS)               (Date)

60102  (11/03)



0426800461    NATION,MARVIN



**Baptist Health**

# I/P AND O/P
# ADMISSIONS AND FACESHEET

| | FC | INIT |
|---|---|---|
| | 18 | LOS |

| PATIENT NO. | DATE | TIME | SEX | | AGE | RA | M | TYPE | SER | STATION REQUIRED | MED REC NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0426800461 | 09/24/04 | 1412P | M | | 38Y | 1 | M | EOS | SUR | EOS / | 252786 |

**PATIENT**
NAME & ADDRESS
NATION,MARVIN
STATON CORRECTIONAL
2690 MARION SPILLWAY RD
ELMORE    AL 36205

SS#
PH# (334)567-1548
COUNTY AUTAUGA

EMPLOYER

EMP PH#
OCC EMP STAT EMP I.D.   NOT EMPLOYED

**GUARANTOR**
NAME & ADDRESS
PRISON,HEALTH
P O BOX 967

BRENTWOOD    TN 37024-0967

DOB AGE 02/29/76 128Y
SS#
PH# (334)395-5973
REL SPONSOR

EMPLOYER

EMP PH#
OCC EMP STAT EMP I.D.   SELF EMPLOYED

**RELATIVE**
NAME & ADDRESS
PRISON,HEALTH
P O BOX 967

BRENTWOOD    TN 37024-0967

DOB AGE 02/29/76 128Y
SS#
PH# (334)395-5973
REL SPONSOR

EMPLOYER

EMP PH#
OCC EMP STAT EMP I.D.   SELF EMPLOYED

**REL.**
NAME & ADDRESS

HM
PH#
WK

**INS**
INSURANCE CARRIER PRISON HEALTH SERVICES
SUBSCRIBER ID# 416116816 / 141669
GROUP PHONE# (334)567-1548
CONTACT ADDRESS 2690 MARION SPILLWAY RD

GROUP NAME STATON COORECTIONAL
APPROVAL#

INSURED NAME PRISON,HEALTH
GROUP NUMBER NATION,MARTIN
CONTACT
CITY/STATE/ZIP ELMORE    AL 36205

REL TO INSURED

INSURANCE CARRIER
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS

GROUP NAME
APPROVAL#

INSURED NAME
GROUP NUMBER
CONTACT
CITY/STATE/ZIP

REL TO INSURED

INSURANCE CARRIER
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS

GROUP NAME
APPROVAL#

INSURED NAME
GROUP NUMBER
CONTACT
CITY/STATE/ZIP

REL TO INSURED

DIAG CODE   DIAGNOSIS
MANDIBULAR AND MAXIALLRY FRACTUR

ALLERIGES

P %    PT CL

ACCIDENT TYPE

NATURE OF ACCIDENT

ACCIDENT DATE

TIME

ARRIVAL MODE
OTHER

REFERRING FACILITY

CHURCH/DENOMINATION
RN

ADMITTING PHYSICIAN
361 KEAN,RICHARD A

PRIMARY CARE PHYSICIAN

ATTENDING PHYSICIAN
361 KEAN,RICHARD A

REFERRING PHYSICIAN

LOCATION

E/R PHYSICIAN

ADMISSION TYPE
ELECTIVE



FS 100

Last Printed:  09/24/2004  14:13:17
09/24/04                        E00





**PHYSICIAN'S ORDERS**

Height: _____  Weight: _____
Drug Sensitivities and Allergies   ☐ NKDA   ☐ Yes, list: _____

| DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE |
|---|---|---|---|---|---|---|---|
| 'u' or 'U' | Unit | MS, MSO4 MgSO4 | Spell out words | TIW | Spell out words | Per os or OS | Spell out by mouth/oral |
| IU | International Unit | Xmg | 0 Xmg | μg | microgram | BT | Spell out Bedtime |
| QD/QOD | Spell out words | X 0 mg | X' mg | AD AS, AU | Spell out words | QN or qn | Spell Out Nightly or at Bedtime |

| Date | Time | |
|---|---|---|
| 9/25/04 | 0750 | Toothbrush -to bedside - begin brushing teeth today. Saline -to bedside - begin rinses 3-4 x daily. ↓ IVF to 50cc/hr     1 Kean |
| | | |
| 9-25-04 | 1235 | Morphine 2-6 mg. IV q2° prn breakthru pain. V.O. Dr. Griggs/L. Weems RN |
| | | |

Physician Signature: _____

DO NOT WRITE BELOW THIS LINE



Form #PH 35001        Revised 3/24/04

ET1304387    NATION,MARVIN
DOB: 03/19/66  Age=38Y  MR #:000000
Admit Date/Time: 09/24/04  1700P

 **Baptist** HEALTH   **PHYSICIAN ORDERS**

| Date | Time | Nurse's Initials | ANESTHESIA ACUTE PAIN MANAGEMENT ORDERS |
|------|------|------------------|------------------------------------------|
| | | | 1. Maintain IV access for 24 hours after epidural or intrathecal narcotic administration |
| | | | 2. Respiratory rate, sedation , pain scale every hour x ___4hr, then every 4 hours. |
| | | | 3. Oxygen 2-4 L/min per nasal cannula PRN SaO2. Less than _____% |
| | | | 4. PRN Medications for itching:  Nubain 1 - 2.5mg IV every 10 mins x 4 PRN every 4 hours  Nubain 4mg SQ PRN every 4 hours  Benadryl 25mg IV / PO PRN every 4 hours. |
| | | | 5. PRN medications for nausea and vomiting:  Zofran 2mg IV **and** Dexamethasone 4mg IV as a single dose. If nausea/vomiting persists after 30 minutes, give Haloperidol 0.25mg IV **and** Metoclopropamide 10-20mg IV. (Patients less than 35kg use Haloperidol 0.7mcg/kg).  If nausea and vomiting persists after 30 minutes give:  a. Phenergan 12.5 - 25mg (dilute in 20cc IV every 4 hours PRN OR  b. Meclizine (Antivert) 25mg PO PRN every 8 hrs OR  c. Prochlorperazine (Compazine) suppository 25mg rectally PRN every 6 hours. |
| | | | 6. Page the ON CALL Anesthesiologist for questions relating to acute pain management. |
| | | | 7. **Do not give additional narcotics or sedatives unless approved by Anesthesia.** |
| | | | 8. ☐ Pulse oximetry x _____ hours. May remove to ambulate. |

☐ **INTRATHECAL / EPIDURAL SINGLE NARCOTIC ADMINISTRATION:**
Medication: _____ mg/mcg of Morphine (Duramorph)  Time given: _____
                      Intrathecal / Epidural orders, end 24 hours after drug given.
Break through pain:   Morphine _____ 2-6 mg IV PRN every 2 hrs PRN for pain.
                      Toradol 30 mg IV PRN every 6 hours x 48 hours
                      (greater than 65 yrs or less than 110 lbs. Give 15 mg) and hold for serum creatine greater than 1 2
       Other: _____

☐ **EPIDURAL INFUSION (PCEA)**
Medication: Fentanyl 5 mcg/ml and 0.125% Marcaine in 100ml NS. Continuous rate: _____ml/hr
Bolus dose: _____ ml.  Bolus interval: _____ minutes. 4 hour dose limit _____ml

| **BMC SOUTH**  ☐ **IV INFUSION (PCIA)** | **BMC EAST**  ☑ **IV INFUSION (PCIA)** |
|---|---|
| Medication:  ☐ Morphine (1mg/ml) OR  ☐ Dilaudid (0.2mg/ml)  (Continuous rate: ____ ... ml/hr)  Bolus dose: _____ml  Bolus interval: _____minutes.  4 hour dose limit: _____ml. | Medication:  ☐ Morphine (1mg/ml) OR ½ *DEMEROL 10mg/ml*  ☐ Dilaudid (0.2mg/ml)  (Continuous rate: ___0___ mg/hr)  Bolus dose: _12.5_ mg.  Bolus interval: _15_ minutes.  4 hour dose limit: _200mg_ mg. |

MEDICATIONS FOR BREAK THROUGH PAIN FOR PCIA AND PCEA:
          Morphine _____ 2-6 mg IV PRN every 1 hour
          Dilaudid _____ 0 2 - 0.6mg IV PRN every 1 hour
          Demerol _____ 25 - 50mg IV PRN every 4 hours
          Toradol 30mg IV PRN every 6 hours x 48 hours (greater than 65 yrs or less than110 lbs  give 15mg and hold for serum creatine greater than1.2 )
          D/C PCIA or PCEA (remove epidural catheter) if no bolus is required for 12 hours.
NOTE:   If RR less than 8/min and/or patient is difficult to arouse, stop PCIA/PCEA and call the On-Call Anesthesiologist. Give Narcan 0.1 mg IV every one minute PRN to a max of 0.4 mg

Physician Signature: _vo  els  _____ Date: _9/24/04_

PH 350

# PHYSICIAN'S ORDERS

USE BALL POINT PEN ONLY AND PRESS FIRMLY!

MHR 09/04

| ALLERGIES | Weight |
|---|---|
| *NKA* | |

⚠ Another brand of generically equivalent product may be dispensed unless checked or initialed

| CRT Order # | PHYSICIAN'S ORDERS | Al |
|---|---|---|

1. Admit to 1 North, Dr. Richard A. Kean
2. Dx: Ⓛ ZMC fx, Ⓛ alveolar segment fx
3. Condition: satisfactory
4. Procedure: ORIF Ⓛ zmc fx, upper jaw fx c̄ arch bars.
5. VS q 4 hours
6. Allergies: NKDA
7. Activity: up with assistance
8. Nursing: Elevate HOB 45°
   Yankauer suction to bedside
   ~~Ice packs to jaw Drs × 48 hours~~ N/A per Dr Kean
   ~~Gauze packs to mouth bilaterally for 30 minutes,~~ then prn
   Do not lay on Ⓛ side of face!

| Date Ordered | Time Ordered | Transcribers Initials/Time | Physician Signature |
|---|---|---|---|

**1**

Begin saline mouth rinses tomorrow, 3 – 4 x daily

9. Diet: clear liquid diet tonight. pureé diet in am as tolerated
10. IVF: D₅1/2NS at 100cc/hr
11. Meds: ~~Morphine Sulfate via~~ PCA pump per anesthesia DEMEROL/vo Dr Kean
    ~~Ancef 1 gram IV q 6 hours~~ 185iwon
    Solumedrol 125mg IV q 6 hours
    Phenergan 25mg IM or Supp q 4 hours prn N/V
    Pepcid 20mg IV q 12 hours
    A & D ointment to bedside, apply to lips prn, avoid corners of mouth
12. Labs: Ø
13. Notify MD for Temp > 101.5°, HR > 140 < 40, SBP > 180 <80, DBP >110, severe pain or bleeding, any questions at 277-3492

| Date Ordered | Time Ordered | Transcribers Initials/Time | Physician Signature |
|---|---|---|---|

**2**

ADDRESSOGRAPH

14. Patient is wired together! He has two wires — one on each side that should be cut with a wire cutter in case of emergency (nausea/vomiting/choking). He also has some rubber bands in place. (can be cut too).
15. Call me for any vision changes or severe eye pain or swelling.
16. Neosporin to Ⓛ eyebrow incision now and tube to bedside.
17. 60cc syringe c̄ cath tip, Red Robbins cath, cut /to 6" for feeding

| Date Ordered | Time Ordered | Transcribers Initials/Time | Physician Signature |
|---|---|---|---|

**3**

6/24 @ 4:41
@ 9:44
a. Howe, RN 9/25 0040

ADDRESSOGRAPH

  

**Baptist** HEALTH — **PHYSICIAN'S ORDERS**

Height:_____ Weight:_____
Drug Sensitivities and Allergies ☐ NKDA ☐ Yes, list:

| DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE |
|---|---|---|---|---|---|---|---|
| 'u' or 'U' | Unit | MS, MSO4 MgSO4 | Spell out words | TIW | Spell out words | Per os or OS | Spell out by mouth/oral |
| IU | International Unit | Xmg | 0 Xmg | µg | microgram | BT | Spell out Bedtime |
| QD/QOD | Spell out words | X.0 mg | X mg | AD AS AU | Spell out words | QN or qn | Spell Out Nightly or at Bedtime |

| Date | Time | |
|---|---|---|
| 9/26/04 | 0915 | ① Dc IU and IU meds prior to discharge |
| | | ② Discharge to home prior — Sister Kilby |
| | | ③ Discharge c̄ 2 60cc syringes c̄ cath tips and Rec Robinson catheters. |
| | | ④ Discharge c̄ scale bottle |
| | | ⑤ Discharge c̄ orders to Staton person. |
| | | ⑥ Discharge c̄ wire cutters! c̄ guard? |

W Deems MD 9/26/04
S. Nabors MD 9/26/04

Physician Signature:

 

PH 350

DO NOT WRITE BELOW THIS LINE

Form #PH 35001  Revised 3/24/04

BAPTIST EAST
## MEDICATION ADMINISTRATION RECORD
ADMINISTRATION PERIOD: 09/26/04 07:00  TO  09/27/04 06:59

Name: NATION, MARVIN
Unit: E-1 N Med Surg    Room: 158-2
Account #: E0426800461
DOB/Age: ███████ 8 Years    Sex: M

Admit: 09/24/04
Admitting Physician: Kean, Richard A., MD
Reason for visit: no reason entered
Allergies: NKA

MR #: E000252786
Ht:
Wt:
Page: 1
Continued

| Start Time | Stop Time | Drug / Frequency | Dose / Route | 0700 - 1459 | 1500 - 2259 | 2300 - 0659 | Chkd By |
|---|---|---|---|---|---|---|---|
| | | **SCHEDULED MEDICATIONS** | | | | | |
| 09/24 21:00 | | Famotidine (Pepcid 20mg Inj. 2ml Vi) Twice Daily DILUTE TO 10ML WITH NS. IV PUSH OVER 2 MINUTES | 20 mg / 2 mL IVP | 0900 1800 | 2100 0600 | | AH |
| | | **IV MEDICATIONS** | | | | | |
| 09/24 21:00 | | D5-1/2NS 50 mL/hr | 1000 mL | | | | AN |
| 09/24 23:00 | | Cefazolin (Ancef 1gm Vial) Normal Saline Infuse Over 30 min Q8H CHANGED TO Q8H PER HOSPITAL PROTOCOL | 1 gm / 5 mL 100 mL IVPB | 0700 1100 | 1500 1900 | 2300 0300 | AH |
| 09/24 21:00 | | Solu medrol Syringe (Solu medrol 125mg/2ml *) Infuse Over 2 min Q6H | 125 mg / 2 mL IV | 0900 (AH) | 1500 2100 | 0300 | QH |
| | | **PRN MEDICATIONS** | | | | | |
| 09/24 23:17 | | Promethazine INJ (Phenergan 25mg/ml INJ 1) Q4HPRN CNV For IV use-dilute to 10ml and IV PUSH over 1-2 minutes | 25 mg / 1 mL IM | PRN | | | QH |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | QH | Opie Howy, RN |
| | | | | | |
| | | | | | |

| OMITTED DOSE CODES | |
|---|---|
| Circle Hours and Reason | |
| A-NPO | D-Nausea |
| B-Patient Refused | E-Patient Off Unit |
| C-Hold Dose | F-Other(see Notes) |

| SITE CODES | | | |
|---|---|---|---|
| Site, Route, & Initial Must be on Injectables | | | |
| Ant. Thigh | Gluteal Region | Deltoid Muscle | Abdominal |
| Right - Code 1 | Right - Code 3 | Right - Code 5 | Right - Code 7 |
| Left - Code 2 | Left - Code 4 | Left - Code 6 | Left - Code 8 |

BAPTIST EAST
## MEDICATION ADMINISTRATION RECORD
ADMINISTRATION PERIOD: 09/26/04 07:00  TO  09/27/04 06:59

Name: NATION, MARVIN
Unit: E-1 N Med Surg    Room: 158-2
Account #: E0426800461
DOB/Age: ████████ Years    Sex: M

Admit: 09/24/04
Admitting Physician: Kean, Richard A., MD
Reason for visit: no reason entered
Allergies: NKA

MR #: E000252786
Ht:
Wt:

Page: 2
Continued

| Start Time | Stop Time | Drug Frequency | Dose Route | 0700 - 1459 | 1500 - 2259 | 2300 - 0659 | Chkd By |
|---|---|---|---|---|---|---|---|
| | | PRN MEDICATIONS | | | | | |
| 09/24 23:17 | | Promethazine (Phenergan 25mg Supp) Q4HPRN CNV | 25 mg / 1 Supp PR | PRN | | | ASH |
| 09/24 23:18 | | Vitamins A & D (A&D ointment 5gm u/d) PRN KEEP AT BEDSIDE | 1 App TOP | PRN | | | ASH |
| 09/24 23:19 | | Triple Antibiotic Oint (Neospo (Neosporin Oint 15gm) PRN APPLY TO LEFT EYEBROW. KEEP AT BEDSIDE | 1 App TOP | PRN | | | ASH |
| 09/24 23:20 | | Meperidine PCIA (Demerol 10mg/ml PCIA 30) PRN BOLUS DOSE=12.5 MG  . LOCKOUT INTERVAL= 15MIN CONTINUOUS RATE=0  .  4 HOUR LIMIT=200 MG Analgesia via PCIA USE PUMP-DON'T EXCEED RATE/TIME **IV ONLY** | AS DIRECTED IV | PRN | | | ASH |
| 09/24 23:20 | | Nalbuphine (Nubain 20mg/ml IJ 1ml) Q4HPRN FOR ITCHING WHILE ON PCE/EPIDURAL | 4 mg / 0.2 mL SUBCUTANEOUS | PRN | | | ASH |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | QH | April Hollie |
| | | | | | |
| | | | | | |

| OMITTED DOSE CODES | |
|---|---|
| Circle Hours and Reason | |
| A-NPO | D-Nausea |
| B-Patient Refused | E-Patient Off Unit |
| C-Hold Dose | F-Other(see Notes) |

SITE CODES
Site, Route, & Initial Must be on Injectables

| Ant. Thigh | Gluteal Region | Deltoid Muscle | Abdominal |
|---|---|---|---|
| Right - Code 1 | Right - Code 3 | Right - Code 5 | Right - Code 7 |
| Left  - Code 2 | Left  - Code 4 | Left  - Code 6 | Left  - Code 8 |

BAPTIST EAST
MEDICATION ADMINISTRATION RECORD
ADMINISTRATION PERIOD: 09/26/04 07:00 TO 09/27/04 06:59

Name: NATION, MARVIN                    Admit: 09/24/04                          MR #: E000252786
Unit: E-1 N Med Surg    Room: 158-2     Admitting Physician: Kean, Richard A., MD    Ht:
Account #: E0426800461                  Reason for visit: no reason entered         Wt:
DOB/Age:          8 Years    Sex: M     Allergies: NKA
                                                                                    Page: 3
                                                                                    Continued

| Start Time | Stop Time | Drug Frequency | Dose Route | 0700 – 1459 | 1500 – 2259 | 2300 – 0659 | Chkd By |
|---|---|---|---|---|---|---|---|
| | | PRN MEDICATIONS | | | | | |
| 09/24 23:22 | | Nalbuphine (Nubain 20mg/ml IJ 1ml) PRN X 4 DOSES EVERY 4 HOURS FOR ITCHING WHILE ON PCA/EPIDURAL | 1-2.5 MG IV | PRN | | | A H |
| 09/24 23:21 | | DiphenhydrAMINE cap (Benadryl 25mg cap) Q4HPRN FOR ITCHING WHILE PCA/EPIDURAL IS IN | 25 mg / 1 Tab PO | PRN | | | |
| 09/24 23:21 | | DiphenhydrAMINE INJ (Benadryl 50mg/ml inj) Q4HPRN FOR ITCHING WHILE PCA/EPIDURAL IS IN | 25 mg / 0.5 mL IV | PRN | | | |
| 09/24 23:21 | | Ondansetron (=Zofran) (Zofran 2mg/ml INJ 1ml S) PRN GIVE WITH DECADRON ONCE ONLY FOR NAUSEA OR VOMITING WHILE ON PCA/EPIDURAL. GIVE THESE FIRST. Give IV push over 2 minutes. May be given undiluted IV | 2 mg / 1 mL IV | PRN | | | |
| 09/24 23:21 | | Dexamethasone (=Decadron inj) (Decadron 4mg/ml inj. 1m) PRN GIVE ONLY ONCE WITH ZOFRAN FOR NAUSEA OR VOMITING WHILE ON PCA/EPIDURAL. GIVE THESE FIRST. | 4 mg / 1 mL IV | PRN | | | A N |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE | | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | A N | April Hills | | |
| | | | | | | | |
| | | | | | | | |

| OMITTED DOSE CODES | |
|---|---|
| Circle Hours and Reason | |
| A-NPO | D-Nausea |
| B-Patient Refused | E-Patient Off Unit |
| C-Hold Dose | F-Other(see Notes) |

| SITE CODES | | | |
|---|---|---|---|
| Site, Route, & Initial Must be on Injectables | | | |
| Ant. Thigh | Gluteal Region | Deltoid Muscle | Abdominal |
| Right – Code 1 | Right – Code 3 | Right – Code 5 | Right – Code 7 |
| Left – Code 2 | Left – Code 4 | Left – Code 6 | Left – Code 8 |

BAPTIST EAST
MEDICATION ADMINISTRATION RECORD
ADMINISTRATION PERIOD: 09/26/04 07:00  TO  09/27/04 06:59

Name: NATION, MARVIN
Unit: E-1 N Med Surg     Room: 158-2
Account #: E0426800461
DOB/Age: ████ 38 Years     Sex: M

Admit: 09/24/04
Admitting Physician: Kean, Richard A., MD
Reason for visit: no reason entered
Allergies: NKA

MR #: E000252786
Ht:
Wt:

Page: 4
Continued

| Start Time | Stop Time | Drug Frequency | Dose Route | 0700 - 1459 | 1500 - 2259 | 2300 - 0659 | Chkd By |
|---|---|---|---|---|---|---|---|
| | | PRN MEDICATIONS | | | | | |
| 09/24 23:21 | | Haloperidol (Haldol 5mg/ml IJ 1ml am) PRN GIVE ONLY ONCE WITH REGLAN FOR NAUSEA OR VOMITING NOT RELIEVED BY ZOFRAN AND DECADRON AFTER 30 MINUTES WHILE ON PCA/EPIDURAL . GIVE 2ND  IF PATIENT WEIGHS <35 KG, GIVE 0.7 MCG/KG INSTEAD OF 0.25 MG DOSE | 0.25 mg / 0.05 mL IV | PRN | | | |
| 09/24 23:21 | | Metoclopramide IJ (Reglan 10mg/2m1 IJ) PRN GIVE ONLY ONCE WITH HALDOL FOR NAUSEA OR VOMITING NOT RELIEVED BY ZOFRAN AND DECADRON AFTER 30 MINUTES WHILE ON PCA/EPIDURAL  GIVE 2ND. | 10-20 MG IV | PRN | | | |
| 09/24 23:21 | | Promethazine INJ (Phenergan 25mg/ml INJ 1) Q4HPRN USE FOR NAUSEA OR VOMITING NOT RELIEVED BY HALDOL AND REGLAN AFTER 30 MINUTES WHILE PCA/EPIDURAL IS IN.  DILUTE IN 20 ML  For IV use-dilute to 10ml and IV PUSH over 1-2 minutes | 12.5-25 MG IV | PRN | | | |
| 09/24 23:21 | | Meclizine tab (Antivert 25mg tab) Q8HPRN FOR NAUSEA NOT RELIEVED BY HALDOL AND REGLAN WHILE PCA/EPIDURAL IS IN. | 25 mg / 1 Tab PO | PRN | | | |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

OMITTED DOSE CODES
Circle Hours and Reason

| A-NPO | D-Nausea |
|---|---|
| B-Patient Refused | E-Patient Off Unit |
| C-Hold Dose | F-Other(see Notes) |

SITE CODES
Site, Route, & Initial Must be on Injectables

| Ant. Thigh | Gluteal Region | Deltoid Muscle | Abdominal |
|---|---|---|---|
| Right - Code 1 | Right - Code 3 | Right - Code 5 | Right - Code 7 |
| Left  - Code 2 | Left  - Code 4 | Left  - Code 6 | Left  - Code 8 |

BAPTIST EAST
MEDICATION ADMINISTRATION RECORD
ADMINISTRATION PERIOD: 09/26/04 07:00  TO  09/27/04 06:59

Name: NATION, MARVIN
Unit: E-1 N Med Surg    Room: 158-2
Account #: E0426800461
DOB/Age: ▓▓▓▓▓ 38 Years    Sex: M

Admit: 09/24/04
Admitting Physician: Kean, Richard A., MD
Reason for visit: no reason entered
Allergies: NKA

MR #: E000252786
Ht:
Wt:

Page: 5
end of report

| Start Time | Stop Time | Drug Frequency | Dose Route | 0700 - 1459 | 1500 - 2259 | 2300 - 0659 | Chkd By |
|---|---|---|---|---|---|---|---|
| | | **PRN MEDICATIONS** | | | | | |
| 09/24 23:21 | | Prochlorperazine suppos (Compazine 25mg supp) Q6HPRN GIVE FOR NAUSEA OR VOMITING NOT RELIEVED BY HALDOL AND REGLAN WHILE PCA/EPIDURAL IS IN. | 25 mg / 1 Supp PR | PRN | | | *AN* |
| 09/24 23:21 | | Ketorolac (Toradol 30mg/ml 1ml inj) Q6HPRN USE FOR BREAKTHROUGH PAIN WHILE ON PCA. 15MG IF >65 YEARS OLD OR <110 POUNDS  HOLD FOR SERUM CREATININE >1 2. | 30 mg / 1 mL IV | PRN | | | |
| 09/24 23:21 | | Naloxone (Narcan 0.4mg/ml IJ) PRN GIVE 0.1 MG EVERY 1 MINUTE UP TO 4 DOSES IF RESP <8/MIN OR PATIENT IS DIFFICULT TO AROUSE.  STOP PCA AND CALL ANESTHESIA  DC WHEN EPIDURAL/PCA IS DC'D | 0.1 mg / 0.25 mL IV | PRN | | | |
| 09/25 14:59 | | Morphine Sulfate INJ (Morphine 4mg/ml IJ 1ml) Q2HPRN FOR BREAKTHROUGH PAIN  DOCUMENT PAIN LEVEL 0-10 | 2-6 MG IV | PRN | | | *AN* |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|
| | | | | *AN* | *April Strunc, cr* |

| OMITTED DOSE CODES |
|---|
| Circle Hours and Reason |

| A-NPO | D-Nausea |
|---|---|
| B-Patient Refused | E-Patient Off Unit |
| C-Hold Dose | F-Other (see Notes) |

SITE CODES
Site, Route, & Initial Must be on Injectables

| Ant. Thigh | Gluteal Region | Deltoid Muscle | Abdominal |
|---|---|---|---|
| Right - Code 1 | Right - Code 3 | Right - Code 5 | Right - Code 7 |
| Left - Code 2 | Left - Code 4 | Left - Code 6 | Left - Code 8 |



EO426800461   NATION,MARVIN
DOB:          Age:38Y  MR #: 252786
Admit Date/Time: 09/24/04  1412P
361 KEAN,RICHARD A
           PATIENT INFORMATION

**Baptist HEALTH**

# MEDICATION ADMINISTRATION
## RECORD ☐ BMCE ☐ PRATTVILLE
ADMINISTRATION PERIOD:                    TO:

| NAME: | | ADMIT: | | MR # |
|---|---|---|---|---|
| UNIT: | ROOM: | ADMITTING PHYSICIAN: | | HT: |
| ACCOUNT # | | REASON FOR VISIT: | | WT: |
| DOB/AGE: | SEX: | ALLERGIES: | | PAGE: |
| | | | | END OF REPORT: |

| START TIME | STOP TIME | DRUG/DOSE ROUTE/FREQUENCY | 0700-1459 | 1500-2259 | 2300-0659 | Checked by: |
|---|---|---|---|---|---|---|
| | | **MEDICATIONS** | | | | |
| 9/24 | | D5 ½ NS @ 100cc/hr | | | | AH |
| 9/24 | | Ancef ± g IV q 6 hr | 0900 (AH) 1500 (AH) | 2100 AN | 0300 AH | |
| | | Solumedrol 125 mg IV q 6 hr | 0900 (AH) | 2100 AN | 0300 AH | |
| | | Phenergon 25 g Im  } q 4° prn Phenergon 25 mg Supp  } N/V | | | | |
| | | Pepcid 20 mg IV q 12° | | 1800 (AH) | 0600 AH | |
| | | Neosporin to ⓁR elbow incision Now + tube @ bedside | | | | |
| | | 100 cc syringe c cath tip Red Rubber tip cut cut to 6" for feed | | | | |
| ↓ | Note | Call mm̅d̅ r any vision loss or severe eye pain or swelling | | | | H |
| 9/25 | | D5 ½ NS @ 50cc/h | | | | AN |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | AN | A. Diaz Louis Tovale, R |
| | | | | | | | |
| | | | | | | | |

| OMITTED DOSE CODES | | SITE CODES | | | |
|---|---|---|---|---|---|
| Circle Hours and Reason | | Site, Route, & Initial Must be on Injectables | | | |
| A - NPO | D - Nausea | Ant. Thigh | Gluteal Reg | Deltoid Muscle | Abdominal |
| B - Patient Refused | E - Patient Off Unit | Right - Code 1 | Right - Code 3 | Right - Code 5 | Right - Code 7 |
| C - Hold Dose | F - Other (see notes) | Left - Code 2 | Left - Code 4 | Left - Code 6 | Left - Code 8 |

**NAME:**
**UNIT:**
**ACCOUNT #**
**DOB/AGE:**                          **SEX:**

E0426800461    NATION, MARVIN
DOB:                    Age:38Y  MR #252
Admit Date/Time: 09/24/04  1412P
361 KEAN, RICHARD A

| START TIME | STOP TIME | DRUG/DOSE ROUTE/FREQUENCY |
|---|---|---|
| | | MED |
| 9/24 | | Nubain 1-2.5 |
| | | Nubain 4mg |
| | | Benadryl prn |
| | | Zofran 2 |
| | | Dexame |
| | | Haloperi |
| | | Metoclopr |
| | | Phene |
| | | QHhrs prn * dilute in 20cc IV * |
| | | Antivert 25mg po Q8hrs prn |
| ✓ | | Compazine Supp. 25mg rectally Q6hrs prn |
| 9/25 | * | Saline to bs begin rinses 3-4x daily    irrw-@ bedside |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| OMITTED DOSE CODES | | SITE CODES | | | |
|---|---|---|---|---|---|
| Circle Hours and Reason | | Site, Route, & Initial Must be on Injectables | | | |
| A - NPO | D - Nausea | Ant. Thigh | Gluteal Reg | Deltoid Muscle | Abdominal |
| B - Patient Refused | E - Patient Off Unit | Right - Code 1 | Right - Code 3 | Right - Code 5 | Right - Code 7 |
| C - Hold Dose | F - Other (see notes) | Left - Code 2 | Left - Code 4 | Left - Code 6 | Left - Code 8 |


MA 1200

FORM MA12009 REV 1/04



```
E0426800461    NATION,MARVIN
DOB:          Age:38Y  MR #: 252786
Admit Date/Time: 09/24/04  1412P
361 KEAN,RICHARD A
            PATIENT INFORMATION
```

**Baptist HEALTH**

## MEDICATION ADMINISTRATION RECORD ☐ BMCE ☐ PRATTVILLE

ADMINISTRATION PERIOD: 9/25/04 TO:

| NAME: | | ADMIT: | MR # |
| UNIT: | ROOM: | ADMITTING PHYSICIAN: | HT: |
| ACCOUNT # | | REASON FOR VISIT: | WT: |
| DOB/AGE: | SEX: | ALLERGIES: | PAGE: |
| | | | END OF REPORT: |

| START TIME | STOP TIME | DRUG/DOSE ROUTE/FREQUENCY | 0700-1459 | 1500-2259 | 2300-0659 | Checked by: |
|---|---|---|---|---|---|---|
| | | **MEDICATIONS** | 2mg 1240 p LRW | 2mg 1410p LRW 1730p LRW 4mg | 2215 #4mg AH 4mg 0210 | |
| 9/25 | | Morphine 2-6mg IV Q2h prn breakthrough pain | | | QN 0445 4mg AH 07-2mg 2A | |
| 9/26 | | Demerol PCA | | | 0550-EA | |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | EA | EAb wright | QW | aquO Howe |
| | | | | | | | |

### OMITTED DOSE CODES
#### Circle Hours and Reason

| A - NPO | D - Nausea |
| B - Patient Refused | E - Patient Off Unit |
| C - Hold Dose | F - Other (see notes) |

### SITE CODES
#### Site, Route, & Initial Must be on Injectables

| Ant. Thigh | Gluteal Reg | Deltoid Muscle | Abdominal |
|---|---|---|---|
| Right - Code 1 | Right - Code 3 | Right - Code 5 | Right - Code 7 |
| Left - Code 2 | Left - Code 4 | Left - Code 6 | Left - Code 8 |



FORM # MA12009  REV. 06/15/04





## MEDICATION ADMINISTRATION RECORD ☐ BMCE ☐ PRATTVILLE

ADMINISTRATION PERIOD: _____ TO: _____

E0426800461  NATION, MARVIN
DOB: ____  Age: 38Y  MR #: 252786
Admit Date/Time: 09/24/04  1412P
361 KEAN, RICHARD A

PATIENT INFORMATION

| NAME: | | | ADMIT: | | MR # |
| UNIT: | | ROOM: | ADMITTING PHYSICIAN: | | HT: |
| ACCOUNT # | | | REASON FOR VISIT: | | WT: |
| DOB/AGE: | | SEX: | ALLERGIES: NKA | | PAGE: |
| | | | | | END OF REPORT: |

| START TIME | STOP TIME | DRUG/DOSE ROUTE/FREQUENCY | 0700-1459 | 1500-2259 | 2300-0659 | Checked by: |
|---|---|---|---|---|---|---|
| | | **MEDICATIONS** | | | | |
| 9/24 | | D5 1/2 NS @ 100cc/h | | | | |
| | | Ancef 1g IV q6° | 10 | 4-10 | 4 | AN 0920 / AN 0900 |
| | | Solumedrol 125 IV q6° | | | | |
| | | Phenergan 25mg IM q4° | | | AN 0600 | |
| | | Phenergan 25 Supp | | | | |
| | | Pepcid 20mg IV q12° | | AN 2300 | | |
| | | A&D Oint @ Bedside, apply to lips, avoid corner of mouth | | AN 2300 | | |
| (NOTE) | | Call MD for any vision △'s or severe eye pain or swelling | | | | |
| | | Neosporin to L eyebrow incision new 4 tube @ Bedside | | AN 2300 | | |
| | | 60 cc Syringe c Cath tip Red Rubber Cath, Cut to 6" for feed | | AN 2300 | | |

| INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | AN | AnnieHours |

### OMITTED DOSE CODES
Circle Hours and Reason

| A - NPO | D - Nausea |
| B - Patient Refused | E - Patient Off Unit |
| C - Hold Dose | F - Other (see notes) |

### SITE CODES
Site, Route, & Initial Must be on Injectables

| | Ant. Thigh | Gluteal Reg | Deltoid Muscle | Abdominal |
|---|---|---|---|---|
| | Right - Code 1 | Right - Code 3 | Right - Code 5 | Right - Code 7 |
| | Left - Code 2 | Left - Code 4 | Left - Code 6 | Left - Code 8 |



FORM # MA12009  REV 06/15/04



# Baptist
## HEALTH

# OR IMPLANT RECORD / CHARGE SHEET
## BAPTIST MEDICAL CENTER
☐ South ☐ East ☐ Prattville

ET1304387    NATION, MARVIN
DOB: ___ Age: 3BY    MR #:000000
Admit Date/Time: 09/24/04   1700P

---

Description _CMF modular set_
Size/Quantity_____
Manufacturer _Leibinger_
Catalog Number_____
Serial Number_____

plate 54-05105 (x1)

6mm screws 52-17206 (x4)

---

Description_____
Size/Quantity_____
Manufacturer_____
Catalog Number_____
Serial Number_____

arch bars c̄ 24 gauge wire

---

Description _CMF modular set_
Size/Quantity_____
Manufacturer _Leibinger_
Catalog Number_____
Serial Number_____

plate 54-08506 (x1)

6mm screws 52-20706 (x4)

---

Description _Osteomed Visadisk_
Size/Quantity_____
Manufacturer_____
Catalog Number_____
Serial Number_____

ECD plate 214-0217 (x1)

2.0mm 6mm screws (x2)
8mm screw (x1)

---

Description_____
Size/Quantity_____
Manufacturer_____
Catalog Number_____
Serial Number_____

---

Description_____
Size/Quantity_____
Manufacturer_____
Catalog Number_____
Serial Number_____

---

Description_____
Size/Quantity_____
Manufacturer_____
Catalog Number_____
Serial Number_____

---

Surgeon: _Kean_                Surgery Date: _9-24-04_
Signature: _Oliver RN_     RN  Procedure: _ORIF ZMC_

WHITE COPY - PATIENT'S CHART      YELLOW COPY - HOSPITAL      PINK COPY - MATERIALS MANAGEMENT

SU 370

FORM # SU 37024 Revised 10/03

E0426800461    NATION,MARVIN
DOB:            Age:38Y  MR #: 252786
Admit Date/Time: 09/24/04  1412P
361 KEAN,RICHARD A



**Baptist** HEALTH

# OPERATIVE SERVICES
# PLAN OF CARE

**FOCUS: ALTERED RESPIRATORY STATUS** ①
GOAL: meet by discharge from criteria or cleared by Anesthesia AEB adequate ventilation and perfusion
INTERVENTIONS:
___ Maintain airway by chin lift, oral / nasal airway, endotracheal tube.
___ Promote effective airway clearance by suctioning, CDB.
___ Assess $SAO_2$, breath sounds, and signs of respiratory distress
___ Administer oxygen PRN to maintain $SAO_2 > 90\%$.
___ Anticipate complications by having age appropriate emergency equipment available, and identifying those at risk.
___
___
Date: 9/24/04  Signature: ___

**FOCUS: SAFETY** ②
GOAL: patient will sustain no physical injury
INTERVENTIONS:
___ Side Rails up X2, stretchers in locked position, pad rails for children or restless patients
___ Protect surgical sites and drains
___ Remain at the bedside of a child or a confused patient.
___ Give verbal and manual reassurance taking into account the developmental level.
___ Apply restraints if other measures fail.
___
___
Date: ___  Signature: ___

**FOCUS: ALTERATION IN COMFORT** ③
GOAL: patient will express reasonable comfort level, minimal nausea / vomiting, Temperature > 96 degrees.
INTERVENTIONS:
___ Assess both adult and pediatric level of discomfort by utilizing physical and emotional assessment.
___ Provide non-pharmacological measures for comfort - positioning, reassurance, warming systems.
___ Administer medications as ordered and document effectiveness.
___
___
Date: 9-24  Signature: ___

**FOCUS: HEMODYNAMIC BALANCE** ④
GOAL: discharge criteria met AEB vital signs WNL or anesthesia provider aware.
INTERVENTIONS:
___ Maintain IV fluids/ site appropriate for age
___ Strict I & O.
___ Monitor VS, lung sounds to prevent fluid overload.
___ Assess VS, heart rhythm, peripheral pulses. Invasive monitoring if appropriate
___
___
Date: 9/24/04  Signature: ___

**FOCUS: ALTERED LEVEL OF CONSCIOUSNESS** ⑤
GOAL: meet by discharge from criteria or cleared by Anesthesia Provider AEB patient will verbalize needs and show compliance OR same as pre-op.
INTERVENTIONS:
___ Assess patient's orientation / level of consciousness and reassure frequently to decrease anxiety
___ Check for signs of hypoxia, pain, or bladder distension
___ Allow parent / significant other to visit if permissible
Date: 9/24/04  Signature: ___

**FOCUS: POST-OP COMPLICATION** ⑥
GOAL: patient will be free of postoperative complications.
Anesthesia &/or MD aware if complications occur.
INTERVENTIONS:
___ Monitor VS and assess patient frequently for complications
___ Monitor regional blocks / surgical site for circulation, sensation, movement and neuro checks.
___ Check dressings and drains frequently for amount and color of drainage.
___ Apply pressure and notify MD immediately for bleeding.
___
___
Date: 9/24/04  Signature: ___

**FOCUS: SKIN INTEGRITY** ⑦
GOAL: no signs of skin breakdown while in PACU - especially with pediatric/geriatric/movement impaired population.
INTERVENTIONS:
___ Position patient appropriately, move slowly
___ Inspect and protect bony prominences as necessary and skin areas in contact with wound drainage, tape, drainage tubes, and pad sites.
___ Assess extremities for circulatory impairment
___
___
Date: ___  Signature: ___

**FOCUS: ANXIETY** ⑧
GOAL: patient exhibits appropriate coping mechanisms
INTERVENTIONS:
___ Provide privacy, favorite objects, quiet environment.
___ Explain tests/procedures to patient/family in simple concrete terms appropriate for age or explain to parent if child
___ Family members at bedside of child IF feasible and inform family members for extended stays.
___
Date: 9-24  Signature: ___

**FOCUS: POST-OP INSTRUCTIONS** ⑨
GOAL: patient / family exhibits understanding of instructions
INTERVENTION:
___ Explain procedures/treatments to patient or to parent if child
___ Instruct to deep breathe and cough, PCA pumps, spinal precautions
___ Discharge instructions given and explained to patient/significant other parent and verbalizes understanding
___
Date: 9-24  Signature: ___

FORM # NR 13020    REV 9/03





E0426800461   NATION, MARVIN
DOB:            :38Y  MR #: 252786
Admit Date/Time: 09/24/04  1412P
361 KEAN, RICHARD A

**Baptist** **PHYSICIAN**
HEALTH **ORDERS**

| Date | Time | Nurse's Initials | |
|---|---|---|---|
| | | | **ANESTHESIA PERIOPERATIVE ORDERS** |

1. EKG if none available within the last two years for any patient 50 or older.
2. Pregnancy test for women of childbearing age who believe they may be pregnant..
3. Obtain bedside glucose measurements on IDDM patient. Notify Anesthesia if Glucose < 70 or > 200.
4. May start IV with lidocaine local infiltration and bolus up to 1000ml of LR or NS for adults.

**PACU**

**1. MEDICATIONS FOR ANALGESIA:**
Morphine _____ 2 - 5 mg IV PRN every_____ 5 minutes, to a total of 30mg
Dilaudid _____ 0.1 - 0.5mg IV PRN every__. _ 5 minutes, to a total of 3mg
Demerol __(__ 25 - 50mg IV PRN every _____5 minutes  to a total of 100mg
Toradol _____ 30mg IV PRN every 6 hours x 48 hours. (> 65 yrs or <110 lbs give 15mg if OK with surgeon.)
   Hold Toradol if serum creatinine is > 1.2.

**2. MEDICATIONS FOR POST OPERATIVE NAUSEA AND VOMITING:**
Zofran 2mg IV and Dexamethasone 4mg IV as a single dose. If nausea/vomiting persists  after 30 minutes give
Haloperidol 0.25mg and Metoclopramide 10 - 20mg IV. (Pts < 35kg use Haloperidol 0.7 mcg/kg.)
If nausea and vomiting persists after 30 minutes, give
   a. Promethazine (Phenergan) 12.5 - 25mg IV every 6 hours PRN
   b. Meclizine (Antivert) 25mg PO every 8 hours PRN
   c. Prochlorperazine (Compazine ) suppository 25mg every 6 hours PRN.

**3. MEDICATIONS FOR ITCHING:**
Nubain 1 - 2.5mg IV PRN every 10 minutes x 4 doses every 4 hours
Nubain 4mg SQ PRN x 1 dose
Benadryl 25 - 50mg IV PRN x 1 dose

**4. CARDIOVASCULAR MEDICATION:**
Notify Anesthesia for heart rate < 40   Symptomatic patient with a heart rate <40 give Atropine/Robinol _____mg IV
Notify Anesthesia for SBP > 200 and/or DBP >110 and give;
   Labetalol 5 - 10 mg IV PRN every 5 minutes, to a total dose of _____40 mg
   Hydralizine 5 - 10mg IV PRN every 15 minutes, to a total dose of _____20mg
   Other._____
Notify Anesthesia for SBP <80 and give:
   Ephedrine 5 - 10mg IV PRN every 5 minutes, to a total dose of 50mg OR
   Ephedrine 25mg IM x 1 dose
   Notify anesthesia for chest pain and order 12 lead EKG.

**5.** Oxygen 2 - 4 L/min nasal prongs or 10L/min face mask upon PACU admission, or SaO2 < 90%.

**6.** PCXR for a patient with SOB, notify Anesthesia.

**7.** Intubated patient - ABG x 1.

**8.** PCXR for a patient that had a central line placed perioperatively.

**9.** Updraft of 0.5cc Ventolin in 2.5cc NS PRN for wheezing and SOB

**10.** A patient that had a spinal  epidural or nerve block may be discharged to the floor when hemodynamically
stable  awake and alert.

**11.** May discharge the patient from PACU when discharge criteria is met

**12.** Obtain bedside glucose measurements on IDDM patient  Notify Anesthesia if Glucose < 70 or > 200

**PEDIATRIC MEDICATIONS:**

**13**   Nausea and vomiting:  Zofran 0.1mg/kg x 1 dose for ages 2 - 12 years or Phenergan 0.25mg/kg x 1 dose.
   Pain:  Morphine 0.1 mg/kg x 1 dose. May repeat every 10 minutes OR Demerol 1 mg/kg x 1 dose, may repeat
   every 10 minutes, OR Tylenol 10mg/kg x 1 dose, OR Ibuprofen 5mg/kg x 1 dose.

Physician Signature:                                     Date: 9/24/04

White - chart        Yellow - Pharmacy

Form # PH 35010   Revised 1/04

PH 350



E0426800441   NATION,MARVIN
DOB:       Age:38Y   MR #: 252786
Admit Date/Time: 09/24/04  1412P
361 KEAN,RICHARD A



**Baptist**
HEALTH

## POSTOPERATIVE
## PROGRESS RECORD

| Date | Time | |
|---|---|---|
| 9/24/04 | 1850 | **Surgeon:** KEAN   **Assistant:** BELL |

**Preop Dx:** ① zygomatico-maxillary complex fracture (mater fx-closed), ② alveolar segment fracture (open) (maxilla)

**Postop Dx:** Same

**Procedure:** ORIF ① ZMC fx - multiple approaches
ORIF ② maxilla alveolar segment fx
arch bars ē MMF

**Findings:** malocclusion

**Specimen:**

**EBL:** 100cc

**M.D. Signature:**

Form # PN 30009   Revised 8/03


PN 300

| ☐ SOUTH | 286-2843 |
| ☐ EAST | 244-8448 |
| ☐ PRATTVILLE | 361-4239 |

PRESCRIPTION FORM

B0426500476   NATION,MARVIN
DOB:█████   Age:37Y   MR #:567116
Admit Date/Time: 09/21/04   1428P
920 ALEXANDER,D GREGORY

...ealth

Page 1 of 1

...ncy Room Prescription Form

| Weight | Phone | Allergies | | Location South |

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND. |

| | Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | Lorcet (+) ⊕ 20 ~ q4h pm pn | | | ☐ | |
| 2. | | | | ☐ | |
| 3. | Augmentin 500 # 21 ~ tid | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

| Emilio Belaval | Joel Sullivan | Ronald A. Shaw | Julio Enrico Rios | Wallace Falero | James M. Bradwell |
|---|---|---|---|---|---|
| AL 22654 | DEA - AS2020066 | AL - 6388 | ARN - 21678 | AL - 9405 | DEA - BB422086 |
| DEA - BB5295248 | ARN - 10094 | DEA - AS5646813 | DEA - BR2471326 | DEA - AF1692119 | AL - 22767 |
| David G. Alexander | John Moorehouse | Jessie Austin | Tom Decaro | Henry Kurusz III | |
| DO - 657 | DEA - AM6869119 | DEA - AA8394075 | DEA - AD2628355 | DEA - AK2572116 | |
| AA3259226 | ARN - 7151 | ARN - 8595 | ARN - 11369 | AL - 22198 | |
| Victoria L. Beckman | Steven G. O'Mara | Brad Frisbie | Thomas Arnold | Paul Tanaka | |
| DEA - BB62553885 | DEA - BO1736074 | DEA - BF2524583 | DEA - AA9548655 | ARN - 7153 | |
| AL - 22440 | DO - 713 | ARN - 15396 | ARN - 16275 | DEA - 8922-898 | |

Label all prescriptions_____ M.D./D.O. _____ M.D./D.O.

No refills         Product Selection Permitted ✓         Dispense as Written

BSB-0082 (06/02)

**Baptist Health**

Page 1 of 1

**nergency Room**
**scharge Instructions**

DISCHARGE INSTRUC

B0426500476      NATION,MARVIN
DOB:          Age:37Y   MR #:567116
Admit Date/Time: 09/21/04    1428P
920 ALEXANDER,D GREGORY

%

| | | | Location |
|---|---|---|---|
| Weight | Phone | Allergies | South |

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND |
|---|---|---|

| | Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | *Lorcet (t)  # 20  → q4h prn* | | | ☐ | |
| 2. | | | | ☐ | |
| 3. | *Augmentin 500, # 21  → tid* | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | ✓ |

| **INSTRUCTION SHEET(S) GIVEN** | | | | |
|---|---|---|---|---|
| ☐ Asthma | ☐ Crutches | ☐ Head Injury | ☐ Threatened Ab | Return for signs of infection |
| ☐ Back Pain | ☐ Fever | ☐ Otitis Media | ☐ Vomiting / Diarrhea | > Redness |
| ☐ Cast / Splint Care | ☐ Fracture | ☐ Sprains / Bruises | ☐ Wound Care | > Swelling |
| | | ☐ STD | ☐ Other(s) | > Drainage |
| | | | | > Heat |

Additional Instructions: *N*
*To Dr. Craig Chapman 1PM tomorrow*
*Ice to face but periaphx*
*Call Dr. McCarty 281-5320 in am Schedule*
*FCC visit from my mouth*

| Referred to: | ☐ Return to Emergency Dept in _____ hours / days for recheck |
|---|---|
| ☐ Dr _____ | ☐ If no improvement or your condition worsens, call your private physician |
| Phone: _____ | or return to the Emergency Department for a recheck |
| ☐ Call on next business day for follow-up appointment | ☐ Learning needs assessed    ☐ Instructions Modified: _____ |
| in _____ days / weeks    ☐ next available | |
| | ☐ Education provided on new medication _____ |

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided

| | ☐ Patient | |
|---|---|---|
| **X** *Marvin Nation* | ☐ Relative | Time Released  > 1945 Hrs |
| | ☐ Other _____ | |

| Instructed By: *NF* | Physician: |
|---|---|

**WORK/ SCHOOL STATEMENT from the Emergency Department**

| Patient Name | Date |
|---|---|

☐ Patient was seen by Dr.                    ☐ May return to restricted duties for _____ days*
☐ No athletics / physical education: _____ days*    Restrictions: _____
☐ May return to work / school without restrictions    _____
☐ Will require time off work / school. Estimated time: _____ days*    ☐ ------------------- was here with relative/ child.
☐ Must be reevaluated by family / occupational physician before    ☐ Other: _____
   returning to school / work.

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician unless otherwise stated

BSB-0082 (06/02)

*Pineau*

## CORRECTIONAL MEDICAL SERVICES
### RELEASE OF INFORMATION AUTHORIZATION

*Nation Mark*
Name of Inmate                                    *141669*
                                                Inmate ID Number / Date of Birth

*KCF   Baptist Med Cent-  3-5-01*
Facility Releasing Information        Date        *medical cent Blvd.*
                        *Dr. Peino*
                        *Winston    Salem  N. North Carolina 27157*

I hereby give my consent to Correctional Medical Services and the above named facility to release the following information from my medical record to the facility/provider listed below:

(X) Records related to treatment of *Pancreatitis*
    from _____ to *2000*

( ) Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

( ) Admission Reports        ( ) Discharge Reports        ( ) Operative Summary Reports

( ) X-Ray Reports            ( ) Special Studies Reports  ( ) Laboratory Reports

( ) Immunization History     ( ) Mental Health Records    ( ) Psychiatric Summary Report

( ) Drug Treatment History and Counseling

( ) Other Records _____
    _____

*Napleon Inc.*
*Kilby Correction Center*
Facility/Provider to Receive Information    *P.O Box 11 — mt meigs AL 36057*

This information has been disclosed to you from records whose confidentiality is protected by State law. State regulations prohibit you from making any further disclosure of this information without the prior written consent of person to whom it pertains.

I understand this authorization shall remain in full force and effect for the period of _____ _____ from today's date unless withdrawn in writing by me

I sign this willingly and I release Correctional Medical Services and the facility from any liability which may result from such release of information.

*Mark Nation*
Inmate Signature                    *3-5-01*
                                    Date

*R. Burkette, RN, t*
Witness                             *K. Burkette, Lpn*
                                    Witness

CMS 7171 REV 10/94                  *Sent 3-5-01*

N.C. BAPTIST HOSPITALS,
MEDICAL CENTER BOULEVARD
WINSTON-SALEM, N.C. 27157

**NATION, MARVIN KURT**
**NCBH #  145-71-43**
**10/09/1999**

Dana Chambers-Kellett, M.D.
212 29th Avenue
Hickory, NC 28801

RE:  Endoscopic retrograde cholangiopancreatography  (ERCP) of 10/6/99.

Dear Dr. Chambers:

I am writing to let you know that Mr. Nation returned for repeat ERCP, which I performed on 10/6/99.  When he returned for the procedure, his blood work was normal, including a liver profile, electrolytes, and CBC.

Under general anesthesia, ERCP was performed.   The pancreatic stent was removed, following which pancreatography revealed a dilated pancreatic duct up to approximately 8 mm in diameter with side branch changes consistent with Cambridge class IV chronic pancreatitis.   The papilla had evidence of a prior sphincterotomy, which allowed easy biliary cannulation.  This revealed a normal-sized bile duct and normal gallbladder. The distal bile duct tapered significantly, but there was no definite stricture and no upstream biliary dilatation.  The procedure was well tolerated, and there were no complications.

**IMPRESSION:**
1.  Severe chronic alcoholic pancreatitis (Cambridge class IV).
2.   Resolution of pancreatic pseudocyst with pancreatic stenting, status post pancreatic stent extraction.
3.   Distal common bile duct stenosis secondary to severe chronic alcoholic pancreatitis.

**RECOMMENDATIONS:** Overall, Marvin has been doing quite well. He states that, since he has had the stent placed, he has not been symptomatic. His pseudocyst, that had previously been seen, has resolved.

I have once again encouraged him to discontinue alcohol intake entirely. If he were to have recurrence of symptoms, my feeling is that he should undergo surgical management with a lateral pancreaticojejunostomy.  He will continue his followup

Copy For:  Benoit C Pineau, M.D.

N.C. BAPTIST HOSPITALS,
MEDICAL CENTER BOULEVARD
WINSTON-SALEM, N.C. 27157

NATION, MARVIN KURT
NCBH # 145-71-43

with yourself, but I would be happy to reassess him at your request should you feel
that this is necessary.

Thank you very much for allowing us at the Wake Forest University School of
Medicine to offer care to your patient.

Sincerely,

Benoit C. Pineau, M.D.
Gastroenterology

BCP/slb    D 10/09/1999    T 10/10/1999    Doc# 694073    Job# 69

cc:    Lawrence Mcclur Caldwell, MD
       24 S Brady Street
       PO Box 849
       Newton, NC 28658

       Dana Chambers-Kellett, MD
       212 29Th Avenue
       Hickory, NC 28601

       James Comer Gaither, M.D.
       Catawba Valley Int Med
       3411 Graystone Place
       Conover, NC 28613

       Benoit C Pineau, M.D.

Copy For:   Benoit C Pineau, M.D.

ADMITTED: 10/06/1999   ACCT#: 01038197925G

                    LOC: DHSP                       33Y   M    # 1457143 NATION,MARVIN KURT
                 DR: PINEAU BENOIT C 26710/ GIN
                 PHYSICIAN COPY FOR DR: PINEAU,BENOIT C

========================== MISC CHEMISTRY ==========================

TEST:       AMYLASE     LIPASE
UNITS:      U/L         U/DL
LO-HI:      0-200       4-24

10/07 + 0600   32         7


Reviewer's initials
10-8-99
Date Received

PRINTED 10/07/1999  1808      PAGE 1 - END OF REPORT      Outpatient New Activity Cum          # 1457143 NATION,MARVIN KURT

# Wake Forest University Baptist Medical Center
## ERCP Report

**Todays Date:**    10/6/1999

**Patient Name:** Marvin Nation
**Paient ID#:**    1457143
**Exam Date:**    05/24/1999
**Attending Physician:**    Dr Ben Pineau
**Referring Physician:**    Dr. Jamal Ibdah

INTRODUCTION:
33 year old male patient presents for an elective inpatient ERCP  The indication for this procedure was recurrent pancreatitis related to h/o ETOH use with a known pseudocyst on CT scan

CONSENT:
The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained from the patient

PREPARATION:
The patient has been NPO since midnight an intravenous line was inserted. The patient's cardiac status, blood pressure, pulse and pulse oximetry was monitored.

MEDICATIONS: General Anesthesia

PROCEDURE:
The endoscope was passed with ease under direct visualization to the 2nd portion of the duodenum. The study was performed with a TJF-100 Olympus video duodenoscope.

EXAMINATION:
STOMACH: There was evidence of Billroth I anastomosis. There was food residue and retained secretions and bile present in the stomach.
DUODENUM: The duodenum appeared normal.
MAJOR PAPILLA: The major papilla appeared normal
ERP: There was a 5 mm high grade stricture in the distal main pancreatic duct The main pancreatic duct in the head of the pancreas was dilated to 12 mm. It was irregular in contour with ectatic side branches. There was a 1 5 cm x 2 cm cyst in the head of the pancreas communicating with the main pancreatic duct.
ERC: There was a smooth stenosis of the distal CBD in the intra-pancreatic portion measuring 10 mm The remaining common bile duct, common hepatic duct, right and left hepatic ducts, intrahepatic ducts, cystic duct and gallbladder were normal.

THERAPY:
Without a prior sphincterotomy, an attempt to place 7 Fr 8 cm long single pigtail stent in the body of the pancreas was made  The procedure was successful. At completion of placement the stent position was ideal. The proximal end lay within the body of the pancreas  There was prompt drainage of clear pancreatic juice. A precut papillotomy was performed with a 5 Fr single-lumen needle-knife papillotome over the pancreatic stent There were no immediate complications

IMPRESSION:
1. Chronic pancreatitis (Cambridge class IV)
2. Pancreatic pseudocyst communicating with main pancreatic duct.
3 Distal CBD stenosis due to #1.

RECOMMENDATION:
Repeat ERCP with stent change in 8 weeks  If endoscopic therapy fails would recommend lateral pancreatojejunostomy.

WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER
WINSTON-SALEM, NC 27157
**DISCHARGE ORDER and SUMMARY**

PHYSICIAN TO FILL IN ALL **BLACK** AREAS
NURSE TO FILL IN ALL RED AREAS

INSTRUCTIONS ON BACK · DO NOT USE MEDICAL ABBREVIATIONS OR SYMBOLS
PLEASE PRINT

NATION, HARVEY

| ADMIT DATE | DISCHARGE DATE | REFERRING PHYSICIAN |
|---|---|---|
| 10/6/99 | 10/7/99 | Dana Chambers |

REFERRING PHYSICIAN ADDRESS

Yadkin NC

**ADMITTING / PRINCIPAL / SECONDARY / COMPLICATIONS / CO-MORBIDITIES:**

Chronic pancreatitis

ERCP + stent extraction

DATE OF ONSET OF PRESENT ILLNESS    ESTIMATED DATE OF TERMINATION OF DISABILITY    DO NOT WRITE IN THIS AREA

SUMMARY DICTATED                    INVASIVE LINES / DEVICES
DATE _____ BY _____            ☐ YES    ☐ NO
DISPOSITION

| LISTED BELOW ARE YOUR MEDICATIONS & DOSAGES | Times to Take Daily | Continue as Before | Prescription Given | Instruction Given | LISTED BELOW ARE YOUR MEDICATIONS & DOSAGES | Times to Take Daily | Continue as Before | Prescription Given | Information Given |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

☐ NO MEDICATIONS NEEDED AT DISCHARGE

**DIET:** Your Diet is: Low fat

**ACTIVITY:** ☐ No Restrictions  ☑ Resume Same Activity  ☐ Up with Crutches or Walker, Weight Bearing as Instructed  ☐ Complete Bedrest
☐ DO NOT: ☐ Bend  ☐ Stoop  ☐ Lift  ☐ Drive  ☐ Move Furniture  ☐ Do Strenuous Activity  ☐ Climb Stairs
☐ Up as Tolerated  ☐ OTHER:

**FOLLOW-UP:** ☑ No Appointment Necessary  ☐ Return Appointment in _____ Wks to Dr _____    ☐ Card to be Mailed  ☐ Call Home Doctor for Appointment

**DISCHARGE PATIENT:** V.O. Dr Pineau (Norma Jm   10/7/99  1015    N Jane Doll Jm  10/7/99
ORDERING PHYSICIAN'S SIGNATURE    DATE / TIME    DISCHARGE NURSES SIGNATURE    DATE

**SPECIFIC DISCHARGE CARE INSTRUCTIONS** (Nurse and / or Physician) - Dressings, Incision Care, Equipment, Instructional Materials

| DATE | NURSE / PHYSICIAN SIGNATURE | INSTRUCTIONS |
|---|---|---|
| 10/7 | Norma Jm | Follow discharge diet, read ERCP booklet, any questions or problems call Dr. Pineau 336-716-4621 |

ADMITTED: 10/06/1999    ACCT#: 010381979256                                      33Y    M    # 1457143 NATION,MARVIN KURT

LOC. AMBS
DR: PINEAU,BENOIT C 26710/ GIN
== PHYSICIAN COPY FOR DR: PINEAU,BENOIT C ==

### ====== CBC AND DIFFERENTIAL ======

| TEST: | PLT THOU | HB G/DL | HCT % | RBC MIL | MCV FL | RDW INDEX | | WBC THOU | SEG THOU | BAND THOU | LYMPH THOU | MONO THOU | EOSN THOU | BASO THOU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS: | THOU | G/DL | % | MIL | FL | INDEX | | THOU | THOU | THOU | THOU | THOU | THOU | THOU |
| LO-HI: | 160- | 14.0- | 42.0- | 4.7- | 80.0- | 11.5- | | 4.8- | 1.6- | 0.0- | 1.0- | 0.16- | 0.5- | 0.3- |
| | 360 | 18.0 | 52.0 | 6.1 | 94.0 | 14.5 | | 10.8 | 7.3 | 0.2 | 5.1 | 0.9 | 0.5 | 0.3 |
| 10/06 + 1056 | 219 | 14.5 | 42.4 | 5.01 | 84.6 | 13.3 | | 8.8 | | | | | | |

### ====== COAGULATION ======

| TEST: | PT SEC | PT INR | FIBRINOGEN MG/DL | PTT-A SEC |
|---|---|---|---|---|
| UNITS: | SEC | INR | MG/DL | SEC |
| LO-HI: | 10.8- 13.9 | | 180-363 | <31 |
| 10/06 + 1056 | 12.1 | 0.95 | 242 | 25.0 |

### ====== SERUM CHEMISTRY ======

| TEST: | NA MEQ/L | K MEQ/L | CL MEQ/L | CO2 MEQ/L | GLUC MG/DL | (B)UN MG/DL | CREAT MG/DL | URIC MG/DL | CA MG/DL | PHOS MG/DL | CHOL MG/DL | PROT G/DL | ALB G/DL | TBILI MG/DL | DBILI MG/DL | ALK-P U/L | GOT U/L | LDH U/L | IRON MCG/DL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS: | MEQ/L | MEQ/L | MEQ/L | MEQ/L | MG/DL | MG/DL | MG/DL | MG/DL | MG/DL | MG/DL | MG/DL | G/DL | G/DL | MG/DL | MG/DL | U/L | U/L | U/L | MCG/DL |
| LO-HI: | 135- | 3.5- | 95.0- | 22.0- | 70.0- | 8.0- | 0.5- | 2.5- | 8.5- | 2.5- | 120- | 6.0- | 3.2- | 0.1- | 0.0- | 30.0- | 5.0- | 90.0- | 40.0- |
| | 145 | 5.0 | 106 | 30 | 110 | 24.0 | 1.5 | 8.0 | 10.5 | 4.5 | 260 | 8.0 | 5.0 | 1.2 | 0.4 | 110 | 35.0 | 250 | 160 |
| 10/06 + 1056 | 140 | 3.9 | 96 | 30 | 92 | 8 | 0.7 | | 9.2 | | | 7.5 | 4.5 | 0.9 | 0.3 | 92 | | 15 | |

Reviewer's initials
10-7-99
Date Reviewed

PRINTED 10/06/1999    1810      PAGE 1  - END OF REPORT      Outpatient New Activity Cum                    # 1457143 NATION,MARVIN KURT

RADIOLOGY REPORT            ***FINAL REPORT****
                           PHYSICIAN COPY FOR   PINEAU, BENOIT C

THE MEDICAL CENTER                    DEPARTMENT OF RADIOLOGY

PATIENT NAME: NATION, MARVIN KURT        UNIT #: 1457143
REQUISITION : 4042798                  LOCATION: WGIN
DATE DONE   : 06/09/99                 DATE READ: 06/10/99
REFERRING DR: PINEAU, BENOIT C         ORDERING DR: PINEAU, BENOIT C
RADIOLOGIST : LINK, KERRY              RESIDENT DR: LUNDELL, ANDREA

ADM DX: F/U                            0220 IDX VISIT # 02693750
INDICATIONS: PANCREATIS STENT
INDICATIONS:
ACUTE ABDOMINAL SERIES, 6/9/99.

COMPARISON:  5/13/99.

INDICATION:   33-YEAR-OLD MALE STATUS POST PLACEMENT OF PANCREATIC
DUCT STENT.

FINDINGS:
ABDOMEN:  A NEW PANCREATIC STENT PROJECTS OVER THE MID ABDOMEN.
MULTIPLE SMALL CALCIFIC DENSITIES PROJECT IN THE REGION OF THE
PANCREATIC TAIL.   MULTIPLE SURGICAL CLIPS ARE LOCATED AT THE
GASTROESPOPHAGEAL JUNCTION.   THE BOWEL GAS PATTERN IS NORMAL.

CHEST:  THE HEART AND MEDIASTINAL SILHOUETTE IS NORMAL IN SIZE AND
CONTOUR AND THE LUNGS ARE CLEAR.

CONCLUSION:  STATUS POST PLACEMENT OF PANCREATIC STENT WITH
EVIDENCE OF CHRONIC CALCIFIC PANCREATITIS.   PRIOR SURGERY AT THE
GASTROESOPHAGEAL JUNCTION.   THE LUNGS ARE CLEAR.

I HAVE PERSONALLY REVIEWED AND INTERPRETED THIS IMAGE/IMAGES.


RESIDENT DR: LUNDELL, ANDREA
INTERPRETING DR: LINK, KERRY
SIGNED BY DR: LINK, KERRY          DATE AND TIME: 06/10/99  18:02


Reviewer's Initials                    Date

                                   Date Received

NATION, MARVIN
NCBH# 145 71 43
DATE: 6/9/99

**HPI:** This is a 33 year old white male with a history of pancreatitis with alcohol abuse, diagnosed 2 years ago. He has had no alcohol since 11/98. Apparently the patient was seen at Catawba Memorial as well as Forsyth Hospital in February and March of 1999 and was noted to have a new development of pseudocysts. He was admitted here on 5/20/99 with pancreatitis with a 3 cm pseudocyst at the head of the pancreas. He then underwent ERCP 5/24/99 revealing chronic pancreatitis, Cambridge class IV, and a pancreatic pseudocyst communicating with the main pancreatic duct. He had distal common bile duct stenosis due to the pancreatitis. A 7 French, 8 cm long, single pig-tail stent was placed in the body of the pancreas. The patient presents for follow-up.

The patient states that he has been doing very well since the first few days after he left the hospital on 5/25/99. He says that initially he vomited within the first few days so severely that he was afraid he might have dislodged his stent. Since that time, he has improved, and he has not vomited since the first few days after being home. He is eating well and gaining weight. He says that he feels that he can localize the plastic stent when he moves around. Also when he is hungry he can feel some pain in the area of the head of the pancreas and if he eats too much, he feels a fullness and a presence of the stent. In general, however, he says that he feels that he has done well. He is only taking 2-3 per day of his Demerol that he was discharged with. He took his last Demerol on Monday night and he has had no pain since that time. He says that his bowels are moving well. He is pleased at his progress and he is returning to work as a carpenter. He has not eaten.

**MEDIATIONS:** Demerol 100 mg prn (none since Monday and the patient has exhausted his supply); Phenergan about 1 per day taken at bedtime; Creon 1 tablet before meals; Prilosec 20 mg qd.

**PHYSICAL EXAMINATION:** WT 158.9 lbs, T 97.1, BP 131/80, P 87. In general this is a very pleasant white male who looks thin, but well nourished. He is in no acute distress whatsoever. HEENT: conjunctiva is pink; oropharynx is clear. Heart: grade II/VI systolic ejection murmur; otherwise no gallops or rubs. Lungs: CTA. Abdomen: flat abdomen; normal bowel sounds; no organomegaly or masses. The patient does have a well healed scar from his previous gastric surgery. There is essentially no significant tenderness noted in the abdomen. There is some mild tenderness noted in the epigastrium or over the head of the pancreas. There is also some mild tenderness in the left lower quadrant of the abdomen. Extremities: no edema.

**IMPRESSION:** Patient with alcoholic pancreatitis with new development of pseudocysts in 2/99 with placement of a pancreatic stent 5/24/99. The patient is doing well and returning to work. He is concerned about some possible dislodgment of the stent secondary to retching in the first day that he was home.

**PLAN:**
1. KUB was obtained prior to the patient's leaving clinic today. This showed no acute changes and showed the stent in place.
2. The patient's Creon was changed to Viokase. He was given a prescription for Viokase, #600, to take 6 with meals and 1-2 with snacks. He was given 5 refills.

NATION, MARVIN
NCBH# 145 71 43
DATE: 6/9/99
Page 2

3. He will be given a 2 month return. He was advised to phone if there is any acute pain or change in condition.

Dr. Pineau has seen the patient and agrees with the above plan.

Claudia Mikulaninec, MSN, FNP                Ben C. Pineau, M.D., F.R.C.P. (c)
Section of Gastroenterology                  Assistant Professor of Medicine
                                             Section of Gastroenterology

CM/BCP/red/56

cc:    Dr. Russell Howerton
       WFUSM – Surgery

       Medical records.

**N.C. BAPTIST HOSPITALS, INC.**
MEDICAL CENTER BOULEVARD
WINSTON-SALEM, N.C. 27157

NATION, MARVIN KURT
NCBH # 145-71-43

May 30, 1999

Dana Chambers-Kellett, MD
212 29Th Avenue
Hickory, NC 28601

Dear Dr. Chambers-Kellett:

Thank you very much for asking me to see Mr. Nation in consultation. I saw him on 5/5/99 and a full note should have reached you by now.

On 5/6/99 he underwent a C.T. scan of the abdomen which revealed changes consistent with pancreatitis including a two times 1.7 cm pseudo cyst in the head of the pancreas, and a possible other 5.7 times 1.2 cm cyst in the intrapancreatic portion. The gallbladder was distended and the biliary tree was dilated.

On 5/24/99, I performed an ERCP under general anesthesia since we were unable to sedate him a few days before despite 300 mg of Demerol, 10 mg of Versed and 7.5 mg of Droperidol. We found evidence of a Billroth I anastomosis. There was some food residue and retained secretions in the stomach. There was a high grade stricture in the very distal pancreatic duct with upstream dilatation of the duct up to 1.2 cm in the body and tail. The side branches were dilated and ectatic, consistent with severe chronic pancreatitis. There was a 1.5 times 2 cm cyst in the head of the pancreas communicating with the main pancreatic duct. Cholangiography revealed a distal Common bile duct stenosis in the intrapancreatic portion of the Common bile duct with little evidence of upstream biliary ductal dilatation.

We were able to place a 7 French, 8 cm single pigtail pancreatic stent in the pancreatic duct, leading to prompt drainage of pure pancreatic juice. A pre-cut pancreatic sphincterotomy was performed over the stent with a needle knife, papillotome.

Impression:
1. Severe chronic alcoholic pancreatitis (Cambridge class IV).
2. Communicating pancreatic pseudo cyst in the head of the pancreas.
3. Distal Common bile duct stenosis, secondary to no. 1.

Recommendations: We will see how the stent helps him clinically. If he finds benefit, we will plan on changing the stent in eight weeks to a larger stent. If he does not respond, he will likely need a lateral pancreaticojejunostomy at which point good biliary diversion will have to be considered.

Copy For: Jamal Ahmad Ibdah, M.D.

**N.C. BAPTIST HOSPITALS, INC.**
MEDICAL CENTER BOULEVARD
WINSTON-SALEM, N.C. 27157

**NATION, MARVIN KURT**
**NCBH # 145-71-43**

Thank you very much for allowing me to participate in the care of your patient.
Please do not hesitate to call me if you have any questions or comments.

Sincerely,

Benoit C Pineau, M.D.
Gastroenterology

BCP/rmg    D 05/30/1999    T 05/31/1999    Doc# 617593    Job# 46

cc:    Jamal Ahmad Ibdah, M.D.

        Dr. Caldwell, Newton, N.C. 28658

James Comer Gaither, M.D.
Catawba Valley Int Med
3411 Graystone Place
Conover, NC 28613

Copy For:  Jamal Ahmad Ibdah, M.D.

```
05/27/1999                    NC BAPTIST HOSPITAL              LABORATORY RESULTS
15:04                                                               PAGE 1
```

```
NAME: NATION,MARVIN KURT                    *** PATIENT DISCHARGED ***
H#  : 1457143          LOC: 4W     ROOM: 0481A     AGE: 33Y SEX:M
ACCT: 010381979139 DR: IBDAH, JAMAL A. 28640/GIN
```

H5308  COLL: 05/20/1999 17:10   REC: 05/20/1999 17:34 PHYS: IBDAH, JAMAL A.

| | | | |
|---|---|---|---|
| AMYLASE | *214 | [30-122] | U/L |
| COMPREHENSIVE METABO | | | |
| SODIUM | 138 | [135-145] | MEQ/L |
| POTASSIUM | *3.3 | [3.5-5.0] | MEQ/L |
| CHLORIDE | *91 | [95.0-106] | MEQ/L |
| CO2 | *32 | [22.0-30] | MEQ/L |
| UREA-N | *4 | [8.0-24.0] | MG/DL |
| GLUCOSE | 84 | [70.0-110] | MG/DL |
| CREATININE | 0.7 | [0.5-1.5] | MG/DL |
| CALCIUM | 8.8 | [8.5-10.5] | MG/DL |
| PROTEIN | *5.8 | [6.0-8.0] | G/DL |
| ALBUMIN | *2.9 | [3.2-5.0] | G/DL |
| BILIRUBIN, TOTAL | *1.4 | [0.1-1.2] | MG/DL |
| ALK P'TASE | 89 | [30.0-110] | U/L |
| SGOT(AST) | *50 | [5.0-35.0] | U/L |
| LIPASE | *37 | [4-24] | U/DL |
| COMPLETE BLOOD COUNT | | | |
| WHITE BLOOD COUNT | 7.1 | [4.8-10.8] | X1000 |
| RED BLOOD COUNT | *4.10 | [4.7-6.1] | X1,000,000 |
| HEMOGLOBIN | *11.9 | [14.0-18.0] | G/DL |
| | CALLED | | |
| | TO LONG 052099 1800. | | |
| HEMATOCRIT | *34.7 | [42.0-52.0] | % |
| | CALLED | | |
| | TO LONG 052099 1800. | | |
| MEAN CELL VOLUME | 84.7 | [80.0-94.0] | FL |
| CV OF MCV | 13.8 | [11.5-14.5] | % |
| PLATELET COUNT | 199 | [160-360] | X1000 |

F20018 COLL: 05/21/1999 07:10   REC: 05/21/1999 07:49 PHYS: IBDAH, JAMAL A.

| | | | |
|---|---|---|---|
| COMPREHENSIVE METABO | | | |
| SODIUM | 139 | [135-145] | MEQ/L |
| POTASSIUM | 3.7 | [3.5-5.0] | MEQ/L |
| CHLORIDE | *92 | [95.0-106] | MEQ/L |
| CO2 | 28 | [22.0-30] | MEQ/L |
| UREA-N | 9 | [8.0-24.0] | MG/DL |
| GLUCOSE | 70 | [70.0-110] | MG/DL |
| CREATININE | 0.7 | [0.5-1.5] | MG/DL |
| CALCIUM | 8.6 | [8.5-10.5] | MG/DL |
| PROTEIN | 6.0 | [6.0-8.0] | G/DL |
| ALBUMIN | *3.1 | [3.2-5.0] | G/DL |

NATION, MARVIN KURT        CONTINUED                              PAGE1

Winston-Salem, N.C. 27157
(336) 716-2661 (LAB)

PHYSICIAN COPY

Wake Forest University
Baptist Medical Center

09-098708 (1/97)

05/27/1999                    NC BAPTIST HOSPITAL              LABORATORY RESULTS
15:04                                                                    PAGE 2


NAME: NATION,MARVIN KURT                      *** PATIENT DISCHARGED ***
H#  :  1457143            LOC: 4W    ROOM: 0481A     AGE: 33Y SEX:M
ACCT: 010381979139 DR: IBDAH, JAMAL A. 28640/GIN

Winston-Salem, N.C. 27157
(336) 716-2661 (LAB)

F20018 COLL: 05/21/1999 07:10    REC: 05/21/1999 07:49 PHYS: IBDAH, JAMAL A.


COMPREHENSIVE METABO       (CONTINUED)
  BILIRUBIN, TOTAL        1.1      [0.1-1.2]   MG/DL
  ALK P'TASE              82       [30.0-110]  U/L
  SGOT(AST)               30       [5.0-35.0]  U/L

COMPLETE BLOOD COUNT
  WHITE BLOOD COUNT       7.7      [4.8-10.8]  X1000
  RED BLOOD COUNT         *4.05    [4.7-6.1]   X1,000,000
  HEMOGLOBIN              *11.8    [14.0-18.0] G/DL
  HEMATOCRIT             *34.1    [42.0-52.0] %
  MEAN CELL VOLUME        84.1     [80.0-94.0] FL
  CV OF MCV               13.5     [11.5-14.5] %
  PLATELET COUNT          175      [160-360]   X1000


S16093 COLL: 05/22/1999 07:25    REC: 05/22/1999 08:13 PHYS: IBDAH, JAMAL A.


COMPREHENSIVE METABO
  SODIUM                  135      [135-145]   MEQ/L
  POTASSIUM               4.2      [3.5-5.0]   MEQ/L
  CHLORIDE                96       [95.0-106]  MEQ/L
  CO2                     27       [22.0-30]   MEQ/L
  UREA-N                  12       [8.0-24.0]  MG/DL
  GLUCOSE                 *60      [70.0-110]  MG/DL
  CREATININE              0.7      [0.5-1.5]   MG/DL
  CALCIUM                 8.7      [8.5-10.5]  MG/DL
  PROTEIN                 *5.8     [6.0-8.0]   G/DL
  ALBUMIN                 *3.1     [3.2-5.0]   G/DL
  BILIRUBIN, TOTAL        1.0      [0.1-1.2]   MG/DL
  ALK P'TASE              85       [30.0-110]  U/L
  SGOT(AST)               19       [5.0-35.0]  U/L

COMPLETE BLOOD COUNT
  WHITE BLOOD COUNT       7.8      [4.8-10.8]  X1000
  RED BLOOD COUNT         *4.14    [4.7-6.1]   X1,000,000
  HEMOGLOBIN              *12.1    [14.0-18.0] G/DL
  HEMATOCRIT             *34.8    [42.0-52.0] %
  MEAN CELL VOLUME        83.8     [80.0-94.0] FL
  CV OF MCV               13.8     [11.5-14.5] %
  PLATELET COUNT          206      [160-360]   X1000

Wake Forest University
Baptist Medical Center

X62083 COLL: 05/23/1999 07:05    REC: 05/23/1999 08:18 PHYS: IBDAH, JAMAL A.


COMPREHENSIVE METABO

NATION,MARVIN KURT       CONTINUED                              PAGE2

09-099708 (11/97)

```
05/27/1999                    NC BAPTIST HOSPITAL              LABORATORY RESULTS
15:04                                                                   PAGE 3


     NAME: NATION,MARVIN KURT                   *** PATIENT DISCHARGED ***
     H#  :  1457143           LOC: 4W    ROOM: 0481A     AGE: 33Y SEX:M
     ACCT: 010381979139 DR: IBDAH, JAMAL A. 28640/GIN


     X62083 COLL: 05/23/1999 07:05   REC: 05/23/1999 08:18 PHYS: IBDAH, JAMAL A.


     COMPREHENSIVE METABO        (CONTINUED)
        SODIUM                137    [135-145]   MEQ/L
        POTASSIUM             3.5    [3.5-5.0]   MEQ/L
        CHLORIDE              *92    [95.0-106]  MEQ/L
        CO2                   *31    [22.0-30]   MEQ/L
        UREA-N                 *6    [8.0-24.0]  MG/DL
        GLUCOSE               102    [70.0-110]  MG/DL
        CREATININE            0.8    [0.5-1.5]   MG/DL
        CALCIUM               9.0    [8.5-10.5]  MG/DL
        PROTEIN              *5.9    [6.0-8.0]   G/DL
        ALBUMIN               3.2    [3.2-5.0]   G/DL
        BILIRUBIN, TOTAL      0.8    [0.1-1.2]   MG/DL
        ALK P'TASE             98    [30.0-110]  U/L
        SGOT(AST)              20    [5.0-35.0]  U/L

     COMPLETE BLOOD COUNT
        WHITE BLOOD COUNT     6.0    [4.8-10.8]  X1000
        RED BLOOD COUNT     *3.99    [4.7-6.1]   X1,000,000
        HEMOGLOBIN          *11.6    [14.0-18.0] G/DL
        HEMATOCRIT          *33.8    [42.0-52.0] %
        MEAN CELL VOLUME     84.5    [80.0-94.0] FL
        CV OF MCV            13.5    [11.5-14.5] %
        PLATELET COUNT        203    [160-360]   X1000
```

Winston-Salem, N.C. 27157
(336) 716-2661 (LAB)

Wake Forest University
Baptist Medical Center

09-068708 (11/97)

```
     NATION,MARVIN KURT       END OF REPORT                          PAGE3
```

```
RADIOLOGY REPORT           ***FINAL REPORT****
                           PHYSICIAN COPY FOR  IBDAH, JAMAL AHMAD

THE MEDICAL CENTER                        DEPARTMENT OF RADIOLOGY


PATIENT NAME: NATION, MARVIN KURT        UNIT #: 1457143
REQUISITION : 3861555                  LOCATION: 0481A
DATE DONE   : 05/24/99                 DATE READ: 05/26/99
REFERRING DR: IBDAH, JAMAL AHMAD       ORDERING DR: IBDAH, JAMAL AHMAD
RADIOLOGIST : GELFAND, DAVID           RESIDENT DR: POTTER, JEFFREY

ADM DX: PANCREATITIS
INDICATIONS: ERCP
INDICATIONS:
ERCP, 5/24/99 AT 1415 HOURS:
INDICATION:
    ERCP.
FINDINGS:
    IMAGES 1 THROUGH 8 SHOW INJECTION OF A NORMAL BILIARY TREE
WITHOUT SIGNS OF DILATATION OR CALCULI.  FILMS 9 THROUGH 12 SHOW
INJECTION OF A DILATED PANCREATIC DUCT WITH AN APPEARANCE
CONSISTENT WITH PANCREATITIS.
    FILM 13 SHOWS STENT PLACEMENT WITHIN THE DILATED PANCREATIC
DUCT.

I HAVE PERSONALLY REVIEWED AND INTERPRETED THIS IMAGE/IMAGES.



RESIDENT DR: POTTER, JEFFREY
INTERPRETING DR: GELFAND, DAVID
SIGNED BY DR: GELFAND, DAVID           DATE AND TIME: 05/26/99  16:04
```



N.C. BAPTIST HOSPITALS, INC.
MEDICAL CENTER BOULEVARD
WINSTON-SALEM, N.C. 27157

**DISCHARGE SUMMARY**

NATION, MARVIN KURT
NCBH #: 145-71-43
Jamal Ahmad Ibdah, M.D.
Admitted 05/20/1999
Discharged 05/25/1999

**DISCHARGE DIAGNOSIS:**
1. Distal common bile duct stenosis.
2. Chronic pancreatitis.
3. Pancreatic pseudocyst which was communicating with the main pancreatic duct.
4. History of alcohol abuse.
5. History of gastritis.

**ADMISSION DIAGNOSIS:**
1. Abdominal pain.
2. Persistent nausea and vomiting.
3. Pancreatitis with pseudocyst.
4. History of alcohol abuse.
5. History of gastritis.

**DISCHARGE MEDICATIONS:**
1. Creon two tablets 15 minutes before each meal.
2. Demerol 100 mgs p.o. every four hours as needed for pain.
3. Phenergan 25 mgs every four hours as needed for nausea.

**PROCEDURE(S) PERFORMED:**
1. ERCP with stent placement in the pancreatic duct.

**HISTORY OF PRESENT ILLNESS:** The patient is a 33-year-old white male with a history of pancreatitis and pseudocyst, a history of alcohol abuse and gastritis who was transferred from Catawba Memorial Hospital with acute abdominal pain associated with nausea and vomiting. The patient reported a history of pancreatitis which was diagnosed two years ago but states that he has had not any alcohol since November of 1998. He was seen at Wake Forest University Baptist Medical Center emergency department on 5/13/99 with abdominal pain, nausea and vomiting. He was discharged home at that time after being given pain medications and IV fluids. His symptoms did not resolve and therefore he presented to the outside hospital on 5/16/99 for pain management and fluids. The patient was then transferred here for further evaluation.

**HOSPITAL COURSE:** The patient was admitted to a general medicine gastroenterology service. He was given pain medicines and antiemetics. He was scheduled to undergo endoscopic ERCP the day after admission. However attempts to sedate him for the procedure were unsuccessful on Friday, 5/21/99. The procedure was then delayed until 5/24/99 at which time he underwent ERCP. This revealed chronic pancreatitis. A pancreatic pseudocyst which communicate with the main pancreatic duct and a distal common bile duct stenosis secondary to the chronic pancreatitis. A 7 French 8 cm long single pigtail stent was placed in the body of the pancreas. The patient tolerated the procedure well. It is hoped that with this pancreatic duct stenosis now stented and with a pseudocyst which drains into the duct that the patient's symptoms of pain, nausea or vomiting will resolve. The patient did feel better following the procedure and was requesting food.

Copy For: Jamal Ahmad Ibdah, M.D.                    Page 1 of 2

**N.C. BAPTIST HOSPITALS, INC.**
MEDICAL CENTER BOULEVARD
WINSTON-SALEM, N C 27157

NATION, MARVIN KURT
NCBH #  145-71-43

**DISCHARGE SUMMARY**

He was started on a clear liquid diet and tolerated that well.  He was then requesting discharge.

**DISPOSITION:** To home.

**FOLLOW-UP:** The patient should follow up with his primary care physician in one to two weeks.

Bryan H Fuller, MD
House Officer

Jamal Ahmad Ibdah, M.D.
Attending Physician
Gastroenterology

BHF/ana   D 05/25/1999   T 05/25/1999   Doc# 614689   Job# 19

cc:   Lawrence Mcclur Caldwell, MD
      24 S Brady Street
      PO Box 849
      Newton, NC 28658

      Dana Chambers-Kellett, MD
      212 29Th Avenue
      Hickory, NC 28601

      James Comer Gaither, M.D.
      Catawba Valley Int Med
      3411 Graystone Place
      Conover, NC 28613

      Russell Howerton, MD

      Jamal Ahmad Ibdah, M.D.

# Wake Forest University Baptist Medical Center
## ERCP Report

**Todays Date:**  5/21/1999

**Patient Name:**  Marvin Nation
**Paient ID#:**    1457143
**Exam Date:**     05/21/1999
**Attending Physician:**   Dr Ben Pineau
**Referring Physician:**   Dr Jamal Ibdah

---

INTRODUCTION:
33 year old male patient presents for an elective inpatient ERCP. The indication for this procedure was to evaluate known chronic pancreatitis

CONSENT:
The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained from the patient.

PREPARATION:
The patient's cardiac status, blood pressure, pulse and pulse oximetry was monitored. An intravenous line was inserted. The patient has been NPO since midnight

MEDICATIONS:
Demerol 300 mg IV, Versed 10 mg IV., Droperidol 7.5 mg IV

PROCEDURE:
The endoscope was passed with great difficulty by manual insertion to the esophagus but patient was very combative and the scope was quickly withdrawn for fear of trauma to the scope and to the patient.

COMPLICATIONS:
There were no complications associated with the study.

IMPRESSION:
1  Failed attempt at ERCP due to inability to sedate. (Uncoded).

RECOMMENDATION:
- Repeat ERCP in 2 days with general anesthesia
- Keep patient NPO, consider PPN.
- Cipro 400 mg IV on call to ERCP, scheduled for 1pm on Monday with GA in Specials Radiology

(uncoded): ESOPHAGOSCOPY.

_____
Dr. Ben Pineau

5/21/1999

**N.C. BAPTIST HOSPITALS, INC.**
MEDICAL CENTER BOULEVARD
WINSTON-SALEM, N.C. 27157

**HISTORY and PHYSICAL**

NATION, MARVIN KURT
NCBH # 145-71-43
Jamal Ahmad Ibdah, M.D.
Admitted 05/20/1999
Room 4W 0481

**REFERRING PHYSICIAN:** Dr. Chambers, Hickory, North Carolina.

**CHIEF COMPLAINT:** Abdominal pain/nausea and vomiting.

**HISTORY OF PRESENT ILLNESS:** The patient is a 33-year-old white male with a past medical history significant for pancreatitis with pseudocyst, (2/99) presents on transfer to Catawba Memorial Hospital with acute abdominal pain and nausea and vomiting. The patient reports pancreatitis diagnosed approximately two years ago significant for alcohol abuse but has not had any alcohol since November of 1998. The patient was seen at North Carolina Baptist Hospital Emergency Department last Wednesday, 5/13/99 for severe abdominal pain, nausea and vomiting with "green vomitus" and an amylase of 342 by lipase. The patient was subsequently discharged to home after using intravenous fluids and given pain medicines. The patient's symptoms did not resolve. Therefore approximately three days later she presented and was admitted to Catawba on 5/16/99 for pain management and fluids. The patient does report his abdominal pain may be slightly different than usual in that it hurts in the bilateral lower quadrants this time as well as the diffuse epigastric pain. The patient denies any fever or chills or diarrhea, he does report that his urine is darker than usual and has not eaten in approximately 10 days secondary to nausea and vomiting. The patient reports no blood in his stool or vomitus and describes his vomitus as very dark green in nature.

Of note, the patient had a CT of the abdomen at Forsyth Memorial Hospital and noted the following:

1. Distention of the stomach and proximal duodenum.
2. Pancreatitis with a 30 cm fluid collection in the left pancreas head which had also been noted on previous CT of the abdomen in February and March of 1999.
3. Fatty liver.
4. Ascites.
5. Bibasilar lung scarring, right and anterolateral dorsiflexion along the duodenum.

The patient was seen on 4/21/99 by Dr. Howerton on referral in the General Surgery Clinic for possible drainage of the pseudocyst. Dr. Howerton recommended an ERCP which the patient was referred to Dr. Ben Ineaux.

**PAST MEDICAL HISTORY:**
1. Pancreatitis with a pseudocyst (3 cm) in the head of the pancreas.
2. Alcohol abuse.
3. Gastritis.

**PAST SURGICAL HISTORY:**
1. Partial gastrectomy in 1994 in California secondary to peptic ulcer disease.
2. Right inguinal hernia repair.

N.C. BAPTIST HOSPITALS, INC.
MEDICAL CENTER BOULEVARD
WINSTON-SALEM, N.C 27157

HISTORY and PHYSICAL

NATION, MARVIN KURT
NCBH # 145-71-43

**ALLERGIES:** No known drug allergies.

**MEDICATIONS:**
1. Percocet prn. (up to 15 tablets a day).
2. Creon two tablets before each meal.

**SOCIAL HISTORY:** The patient lives in Hickory, North Carolina with his wife for two years and three children and the patient reports drinking alcohol heavily in the past but quit in November of 1998. The patient smokes approximately one pack per day and has _____ for four years. The patient denies any IV drug abuse. The patient works at Motor Line where he moves and loads furniture.

**FAMILY HISTORY:** Father and mother are alive and in good health. She has four siblings who are in good health except for one brother who has stomach problems.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:** Blood pressure 118/70, respirations 20, temperature 97.8. The patient is sitting at 96 percent on room air.
**GENERAL:** This is a pleasant male in no acute distress. He had a green material talking.
**NECK:** Supple without evidence of bruits, thyromegaly or lymphadenopathy.
**HEENT:** Normocephalic, atraumatic. Pupils are equal and reactive to light and accommodation and extraocular movements are intact. Mucous membranes are moist. There is no erythema or exudate noted.
**LUNGS:** Clear to auscultation bilaterally.
**CARDIOVASCULAR:** Regular rate and rhythm without murmurs, rubs or gallops.
**ABDOMEN:** There is an old well-healed midline scar with a three cm umbilical hernia with hypoactive bowel sounds, tense, no rebound, mild guarding, tender in the epigastric area as well as left lower quadrant. No masses or hepatosplenomegaly present.
**EXTREMITIES:** There was 2+ dorsalis pedis and femoral pulses are noted bilaterally. No clubbing, cyanosis or edema.
**NEUROLOGICAL EXAMINATION:** Cranial nerves II-XII intact. No focal deficits

**LABS:** At the outside hospital on 5/18, urinalysis showed 1+ protein, 3+ ketones and 1+ bilirubin. PT was 12.9 and INR was 1.2, PTT 26. The patient's amylase was 322 on 5/16/99. On 5/18, amylase had dropped to 183 and lipase on 5/18 was 584. The patient's sodium was 154, potassium 3.8, BUN 106, creatinine 0.8, glucose 108, white cell count 8.9 which was previously on admission of 5/16/99 noted to be 13.3. Hemoglobin was 12.6, hematocrit 37.4, platelet count 206. The alkaline phosphatase was 100, SGOT 14, total protein 7.6, albumin 4.2, calcium 9.5. CT of the abdomen was above. Please note after family history and review of systems were negative, otherwise as noted above.

**ASSESSMENT AND PLAN:** This is a 33-year-old white male with pancreatitis, (chronic and pseudocyst (3 cm) presented upon transfer from Catawba secondary to continued nausea and vomiting and abdominal pain. Admit to General Medicine C.

Copy For: Jamal Ahmad Ibdah, M.D.                    Page 2 of 3

**N.C. BAPTIST HOSPITALS, INC.**
MEDICAL CENTER BOULEVARD
WINSTON-SALEM, N.C. 27157

**HISTORY and PHYSICAL**

**NATION, MARVIN KURT**
**NCBH #  145-71-43**

1.  GI.  The patient had chronic pancreatitis presents with an ERCP in the a.m.  The patient will be checked n.p.o. after midnight for the ERCP.

2.  Check an amylase and a lipase now.  The patient was noted to be afebrile with a white cell count of 13.2 upon admission to the outside hospital.  We will monitor CBC without any kind of pancreatic abscess or rupture.  The patient will be managed with Demerol for pain control.  The patient will be given intravenous fluids at approximately 75 cc. an hour as well hydrated at the outside hospital.


Timothy Dibble, MD
House Officer

Jamal Ahmad Ibdah, M.D.
Attending Physician
Gastroenterology


/emw    D 05/20/1999    T 05/20/1999    Doc# 612344    Job# 97

cc:    Jamal Ahmad Ibdah, M.D.

05-DA620 (11/87)

Wake Forest University
Baptist Medical Center

Winston-Salem, N.C. 27157
(336) 716-2661 (LAB)

ADMITTED: 05/05/1999   ACCT#: 010381979124      LOC: WGIN                    33Y   M    # 1457143 NATION,MARVIN KURT

DR: PINEAU,BENOIT C 26710/ GIN
PHYSICIAN COPY FOR DR: PINEAU,BENOIT C

WHOLE BLOOD/BLOOD GAS ANALYSIS

| | PH | PO2 | PCO2 | HCO3 | BASE EXCESS | O2 SAT | FIO2 | TEMP | COMMENT |
|---|---|---|---|---|---|---|---|---|---|
| TEST: | | mm Hg | mm Hg | mmol/L | mmol/L | % | % | | |
| UNITS: | | | | | | | | | |
| LO-HI: | 7.350- | 85-90 | 35-45 | 22-26 | | 85-98 | | | |
| | 7.450 | | | | | | | | |
| 05/13) + 2044 | 7.610* | 79* | 19.4* | 20* | 1 | 98 | NO ENTRY | NO ENTRY | POC |

----FOOTNOTES----
POC   POINT-OF-CARE TESTING

PRINTED 05/14/1999   1835      PAGE 1 - END OF REPORT      Outpatient New Activity Cum      # 1457143 NATION,MARVIN KURT

# Wake Forest University Baptist Medical Center
# ERCP Report

**Todays Date:** 5/24/1999

**Patient Name:** Marvin Nation
**Paient ID#:** 1457143
**Exam Date:** 05/24/1999
**Attending Physician:** Dr. Ben Pineau
**Referring Physician:** Dr Jamal Ibdah

---

INTRODUCTION:
33 year old male patient presents for an elective inpatient ERCP. The indication for this procedure was recurrent pancreatitis related to h/o ETOH use with a known pseudocyst on CT scan.

CONSENT:
The benefits, risks, and alternatives to the procedure were discussed and informed consent was obtained from the patient.

PREPARATION:
The patient has been NPO since midnight an intravenous line was inserted. The patient's cardiac status, blood pressure, pulse and pulse oximetry was monitored

MEDICATIONS: General Anesthesia

PROCEDURE:
The endoscope was passed with ease under direct visualization to the 2nd portion of the duodenum. The study was performed with a TJF-100 Olympus video duodenoscope.

EXAMINATION:
STOMACH: There was evidence of Billroth I anastomosis. There was food residue and retained secretions and bile present in the stomach.
DUODENUM: The duodenum appeared normal
MAJOR PAPILLA: The major papilla appeared normal
ERP: There was a 5 mm high grade stricture in the distal main pancreatic duct The main pancreatic duct in the head of the pancreas was dilated to 12 mm It was irregular in contour with ectatic side branches There was a 1 5 cm x 2 cm cyst in the head of the pancreas communicating with the main pancreatic duct
ERC: There was a smooth stenosis of the distal CBD in the intra-pancreatic portion measuring 10 mm. The remaining common bile duct, common hepatic duct, right and left hepatic ducts, intrahepatic ducts, cystic duct and gallbladder were normal

THERAPY:
Without a prior sphincterotomy, an attempt to place 7 Fr 8 cm long single pigtail stent in the body of the pancreas was made. The procedure was successful At completion of placement the stent position was ideal. The proximal end lay within the body of the pancreas. There was prompt drainage of clear pancreatic juice. A precut papillotomy was performed with a 5 Fr single-lumen needle-knife papillotome over the pancreatic stent There were no immediate complications.

IMPRESSION:
1 Chronic pancreatitis (Cambridge class IV)
2 Pancreatic pseudocyst communicating with main pancreatic duct
3 Distal CBD stenosis due to #1.

RECOMMENDATION:
Repeat ERCP with stent change in 8 weeks. If endoscopic therapy fails would recommend lateral pancreatojejunostomy

# Wake Forest University Baptist Medical Center
## ERCP Report

**Todays Date:**  5/24/1999

**Patient Name:**  Marvin Nation
**Paient ID#:**    1457143
**Exam Date:**    05/24/1999
**Attending Physician:**   Dr. Ben Pineau
**Referring Physician:**   Dr. Jamal Ibdah

---

The procedure was performed by Rajesh Gupta, MD in the presence of Ben Pineau, MD who was present for the entire viewing portion of the procedure.

Dr. Ben Pineau

5/24/1999

RADIOLOGY REPORT                ***FINAL REPORT****
                                PHYSICIAN COPY FOR  PINEAU, BENOIT C

THE MEDICAL CENTER                       DEPARTMENT OF RADIOLOGY


PATIENT NAME: NATION, MARVIN KURT       UNIT #: 1457143
REQUISITION : 3657232                   LOCATION: WGIN
DATE DONE   : 05/06/99                   DATE READ: 05/06/99
REFERRING DR: PINEAU, BENOIT C      ORDERING DR: PINEAU, BENOIT C
RADIOLOGIST : BECHTOLD, ROBERT      RESIDENT DR: ANTHONY, EVELYN Y.

ADM DX: NPV                         0220 IDX VISIT # 02627178
INDICATIONS: AND PELVIC WITH CONTRAST IV, ?CHRONIC PANCREATIS
INDICATIONS:
CT OF THE ABDOMEN AND PELVIS, 5/6/99:
HISTORY:
     33 YEAR-OLD MALE WITH PANCREATITIS.
TECHNIQUE:
     7 MM THICK SECTIONS WERE TAKEN USING SPIRAL TECHNIQUE THROUGH
THE ABDOMEN BOTH BEFORE AND AFTER POWER INJECTION OF NON-IONIC IV
CONTRAST MATERIAL.
FINDINGS:
LOWER CHEST:
     THE PATIENT HAS A LEFT LOWER LOBE SCAR.
ABDOMEN:
     THE PANCREAS HAS DEVELOPED MULTIPLE SIGNS SUGGESTING
PANCREATITIS. THE PANCREAS IS ENLARGED, AND THE PERIPANCREATIC SOFT
TISSUE PLANES ARE POORLY DEFINED.  THE PATIENT HAS DEVELOPED A LOW
DENSITY LESION IN THE CENTER OF THE HEAD OF THE PANCREAS, MEASURING
ABOUT 2 X 1.7 CM ON SERIES 3 IMAGE 76.  THIS HAS WELL DEFINED
MARGINS. THIS COULD REPRESENT A PSEUDOCYST IN THE HEAD OF THE
PANCREAS ALTHOUGH TECHNICALLY SPEAKING, THE DIFFERENTIAL DIAGNOSIS
INCLUDES CYSTIC NEOPLASM OF THE PANCREAS.  THERE IS ANOTHER,
OBLONG, INFRAPANCREATIC AND PREDUODENAL FLUID COLLECTION, APPEARING
SIMILAR, AND MEASURING 5.7 X 1.2 CM ON SERIES 3 IMAGE 29. THIS IS
THOUGHT TO REPRESENT ANOTHER PSEUDOCYST.  THE PANCREATIC DUCT IS
DISTENDED, MEASURING AT LEAST 4 MM IN DIAMETER, AND THE PATIENT HAS
TYPICAL FINDINGS OF INFLAMMATORY REACTION IN THE FAT OF THE
ANTERIOR PARARENAL SPACE, AS WELL AS THICKENING OF THE ANTERIOR
RENAL FASCIA, BILATERALLY, BUT ESPECIALLY ON THE RIGHT.
     THERE IS A HEPATODUODENAL LIGAMENT LYMPH NODE MEASURING 1.3 X
0.8 CM ON IMAGE 20 OF SERIES 3, COMPATIBLE WITH AN INFLAMMATORY
LYMPH NODE.
     THE PATIENT'S GALLBLADDER IS DISTENDED, AND THERE IS A MINIMAL
DEGREE OF INTRAHEPATIC BILIARY DILATATION, ALL MOST LIKELY DUE TO
THE MASS EFFECT ON THE DISTAL COMMON BILE DUCT BY THE PANCREATITIS.
     THE PATIENT HAS UNDERGONE PREVIOUS SURGERY AT THE
GASTROESOPHAGEAL JUNCTION.
     THE PATIENT HAS AN ACCESSORY SPLEEN.
     NO FOCAL LIVER LESION.  THE KIDNEYS ARE WITHIN NORMAL LIMITS.
THE ADRENAL GLANDS ARE NORMAL.  THERE IS NO ASCITES.
PELVIS:
     NO SIGNIFICANT ABNORMALITY.  PELVIC RETROPERITONEUM IS NORMAL.
NO ASCITES. NO PELVIC MASSES.
CONCLUSION:
     1.  PANCREATITIS, WITH AT LEAST TWO CYSTIC LESIONS, MOST
LIKELY REPRESENTING PSEUDOCYSTS, AND SECONDARY PANCREATIC AND
BILIARY DUCT DILATATION.  SURROUNDING INFLAMMATORY INTERSTITIAL
REACTION AND HEPATODUODENAL LIGAMENT INFLAMMATORY LYMPH NODE.

RADIOLOGY REPORT              ***FINAL REPORT****
                             PHYSICIAN COPY FOR  PINEAU, BENOIT C

THE MEDICAL CENTER                    DEPARTMENT OF RADIOLOGY


PATIENT NAME: NATION, MARVIN KURT        UNIT #: 1457143
REQUISITION : 3657232                   LOCATION: WGIN
DATE DONE   : 05/06/99                 DATE READ: 05/06/99
REFERRING DR: PINEAU, BENOIT C        ORDERING DR: PINEAU, BENOIT C
RADIOLOGIST : BECHTOLD, ROBERT        RESIDENT DR: ANTHONY, EVELYN Y.

SECONDARY DISTENDED GALLBLADDER AND INTRAHEPATIC DUCT DILATATION.
    2.  STATUS POST SURGERY AT THE GASTROESOPHAGEAL JUNCTION.

I HAVE PERSONALLY REVIEWED AND INTERPRETED THIS IMAGE/IMAGES.


RESIDENT DR: ANTHONY, EVELYN Y.
INTERPRETING DR: BECHTOLD, ROBERT
SIGNED BY DR: BECHTOLD, ROBERT          DATE AND TIME: 05/06/99  16:15



Reviewer's initials        Date
                      5 | 7
                   Date Received

BOWMAN GRAY GEN SURGERY    ☎ 336 716 9758    05/05/99  15:00 ☐ :02/03 NO:747



**Wake Forest University Baptist**

Department of General Surgery

Telephone: (336) 716-4241
Fax: (336) 716-9758

Office Visit
General Surgery
NATION, MARVIN KURT
NCBH# 1457143
Visit Date: 04/21/1999

ICD 9: 577.1             CPT: 99203

Mr. Nations is a 33-year-old male referred from Drs. Caldwell and Chambers for further evaluation and management of probable chronic pancreatitis. He has had a history of multiple hospitalizations for intense epigastric pain radiating through to his back associated with the inability to eat and nausea. He has had a history of chronic alcohol abuse but has refrained from alcohol for the past 3-4 months. He now has pain between episodes and is currently on Tylox and/or Percocet. Vicodin he has recently received has not managed his pain. On his admission to Catawba Memorial Hospital in February he had a CT scan of his abdomen which revealed a 3 cm cystic mass in the head of the pancreas thought likely to be pseudocyst. He had an enlargement in the uncinate process of the pancreas with dilatation of the pancreatic duct. There was no biliary ductal dilatation. He had some resolution of his problem at that time and was discharged home. However, upon re-admission in March he had a repeat CT scan which revealed a stable 3 cm cystic mass and dilatation of the pancreatic duct without significant change. There was an increasing induration in the right perirenal space but no other significant changes. He has been taking Zantac as well as Creon in addition to his pain medication. Of note, he had an apparent subtotal gastrectomy in 1993 or 1994 in San Diego for peptic ulcer disease. He has not been jaundice although apparently past admissions have shown some mild elevation and liver function studies. At present time laboratory values from 4/12/99 revealed a normal white blood cell count and hematocrit. He underwent an endoscopy which showed severe gastritis and a subtotal gastrectomy. He apparently has had an ultrasound of the gallbladder and Helicobacter pylori testing although these results are not available to me today nor his CT scans. It does not appear that he had an ERCP in the past.

By physical examination he is somewhat thin but not cachectic. He has a soft, nondistended abdomen. There is mild epigastric tenderness but no clear mass effect. His social history reveals him to be married and working as a truck loader. His past medical history reveals a hernia repair in the past as well. He smokes one pack per day and takes no other medicines than what is noted above. He in the past has used crack cocaine. His family history reveals his mother and father are both alive and well as well as four siblings without known disease. His review of systems reveals a normal cardiovascular review of system without shortness of breath or chest pain. His pulmonary review of systems reveals no shortness of breath and no associated complications to smoking. He does not have any renal difficulties. Psychiatric history reveals a crack addition and depression as well as generalized anxiety. I have had a discussion with him today about the nature of chronic pancreatitis and the various options including the main stay of medical management as well as nerve block aid and surgical therapy both resection and drainage. Given that he is not currently diabetic I do not believe resection therapy is likely to be appropriate and I cannot clearly distinguish today whether or not drainage therapy would be appropriate

*Wake Forest University School of Medicine at the Bowman Gray Campus*
*The North Carolina Baptist Hospitals, Incorporated*

Medical Center Boulevard • Winston-Salem, North Carolina 27157-1095

Nation, Marvin Kurt

2 of 2

As well I cannot comment further on his pseudocyst until I have obtained the films. I believe an ERCP will be useful in this man and I will make arrangements for him to see Dr. Ben Pineau here for

**Wake Forest University**
**Baptist Medical Center**

**Winston-Salem, N.C. 27157**
**(336) 716-2661 (LAB)**

09-004608 (11/97)

ADMITTED: 05/05/1999    ACCT#: 0103819779124

LOC: WGIN          33Y   M    # 1457143 NATION,MARVIN KURT
DR: PINEAU,BENOIT C 26710/ GIN
PHYSICIAN COPY FOR DR: PINEAU, BENOIT C

=========================== CBC AND DIFFERENTIAL ===========================

| TEST: | PLT | HB | HCT | RBC | MCV | RDW | WBC | SEG | BAND | LYMPH | MONO | EOS | BASO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS: | THOU | G/DL | % | MIL | FL | INDEX | THOU | THOU | THOU | THOU | THOU | THOU | THOU |
| LO-HI: | 160- | 14.0- | 42.0- | 4.7- | 80.0- | 11.5- | 4.8- | 1.6- | 0.0- | 1.0- | 0.16- | 0.0- | 0.0- |
| | 360 | 18.0 | 52.0 | 6.1 | 94.0 | 14.5 | 10.8 | 7.3 | 0.2 | 5.1 | 0.9 | 0.5 | 0.3 |
| 05/05 +1141 | 219 | 14.4 | 40.7* | 4.86 | 83.7 | 13.5 | 10.3 | | | | | | |

============================= COAGULATION =============================

| TEST: | PT | PT | PT | FIBRINOGEN |
|---|---|---|---|---|
| | SEC | INR | | MG/DL |
| LO-HI: | 10.8- | | | 180-363 |
| | 13.9 | | | |
| 05/05 +1141 | 12.4 | 1.00 | | 260 |

============================= URINALYSIS =============================

| TEST: | COLOR | CLARITY | S.G. | PH | ALB | GLUC | KETO | BILI | UBG | BLOOD | NITR | LEUK | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS: | | | | | MG/DL | G/DL | MG/DL | | EU/DL | | | | |
| LO-HI: | | | 1.005- | 5.5- | NEG | NEG | NEG | NEG | 0.1-1.0 | NEG | NEG | NEG | |
| | | | 1.025 | 6.5 | | | | | | | | | |
| 05/05 +R1349 | YELLOW | CLEAR | 1.023 | 7.0* | NEG | 0.25* | NEG | NEG | NEG | NORMAL | NEG | NEG | MICROSCOPIC NOT NECESSARY |

============================= SERUM CHEMISTRY ===  MISC CHEMISTRY =============================

| TEST: | NA | K | CL | CO2 | GLUC | (B)UN | CREAT | URIC | CA | PHOS | CHOL | PROT | ALB | TBILI | DBILI | ALK-P | GOT | LDH | IRON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS: | MEQ/L | MEQ/L | MEQ/L | MEQ/L | MG/DL | MG/DL | MG/DL | MG/DL | MG/DL | MG/DL | MG/DL | G/DL | G/DL | MG/DL | MG/DL | U/L | U/L | U/L | MCG/DL |
| LO-HI: | 135- | 3.5- | 95.0- | 22.0- | 70.0- | 8.0- | 0.5- | 2.5- | 8.5- | 2.5- | 120- | 6.0- | 3.2- | 0.0- | 0.0- | 30- | 0- | 90- | 40.0- |
| | 145 | 5.0 | 106 | 30 | 110 | 24.0 | 1.5 | 8.0 | 10.5 | 4.5 | 260 | 8.0 | 5.0 | 1.2 | 0.4 | 110 | 35.0 | 250 | 160 |
| 05/05 +1141 | 137 | 3.7 | 94* | 29 | 108 | | 5* | 0.8 | 9.5 | | | 7.5 | 4.4 | 0.5 | | 104 | 22 | | |

========================================== LIPID LAB ==========================================

| TEST: | | | |
|---|---|---|---|
| UNITS: | AMYLASE | LIPASE | |
| | U/L | U/L | |
| LO-HI: | 0- | 4- | |
| | | | |
| ./05 +1141 | 333* | 31* | |

LIPID PROFILE
CHOLESTEROL                    119    DESIRABLE (<200)    MG/DL

TRIGLYCERIDE                   137    (<300)              MG/DL

<<RESULTS CONTINUED ON NEXT PAGE>>

Reviewer's Initials
Date Received

CORRECTIONAL MEDICAL SERVICES
INFIRMARY ADMISSION RECORD

| NAME: Nation, Marv | ID#: 141669 | RACE: White | DOB: |
|---|---|---|---|

ADMISSION TO BE COMPLETED BY PERSON RECEIVING PATIENT IN INFIRMARY

8/2/98

Date: 16:05   Time: 16:05   From: _____

Method: Ambulatory ___  Wheelchair ___  Stretcher ___  Admitting M D _____

Admitting Diagnosis: _____  Admitting M D notified: _____ A M  16 05 P M

Admitting Orders: ☐ Yes ☐ No    Medical Record ☐ Yes ☐ No    Transfer Medical Information: ☐ Yes ☐ No

VITAL SIGNS: Time 16:00  Wt ___  BP 132/84  Pulse 84  Resp 20  Temp 97.5

PPD: Date: 8/24/98   Results: 8/26/98 Dmm

Known Allergies: ☑ None   If Yes, list and describe reaction:
Food _____
Drug NKDA

MEDICATIONS Patient is currently taking (include over-the-counter medications)

| NAME | DOSE/TIME/LAST DOSE | NAME | DOSE/TIME/LAST DOSE |
|---|---|---|---|
| NO MEDS | | | |
| | | | |

EMOTIONAL STATUS: ☐ Relaxed   ☐ Cooperative   ☐ Withdrawn   ☐ Openly anxious   ☐ Uncooperative

IMPAIRMENTS:
Hearing: ☑ Adequate   Decreased Rt ☐ Lt ☐   Deaf Rt ☐ Lt ☐   Hearing Aid Rt ☐ Lt ☐
Visient: ☑ Adequate   Decreased Rt ☐ Lt ☐   Glasses ☐   Contacts ☐   Cataracts ☐   Artificial Eye ☐   Glaucoma ☐
Communication: Language   English ☑   Other _____   Interpretor _____
Social History: _____
Drug or Alcohol use: 6 to 8wk 6pk
Educational Level: High School grad
Smoking: 1 pack per day

SKIN ASSESSMENT:
Presence of skin lesions ☑ No ☐ Yes   If Yes, describe on Skin Assessment form
Skin color: Pink   Skin temperature: ☑ Warm ☐ Dry ☐ Cool ☐ Moist
Edema ☐ Describe:
Fingernails: Color pink   Condition intact / good
Toenails: Color pink   Condition intact / good

NUTRITION ASSESSMENT:
Last intake: Food 8/2/98 AM (Date/Time)   Fluid 8/2/98 PM (Date/Time)
Recent weight changes (reason) _____   ☐ Increase ☐ Decrease
☐ Difficulty in swallowing
☐ Special Diet
Feeding Tube ☐ Yes ☐ No   Type _____

ELIMINATION ASSESSMENT 8/1/98
Last Bowel Movement _____   Constipation ☑ No ☐ Yes   Diarrhea ☑ No ☐ Yes
Urine: Frequency _____   Urgency ☑ No ☐ Yes   Discharge ☑ No ☐ Yes   Burning ☑ No ☐ Yes

POTENTIAL FOR INJURY:
Steady on feet: ☑ Yes ☐ No   Unsteady on feet ☐ Yes ☐ No   Aids to mobility: ☑ NA ☐ Cane ☐ Walker ☐ Crutches
Wheelchair   Prosthesis
Recent falls: ☑ No ☐ Yes

Signature _____   Date _____

CMS 7187

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: _Mahon, Mawen_    I.D. #: _141669_    Institution: _Kilby_

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/6/98 | | S) 32 yo WO♂ c̄ Hx of pancreatitis in the past, presented c̄ severe abd. pain, was NPO & TPN started c̄ pain meds, now the pain is much improved, took some H₂O by mouth yesterday s̄ any problem O) lungs-clear  Heart RRR s̄ ⊕ Abd - soft, ∅ mass, slight tender at epigastric area, BS present, ∅ rebound, ∅ guarding A/P) Poss. chronic pancreatitis - resolving, will start soft diet today, cont c̄ TPN & Tagamet for now   Thanh ___ Add Pancrease | |
| 9/7/98 | | S) Pt is doing OK, eating well, ∅ N/V, occasional slight abd pain, ∅ constipation ∅ diarrhea O) lungs-clear  Heart RRR s̄ ⊕ Abd - soft, ∅ tender, ∅ mass, BS present ∅ rebound, ∅ guarding A/P) Chronic Pancreatitis - stable now, cont as is c̄ Pancrease before meals Release to pop   Thanh ___ | |

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Natton Marcus    I.D. #: 141669    Institution: KCF

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9-5-08 | | S) "I'm Kvating, Can I have my shot?" | |
| | | D) PT in Bed awake, Alert Ox 3 | |
| | | Bed in lowest position | |
| | | A) IV D5 NS infusing ® Arm | |
| | | No Acute distress | |
| | | P) Cont to Monitor Demerol 25mg Im | |
| | | Given Site #2 for Moth    G Olsen | |

CORRECTIONAL MEDICAL SERVICES

## INTERDISCIPLINARY PROGRESS NOTES

Patient Name NATION, MARVIN    ID # 141669    Institution KCF

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 09/05/98 | 2120 | S - "CAN I HAVE SOMETHING FOR PAIN". | |
| | | O - INMATE STANDING AT ē IV D5½NS INFUSING @ KO cc/hr | |
| | | IV. SITE LOOKS GOOD. NO REDNESS OR SWELLING AT SITE. | |
| | | TAGAMENT 300 mg IV GIVEN AS ORDERED, Resp. ē ease Ʒt, | |
| | | UNLABORED. SKIN WARM + DRY TO TOUCH. | |
| | | A. ALTERATION IN COMFORT. | |
| | | P - Demerol 25 mg IM given in lt. hip, TOLERATED | |
| | | WELL. Will CONTINUE TO MONITOR. | R. Burkette, LPN |
| 9/05/98 | 2130 | S - CAN I HAVE MY IV DISCONTINUED. | |
| | | O - STANDING AT GATE. | |
| | | A - NO ACUTE DISTRESS NOTED. | |
| | | P. Notified DR. AN that inmate WANT IV D/C. | |
| | | Dr. AN gave ORDERS IT's OK TO D/C IV + Tagament | R. Burkette, LPN |
| 9/10/98 | 0330 | S - "I need something for pain" | |
| | | O - Up on ward at gate | |
| | | A - Alteration in level of comfort. | |
| | | P - Will continue to monitor, Demerol | |
| | | 25mg IM as ordered for pain. | |
| | | | J. Williams RN |
| 9-6-98 | 0900 | S - "I'm hurting Can I get a shot" | |
| | | O - laying in Bed alert O×3 | |
| | | A - Same as Above | |
| | | P - Cont. Plan of Care | Chn G |
| 9-6-98 | 1700 | S - "I'M hurting CAN I HAVE SOMETHING FOR PAIN". | |
| | | O - Up on ward @ gate. | |
| | | A - Alteration in comfort. | |
| | | P - Demerol 25 mg given IM Will continue to monitor. | R. Burkette, LPN |

FORM #7113 8/94

CORRECTIONAL MEDICAL SERVICES

### INTERDISCIPLINARY PROGRESS NOTES

Patient Name: Nation, Marion    I.D. # 141669    Institution: KCF

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9-3-98 | 2400 | Resting on bed c̄ eyes closed, IV infusing s̄ difficulty; resp easy & reg.; skin _____. Will continue to monitor & document changes | S Rox rn |
| | 0445 | S- "I want my pain med." | S Ress rn |
| | | O- Up making bed & going to BR. | S Ress rn |
| | | A- Had juice at bedside & told inmate he is NPO. Inmate stated if he could not have juice to drink, he wanted ~~something for pain~~ | S Ross rn |
| | | P- Will continue to monitor & document changes. | S Ross rn |
| 9/3/98 | 0915 | S- "Can I please have something for this pain." | |
| | | O- inmate is alert oriented x3. Speech clear & coherent. PERLA. inmate lying in bed c̄ HOB ↑. Respirations even & unlabored. lungs clear c̄ BBS. Abdomen flat _____ no c̄ upper ____ mid epigastic ____ c̄ ⊕ upper abdominal pain. IV infusing D5 ½ NS @ 150cc/hr. ___ D5 NS @ 150cc/hr infusing into the ⊕ arm. Site clear c̄ no redness of swelling noted at this time. inmate MAEW c̄ restless ____ turning from side to side in bed. | |
| | | A- ⊕ acute pain / Altered ____ comfort | |
| | | P- Give Demerol 50 mg IM | |
| | 094_ | E- inmate resting quietly c̄ eyes. Resp even & unlabored. | ____ Akins RN R |

CORRECTIONAL MEDICAL SERVICES

INTERDISCIPLINARY PROGRESS NOTES

Patient
Name NATION, MARVIN          I.D. # 141669          Institution KCF

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 09/05/98 | 2120 | S- "CAN I HAVE SOMETHING FOR PAIN". | |
| | | O- INMATE STANDING AT č IV D5 1/2 NS INFUSING @ KO cc/hr | |
| | | IV. SITE LOOKS GOOD. NO REDNESS OR SWELLING AT SITE. | |
| | | TAGAMENT 300 mg IV GIVEN AS ORDERED, Resp. č ease & I, | |
| | | UNLABORED. SKIN WARM + DRY TO TOUCH. | |
| | | A. ALTERATION IN COMFORT. | |
| | | P- Demerol 25 mg IM given in lt. hip, Tolerated | |
| | | WELL. WILL CONTINUE TO MONITOR. | R. Burke LPN |
| 9/05/98 | 2130 | S- CAN I HAVE MY IV DISCONTINUED. | |
| | | O- STANDING AT GATE. | |
| | | A- NO ACUTE DISTRESS NOTED. | |
| | | P- Notified DR. AN that INMATE WANT IV D/C. | |
| | | DR. AN gave ORDERS IT'S OK TO D/C IV + Tagament | R. Burke LPN |
| 09/10/98 | 0330 | S- "I need something for pain" | |
| | | O- Up on ward at gate. | |
| | | A- Alteration in level of comfort. | |
| | | P- Will continue to monitor, Demerol | |
| | | 25mg IM as ordered for pain. | |
| | | | J. Williams RN |
| 9-6-98 | 0900 | S- "I'm hurting Can I get a shot" | |
| | | O- laying on Bed alert O×3 | |
| | | A- Same as Above | |
| | | P- Cont Plan of Care | Chu Gu |
| 9-6-98 | 1700 | S- "I'm hurting CAN I HAVE SOMETHING FOR PAIN". | |
| | | O- Up on ward @ gate. | |
| | | A- Alteration in comfort. | |
| | | P- Demerol 25 mg given IM, Will continue to monitor | D. Burke |

EXHIBIT

B

Blumberg No. 5116

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARVIN NATION, (AIS # 141669)       *

     Plaintiff,                    *

V.                              *     2:06-cv-693-ID

WILLIE AMBERS, ET AL.         *

     Defendants.                *

## AFFIDAVIT OF MICHAEL E. ROBBINS, M.D.

BEFORE ME, ___Betty S. Carr___, a notary public in and for said County and State, personally appeared **MICHAEL E. ROBBINS, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Michael E. Robbins. I am a medical doctor and am over twenty-one years of age. I have been a licensed physician in Alabama since 1986 and have been board certified in internal medicine since 1986. Since June of 2002, I have served as the Medical Director for Kilby Correctional Facility in Mt. Meigs, Alabama. Since November 3, 2003, my employment has been with Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates. I am personally familiar with all of the facts set forth in this Affidavit.

The Plaintiff, Marvin Nation (AIS #141669), was incarcerated as an inmate at Kilby Correctional Facility from September 26, 2004 through October 5, 2004. I am familiar with Mr. Nation and was involved with the medical services provided to him at Kilby. In addition, I have

reviewed Mr. Nation's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

Mr. Nation was involved in an automobile accident on September 21, 2004 while working with a road crew while incarcerated at Elmore County Correctional Facility. Mr. Nation was transferred to Kilby Correctional Facility on September 26, 2004 following his discharge from Baptist Medical Center East where he had undergone an Open Reduction Internal Fixation (O.R.I.F.) procedure by Richard A. Kean, M.D. to set a left zygomatic maxillary complex (ZMC) fracture as well as left maxillary alveolar segment fracture (which was performed on September 24, 2004). Mr. Nation was housed at Kilby until October 5, 2004 when he was transferred.

I first evaluated Mr. Nation on September 26, 2004 after he was returned from surgery. At that time I noted that he was suffering from post-operative pain, but, otherwise was in no acute distress. His jaws were wired together subsequent to surgery. He displayed some facial bruising as well as a healing abrasion on his lower left leg. He was clinically stable. I subsequently admitted Mr. Nation to Kilby's infirmary for post-surgical care.

Pursuant to Dr. Kean's post-operative orders, Mr. Nation was prescribed narcotic pain relievers including Vicoden and Hydrocodone Elixir. He was also prescribed Amoxicillin, an antibiotic. To facilitate eating, Mr. Nation was placed on a soft food diet. He was allowed oral saline rinses as needed.

Mr. Nation received regular nursing evaluation while admitted to Kilby's infirmary from September 26, 2004 through October 5, 2004. I personally evaluated Mr. Nation on September 28th, September 29th, October 1st, and October 5th, 2004. Mr. Nation's condition remained stable and his plan of treatment was maintained. Mr. Nation was transferred to Dr. Kean for follow-up

evaluation on September 29, 2004 and again on the morning of October 6, 2004 when he was transferred from Kilby and out of my care.

It is my understanding that Mr. Nation contends he was not provided appropriate post–operative evaluation and/or treatment at Kilby. Based on my review of Mr. Nation's medical records, and on my personal knowledge of the treatment provided to him, however, it is my opinion that all of his medical conditions and complaints were evaluated and treated in a timely and appropriate fashion. At all times, myself and the other healthcare providers at Kilby exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care was adhered to at all times in providing medical care, evaluation, and treatment to this inmate. In particular, Mr. Nation was provided appropriate medications and treatment for his medical conditions. At no time was he ever denied any medically necessary medication, treatment nor was he caused any injury or damages as a result of any denial of care, deficiency in care, or breach of the standard of care at Kilby.

At no time did I or any of the medical or nursing staff at Kilby Correctional Facility deny Mr. Nation any needed medical treatment, nor did we ever act with deliberate indifference to any serious medical need of Mr. Nation. Mr. Nation was seen and evaluated by the medical or nursing staff, and was referred to an appropriate care provider or given appropriate care, each time he registered any health complaints at Kilby Correctional Facility. At all times that he was at Kilby, Mr. Nation's medical complaints and conditions were addressed as promptly as possible under the circumstances."

Further affiant sayeth not.

_Michael E. Robbins MD_
**MICHAEL E. ROBBINS, M.D.**

3

STATE OF ALABAMA                    )
                                    )
COUNTY OF Montgomery                )

Sworn to and subscribed before me on this the _____13ᵗʰ_____ day of
Oct. _____, 2006.

_____
Notary Public

My Commission Expires:

12-17-09

4



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARVIN NATION, (AIS # 141669)       *

     Plaintiff,                     *

V.                               *     2:06-cv-693-ID

WILLIE AMBERS, ET AL.         *

     Defendants.             *

## AFFIDAVIT OF LINDA LAWRENCE, R.N., H.S.A.

BEFORE ME, _Cynthia M. Butler_, a notary public in and for said County and State, personally appeared **LINDA LAWRENCE, R.N., H.S.A.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Linda Lawrence. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 1997. I hold an Associates Degree in nursing from Troy State University in Montgomery. I have worked as a nurse at Kilby Correctional Facility in Mt. Meigs, Alabama, since March of 2002, and have been the Health Services Administrator (H.S.A.) at Kilby since May of 2002. Since November 3, 2003, I have been employed by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple two-step procedure for identifying and addressing inmate grievances at Kilby Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Informal

Grievance" form. These are standard forms that may be acquired in the healthcare unit or from an inmate's supervising officer in his dormitory. The informal grievance allows an inmate to communicate any healthcare related concern by placing the form in the medical services complaint box or mailbox to be forwarded to the healthcare unit. I subsequently review the concern and respond via in house mail.

If the inmate is unsatisfied with my response, he may request an "Inmate Grievance Appeal" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the informal grievance form. After the inmate has submitted the grievance appeal, I will meet with him face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Marvin Nation has filed suit in this matter alleging that Dr. Robbins has failed to provide him with appropriate medical care subsequent to being involved in an automobile accident on September 21, 2004. However, Mr. Nation has failed to exhaust Kilby's informal grievance procedure relating to the receipt of medical care for this alleged condition. Specifically, as relevant to his Complaint, Mr. Nation has submitted neither an inmate informal grievance nor an inmate grievance appeal. As such, the healthcare unit at Kilby has not been afforded the opportunity to resolve Mr. Nation's medical complaints prior to filing suit."

Further affiant sayeth not.

LINDA LAWRENCE, R.N., H.S.A.

STATE OF ALABAMA        )
                        )
COUNTY OF _____ )

2

Sworn to and subscribed before me on this the _____ 17th _____ day of
October , 2006.

Cynthia M. Butler
Notary Public

My Commission Expires:

12-15-2009