IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARVIN KURT NATION, #141 669          *

    Plaintiff,          *

    v.          *          2:06-CV-693-ID

WILLIE AMBERS, *et al.*,          *

    Defendants.          *

_____

**ORDER**

Upon consideration of Plaintiff's October 4, 2006 response, and for good cause, it is

ORDERED that on or before October 30, 2006 the Alabama Department of Correction furnish Plaintiff with the last known address they have on file for Defendants Ambers.

The Clerk is DIRECTED to furnish a copy of this order to General Counsel for the Alabama Department of Corrections.

Done, this 19th day of October 2006.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE