IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARVIN KURT NATION, #141 669         *

    Plaintiff,                                         *

    v.                                                     *          2:06-CV-693-ID

WILLIE AMBERS, *et al.*,                      *

    Defendants.                                    *

_____

**ORDER**

Upon consideration of the special report filed by Defendant Robbins, and for good cause, it is

ORDERED that on or before October 31, 2006 Defendant Robbins shall submit as an additional exhibit and/or response in support of his affidavit submitted with his special report those specific portions of Plaintiff's medical records (as contained in Exhibits A-1, A-2, A-3, and A-4 of Doc. No. 17) which are pertinent to and which support his specific conduct and or actions as discussed in his affidavit and which are relevant to the claims against him (as to both time and type) as alleged in Plaintiff's complaint.

Done, this 19th day of October 2006.

                                            **/s/ Delores R. Boyd**
                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE