IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARVIN NATION, (AIS # 141669) | * | |
| Plaintiff, | * | |
| V. | * | 2:06-cv-693-ID |
| WILLIE AMBERS, ET AL. | * | |
| Defendants. | * | |

## DEFENDANT'S RESPONSE TO COURT ORDER DATED OCTOBER 19, 2006

COMES NOW the Defendant, Michael E. Robbins, M.D. in response to this Honorable Court's Order dated October 19, 2006 and presents the attached medical records of the Plaintiff.

Respectfully submitted,

S/L. Peyton Chapman, III
Alabama State Bar Number CHA060
S/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendant Michael Robbins, M.D.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 20th day of October, 2006, to:

      Marvin Nation (AIS # 141669)
      Fountain Correctional Facility
      3800 Fountain
      Atmore, AL 36503

                        s/R. Brett Garrett GAR085
                        Attorney for Defendant Michael Robbins,
                        M.D.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9 /21/04 | TIME 2125 ☐ AM ☑ PM | ORIGINATING FACILITY  Ecc  ☐ SIR  ☐ PDL  ☐ ESCAPEE | | ☐ SICK CALL   ☑ EMERGENCY  ☐ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES  NKA | CONDITION ON ADMISSION  ☐ GOOD   ☐ FAIR   ☐ POOR   ☑ SHOCK   ☐ HEMORRHAGE   ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98° | ORAL RECTAL | RESP 30 | PULSE 68 | B/P 90/72 | RECHECK IF SYSTOLIC <100> 50 ____/____ |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S— Body chart per DOC request
re: MVA on Road Squad

PHYSICAL EXAMINATION

O— Ambulated to ✝ welcome. Slight
limp — bandage to ® ✝ extremity
c̄ bright red blood noted — reinforced
c̄ clean 4x4's and secured c̄ Kling
⊘ IV and Mandible & Maxillary
edematous c̄ bruising noted ☒
alert and conversing c̄ nurse & officer
2 acute distress noted

A— Alteration in comfort

P— MD to review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 9 /21/04 | TIME 2135 ☐ AM ☑ PM | RELEASE / TRANSFERRED TO  ☐ DOC  ☐ AMBULANCE  ☐ | CONDITION ON DISCHARGE  ☑ SATISFACTORY   ☐ POOR  ☐ FAIR   ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  S Mullican LPN | DATE 9-21-04 | PHYSICIAN'S SIGNATURE  X Russ Tn Rap | DATE 9-22-04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Nation Marvin | DOC# 141669 | DOB 3-19-46 | R/S W/M | FAC. |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Nation Marvin
141669

D.O.B. 3/19/66
ALLERGIES:

Use Last     Date 10/7/04

DIAGNOSIS (If Chg'd)   See below
No lifting greater than 10 lbs x 4 wks    noted 10/7/04 3:15
Peanut Butter Sandwich @ hs x 30 ks
Dc previous pain med orders   noted 10/7/04 3:14
Light duty x 4 weeks — Noted 10/7/04 3:15

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
141669
Elmo

D.O.B. 3/19/66
ALLERGIES: NKA

Use Fourth     Date 10/7/04

DIAGNOSIS (If Chg'd)   See above
Motrin 600 mg c Prograsic ii po TID x 14 days  prn
Amoxicillin 500mg cont for 4 more days (has card)
Soft diet till further notice
BBP x 4 wks   Noted 10/7/04 3:15 pm
No prolonged standing x 30 mins x 4 wks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
10/4/04 0746

D.O.B.   /   /
ALLERGIES:

Use Third     Date   /   /

DIAGNOSIS (If Chg'd)
1) Soft diet.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
#141669

D.O.B. 3/19/66
ALLERGIES: NKA

Use Second     Date 9/26/4

DIAGNOSIS (If Chg'd)
1) Hydrocodone chior 10 mg po q 4° prn x 30d
2) Surgery thru c Dr. Keene ok.
3) May offer back to prior facility (infirmary)
4) Keep hand closed until he goes

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Nation, Marvin
#141669

D.O.B. 3/19/66
ALLERGIES: NKA.

First     Date 9/26/4

DIAGNOSIS
Saline Rinses Prn
Ensure TID c meals
Vicodin 5/500 c ii po q 4° prn pain x 3d
Amoxicillin 500 c i po TID x 1 wk.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Notion, Marvin | D.O.B.: / / |
|---|---|---|

**9/27/04**
**0719**

38 yo w/m S/P ORIF (L) cheek + upper jaw Fxr, uncomplicated.
PMHx (-).

VSS. afebrile. c/o post op pain, otherwise ok. alert/oriented.
jaws wired, bruising (L) cheek, minimal swelling.
Lungs clear.
Heart RRR s̄ (m).
Abdomen soft s̄ organomegaly/mass.
Mild bruising + healing abrasion (L) medial lower leg.

A/P 1) S/P ORIF (L) facial Fxr.
Clinically stable.
Surgery F/u soon.
ok to return to prior facility.

*Roth*

---

**9/28/04**
**0650**

VSS. afebrile. No new c/o. No changes.

*Roth*

---

**9/29/04**
**0645**

VSS. afebrile. No new c/o. No changes.

*Roth*

---

**10/1/04**
**0711**

VSS. afebrile. No new c/o. No changes.

*Roth*

---

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Nation, Marvin | D.O.B.: / / |
|-----------|-------------------------------|-------------|
| 10/5/04<br>0715 | √ SS. afebrile. No new c/o. No changes. | |
| 10/7/04 | | |

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby #840 | Gatlion, Marvin | 9.29.04 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334-215-6706 | | 3.19.66 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 334-215-9126 | 141669 | 4.12.02 |

| Will there be a charge? ☑ Yes ☐ No | Sex ☑ Male ☐ Female | SS Number __ __ __ - __ __ - __ __ __ __ | Potential Release Date: (mm/dd/yy) 10.27.09 |
|---|---|---|---|

| Responsible party: ☐ PHS  ☐ Auto Ins. | ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid): |
|---|---|

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

Dr Kean

**Facility Medical Director Signature and Date:**

Michael Robb  MD.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☑ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy) __ / __ / __

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other:___

**Specialist referred to:** Oral Surgeon

**Type of Consultation, Treatment, Procedure or Surgery:**

Post-op F/u X 1 week.

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

S/P (L) ORIF

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: __ / __ / __

**Regional Medical Director Signature, printed name and date required:**

__ / __ / __  (mm/dd/yy)

*Do not write below this line.  For Case Manager and Corporate Data Entry ONLY.*

| Cert Type: | Med Class: | UR Auth #: 1425749 |
|---|---|---|

UM Referral review form 2-05-2004

# UTILIZATION MANAGEMENT REFERRAL/REVIEW FORM

**Form must be Complete and Legible. You must Type or Print**

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Kilby #840 | Nation, Marvin | 9.29.04 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| 334-215-6706 | 141669 | 3.19.66 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-215-9126 | | _/_/_ |
| **Will there be a charge?** ☐Yes ☐No **Sex** ☑Male ☐Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** _/_/_ |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

**Facility Medical Director Signature and Date:**

*Dale Robb*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☑ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☑ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 10/06/04

*(This starts the approval window for the "open authorization period")*

**Multiple Visits/Treatments:** ☐ Radiation Therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:

**Specialist referred to:** Dr. Kean

**Type of Consultation, Treatment, Procedure or Surgery:**
f/u/c S/P ORIF

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
S/P ORIF

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**
Pain Med
Soft Feet

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
☐ Offsite Service Recommended and Authorized

**Date resubmitted:** _/_/_

**Regional Medical Director Signature, printed name and date required:**
_____ / _____ (mm/dd/yy)

---
Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

FROM :                      FAX NO. :              Oct. 07 2004 06:04PM P14

10/07/2004 17:05 FAX 3343958156      REGIONAL OFFICE              ☑028
                                     ADMIN                        ☑001

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

PHS 2

### DEMOGRAPHICS

| | | |
|---|---|---|
| Kilby 1342 | Nation, Marsha | 10,06,04 |
| 334-215-6706 | 1 | 3,19,66 |
| 334-215-9126 | 141669 | 04,18,02 |
| | | 12,27,05 |

### CLINICAL DATA

Dr. Kean

History of illness/injury:

S/P (L) orif

Specialist referred to: oral surgeon

Type of Consultation, Treatment, Procedure or Surgery:

F/U X 2 wk - arch bar removal

### UM DETERMINATION:

Regional Medical Director Signature:

Will Mosier, MD

Cert Type: OA10V    99211    14278445



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/26/4 12³⁰ | A 38 yr old white male admitted to west ward, S/P m VA, jaws wired, full liquid & pureed diet ordered, has 2 small healing puncture wounds on Lt. leg. Left eyebrow area slightly swollen c̄ stitches, surrounding tissue slightly redder, around lower eye area black c̄ redder tinged to Lt corner of eyes. C/o Rt. hip pain, no bruising or swelling noted. Alert & mental, ambulatory to ward. md notified _____ R.N. |
| 1²⁵ | Pain medication ordered Vicodin 5/500mg q 4° prn R.N. |
| 9-26-04 2020 | S- no c/o voiced. O- A+O x3. R eye red-surrounding tissue bruised, R inner leg small wound - slightly dark. R inner heal dark discoloration. Mouth wired. No acute distress noted @ this time. _____ A- Pat able in comfort RT Dx. _____ P- Cont POC _____ A. Jackson, R.N. |
| 9-27-04 12AM | S- no c/o voiced. O- Resting in bed. No chgs noted from (previous) assessment. _____ A- Pat able in comfort RT Dx _____ P- Cont POC _____ A. Jackson R.N. |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Natimsy, Marvin | 141669 | 3/19/66 | W/M | KCF |

PHS-MD-70049

...plete Both Sides Before Using Another S...



**PRISON HEALTH SERVICES INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/27/04 @ 0900 | S: Voices no complaints. |
| | O: AAO×3. ↑ ambulatory in ward ad lib. Resps are even & regular. Skin warm + dry. Color WNL. Bruising to Ⓡ eye noted. Sutures to Ⓛ brow are intact c̄ ∅ drainage noted. Wires to jaw intact. Dental wax given to pt for c/o wires irritating mouth. |
| | A: Altered health status R/T dx. |
| | P: Continue physician orders. Continue to monitor — D. Rfu |
| 9/27/04 1700 | S- No complaints voiced. |
| | O- A+O×3. Ambulatory on ward ad lib. Wires to mouth intact. Ⓡ eye remains bruised. No distress noiced @ present. |
| | A- Altered health status R/T dx. |
| | P- Cont physician orders. — C Willis RN |
| 9/28/04 0000 | S- "I am ok" |
| | O- Alert + oriented × 3. Respirations even & unlabored. Sutures noted to Ⓛ outer eye brow. Wires to jaw in tact. Bruise noted to Ⓛ ↓ leg. MAEW. No complaints voiced @ present |
| | A- Altered health status R/T dx |
| | P- Continue to provide prn meds as need & follow MD orders — R Baxy |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/28/04 0900 | S - I'm okay just still sore |
| | O - up ambulating on the ward NAD noted jaws wired together Ⓛ eye c purplish bruising noted around entire eye, resp. c ease |
| | A - alt. nutritional status |
| | P - will con't to monitor DOC, PRN |
| | S. Vaughn, LPN |
| 9/28/04 1700 | S - "Can I get some pain med |
| | O - ↑ ambulating on ward. No distress noted Ⓛ eye bruised mouth wired. Cooperative behavior. Skin warm to touch, Resp c ease. |
| | A Alt Health Status R/T Dx |
| | P - Continue to monitor — D Bernson |
| 9/29/04 0500 | S/O - Quietly lying in bed. No ND. Resp. c ease. Mouth wired. Ⓛ eye c periorbital bruising noted. NAD @ this time. |
| | A - Alt. comfort level R/T Dx. |
| | P - P will continue monitoring et tx per M.D. orders. N Jones |
| 9/29/04 @ 9 PM | S: "Can I get some more dental wax?" |
| | O: AAOx3. ↑ ambulatory in ward ad lib. Resps care even & regular. Skin warm & dry to touch. Color WNL. Sutures intact to Ⓛ brow c Ø drainage noted. Bruising remains to Ⓛ eye area. Wires intact to jaw. No problems noted. |
| | A: Altered health status R/T dx. |
| | P: Continue physician orders. ___ |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Nation, Marion | 141669 | 3/19/66 | W/M | KCF |

PHS-MD-70049                    Complete Both Sides Before Using Another Sheet



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/29/04 1800 | S- "Can I have something for pain". O- Alert x 3. Respirations c ease. Ambulates about ward. No distress noted. A- Altered level of comfort RT Dx. P- Continue pain management. ____ A. Delbrey LPN |
| 9/30/04 0100 | S - "I am o/c" O- Alert & oriented x 3. Respirations even & unlabored I. Small amt of swelling & bruising to L brow area. L & leg - noted c bruising - wires to jaws intact. MAEW. No distress noted. A - Altered comfort level RT dx. P- Continue to monitor & medicate prn ____ MBays |
| 9/30/04 0700A | S- I got my wax, im alright O- alert, walking to eyebrow area, stitches intact c slight swelling, redness, wires intact to oral cavity, no acute changes noted in condition. A- Potential alt in comfort RT Dx P- Continue c F/U Appt. and pain medication as ordered. [signature] |
| 9/30/04 | S- "Im ok right now" O- amb on ward. smiling. skin W/d |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 10/1/04  0330 | S/o - resting quietly in bed c̄ eyes closed. Respirations even + unlabored. Small amount of swelling noted to (R) jaw area, bruising noted to (R) & leg. mvmes intact. MAEW. No distress noted. A- Potential for altered nutritional status r/t above. P- Continue to monitor ☆ administer ensure as directed & medicate prn ⟶ N Buny |
| 0835 | (V) (cont.) S- "talking to another inmate on unit." O- Jaws remain wired. Able to speak well through wired jaws. Corner bladder sclera redden. Purple bruise to (R) inner ankle area noted. Scabbed over wound noted to (R) shin area. NAD noted. Medicated for pain as ordered. Appetite fair consumed at least 80% of diet through straw. See daily nsg assessment. A- Alt. for altered nutrition less than body requirement r/t wired jaw. P- Continue to monitor and report any abnormality to MD — S.A. |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Nations, Marvin | 141669 | 3/19/66 | w/m | Iccf |

PHS-MD-70049        Complete Both Sides Before Using Another Sheet



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 10/04/04 @ 10:00 | S: Voices no complaints. |
| | O: AAO x 3. ↑ Ambulatory on ward ad lib. Resps even & reg. Skin warm & dry. Color WNL. Some bruising remains to ® eye. Wires intact to jaw. No problems @ present. |
| | A: Altered health Status R/T dx. |
| | P: Continue physican orders. ─────── O. Flynn |
| 10/4/4 2130 | S-"I need my pain medicine" |
| | O-↑ Ambulating around ward @ intervals no distress noted. Mouth wired, Alert & oriented x3 No acute tts. Resp c ease. |
| | A- Alt health status R/T Jx |
| | P- Continue to monitor ─────── J. Burnham |
| 10/05/04 @ 8 AM | S: Voices no complaints. |
| | O: AAO x 3. ↑ ambulatory in ward ad lib. Resps even & regular. Skin warm & dry. Color WNL. Bruising noted to ® eye, appears to be healing well. Wires remain intact to jaw. No problems noted. |
| | A: Altered health Status R/T dx. |
| | P: Continue physican orders. ────── O. Flynn |
| 10/6/04 1800 | S - No complaints voiced. |
| | O - Alert x 3. Respirations c ease. Ambulates about ward. Mouth remains wired. No distress noted. |
| | A - Altered health status R/T Dx. |
| | P - Continue physician's orders. ── A. Dabney LPN |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Nation, Marvin 141669    D.O.B.: 3 1 1966 |
|---|---|

10/4/04 — Note Cont

A. X Rays ordered 10/20 not done
will reorder hip & L/S spine

P. Pt has F/u c̄ facial surgeon.
Naproxen + Flexeril
Pt shown stretches for his back

*D McGuirt*

11/13/04 — MD Appt Vu

wt 188    BP 118/80    T 97.5    P 64    R    O₂ 96

PT Here F/u facial fx & Back film Report.
Pain in lower back better w/ conservative mgmt.
X-Rays normal. Facial paresthesias persistent
on ® face & oral pharynx on Ⓛ. Nasal-
obstruction Ⓛ chronic 2° Deviation of septum
F/u UM submitted. Pain on Ⓦ face worse
w/ cold weather. Advised to take tyenol/motrin PR.

O SS:
HEENT ∅ evidence of infection- mild/mod
nasal septal deviation c̄ obstructive
nasal edema. Facial sensation &
oral pharynx ∅ infect sensation &
speaks well. Breaths well

A: Facial trauma F/u c̄ ENT ∅ school
Ⓦ 2-3 wks
Rx tylenol/motrin.

*signature*

EO426800461 NATION,MARVIN
DOB: 03/19/66 Age:38Y MR #:252786
Admit Date/Time: 09/24/04 1412P
361 KEAN,RICHARD A



**Baptist** HEALTH

# PHYSICIAN'S ORDERS

Height:_____ Weight:_____

Drug Sensitivities and Allergies ☐ NKDA ☐ Yes, list: _____

| DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE |
|---|---|---|---|---|---|---|---|
| 'u' or 'U' | Unit | MS, MSO4 MgSO4 | Spell out words | TIW | Spell out words | Per os or OS | Spell out by mouth/oral |
| IU | International Unit | .Xmg | 0 Xmg | µg | microgram | BT | Spell out Bedtime |
| QD/QOD | Spell out words | X.0 mg | X· mg | AD, AS, AU | Spell out words | QN or qn | Spell Out Nightly or at Bedtime |

| Date | Time | |
|---|---|---|
| 9/26/04 | 0915 | ① Dic IU and IU meds prior to discharge |
| | | ② Discharge to home from — ~~Statin~~ Kilby |
| | | ③ Discharge c̄ 2 60cc syringes c̄ cath tips and Red Robins catheters. |
| | | ④ Discharge c̄ scalen bottle |
| | | ⑤ Discharge c̄ orders to State prison. |
| | | ⑥ Discharge c̄ wire cutters! |
| | | ← c̄ guard? |
| | | h.Deems Rd 9/26/04 |
| | | J. Da... 9/26/04 |

Physician Signature: _____



PH 350

DO NOT WRITE BELOW THIS LINE

Form #PH 35001    Revised 3/24/04



% 

E0426800461    NATION, MARVIN
DOB: 03/19/66   Age:38Y   MR #: 252786
Admit Date/Time: 09/24/04   I412P
361 KEAN, RICHARD A

 **Baptist** HEALTH    **PHYSICIAN'S ORDERS**

Height: _____    Weight: _____

Drug Sensitivities and Allergies    ☐ NKDA    ☐ Yes, list: _____

| DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE | DO NOT USE | CORRECT USE |
|---|---|---|---|---|---|---|---|
| 'u' or 'U' | Unit | MS, MSO4 MgSO4 | Spell out words | TIW | Spell out words | Per os or OS | Spell out by mouth/oral |
| IU | International Unit | .Xmg | 0.Xmg | µg | microgram | BT | Spell out Bedtime |
| QD/QOD | Spell out words | X.0 mg | 'X' mg | AD, AS, AU | Spell out words | QN or qn | Spell Out Nightly or at Bedtime |

| Date | Time | |
|---|---|---|
| | | ORDERS FOR ~~KILBY~~ PRISON, MARVIN NATION |
| 9/26/04 | 0915 | ① Procedure: ORIF ⓛ cheek and upper jaw fractures |
| | | ② Nursing: ↑ HOB 45° for 2-3 days. |
| | | Do not allow patient to lay on ⓛ side of face. |
| | | Mr. Nation is wired together. There are two wires, one on each side that could be cut in an emergency (choking, vomiting) |
| | | He also has rubber bands that can be cut. |
| | | He should ~~keep~~ have wire cutters available @ all times. |
| | | May shower, brush teeth |
| | | ③ Diet - liquid / puree diet. food via syringes given |
| | | Ensure TID c̄ meals. |
| | | ④ Meds - Lortab elixir iii tsp q4° prn pain |
| | | Amoxicillin 250/5cc susp - i tsp TID x 7wks. |
| | | ⑤ F/u c̄ Dr Korn Wednesday morning @ ___ will call for appt. |
| | | ⑥ Call Dr Korn 273-7482 for any problems. |
| | | Physician Signature: |

 PH 350

**DO NOT WRITE BELOW THIS LINE**

Form #PH 35001    Revised 3/24/04

Sep-27-04  11:45  From-baptist east    2449141    T-136  P 021/022  F-960



E0426800461    NATION,MARVIN
DOB: 03/19/66  Age:38Y  MR #: 252786
Admit Date/Time: 09/24/04  1412P
361 KEAN,RICHARD A.



**Baptist** HEALTH

## POSTOPERATIVE
## PROGRESS RECORD

| Date | Time | |
|---|---|---|
| 9/24/04 | f850 0x6 | **Surgeon:** KEAN    **Assistant:** BELL |
| | | **Preop Dx:** Ⓛ zygomatico-maxillary complex fracture (malar fx-closed), Ⓛ alveolar segment fracture (open) (maxilla) |
| | | **Postop Dx:** Same |
| | | **Procedure:** ORIF Ⓛ ZMC fx – multiple approaches  ORIF Ⓛ maxilla alveolar segment fx  arch bars ē IMF |
| | | **Findings:** malocclusion |
| | | **Specimen:** |
| | | **EBL:** 100 cc |
| | | **M.D. Signature:** |



PN 300

Auth No: [                    ]    Date of Service 9 / 29 / 04

# **Provider Consultation Report** (Complete and Return with Inmate)

Inmate: Marvin Nation _____    ID: _____    DOB: 3 / 19 / 66

Provider: _____    Site ID: _____    Phone: _____

Provider: _____    Location: _____

**Health Services Authorized** (See Attached Request Copy)

- For security reasons, inmates must NOT be informed of date, time or location of any proposed treatment or possible hospitalization.
- Due to security considerations all tests and treatments to be scheduled by CMS

---

Review of Case

5 days s/p ORIF Ⓛ zme fx, zlvslr sgmt fx.

Afrin nasal spray -

---

Diagnosis and Prescription Suggestions to be Reviewed by CMS Medical Director:

① Diet - support ↑ apple sauce, puddings, yogurt - bouillion

② F/U ī wk - probable release of IMF.

③ Continue pain meds

---

Can equivalent medication substitution be used?    Y    N    |    Followup needed?    Ⓨ    N

If followup needed, explain purpose

ī wk

ī wk flu .

Provider _____    Date 9/29 04    CMS Nurse _____    Date ___/___/___

Recommendation After Review of Consultant's Report:    ☐ No Further Action    ☐ Implement the Following:

CMS Physician: _____    Date: ___/___/___

CMS 401B (4/98)

| | | | |
|---|---|---|---|
| **Patient Name:** | Nation, Marvin | **Inmate Number:** | 141669NA |
| **Service Authorized:** | Office Visits: Op Surgical Followup Referral | **Effective Dates:** | 10/04/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Kilby Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14257495 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances **not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.

---

**Clinical Summary or Attached Report**

2 wks S/P ORIF ® ure fx. Satisfactory.

Referred from UMF. occlusion = somm prematurely ®.

Plan — ① Return to wks for arch bar removal.

② Advance diet to pureé → soft mechanical

③ NPO p̄ MN night prior to surgery in ōr wks

④ will need dental evaluation later for occlusion.

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____    Date: 10/06/04    Time: _____

Reviewed and Signed By
Medical Director: _____    Date: _____    Time: _____

10/04/2004