IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARVIN KURT NATION, #141669, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06-CV-693-ID |
| | ) | |
| WILLIE AMBERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO THE COURT

Defendants this date provided the Plaintiff with the last known address for Mr. Willie Ambers.

Respectfully submitted,

KIM T. THOMAS (THO115)
GENERAL COUNSEL


\s\Tara S. Knee
TARA S. KNEE (KNE003)
ASSISTANT GENERAL COUNSEL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
Post Office Box 301501
301 South Ripley Street
Montgomery, AL  36130-1501
(334) 353-3889

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

Inmate Marvin Kurt Nation, AIS #141669
Fountain Correctional Facility
Fountain 3800
Atmore, AL  36503-3800

by placing same in the United States Mail, first class postage prepaid and properly addressed this 23rd day of October, 2006.

\s\Tara S. Knee
TARA S. KNEE (KNE003)
ASSISTANT GENERAL COUNSEL


**BOB RILEY**
GOVERNOR

*State of Alabama*
**Alabama Department of Corrections**
Legal Divison
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130


**RICHARD F. ALLEN**
COMMISSIONER

October 23, 2006

Inmate Marvin Kurt Nation, AIS #141669
Fountain Correctional Facility
Fountain 3800
Atmore, AL   36503-3800

Dear Inmate Nation:

    Mr. Ambers' last known address is P.O. Box 231314, Montgomery, AL 36123.

Sincerely,

Tara S. Knee
Assistant General Counsel

TSK/elu

Telephone (334) 353-3885     Fax (334) 353-3981