IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARVIN KURT NATION, #141 669            *

    Plaintiff,                              *

    v.                                       *     2:06-CV-693-ID

WILLIE AMBERS, *et al.*,                  *

    Defendants.                             *

_____

**ORDER**

As directed by court order, the Department of Corrections has provided the last known address on file for Defendant Willie Ambers. The Clerk is hereby DIRECTED to serve Willie Ambers at P. O. Box 231314, Montgomery, Alabama 36123, with a copy of this order together with a copy of the complaint and the court's September 7, 2006 order of procedure. Accordingly, it is

ORDERED that Willie Ambers shall file an answer and written report to the complaint within forty (40) days of the filing date of this order in accordance with the directives contained in the court's September 7, 2006 order of procedure.

Plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is Plaintiff's responsibility. Plaintiff is cautioned that if service is not perfected on Defendant Ambers he will not be considered a

party to this cause of action and this case will proceed only against those named defendants on whom service has been perfected.

    Done, this 25th day of October 2006.

                                **/s/ Delores R. Boyd**
                                DELORES R. BOYD
                                UNITED STATES MAGISTRATE JUDGE