IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARVIN KURT NATION, #141669,   )
   )
       Plaintiff,   )
    vs.   )   CIVIL ACTION NO. 2:06-CV-693-ID
   )
WILLIE AMBERS, et al.,   )
   )
      Defendants.   )

## ANSWER AND SPECIAL REPORT
### Of DEFENDANT
### OFFICER WILLIE AMBERS
### TO PLAINTIFF'S COMPLAINT

Comes now Defendant Officer Willie Ambers, by and through counsel, and files this Answer and Special Report to Plaintiff's Complaint.

This Special Report and Answer is filed solely on behalf of Defendant Officer Willie Ambers. Warden John Nagle and "Kilby Correctional Facility" and "Elmore Correctional Facility" have previously been dismissed from this law suit. The fifth identified defendant is a "PHS Dr. Robbins", who is not employed by the Alabama Department of Corrections, and the claims alleged against this defendant are "inadequate medical care". The Alabama Department of Corrections does not provide medical services to inmate. They are provided under contract to a company known as "PHS".

As directed, Defendant has undertaken a review of Nation's claims to determine the facts and circumstances relevant thereto. Defendant's Report is supported by the entire certified

Institutional Incident Report of the incident complained of by Plaintiff (see Exhibit "A"), which includes the entire report and point of impact diagram of the investigating Alabama State Trooper.

## PLAINTIFF'S ALLEGATIONS

1. The Plaintiff is an inmate in the Kilby Correctional Facility. Nation alleges that, on September 21, 2004, while he and other inmates were working on a roadway litter detail on Highway 231, Troy Highway, in Montgomery County, he was caused to be seriously injured in an automobile accident on the side of the roadway due to these Defendants' "deliberate indifference".

2. Inmate Nations goes on to allege that another defendant identified as "PHS Doctor Robbins" provided inadequate medical care by failing "to attend to plaintiff serious medical needs".

3. Plaintiff seeks "to have defendants in their individual capacity to pay for his pain, suffering, life threatening injuries, and the permanent injuries he now has."

4. It should be noted that Plaintiff has filed a motion dismissing defendant Warden John Nagle, which is not opposed by these defendants.

## INVESTIGATION

On September 21, 2004, Officer Willie Ambers was assigned as Road Squad Officer on Highway 231 North, Troy Highway, in Montgomery County, Alabama. Officer Ambers had a crew of nine (9) inmates assigned to him to perform litter control.

At approximately 1:25 PM, in order to give the inmates a water break, Officer Ambers parked the van well off the roadway on the northbound side of Highway 231, Troy Highway, at

mile marker 164. Seven (7) inmates, including the plaintiff, were inside the van along with

Officer Ambers, and two (2) inmates were standing outside the van.

Without warning, and due to no fault of any defendant, a northbound motorist left the

roadway and traveled approximately 168 feet, without braking or performing any evasive

maneuvers, striking the rear of the ADOC van as well as the two (2) inmates who were standing

outside the van (see Trooper accident report). It is significant to note that the Trooper's

investigation revealed that the driver completely left the roadway and traveled the entire 168 feet

to the point of impact while completely off the roadway. In other words, the accident was not a

"sideswipe" accident, which would have been the case if the van had been parked close to the

roadway and the striking vehicle had just strayed close to the shoulder and struck the van

because it was parked too close to the roadway (see Trooper accident report).

The striking vehicle driver stated that he had no memory of leaving the roadway or what

caused him to do so.

As a result of this accident, several of the inmates, as well as defendant Officer Willie

Ambers, received serious injuries and all were transported to Baptist South Hospital as soon as

possible to receive medical treatment.

## DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1. The Defendants deny each and every material allegation contained in the Plaintiff's

   Complaint and demand strict proof thereof.

2. The Defendants plead the general issue.

3. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

4. The Plaintiff is not entitled to any relief requested.

5.  The Defendants plead the defense of qualified immunity and aver that any purported action taken by any of them was reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

6.  The Defendants are entitled to qualified immunity and avers it is clear from the face of the complaint that the Plaintiff has not alleged specific facts indicating that any Defendant violated any clearly established constitutional right.

7.  The Defendants cannot be held liable on the basis of *respondeat superior,* agency, or vicarious liability theories.

8.  The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

9.  The allegations contained in the Plaintiff's Complaint against the Defendants, fail to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F. 2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Education Of Escambia County, 880 F. 2d 305, 309 (11th Cir. 1989).

10. The Defendants plead all applicable immunities, including but not limited to qualified, absolute, discretionary function immunity, statutory law enforcement immunity, and state agent immunity.

11. The Defendants were at all times acting under the color of state law and therefore, they are each entitled to substantive immunity.

12. This court lacks subject matter jurisdiction due to the fact that even if Plaintiff's allegations should be proven, the allegations against these Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights.

13. All claims of the Plaintiff against these Defendants in their official capacity are barred by the Eleventh Amendment to the United States Constitution.

14. The Defendants plead the affirmative defense of contributory negligence and assumption of the risk.

15. The Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to 42 U.S.C. § 1997e (a) and as such these claims should be dismissed.

16. The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against any of them and that any such award would violate the United States Constitution.

17. The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing *in forma pauperis* actions in federal court.

18. Pursuant to 28 U.S.C. § 1915 A, this court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e) (c).

## **ARGUMENT**

The Plaintiff (hereinafter referred to as "Nation") sues this Defendant apparently on an 8th Amendment theory for "deliberate indifference," under 42 U.S.C.A. 1983. He apparently asserts that Defendant Officer Willie Ambers is supposed to have a crystal ball and know that a driver is going to leave the roadway and travel 168 feet, striking the rear of the ADOC van. In support of his claim, the only thing that Plaintiff offers to establish "deliberate

indifference", is his assertion that he had asked Officer Ambers several times to "take them back to Elmore".

Nation then makes reference to Officer Ambers "…neglecting his duties as a Supervisor…"

## EIGHTH AMENDMENT

Since Nation specifically asserts "deliberate indifference" as a "grounds" for his law suit, these defendants take his claims solely as an Eighth Amendment "cruel and unusual punishment" claim.

The language of 42 U.S.C. § 1983 requires proof of a causal connection between the purported actions or omissions of the Defendants and any constitutional deprivation. Jones v. Pruett & Mauldin, 851 F. 2d 1321 (11th Cir. 1988). The requisite causal connection may be shown by the personal participation of these Defendants, a policy or custom established by these Defendants that resulted in a deliberate indifference to the plaintiff's rights. Zatler v. Wainwright, 802 F. 2d 397 (11th Cir. 1986). Inasmuch as this needs to be proven, Nation's complaint completely fails under the criteria set out in Zater.

Further, the complaint fails to allege a causal connection between the purported actions or omissions of Officer Ambers and the alleged damages of Nation.

In construing cruel and unusual punishment clause of the Eighth Amendment, the court must confine its inquiry to whether conditions of confinement "shocked the conscience," are greatly disproportionate to offense, or offend evolving notions of decency. U.S. v. Thevis, 526 F. 2d 989 (CA 5 1976). Appropriate relief from prison conditions that violate Eighth Amendment is to require discontinuance of any improper practices or to require correction of any condition causing cruel and unusual punishment. Fernandez v. U.S., 91 F. 2D 1488.

Two part analysis governs Eighth Amendment challenges. First a prisoner must prove that the conditions that he complains of are sufficiently serious to violate the Eighth Amendment, and second, under the "subjective component" the prisoner must show that the defendant prison officials acted with sufficiently culpable state of mind with regard to the condition at issue. Nation's claims fail on both parts.

The simple truth of the undisputed facts of this case are that Officer Ambers was safely pulled off the roadway and giving the inmates a water break, when a driver, for reasons that are not known, drove off the roadway and traveled 168 feet and struck the rear of the ADOC van. Absolutely nothing that Officer Ambers, Warden Nagle did or failed to do, caused that driver to veer off the roadway and strike the van. Nothing asserted by plaintiff rise to the level needed to suggest cruel and unusual punishment. The evidence of the Defendants clearly refutes Nation's conclusory claims. Nations also fails to establish the subjective component of any defendant to raise proof that any had the necessary culpable mental state.

Plaintiff has failed to demonstrate facts which rise to the level of a constitutional deprivation.

In order to succeed on a claim that prison [working conditions] violated the Plaintiff's Eighth Amendment rights, Plaintiff must first prove that conditions were, objectively, sufficiently serious, and that the Defendant acted with sufficiently culpable state of mind so as to constitute deliberate indifference to Plaintiff's health or safety by acting or failing to act despite knowledge of such substantial risk of serious harm. *Stephens v. Johnson* 83 F3d. 198 (8th Cir.1995).

The Supreme Court, in the case of *Wilson v. Seiter*, 501 U.S. 294 (1991) at 301-05, in discussing the "deliberate indifference" standard, stated that prison officials mere negligence does not equal deliberate indifference.

See also *Riccardo v. Rausch*, 375 F.3rd 521, 525-27, which holds that a prison officials' failure to alleviate a significant safety risk did not rise to the level of deliberate indifference. The Riccardo court held that even if a jury could conclude that the official should have known of the risk, "reasonableness" is a negligence standard, and negligence does not give rise to an 8th Amendment claim.

A negligent act or omission will not support a claim under Section 1983. *Ray v. Foltz* 2004 WL 1144698 (11th.Cir. May 24, 2004). See also *Taylor v. Ledbetter*, 818 F2d. 791, 794 (11th.Cir. 1987).

Plaintiff's complaint itself recognizes that the duties of these defendants were those of a supervisory nature, only. If at all, this claim is based upon the theory of *respondeat superior*, which is unavailable under Section 1983. *Farrow v. West* 320 F3d. 1235 (11thCir.2003).

The Plaintiff does not, with any specificity, allege any actions or inaction on the part of these Defendants which would subject them to liability under 42 U.S.C. Section 1983.

## IMMUNITY

Defendant is entitled to qualified immunity from all claims asserted by Plaintiff in this case. If Nation was able to show in someway that Ambers was acting in his discretionary authority, the burden then shifts to Nation to show that the Defendants violated clearly established law based upon objective standards. See Eubanks v. Gerwin, 40 F. 3d 1157, 1160 (11th Cir. 1994). Nation must allege that the Defendants violated a right clearly established in a fact-specific, particularized sense. Edwards v. Gilbert, 867 F. 2d 1271, 1273 (11th Cir. 1989),

aff'd in pertinent part, rec'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989). Clearly, Nation has not done so.

The Eleventh Circuit requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual. Vonstein v. Brescher, 904 F. 2d 572, 579 (11th Cir. 1990) (quoting Anderson v. Creighton, 483 U.S. 635, 640, 107 S. Ct. 3034, 3039 (1987).

Therefore, [to defeat summary judgment] Nation must be able to point to cases with "materially similar" facts within the Eleventh Circuit. Hasoon v. Soldenwagner, 19 F. 3d 1573, 1578 n. 6 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "…compel[s] (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M University, 28 F. 3d 1146, 1151 (11th Cir. 1994). There is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Court sitting within the Eleventh Circuit showing under the facts of this case, it was clearly established that these alleged actions violated Nation's constitutional rights.

Lastly, Plaintiff failed to exhaust the administrative remedies available to him. A prisoner must exhaust his administrative remedies prior to seeking relief in court. 42 U.S.C. § 1997e (a), as amended by the Prison Legal Reform Act of 1995. This exhaustion requirement is in all circumstances. See Booth v. Churner, 532 U.S. 731, 740-741, 121 S. Ct. 1819, 149 L. Ed. 2d 958 (2001).

The State of Alabama and all of its services must operate through its agencies, officers and employees. The courts are firm in their holdings that state agencies, officers and employees are absolutely immune from tort liability. Rutledge v. Baldwin Co. Commission, 495 So.2d 49 (Ala. 1986).

The State of Alabama, its agencies, officers and employees, in their official capacities and individually, are absolutely immune from suit. Officer Ambers as an officer, employee and agent of the Alabama Department of Corrections, is entitled to invoke sovereign immunity from suit even though there may be some individual officials named as nominal defendants in the suit. See Destafney v. University of Alabama, 413 So.2d 391 (Ala. 1981).

## **CONCLUSION**

The Plaintiff's complaint is completely without merit. The undisputed facts are, simply, that an Alabama motorist either fell asleep at the wheel or had some undetermined medical condition that caused him to drive off the roadway, and travel some 168 feet before striking the ADOC van, which was lawfully and safely parked on the shoulder of the highway. Officer Ambers had nothing to do with the cause of this serious accident. And he is not liable under any theory of vicarious liability or respondeat superior, as a matter of law.

Respectfully submitted,

KIM T. THOMAS (THO115)
GENERAL COUNSEL

NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Marvin Kurt Nation, AIS #141669
Fountain Correctional Facility
P.O. Box 3800
Atmore, AL   36503-3800

NEAL P. CONNER (CONN2024)
ASSISTANT GENERAL COUNSEL
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL    36130
(334)  353-3889

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARVIN KURT NATION, 141669,         :

   Plaintiff,                     :

      v.                 : Civil Action No. 2:06-CV-693-ID

OFFICER WILLIE AMBERS, et al.,    :

Defendants.                 :

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at

Large, personally appeared Steve Watson, who being known to me and being by me first

duly sworn, deposes and says:

My name is Steve Watson. I am currently employed with the Alabama Department of

Corrections as a Warden II at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-

one (21) years of age.

I was not assigned to Elmore Correctional Facility on September 21, 2004 and have no

personal knowledge of the incident inmate Nation described in his complaint.

I hereby certify Institutional Incident Report ECC04-1350 to be a true copy of a document

on file at Elmore Correctional Facility.

_____, Warden II
STEVE WATSON

STATE OF ALABAMA:
COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the
_____18_____ day of September, 2006.

_____
NOTARY PUBLIC

My Commission expires ___1-2010___



## ELMORE CORRECTIONAL CENTER
## INSTITUTIONAL INCIDENT REPORT

| 1. Institution: | 2. Date: | 3. Time: | 4. Incident Number: |
|---|---|---|---|
| ELMORE CORRECTIONAL CENTER | 9-21-04 | 1:25p.m. | **ECC04-1350** |

| 5. Location Where Incident Occurred: Hwy. 231 North (Troy Hwy.) | 6. Type of Incident: Vehicle Accident |
|---|---|

| 7. Time Incident Reported: 1:27p.m. | 8. Who Received Report: Sgt. Robert Esco |
|---|---|

9. Victim:   a.    See attached list     No. _____
           (type full name)

       b. _____ No. _____
           (type full name)

| 10. Suspects: | | 11. Witnesses: | a. | N/A | No. _____ |
|---|---|---|---|---|---|
| | | | b. | | No. _____ |
| a. | N/A    No. _____ | | c. | | No. _____ |
| b. | _____ No. _____ | | d. | | No. _____ |
| c. | _____ No. _____ | | e. | | No. _____ |
| d. | _____ No. _____ | | f. | | No. _____ |
| e. | _____ No. _____ | | g. | | No. _____ |

Physical Evidence:

12. Type of Evidence: <u>N/A</u>

13. Description of Evidence: <u>N/A</u>

14. Chain of Evidence:     N/A
    a. _____
    b. _____
    c. _____
    d. _____

15. Narrative Summary:  On 9-21-04, Officer Willie Ambers was assigned as Road Squad Officer for Highway #6 M-2. Officer Ambers had a crew of (9) nine inmates assigned to perform litter control on Highway 231 North Troy Hwy. With Officer Ambers' crew having completed the litter control for approximately two miles, Officer Ambers parked the van at mile marker 164,  well off the shoulder, in order to allow the inmates a water break. Officer Ambers sat in the driver's seat of the van while (7) seven of the (9) nine inmates remained inside the van. The other (2) two inmates were located just outside the van. Without warning,  a motorist driving a 1999 Mercury left the road and hit the rear of the van.  The impact of the collision broke the back of the driver's seat,  causing Officer Ambers to fall into the bench seat behind the driver's seat.  Officer Ambers exited the van through the sliding cargo door which had been torn from the track and insured all inmates were out of the van.  At approximately 1:27am, as Officer Ambers was notifying Elmore C.C. of the accident, Officer Ambers observed that the driver of the other vehicle, appeared to be trapped. Officer Ambers instructed (2) two inmates to assist the driver. Once the (2) two inmates had pulled the driver clear of the wreckage, both the van and car became engulfed in flames. Officer Ambers observed several inmates had injuries. At approximately 1:35p.m., Officer John Williams, who also was working another inmate litter crew nearby, arrived and assisted Office Ambers. At approximately 1:36 p.m., emergency units began arriving on the scene. Fire Department Personnel extinguished the (2) two burning vehicles, and assisted the injuried. At approximately 1:42 p.m., Haynes Ambulance #968 arrived at the scene. Paramedics Jeffcoat and Ryland treated (2) two of the injured inmates and departed enroute to Baptist Hospital South at approximately 2:06 p.m. Ambulance Squad #968  (Cont)

DISTRIBUTION:  ORIGINAL to Institutional File
                 COPY to Central Records File
                 COPY to inmate file

D of C - N 602

## CONTINUATION SHEET

| Institution: | Incident Number: |
|---|---|
| **Elmore Correctional Center** | **ECC – 04 -** |

| Date: | Type of Incident: |
|---|---|
| **9/21/2004** | **Vehicle Accident** |

Narrative Summary (Continued) Page No. 2.

arrived at Baptist South at approximately 2:18 p.m.   They departed Baptist South at approximately 2:55 p.m. At approximately 1:40 p.m. Sgt. Greg Smith and Officer Stanley Williams were dispatched to Baptist South for inmate security. Haynes Ambulance #811 arrived at the scene of the accident at approximately 1:44p.m.  Paramedics Ware and Gosha treated (2) two inmates, and departed enroute to Baptist South at 2:06p.m., arrived at the hospital at 2:13p.m., then departed at 2:42p.m.  Haynes Ambulance #855 arrived at the scene at 1:54p.m.  Paramedics Flowers and Lucas treated (2) two inmates, departed the accident at 2:13p.m. and arrived at Baptist South at 2:22p.m., then departed at 2:55p.m.  A fourth Haynes Ambulance #173 arrived at 2:05p.m. with Paramedics Patterson and T. Haynes and treated the last (2) two inmates, and went enroute at 2:13p.m., arrived at the hospital at 2:22p.m., then departed at 3:02p.m.  The (8) eight injured inmates were turned over to the Emergency Room staff before the Amulance Squads departed Baptist South.  Other units responding were Montgomery County Sheriff Department Units 110, 41 and 40.   Department of Public Safety Trooper Hardy was in charge of the scene,  invesigated the accident with the assistance of Trooper Frost. At approximately 2:06 p.m., Warden Charles I. Hadley arrived at the scene. Upon Warden Hadley's arrival, Mr. Roy Hightower was advised of the incident. At approximately 2:15 p.m., Lt. Richard Naile and Sgt. Robert Esco arrived at the scene. Lt. Naile photgraphed the scene of the accident. At approximately 2:25 p.m., I&I Investigator C. P. Barefoot arrived and began the Departments investigation of the accident. At approximately 2:30 p.m., Sgt. Esco departed the scene with Officer Ambers enroute to BHS Emergency room where Officer Ambers was treated and then released at 8:10 p.m. Other Emergency Unit who arrived to assist were Pike Road Fire Department and Rolling Hill Fire Departments.  The State van was removed from the scene by the DCC Garage wrecker. Once both vehicles had been removed from the scene, the last Fire Department and County Sheriff Unit left the scene at 4:26p.m.  The State van was declared a total loss by Mr. B. Agerton due to the fire.

The Elmore inmates injured in this accident were Joey Dennis W/M 224604, Marcus Jackson B/M 187650, Paul Laco W/M 197687, Larry Lambert W/M 195129, Marvin Nation W/M 141669, Donald Perdue B/M 213809, Douglas Spears W/M 184120 and Douglas Thompson W/M 166485R. The above inmates were treated and released to Staton Health Care Unit  and placed on outgate status M. O. U. with the excepton of inmate Paul Laco who remained at BHS due to the injuries which he sustained in the accident. See attached body charts on all inmates. All inmates involved in the accident where instructed to write statements. Inmates Lemon Tucker and Douglas Thompson were outside the van when the accident occurred.  Inmate Joey Dennis pulled the freeworld victim from his vehicle.  Other (7) seven listed inmates remained in the van when the accident occurred. See attached statements.

The State van being driven by Officer Ambers was #1548, Tag # S-3134B, Vehicle # A-26346, a 1997 Dodge Ram 3500, VIN # 2B5WB35Z3VK585894.

The driver of the vehicle which hit the State van was later identified as Gilbert M. Walker, Jr. of 1690 M-1 Trail, Warrior, AL 35180, DOB 7/23/34, DL# 1194868, Tag # 64A-8324, VIN# 2MEFM75W044628520. The extent of Mr. Walker's injuries were unknown, but he was transported to Baptist Hospital South.

An Employee First Report of Injury was completed and sent by fax to the Division of Risk Management. No further action taken.

ATTACHMENTS:  Inmate Body Charts
                (4) photos of scene
                (8) statements of inmates
                Ambulance Log
                BHS Medical Sheets
                List of accident victims

Willie Ambers, COI

ACCIDENT VICTIM LIST:

OFFICER WILLIE AMBERS
INMATE JOEY DENNIS W/224604
INMATE MARCUS JACKSON B/187650
INMATE PAUL LACO W/197687
INMATE LARRY LAMBERT W/195129
INMATE MARVIN NATION W/141669
INMATE DONALD PERDUE B/213809
INMATE DOUGLAS SPEARS W/184120
INMATE DOUGLAS THOMPSON W/166485R
INMATE LEAMON TUCKER B/125736 (not injured)
GILBERT WALKER (FREEWORLD)

## Baptist Health
# ER RECORD - Adult / Adolescent

NATION, MARVIN
DOB: 03/19/67    Age: 37Y    MR #:567116
Admit Date/Time: 09/21/04    1428P
920 ALEXANDER,D GREGORY

Patient Lbl.

**Regular M.D.:**
**Immunization Hx: Tetanus** ☐ UTD ☐ not UTD    Notified:
**Allergies:** PKDA (morphine (nausea)

**LMP:**
**Home Meds:**    **Pregnant?** ☐ Yes ☐ No ☐ Unsure

**AGE SPECIFIC CARE**
**13-18 yrs (Adolescent)**
{Menarche started) ☐ Yes ☐ No    Age at onset:_____    Regular ☐ Yes ☐ No)
>65 yrs (Older Adult)
Assisting Devices: ☐ None ☐ Yes (list):
Living arrangements:    ☐ Lives alone ☐ Family/Significant Others
☐ Extended Care Facility

**PLAN OF CARE**

| Problems | Intervention |
|---|---|
| ☐ Anxiety/Fear | ☐ Nutrition (refer is Dietitian) |
| ☐ Body Temp, Alt. In | ☐ Knowledge Deficit |
| ☐ Comm, Alt. in | ☐ Neuro Status |
| ☐ Coping Alt. In | ☐ Physical Mobility |
| ☐ Elimination Alt. In | Impairment |
| ☐ Fluid Vol., Def/Ex | ☐ Resp. Function Alt |
| ☐ Infection Potential | ☐ Skin Integrity, Alt. In |
| ☐ Domestic Violence | ☐ Cultural/Religion |
| Abuse Potential (refer to Social Services) | |
| ☐ Pain | ☐ Language |

Intervention:
☐ Anti-Puretic ☐ Sling/Splint
☐ Bleeding Control ☐ Teaching
☐ DSG/Wound Care ☐ Labs
☐ Emotional support ☑ X-Ray
☐ Ice/elevate ☑ Meds As Ordered
☐ I &O
☐ Other

**TRIAGE CATEGORY**
1) RED - Immediate  2) YELLOW - Urgent  3) GREEN - 0 Non-Urgent

**Vital Signs** ☐ See T Sheet
BP 151/88
P 86
R 34
T
SPO2 99%

**CHIEF COMPLAINT AND HISTORY**
MVA

Analgesia Scale IVAS 0-10 ____/10   0 (no pain) 10 (worst)

**GENERAL APPEARANCE & MENTAL STATUS**

| General | Skin-Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☐ NAD | ☑ Warm | ☐ Unlabored | ☐ Regular | ☑ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☑ Oriented |
| ☑ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Appropriate |
| | ☐ Cold | ☑ Labored | ☐ Weak | ☐ Anxious |
| Skin Color | Skin-Moisture | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☑ Pink | ☑ Dry | ☐ Crackles | Neuro Status | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☑ Normal | ☐ Tearful |
| ☐ Pale | Gait | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☐ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor | | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S.: | | O.D.: | O.U.: |

☐ Social Services ☐ PT    **Weight:** ____ stated / measured
☐ Animal Control ☐ Dietitian
☐ DHR Referral ☐ Coroner    **Triage Date** 9/21/04 **time** 1430
☐ Police Notified    **Nurse Signature:** P. Bouligny, RN

Time To Tx 14:60
Area: 2B    Rm # 25B

### NURSE'S NOTES
14:20 IOT 18G - 1st stick to R AC - Blood drawn for lab & sent - Flushes c ease
— P. Bouligny RN —
1620 L lower leg wound cleaned. Puncture wound + abrasion noted. Cleaned + dressed c bacitracin, 4x4's + Kerlix RRobins RN
1940 - INT d/c d intact Site dressed - ff

### PHYSICIAN'S ASSESSMENT

### ORDERS
Lt leg wound dressing.

| VITAL SIGNS |
|---|
| Time | 1045 |
| B.P. | 127/70 |
| Temp. | |
| Pulse | 67 |
| Resp. | 18 |
| O2 Sat. | |

**LAB**
☐ CBC ☐ Maj Trauma
☐ Cardiac ☐ Min Trauma
☐ Urinalysis ☐ EKG ☐ ETOH
☐ Liver Profile ☐ ABG ☐ UCG
☐ Amylase ☐ I-Stat
☐ Chem Profile 7 ☐ Lipase
☐ Chem Profile 12 ☐ PT/PTT

**X-RAY**
☐ Chest ☐ Abd
☐ Portable
☐ Ct

**DISCHARGE**
Date 9/21/04 Time 1948
D. Q. RN ff

**DISPOSITION**
☐ Home ☐ Admit ☐ Surgery ☐ Transfer ☐ EXP ☐ AMA ☐ LWT ☐ SNF ☐ Other ☐ M.B. Office

**EXIT VIA**
☐ Walk ☐ Carried ☑ W/C ☐ Stretcher ☐ Ambulance

**ACCOM. BY**
☐ Self ☑ Fam/Friend ☐ Police ☐ Other

| Medications | Dose | Route | Time | Site | Nurse |
|---|---|---|---|---|---|
| Morphine | 4 mg | i v | 1455 | | |
| Phenergan | 25 mg | i.v. | 1450 | | P. Bouligny RN |
| Morphine | 4 mg | IV | 1610 | | |
| Toradol | 30 mg | IV | 1600 | | |
| Morphine | 10 mg | IM | 1940 | | ff |

**Certified Medical Emergency** ☑ YES ☐ NO
Diagnosis ☐ See T Sheet
P. Bouligny RN

**Condition On Discharge**    **Physician Signature**

1 of 1

80426500474    NATION, MARVIN
DOB: 03/19/67    Age: 37Y    MR #567116
Admit Date/Time: 09/21/04    1428P
920 ALEXANDER, D GREGORY

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) nega

17    Baptist Health
**EMERGENCY PHYSICIAN RECORD**
**MVA**    (5)

DATE: _____ TIME 2.30 ROOM: 2B ___ *EMS Arrival*
HISTORIAN: __patient _spouse _paramedics
__HX / EXAM UNOBTAINABLE 2° TO: _____

**HPI chief complaint** (MVA) injury to: Lt leg, Lt hip, back inj

**occurred:** just PTA

**position in vehicle:** driver (passenger) front (back)

**context:** (car collision) overturned vehicle
single-car accident (lost control) / fell asleep / unknown cause )

**location of pain / injuries:**
(right)    (left)
shldr (hip)    shldr hip
arm thigh    arm thigh
elbow knee    elbow knee
f-arm leg    f-arm knee
wrist ankle    wrist (leg)
hand foot    hand ankle
(back) upper mid- lower    foot
radiating to ( R /L ) thigh /leg

**severity of pain:** worse

**associated symptoms:**
__lost consciousness / dazed
duration:
remembers:
impact    coming to hospital
seizure

mild
moderate
(severe)

**site of impact:**
"P" = primary "S" = secondary

**restraints:**
(none)    lap / shoulder
doesn't recall
car seat
air bag deployed
thrown from vehicle
ambulated at scene
long extrication

force    low mod. high
direct glancing

**PAST HX** __negative Pancreatitus
__HTN __DM__
Meds- (none) __see nurses note_
Allergies- __NKDA / __see nurses note__ __standing leg
**SOCIAL HX** __recent ETOH (smoker) __drug abuse__
**FAMILY HX** Non Contr

__HX / EXAM UNOBTAINABLE 2° TO: _____
**ROS** all systems neg except as mild
**NEURO**
__loss feeling / power arms/legs
__headache
**EYES**
__double vision
**ENT**
__hearing loss
**RESPIRATORY**
(trouble breathing)

**CVS**
__chest pain
**GI**
__nausea / vomiting
**GU**
__loss of bladder function
**SKIN**
(skin laceration)
**CONST**
__recent fever / illness

**PHYSICAL EXAM** __Alert __Lethargic __Anxious
**Distress-** __NAD __mild __moderate __severe
**Other** __c-collar ( PTA / in ED ) __back-board _IV __splint

**HEAD**    __see diagram
__no evidence of    __Battle's sign / Racoon Eyes
trauma    plate injury - bleed
**NECK**    __see diagram
__non-tender    __vertebral point tenderness
__painless ROM    __muscle spasm / decreased ROM
__trachea midline    __pain on movement of neck



**EYES**    __unequal pupils R___mm L___mm
__PERRL    __EOM entrapment / palsy
__EOMI    __subconjunctival hemorrhage

**ENT**    __hemotympanum
__nml external    __TM obscured by wax
inspection    __clotted nasal blood
__no dental injury    (dental injury) malocclusion

**RESP / CVS**    __see diagram ( on reverse )
__chest non-tender    __decreased breath sounds
__breath sounds nml    __wheezing / rales
__heart sounds nml    __splinting / paradoxical movements

**GASTROINTESTINAL**    __see diagram ( on reverse )
__non-tender    __tenderness / guarding / rebound
__no organomegaly    __mass / organomegaly

**GENITAL / RECTAL**    __perineal hematoma
__nml genital exam    __blood at urethral meatus
__nml vaginal exam    __decreased rectal tone
__nml rectal exam
__heme negative stool

**NEURO / PSYCH**    __confusion / disorientation
__oriented x3    __EOM palsy / anisocoria
__mood & affect    __facial asymmetry
__CNs nml    __unsteady / ataxic gait
__as tasted    __sensory / motor deficit
sensation &
motor nml

X_____    RN / PA / NP

**SKIN**
_intact
_warm, dry

**BACK**
_no CVA
_tenderness
_no vertebral
_tenderness

**EXTREMITIES**
_atraumatic
_pelvis stable
_hips non-tender
_no pedal edema
_nml ROM

___ see diagram
___ crepitus / diaphoresis

___ see diagram
(vertebral point-tenderness)
___ CVA tenderness
___ muscle spasm / limited ROM

___ see diagram
___ bony point-tenderness
(painful/unable to bear weight)
___ pulse deficit

*Joint Exam:*
___ limited ROM / ligaments laxity / joint effusion



**XRAYS**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/ radiologist

**C-Spine   D-Spine   LS-Spine**
_nml / NAD
_no fracture          ___ reversal / straightening of cerv. lordosis
_nml alignment        ___ DJD / spondylosis / spurring
_soft tissues nml

**CXR**
_nml / NAD            ___ rib fracture
_no infiltrates       ___ infiltrate / atelectasis
_nml heart size
_nml mediastinum

**OTHER**  ☐ See separate report

**CT SCAN**  How @
_normal



**Tenderness**
PtT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(@=without  tw=mild
mod=moderate
sw=severe)
Tw = Tenderness on
palpation (severe)

**LABS and PROGRESS**

| CBC | | Chemistries | | CO2 ___ |
|---|---|---|---|---|
| normal except | | normal except | | Ca ___ |
| WBC ___ | | BUN ___ | | Bilirubin ___ |
| Hgb ___ | | Creat ___ | | |
| Hct ___ | | Gluc ___ | | Magnesium ___ |
| Platelets ___ | | Alk Phos ___ | | BNP ___ |
| segs ___ | | Cl ___ | | D-Dimer ___ |
| bands ___ | | ALT ___ | | |
| lymphs ___ | | AST ___ | | |
| monos ___ | | Na ___ | | |
| eos ___ | | K ___ | | |

Re-evaluation time  173V  _unchanged  _improved  _re-examined
Re-evaluation time  190   _unchanged  _improved  _re-examined
Re-evaluation time ___   _unchanged  _improved  _re-examined

O2 Sat  100  RA  (Nml)

EKG  72 b/m  (Nml)

___ use template #23b for Laceration Repair

**TREATMENT:**
• Fluids  IV ___
• Analgesics  PO IM IV ___
• Antibiotics  PO IM IV ___

**MEDICAL DECISION:**
Fracture Care: Follow up with orthopedic **within 48 hours**
Rx given ___

Follow up with ___
Discussed with Dr ___
will see patient in ___ office / ED / hospital
☐ Counseled patient/family regarding:
(lab results) (diagnosis) (need for follow-up)
☐ Admit orders written

CRIT CARE-  30-74 min
75-104 min ___ min
Prior records ordered
Additional history from:
family  caretaker  paramedics

**CLINICAL IMPRESSION:**          MVA

| contusion | injury | | sprain/strain |
|---|---|---|---|
| head | wrist  R/L | | neck  dorsal  lumbar |
| face | hand  R/L | | sacral |
| chest | (hip)  (R)/L | | |
| Gastrointestinal | thigh  R/L | | **concussion** |
| back | knee  R/L | | with LOC    w/o LOC |
| shoulder  R/L | (leg)  R/(L) | | |
| arm  R/L | ankle  R/L | | **laceration** |
| elbow  R/L | foot  R/L | | |
| forearm  R/L | | | |

**DISPOSITION-**    ☐ home  ☐ admitted  ☐ transferred ___
**CONDITION-**      ☐ unchanged  ☐ improved  ☐ stable

X _____ MD / DO    X _____ MD / DO
       Resident                     Attending

☐ Fix review. Patient interviewed, Medical Decision Making, and Examined by Physician.

VA-17
PRINTED BY

**Baptist Health**
**Emergency Room**
**Discharge Instructions**

Page 1 of 1

DISCHARGE INS

80426500476    NATION,MARVIN
DOB: 03/19/67    Age:37Y  MR #:567116
Admit Date/Time: 09/21/04    1428P
920 ALEXANDER,D GREGORY

| Weight | Phone | Allergies |
|--------|-------|-----------|

| MEDICINES PRESCRIBED | If non, check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND. | | Location South |
|---|---|---|---|---|
| Name/Strength | | Number | Schedule / Duration | No Refills | Refills |
| 1. | | | | ☐ | |
| 2. | Lortab (#) #20 | 1 q4h PRN | ☐ | |
| 3. | | | | ☐ | |
| 4. | Augmentin 500 #21 1 tid | | ☐ | |
| 5. | | | | ☐ | |

**INSTRUCTION SHEET(S) GIVEN**

☐ Asthma          ☐ Crutches          ☐ Head Injury          ☐ Threatened Ab
☐ Back Pain       ☐ Fever             ☐ Otitis Media        ☐ Vomiting / Diarrhea
☐ Cast / Splint Care ☐ Fracture        ☐ Sprains / Bruises   ☐ Wound Care
Additional Instructions:                ☐ STD                ☐ Other(s)

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Additional Instructions:
To Dr Craig Chapman for tomorrow
Call Dr McCarthy 281-5328 in am to schedule

Referred to:
☐ Dr.
☐ Phone:
☐ Call on next business day for follow-up appointment
in _____ days / weeks          ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed    ☐ Instructions Modified: _____
☐ Education provided on new medication _____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous asks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

☐ Patient
☐ Relative
☐ Other

Instructed By:

Physician:

Time Released > 19 45 Hrs.

**/ORK/ SCHOOL STATEMENT from the Emergency Department**
Patient Name

Date

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.
s off from School or Work longer than 3 days should be approved by a Personal or Company Occupational Medicine Physician.

☐ May return to restricted duties for _____ days*
Restrictions: _____
☐ _____ was here with relative/ child.
☐ Other: _____

From:BMC SOUTH MED RECORDS          1 334 286 3343          09/22/2004 12:40 #438 P.006/020

B0426500476      NATION,MARVIN
DOB: 03/19/67    Age:37Y   MR #:567116
Admit Date/Time: 09/21/04        1428P
92D ALEXANDER,D GREGORY

ADDRESSGRAPH


**Baptist** HEALTH

# EMERGENCY TRAUMA FLOW SHEET

Time trauma alert called _____ Alert called by _____
Recording RN _____ Team RNs _____
Date 9/21/04 Time patient arrived 14:28 Age _____
If from another facility  time spent at referring hospital _____

Trauma Alert Downgraded ☐ Yes ☐ No   Level ☐ One ☐ Tw
ED MD _____
☑ Male ☐ Female  Transferred from ☐ Accident scene ☐ Another facility
Transported by ☑ Ambulance ☐ Air ☐ Car ☐ Other _____

## CAUSE OF INJURY

| | |
|---|---|
| 1. Motorcycle Crash | 6. Industrial Accident |
| 2. Bicycle | 7. GSW |
| 3 Pedestrian vs ___ | 8 Other MICA |
| 4. Fall from ___ feet | |
| 5. Burn | 9. Unknown |

### MECHANISM OF INJURY

☐ Driver ☑ Passenger ☐ Front ☐ Back ___ MPH
☐ Spider Windshield ☐ Bent Steering Wheel ☐ Ejected

### PROTECTIVE DEVICE

| | |
|---|---|
| 1. Seat Belt ☐ lap ☐ shoulder | ☑ None |
| 2. Helmet | 6. Air Bag |
| 3. Car Seat | 7. Not Available |
| 4 Protective Clothing | 8 Other |

## PREHOSPITAL SUMMARY

PREHOSPITAL VITAL SIGNS:  B/P _____ Pulse _____ Resp _____
AIRWAY: ☐ Yes ☐ No
BREATHING: ☐ Spontaneous ☐ Assisted ☐ BVM ☐ Labored ☐ Unlabored
☐ Intubated (tube size _____ by whom _____
☐ O₂ @ _____ LPM by _____
CIRCULATION: IVFs #1 _____ Bag Size _____ Site _____
Cath size _____ LiB on arrival _____
IVFs #2 _____ Bag size _____ Site _____
Cath size _____ LiB on arrival _____
☑ C Collar ☐ Backboard ☑ Headroll ☑ Straps ☐ CPR
☐ Direct pressure
☐ Splints _____ ☐ Dressings _____
☐ MAST _____

## TRAUMA TEAM

| TEAM | NAME | Time Paged | Time Called | Time Arrived | Time Pt. Seen |
|---|---|---|---|---|---|
| Lab Phlebotomist | | | | | |
| Blood Bank | | | | | |
| Radiology Tech | | | | | |
| Resp Therapy | | | | | |
| U S Technician | | | | | |
| General Surg | | | | | |
| Orthopedic Surg | | | | | |
| Neurosurgeon | | | | | |
| CV Surgeon | | | | | |
| Social Services | | | | | |
| Pastoral Care | | | | | |
| Other | | | | | |

## HISTORY

Patient s chief complaint _____

Past medical history (Pancreatitis) _____
Abdominal Surgery 1994

Medications Ø

Allergies NKDA

Tetanus status 2003    Last meal ~8 am
LMP 2003 Weight _____ ☐ est ☐ Measured

## PRIMARY SURVEY

| AIRWAY | ☐ Clear | ☐ Obstructed |
|---|---|---|
| BREATHING | ☐ Spontaneous | ☐ O₂ ___ L |
| | ☐ Assisted | ☐ BVM |
| | ☐ Labored | ☐ Unlabored |
| Right | ☐ Present | ☐ Absent |
| Left | ☐ Present | ☐ Absent |

| CIRCULATION | ☐ External Hemorrhage _____ Pulses PAP ☐ RUE ☐ LUE ☐ RLE ☐ LL |
|---|---|
| SKIN SIGNS | ☐ Normal ☐ Warm ☐ Dry ☐ Pale ☐ Cyanotic ☐ Cool ☐ Diaphoretic ☐ Flush R Size ___ Reaction ___ L Size ___ Reaction ___ |
| PUPILS | N = Normal  S = Sluggish  F = Fixed |

### INITIAL VITAL SIGNS

| ON ARRIVAL VS | CUFF B/P | P | R | T | SpO₂ |
|---|---|---|---|---|---|

COMMENTS

PRINTED BY: b17606

## SECONDARY SURVEY

**IDENTIFY INJURY SITE BY NUMBER**

| | | |
|---|---|---|
| 1  Laceration | 2  Abrasion | 3  Hematoma |
| 4  Contusion | 5  Deformity | 6  Open Fx |
| 7  GSW | 8  Stab | 9  Burn |
| 10  Cold | 11  Edema | 12  Amputation |



Head _____
_____ ❑ normal ❑ abnormal

Maxiofacial _____
_Ⓑ Lip_____ ❑ normal ❑ abnormal

C spine/neck _____
_____ ❑ normal ❑ abnormal

Chest_____
_____ ❑ normal ❑ abnormal

Abdomen_____
_____ ❑ normal ❑ abnormal

Musculoskeletal _____
_Abrasion to Ⓑ tib/fib__ ❑ normal ❑ abnormal

Perineum _____
_____ ❑ normal ❑ abnormal

Psychosocial _____
_____
_____
_____

Survey by _____ M D

Recorded by _____ R N

## IV FLUIDS / IVPB

| Solution | Amt | Start Time | Who | Rate | Site | Gauge | D/C Time | Who | LIB |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## MEDICATIONS

| Time | Medication | Dose | Route | Site | Initial |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## INTAKE / OUTPUT

| INTAKE | | OUTPUT | |
|---|---|---|---|
| IV | | URINE | |
| BLOOD | | NGT | |
| PO | | CHEST TUBE | |
| TOTAL | | TOTAL | |

## LABORATORY / RADIOLOGY

| TRAUMA PROFILE | Time Sent | Time Arriv | RADIOLOGY | Time | Time Seen | Result |
|---|---|---|---|---|---|---|
| Differential | | | C Spine Lat Portable | | | |
| Metabolic Profile | | | Chest Portable | | | |
| | | | Pelvis Portable | | | |
| PT/PTT | | | Completion C sp | | | |
| HCG | | | | | | |
| | | | | | | |
| Type & Cross # | | | CT Brain | | | |
| Type & Screen | | | CT Chest | | | |
| U/A* DIP ❑ Pos ❑ Neg | | | CT Pelvis | | | |
| Sent ❑ Yes ❑ No | | | CT Abdomen | | | |
| ETOH | | | Angiography | | | |
| Drug Screen | | | Ⓑ tib/fib | | | |
| | | | US + or – | | | |
| ABG | | | | | | |
| | | | To OR p US | ❑ Yes ❑ No | | |
| | | | To CT p US | ❑ Yes ❑ No | | |

%

B0428500476    NATION,MARVIN
DOB: 03/19/67    Age:37Y    MR #:587118
Admit Date/Time; 09/21/04    1425P
920 ALEXANDER D GREGORY

From:BMC SOUTH MED RECORDS          1 334 286 3343          09/22/2004 12:49 #438 P.017/020

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  NATION,MARVIN K                    Date Performed: 09/21/04 1639
MR #: B000567116                                  Patient's Room: E/R
Account #: 0426500476                             Patient Type:E/R
Attending Physician:  ALEXANDER,D GREGORY

Exam                                              Check-in No.
0453    CT-FACIAL W/O CONTRAST                     1788322
             Ord Diag: ;MVC

NATION, MARVIN K.

CT FACIAL BONES:

HISTORY:  MVA

Numerous left-sided facial bone fractures are present. There is a
fracture of the inferior orbital rim on the left with displacement
of  fragment of bone slightly centrally into the left orbit. There
is bone displaced medially which is causing mass affect on the
lateral rectus muscle. The bone is abutting and may be slightly
compressing the left inferior rectus muscle. There has been no
herniation of orbital contents into the left maxillary sinus.
There is a mildly displaced fracture of the lateral wall left
orbit.

Evaluation of the left maxillary sinus shows a second fracture of
the left orbital rim which is depressed slightly into the
maxillary sinus. There is also a displaced comminuted fracture of
the lateral wall with central displacement of several bony
fragments. The left maxillary sinus is completely opacified from
hemorrhage.

There is a fracture of the ramus of the left mandible. There are
numerous fractures of the left zygomatic arch. Fracture lines
extend inferiorly to involve the lateral aspect of the left
maxilla posteriorly. No temporal bone fractures are seen.
Remaining facial bones are intact.

IMPRESSION:

(Continued)

PRINTED BY: b17606          DATE 9/22/2004

From:BMC SOUTH MED RECORDS        1 334 286 3343        09/22/2004 12:50 #438 P.018/020

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA   36111
RADIOLOGY REPORT

Patient Name:  NATION,MARVIN K                    Date Performed: 09/21/04 1639
MR #: B000567116                                  Patient's Room: E/R
Account #: 0426500476                             Patient Type:E/R
Attending Physician:  ALEXANDER,D GREGORY

Checkin-Exam Code Summary
1788322-0453

1)    INFERIOR AND LATERAL ORBITAL WALL FRACTURES ON THE LEFT WITH
      SOME DISPLACEMENT OF BONY FRAGMENTS CENTRALLY INTO THE ORBIT WITH
      MILD IMPINGEMENT OF THE INFERIOR AND LATERAL RECTUS MUSCLES.
2)    THE ORBITAL FLOOR FRACTURE HAS A COMPONENT WITH BONY
      FRAGMENTS DISPLACED MEDIALLY INTO THE MAXILLARY SINUS, HOWEVER,
      THERE IS NO HERNIATION OF ORBITAL CONTENTS.
3)    COMPLEX FRACTURE OF THE LATERAL MAXILLARY WALL WITH CENTRAL
      DISPLACEMENT OF BONY FRAGMENTS. FRACTURE LINE ALSO EXTENDS TO
      INVOLVE THE LATERAL ASPECT OF THE MAXILLA.
4)    FRACTURE OF THE LEFT MANDIBLE AT THE LEVEL OF THE RAMUS.
5)    NUMEROUS FRACTURES OF THE LEFT ZYGOMATIC ARCH.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
        MEF

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  NATION,MARVIN K
MR #: B000567116
Account #: 0426500476
Attending Physician:  ALEXANDER,D GREGORY

Date Performed: 09/21/04 1640
Patient's Room: E/R
Patient Type:E/R

Exam
0458    CT-CERVICAL SPINE W/O CONTRAST
         Ord Diag: MVA

Check-in No.
1788332

NATION,MARVIN K

CT CERVICAL SPINE WITHOUT CONTRAST:

HISTORY:  Motor vehicle accident.

3mm thick axial images were obtained.  Sagittal and coronal images are reconstructed.

Cervical vertebral bodies are of normal alignment.  There is no subluxation or fracture.  The odontoid is intact.  The lateral masses of C1 maintain normal alignment with the of C2.  No focal bony lesions are seen.

IMPRESSION:

NORMAL STUDY OF THE CERVICAL SPINE, NEGATIVE FOR FRACTURE.

                /READ BY/ GORDON V SMITH, M.D.
                /Electronically Signed By/ OSCAR P ORILLE, M.D.
        CW

From:BMC SOUTH MED RECORDS          1 334 286 3343          09/22/2004 12:42 #438 P.010/020

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  NATION,MARVIN K                     Date Performed: 09/21/04 1639
MR #: B000567116                                   Patient's Room: E/R
Account #: 0426500476                              Patient Type:E/R
Attending Physician:  ALEXANDER,D GREGORY


        Exam                                           Check-in No.
        0450   CT-HEAD WITHOUT IV CONTRAST                1788246
                 Ord Diag: ;MVA



NATION,MARVIN K

CT HEAD WITHOUT CONTRAST:

HISTORY: motor vehicle accident

Unenhanced axial images were obtained from the skull base to the vertex.

Evaluation of the posterior is normal. The region of the sella turcica
is unremarkable.

Supratentorially, there is no evidence of intra or extraaxial
hemorrhage.  There is no mass or infarct.  Ventricle system is midline
and normal in configuration.  Review of the skull is normal.

IMPRESSION:

NORMAL STUDY.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
        CW

From:BMC SOUTH MED RECORDS        1 334 286 3343        09/22/2004 12:49 #438 P.016/020

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  NATION,MARVIN K                    Date Performed: 09/21/04 1513
MR #: B000567116                                  Patient's Room: E/R
Account #: 0426500476                             Patient Type:E/R
Attending Physician:  ALEXANDER,D GREGORY


Exam                                              Check-in No.
3510    DR-HIP RT 2 V. INCLUDES PELVIS            1788284
        Ord Diag: MVA



NATION, MARVIN K.

RIGHT HIP:

History: Motor vehicle accident.

Two views were obtained of the right hip.  There is no fracture or
dislocation. Articular surface of the femoral head is smooth and normal
in appearance. The acetabulum and visualized portions of the right side
of the pelvis are normal.

IMPRESSION:  NORMAL.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ GORDON V SMITH, M.D.
        JH

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  NATION,MARVIN K                    Date Performed: 09/21/04 1512
MR #: B000567116                                  Patient's Room: E/R
Account #: 0426500476                             Patient Type:E/R
Attending Physician:  ALEXANDER,D GREGORY


Exam                                              Check-in No.
3996    DR-LOWER LEG ROUT LEFT 2 VIEWS            1788247
            Ord Diag: ;MVA


NATION, MARVIN K

LEFT LOWER LEG:

HISTORY: MOTOR VEHICLE ACCIDENT

AP and lateral views were obtained. There is no fracture of
either the tibia or fibula. Knee and ankle are unremarkable.
No focal bony lesions are seen.

IMPRESSION:
1.    NORMAL.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ GORDON V SMITH, M.D.
        TB

From: BMC SOUTH MED RECORDS          1 334 286 3343          09/22/2004 12:43 #438 P.012/020

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA 36111
RADIOLOGY REPORT

Patient Name: NATION,MARVIN K          Date Performed: 09/21/04 1512
MR #: B000567116                       Patient's Room: E/R
Account #: 0426500476                  Patient Type:E/R
Attending Physician: ALEXANDER,D GREGORY

Exam
2040   DR-CERVICAL SPINE AP & LAT                 Check-in No.
          Ord Diag: ;MVA                          1788248

NATION, MARVIN K.

CERVICAL SPINE:

HISTORY:  Neck pain, MVA

The cervical spine is seen to the C7-T1 level. Vertebral bodies
are normal alignment with no subluxation or fracture noted.

IMPRESSION: NORMAL LATERAL VIEW.

                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ GORDON V SMITH, M.D.

        MEF

From:BMC SOUTH MED RECORDS          1 334 286 3343          09/22/2004 12:44 #438 P.013/020

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  NATION,MARVIN K                    Date Performed: 09/21/04 1512
MR #: B000567116                                   Patient's Room: E/R
Account #: 0426500476                              Patient Type:E/R
Attending Physician:  ALEXANDER,D GREGORY


Exam                                               Check-in No.
1010   DR-CHEST PA OR AP ONE VIEW                  1788250
          Ord Diag: ;MVA


NATION, MARVIN K.

CHEST:

Heart and mediastinal structures are unremarkable. Lungs are clear
of infiltrates and effusions. There is no pneumothorax. Osseous
structures are unremarkable.

IMPRESSION:  NEGATIVE.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
        MEF

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  NATION,MARVIN K                    Date Performed:.09/21/04 1456
MR #: B000567116                                  Patient's Room: E/R
Account #: 0426500476                             Patient Type:E/R
Attending Physician:  ALEXANDER,D GREGORY


Exam                                                     Check-in No.
6708    US-ABDOMEN LIMITED                               1788251
           Ord Diag: ;MVA



NATION, MARVIN

ABDOMINAL ULTRASOUND:

History:  Abdominal pain after motor vehicle accident.

The study was performed to evaluate for free intraperitoneal fluid.
Evaluation of each quadrant of the abdomen showed no free
intraperitoneal fluid.  Visualized portions of abdominal organs are
normal.

IMPRESSION:
NORMAL STUDY, NEGATIVE FOR FREE INTRAPERITONEAL FLUID.


                /READ BY/ GORDON V SMITH, M.D.
                /Electronically Signed By/ GORDON V SMITH, M.D.
        ARG

From:BMC SOUTH MED RECORDS        1 334 286 3343        09/22/2004 12:44 #438 P.015/020

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  NATION,MARVIN K              Date Performed: 09/21/04 1512
MR #: B000567116                            Patient's Room: E/R
Account #: 0426500476                       Patient Type:E/R
Attending Physician:  ALEXANDER,D GREGORY

Exam
2012   DX-LUMBAR SPINE 1 VIEW               Check-in No.
            Ord Diag: MVA                   1788283


NATION, MARVIN K

LUMBAR SPINE:

HISTORY: BACK PAIN FOR MOTOR VEHICLE ACCIDENT

Single lateral view was obtained of the lumbar spine.
Vertebral body heights and disc spaces are preserved. No
subluxation is seen. There is no evidence of fracture.

IMPRESSION:

NEGATIVE, NO ABNORMALITY SEEN ON THIS SINGLE LATERAL VIEW OF
THE LUMBAR SPINE.


                /READ BY/ GORDON V SMITH, M.D.
                /Electronically Signed By/ GORDON V SMITH, M.D.
       TB


PRINTED BY: b17606          DATE 9/22/2004



Rightward axis
Borderline ECG

PR interval     140 ms
QRS duration    94 ms
QT/QTc        366/400 ms
P-R-T axes     46  90  72

Technician: ald

Referred by: alexander, gregory

Unconfirmed

Male    Caucasian

Room: 2b

NATIONAL,MARVIN
B842560047B
DOB: 03/19/87    Age:3Y    MR #:687116
Admit Date/Time: 09/27/04    1429P
920 ALEXANDER,D GREGORY

BO426S00486  DENNIS,JOEY
DOB: 09/12/78  Age:26Y  MR #:567119
Admit Date/Time: 09/21/04  1435P
911 MOOREHOUSE,JOHN D

%

nis 26

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives
18    1 of 1    1 of 2
Baptist Health
EMERGENCY PHYSICIAN RECORD
Multiple Trauma    (5)

DATE: 9/21/04  TIME: 2130  ROOM: 4B    EMS Arrival
HISTORIAN: ⊘patient  _spouse  _paramedics_____
(HX) EXAM UNOBTAINABLE 2° TO: _____

HPI  chief complaint:  Injury to:  both legs

**occurred:**
_just PTA  1 hour ago
_today
_yesterday
____ days PTA

**where:**
_home
_neighbor's  _school
○work  _city park
_street

**context:**  Car accident

**location of pain / injuries:**
head  face  mouth
neck  chest
gastrointestinal
back  upper mid lower
radiating to R/L thigh /leg

| —right— | | —left— | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

**severity of pain:**
mild
moderate
○severe

**associated symptoms:**
_lost consciousness / dazed
duration:_____
remembers:
impact  coming to hospital
_seizure

PAST HX: ____ negative
_HTN  _DM

Meds- ○none  __ see nurses note
Allergies- ○NKDA  __ see nurses note
SOCIAL HX
FAMILY HX  _DM  recent ETOH  smoker  _drug abuse

(HX) EXAM UNOBTAINABLE 2° TO:
ROS  □ all systems neg except as mild
NEURO
_loss feeling /power / arms /legs
_headache
EYES
_double vision
ENT
_hearing loss
RESPIRATORY
_trouble breathing

CVS
_chest pain
GI
_nausea / vomiting
GU
_loss of bladder function
SKIN
_skin laceration
CONST
_recent fever / illness

**PHYSICAL EXAM**
☑ Nursing Assessment Reviewed  ☑ Vitals Reviewed  □ Tetanus Immun. UTD
Distress:___  NAD___  mild___  moderate___  severe
Other-___  c-collar ( PTA / in ED )___  _back-board  _IV  _splint

(Alert)  _Lethargic  (Anxious)

**HEAD**
_no evidence of trauma
NECK
_non-tender
_painless ROM
_trachea midline

_see diagram___
_Battle's sign / Raccoon Eyes___
_see diagram___
_vertebral point-tenderness___
_muscle spasm / decreased ROM___
_pain on movement of neck___

**EYES**
_PERRL
_EOMI

_unequal pupils  R-___ mm  L-___ mm
_EOM entrapment / palsy___
_subconjunctival hemorrhage___

**ENT**
_nml external inspection
_no dental injury

_hemotympanum___
_TM obscured by wax___
_clotted nasal blood___
_dental injury / malocclusion___

**RESP / CVS**
_chest non-tender
_breath sounds nml
_heart sounds nml

_see diagram ( on reverse )___
_decreased breath sounds___
_wheezing / rales___
_splinting / paradoxical movements___

**GASTROINTESTINAL**
_non-tender
_no organomegaly

_see diagram ( on reverse )___
_tenderness / guarding / rebound___
_mass / organomegaly___

**GENITAL / RECTAL**
_nml genital exam
_nml vaginal exam
_nml rectal exam
_heme negative stool

_perineal hematoma___
_blood at urethral meatus___
_decreased rectal tone___

**NEURO / PSYCH**
_oriented x3
_mood & affect
_CN's nml
_as tested sensation & motor nml

_confusion / disorientation___
_EOM palsy / anisocoria___
_facial asymmetry___
_unsteady / ataxic gait___
_sensory / motor deficit___

PRINTED BY: b17606

DATE_____  __RN / PA / NP

**SKIN**
__ intact    ⬭see diagram⬭
__ warm, dry    __ crepitus / diaphoresis

**BACK**
__ no CVA    __ see diagram
  tenderness    __ vertebral point-tenderness
__ no vertebral    __ CVA tenderness
  tenderness    __ muscle spasm / limited ROM

**EXTREMITIES**
__ atraumatic    ⬭see diagram⬭
__ pelvis stable    __ bony point-tenderness
__ hips non-tender    __ painful / unable to bear weight
__ no pedal edema    __ pulse deficit
__ nml ROM

⬭limited ROM⬭ / ligaments laxity / joint effusion

**XRAYS**    ☑Interp. by me    ☐Reviewed by me    ☐Discsd w/ radiologist

**C-Spine  D-Spine   LS-Spine**
__ nml / NAD    __ reversal / straightening of cerv. lordosis
__ no fracture    __ DJD / spondylosis / spurring
__ nml alignment    __ _____ tib / fib = Neg
__ soft tissues nml

**CXR**
__ nml / NAD    __ rib fracture
__ no infiltrates    __ infiltrate / atelectasis
__ nml heart size
__ nml mediastinum

**OTHER**    ☐See separate report

**CT SCAN**
__ normal
**Ultrasound**    __ ED Physician
__ Radiology

**LABS and PROGRESS**

| CBC | Chemistries | CO2 |
|-----|-------------|-----|
| normal except | normal except | Ca |
| WBC | BUN | Bilirubin |
| Hgb | Creat | |
| Hct | Gluc | Magnesium |
| Platelets | Alk Phos | BNP |
| segs | Cl | D-Dimer |
| bands | ALT | |
| lymphs | AST | |
| monos | Na | |
| eos | K | |

Re-evaluation time _____ __unchanged __improved __re-examined

Re-evaluation time _____ __unchanged __improved __re-examined

Re-evaluation time _____ __unchanged __improved __re-examined

_Bil  l leg  Contusions_
_will tx with  analgesics_
_and  refer to  _____

__ use template #23b for Laceration Repair
**TREATMENT:**
**MEDICAL DECISION:**
**Fracture Care: Follow up with orthopedic within 48 hours**
__ Rx given

__ Follow up with
__ Discussed with Dr ____    __ CRIT CARE - 30-74 min
__ will see patient in: office / ED / hospital    __ 75-104 min ___ min
__ Counseled patient / family regarding:    __ Prior records ordered
  lab results / ⬭diagnosis⬭ / need for follow-up    __ Additional history from:
__ Admit orders written    family caretaker paramedics

**CLINICAL IMPRESSION:**

| ⬭Contusion⬭ | Injury | | sprain / strain |
|-------------|--------|--|-----------------|
| ⬭head⬭ | | | neck  dorsal  lumbar |
| face | wrist | R / L | sacral |
| chest | hand | R / L | |
| Gastrointestinal | hip | R / L | |
| back | thigh | R / L | **concussion** |
| shoulder  R / L | knee | R / L | with LOC   w/o LOC |
| arm  R / L | leg | ⬭R / L⬭ | |
| elbow  R / L | ankle | R / L | **laceration** |
| forearm  R / L | foot | R / L | |

T=Tenderness
PT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Lacerations
A=Abrasion  B=Burn
(0=without  m=mild
mod=moderate
s=severe)
Tm = Tenderness on
palpation (severe)

_EL_
_T_

PRINTED BY: b17606

**DISPOSITION**
**CONDITION-**    ☐home  ☐admitted  ☐transferred
    ☐unchanged  ☐improved  ☑stable

x_____ (MD /DO) x_____ (MD /DO)
  Resident    Attending

☐On review, Patient interviewed, Medical Decision Making, and Examined by
Physician

DATE: 9/22/2004

## Baptist HEALTH
## ER RECORD - Adult / Adolescent

B0426500486  DENNIS, JOEY
DOB: 09/12/78  Age: 26Y  MR #: 567119
Admit Date/Time: 09/21/04  1435P
Patient Lal
911 MOOREHOUSE, JOHN b

Regular M.D.: _____ Notified: _____
Immunization Hx: Tetanus ☐ UTD ☐ not UTD
Allergies: ___NKDA___

LMP: _____  Pregnant? ☐ Yes ☐ No ☐ Unsure
Home Meds: ___none___

**TRIAGE CATEGORY**
1) RED - Immediate    2) YELLOW - Urgent    3) GREEN - 0 Non-Urgent

**Vital Signs**          **CHIEF COMPLAINT AND HISTORY**
BP ☐ See T Sheet   MVC - unrestrained
P                  unrestrained restrained mvc
R                  bilateral leg pain
T 9⁰9
SPO₂

Analgesia Scale IVAS 0-10          /10    0 (no pain) 10 (worst)

### AGE SPECIFIC CARE
13-18 yrs (Adolescent)
(Menarche started? ☐ Yes ☐ No   Age at onset?_____  Regular ☐ Yes ☐ No)
>65 yrs (Older Adult)
Assisting Devices: ☐ None ☐ Yes (list): ____
Living arrangements: ☐ Lives alone ☐ Family/Significant Others
☐ Extended Care Facility

### GENERAL APPEARANCE & MENTAL STATUS

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☐ NAD | ☐ Warm | ☐ Unlabored | ☐ Regular | ☐ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☐ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Appropriate |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |
| Skin Color | Skin Moisture | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☐ Pink | ☐ Dry | ☐ Crackles | Neuro Status | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☐ Normal | ☐ Tearful |
| ☐ Pale | Gait | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☐ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor | | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S._____ | | O.D._____ | O.U._____ |

### PLAN OF CARE

| Problems | Intervention |
|---|---|
| ☐ Anxiety/Fear | ☐ Nutrition (refer to Dietitian) | ☐ Anti-Puretic | ☐ Sling/Splint |
| ☐ Body Temp. Alt. In | ☐ Knowledge Deficit | ☐ Bleeding Control | ☐ Teaching |
| ☐ Comm. Alt. In | ☐ Neuro Status | ☐ DSG/Wound Care | ☐ Labs |
| ☐ Coping Alt. In | ☐ Physical Mobility | ☐ Emotional support | ☐ X-Ray |
| ☐ Elimination Alt. In | Impairment | ☐ Ice/elevate | ☐ Meds As Ordered |
| ☐ Fluid Vol., Def/Ex | ☐ Resp. Function Alt. | ☐ I & O | ☐ O₂ |
| ☐ Infection Potential | ☐ Skin Integrity, Alt. In | ☐ Other_____ | |
| ☐ Domestic Violence | ☐ Cultural/Religion | | |
| Abuse Potential (refer to Social Services) | | | |
| ☐ Pain | ☐ Language | | |

☐ Social Services   ☐ PT          Weight: _____  stated / measured
☐ Animal Control    ☐ Dietitian
☐ DHR Referral      ☐ Coroner      Triage   Date_____  Time 1450
☐ Police Notified                  Nurse Signature: R. Robbins

Time To Tx
Area: _____    Rm #

**NURSES NOTES / PHYSICIAN'S ASSESSMENT / ORDERS**
[handwritten notes, illegible]

### VITAL SIGNS

| | Time | B.P. | Temp. | Pulse | Resp. | O₂ Sat. |
|---|---|---|---|---|---|---|

### LAB
☐ CBC      ☐ Maj Trauma
☐ Cardiac  ☐ Min Trauma
☐ Urinalysis  ☐ EKG ☐ ETOH
☐ Liver Profile  ☐ ABG ☐ UCG
☐ Amylase  ☐ I-Stat _____
☐ Chem Profile 7 ☐ Lipase
☐ Chem Profile 12  ☐ PT/ PTT

### X-RAY
☐ Chest    ☐ Abd
☐ Portable
☐ CL _____  c/s

### DISCHARGE
Date 9/21/04  Time 1730
D/C BP _____

### Medications

| Medications | Dose | Route | Time | Site | Nurse |
|---|---|---|---|---|---|

### DISPOSITION        OUT VIA
☐ Home      ☐ Walk
☐ Admit     ☐ Carried
☐ Surgery   ☐ WC
☐ Transfer  ☐ Stretcher
☐ EXP       ☐ Ambulance
☐ AMA       ACCOM. BY
☐ LWT       ☐ Self
☐ SNF       ☐ Fam/Friend
☐ Other     ☐ Police
☐ M.D. Office  ☐ Other

Certified Medical Emergency ☐ YES ☐ NO
Diagnosis: ☐ See T Sheet

Condition @ Discharge _____  Physician Signature



B0426500486    DENNIS,JOEY
DOB: 09/12/78    Age:26Y    MR #:567119
Admit Date/Time: 09/21/04    1435P
911 MOOREHOUSE,JOHN D

**Baptist Health**
**Emergency Room**
**Discharge Instructions**

Page 1 of 1

## DISCHARGE INSTRUCTIONS – PATIENT COPY

| Weight | Phone | Allergies | | Location South |
|---|---|---|---|---|

**MEDICINES PRESCRIBED**    If non, check this box: ☐    **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.**

| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. Darvocet N 100 | # 12 | Q4-6 pr pnd | ☐ | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**INSTRUCTION SHEET(S) GIVEN**

☐ Asthma    ☐ Head Injury    ☐ Threatened Ab    **Return for signs of infection**
☐ Back Pain    ☐ Crutches    ☐ Otitis Media    ☐ Vomiting / Diarrhea    > Redness
☐ Cast / Splint Care    ☐ Fever    ☐ Sprains / Bruises    ☐ Wound Care    > Swelling
                ☐ Fracture    ☐ STD    ☐ Other(s)    > Drainage
                                    > Heat

Additional Instructions:

Referred to:
☐ Dr.
Phone:
☐ Call on next business day for follow-up appointment
   in _____ days / weeks    ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician
   or return to the Emergency Department for a recheck.
☐ Learning needs assessed    ☐ Instructions Modified: _____
☐ Education provided on new medication

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

☐ Patient
☐ Relative
☐ Other

Time
Released  >  1730  Hrs.

Instructed By:

Physician:

## WORK/ SCHOOL STATEMENT from the Emergency Department

Patient Name                                          Date

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before
   returning to school / work.

☐ May return to restricted duties for _____ days*
   Restrictions: _____
☐ _____ was here with relative/ child.
☐ Other: _____

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  DENNIS, JOEY
MR #: B000567119
Account #: 0426500486
Attending Physician:  ALEXANDER, D GREGORY

Date Performed: 09/21/04 1529
Patient's Room: DIS — E/R
Patient Type: E/R

Exam
3996    DR-LOWER LEG ROUT LEFT 2 VIEWS
              Ord Diag: ;R/O FX, MVC

Check-in No.
1788254

DENNIS, JOEY

LEFT LEG:

PA and lateral views show no fracture of the tibia or fibula. Knee
and ankle are unremarkable.

IMPRESSION:  NEGATIVE.

                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
        MEF

From:BMC SOUTH MED RECORDS    1 334 286 3343    09/22/2004 10:32 #424 P.004

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  DENNIS,JOEY                    Date Performed: 09/21/04 1529
MR #: B000567119                              Patient's Room: DIS - E/R
Account #: 0426500486                         Patient Type:E/R
Attending Physician:  ALEXANDER,D GREGORY


Exam                                          Check-in No.
3595    DR-LOWER LEG ROUT RIGHT 2 VIEWS       1788255
        Ord Diag: ;R/O FX, MVC


DENNIS, JOEY

RIGHT LOWER LEG:

There is no fracture of the tibia or fibula. There is an oval-
shaped well-defined sclerotic lesion in the proximal tibia which
likely represents a healed fibrous cortical defect.

IMPRESSION:   NEGATIVE, NO ACUTE FINDINGS.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
        MEF

## Baptist Medical Center South
### 2105 E. South Blvd. Montgomery, AL 36116
### Tue Sep 21, 2004 09:33 pm
### Outpatient Summary Report

```
Pat Name:           DENNIS,JOEY                                    Page:  1
Unit #/Acct #:      000567119/B0426500486
Loc:                E/R 09/21/04
Phys-Service:       ALEXANDER,D GREGORY - EMERGENCY
****************************************************************************
In:  09/21/04 1509                                                 Spec: Bloc
Out: 09/21/04 1509                    | CBC |              Techs: VPHLB TB578
Coll Time: 09/21/04 1509
Order Phys: MOOREHOUSE,JOHN D                              [B0426500486/52238
                              *STAT*STAT*STAT*
Result Name                   Result
```

| Result Name | Result | Reference |
|---|---|---|
| WBC(thou/cmm): | 13.7 H | 4.0-10.0 |
| RBC(mill/cumm): | 5.26 | 4.2-5.9 |
| Hgb(gm/dl): | 16.9 | 13.0-17.5 |
| Hct(%): | 48.0 | 39-51 |
| MCV(fl): | 91 | 80-100 |
| MCH(pg): | 32 | 26-34 |
| MCHC(%): | 35 | 31-35 |
| Plt ct(thou/cmm): | 257 | 150-440 |
| RDW(%): | 11.8 | 11.5-14.5 |
| Neutrophils(%): | 83 H | 45-75 |
| Lymphs(%): | 11 L | 20-53 |
| Monos(%): | 6 | 2-12 |
| Eos(%): | 0 | 0-8 |
| Basos(%): | 0 | 0-2 |

---

### End of Report - 09/21/04 2133P

```
                                                         DENNIS,JOEY
                                                         000567119/B0426500486
                                                         E/R 09/21/04
                                                         (M-09/12/78)
Outpatient Summary Report                                Dr. ALEXANDER,D GREGORY


              PRINTED BY: b17606          DATE 9/22/2004

                        09/22/2004 WED 11:08  [TX/RX NO 51851 ]#008
```



0426500485  DENNIS,JOEY



**Baptist Health**

# I/P AND O/P
# ADMISSIONS AND FACESHEET

| | FC | INT |
|---|---|---|
| | 18 | PNW |

| | | | | | | | | | ROOM | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0426500486 | 09/21/04 | 1435P | M | 09/12/78 | 26Y | S | E/R | E/R | BRI | 567/119 |

**NAME & ADDRESS**
DENNIS,JOEY
PO BOX 8

ELMORE    AL 36025

SS# 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
PH# (334)567-2221
COUNTY ELMORE

EMPLOYER

NOT EMPLOYED

**NAME & ADDRESS**
FACILITY,ELMORE CO CORRECTIO
PO BOX 8

ELMORE    AL 36025

DOB 09/19/69 35Y
SS#
PH# (334)567-2221
REL TRUST OFFICE

EMPLOYER

NOT EMPLOYED

**NAME & ADDRESS**

**NAME & ADDRESS**

INSURANCE CARRIER PRISON HEALTH SERVICES    INSURED NAME FACILITY,ELMORE CO CORRECTIO REL TO INSURED
SUBSCRIBER ID# AIS #224604    GROUP NAME ELMORE COUNTY CORRECTIONS    GROUP NUMBER  7
GROUP PHONE# (800)729-0069    APPROVAL#
CONTACT ADDRESS 105 WESTPARK DR #200    CONTACT CLAIMS DEPT    CITY/STATE/ZIP BRENTWOOD  TN 37027

INSURANCE CARRIER    INSURED NAME    REL TO INSURED
SUBSCRIBER ID#    GROUP NAME    GROUP NUMBER
GROUP PHONE#    APPROVAL#    CONTACT
CONTACT ADDRESS    CITY/STATE/ZIP

INSURANCE CARRIER    INSURED NAME    REL TO INSURED
SUBSCRIBER ID#    GROUP NAME    GROUP NUMBER
GROUP PHONE#    APPROVAL#    CONTACT
CONTACT ADDRESS    CITY/STATE/ZIP

DIAG CODE  DIAGNOSIS
729.5-PAIN IN LIMB    ALLERGIES    P  %   PT. CL.

ACCIDENT TYPE
AUTO/MOTORIZED VEH    NATURE OF ACCIDENT    ACCIDENT DATE    TIME

ARRIVAL MODE
HAYNES AMBULANCE    REFERRING FACILITY    CHURCH/DENOMINATION

ADMITTING PHYSICIAN
911 MOOREHOUSE,JOHN D    PRIMARY CARE PHYSICIAN
NO,PCP

ATTENDING PHYSICIAN
911 MOOREHOUSE,JOHN D    REFERRING PHYSICIAN

LOCATION    E/R PHYSICIAN
MOOREHOUSE,JOHN D

ADMISSION TYPE
EMERGENCY



09/22/2004 WED 13:50 [TX/RX NO 5107] 015

From DML SOUTH MED RECORD    1 554 200 5842    UM 11/20/2004 4:53 P 03 #053

B0426500499  JACKSON, MARCUS D  %
DOB: 12/19/78  Age:25Y  MR #:567124
Admit Date/Time: 09/21/04  1442P
911 MOOREHOUSE, JOHN D

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negati

17

Baptist Health
**EMERGENCY PHYSICIAN RECORD**
**MVA**    (5)    1 of 1    1 of

DATE: 9.21.04  TIME: 1445  ROOM: 4D  _ EMS Arrival

HISTORIAN: (patient)  spouse  paramedics ___

HX / _ EXAM UNOBTAINABLE 2° TO: ___

**HPI  chief complaint:** MVA  injury to L LE

**occurred:** _ just PTA

**position in vehicle:** driver (passenger)  front back

**context:** _ car collision  overturned vehicle  single-car accident ( lost control / fell asleep / unknown cause )

**location of pain / injuries:**

| | -right- | | -left- | |
|---|---|---|---|---|
| head  face  mouth | shldr | hip | shldr | hip |
| neck  chest | arm | thigh | arm | thigh |
| gastrointestinal | elbow | knee | elbow | knee |
| back  upper mid- lower | f-arm | leg | f-arm | (leg) |
| radiating to ( R / L ) thigh / leg | wrist | ankle | wrist | (ankle) |
| | hand | foot | hand | foot |

**severity of pain:**  mild  (moderate) 7/10  severe

**associated symptoms:** _ lost consciousness / dazed  duration: ___  remembers:  impact  coming to hospital  seizure

**site of impact:** "P" = primary  "S" = secondary

**restraints:** none  lap / shoulder  doesn't recall  car seat  air bag deployed  thrown from vehicle  (ambulated at scene)  long extrication

force  low  mod.  high  direct  glancing

**PAST HX** ___ negative
HTN  DM

Meds: _ none / _ see nurses note.
Allergies: _ NKDA / _ see nurses note.

**SOCIAL HX** _ recent ETOH  smoker  _ drug abuse
**FAMILY HX**

HX / _ EXAM UNOBTAINABLE 2° TO:

**ROS** (all systems neg except as mild)
**NEURO**
_ loss feeling / power arms/legs
_ headache
**EYES**
_ double vision
**ENT**
_ hearing loss
**RESPIRATORY**
_ trouble breathing

**CVS**
_ chest pain
**GI**
_ nausea / vomiting
**GU**
_ loss of bladder function
**SKIN**
_ skin laceration
**CONST**
_ recent fever / illness

**PHYSICAL EXAM** _ Alert _ Lethargic _ Anxious
Distress- _ NAD _ mild _ moderate _ severe.
Other- _ c-collar ( PTA / in ED ) _ back-board  IV  _ splint

☑ Nursing Assessment Reviewed ☑ Vitals Reviewed ☑ Tetanus Immun. U

**HEAD**
_ no evidence of trauma
_ see diagram
_ Battle's sign / Raccoon Eyes

**NECK**
_ non-tender
_ painless ROM
_ trachea midline
_ see diagram
_ vertebral point-tenderness
_ muscle spasm / decreased ROM
_ pain on movement of neck

**EYES**
_ PERRL
_ EOMI
_ unequal pupils R- ___ mm L- ___ mm
_ EOM entrapment / palsy
_ subconjunctival hemorrhage

**ENT**
_ nml external inspection
_ no dental injury
_ hemotympanum
_ TM obscured by wax
_ clotted nasal blood
_ dental injury / malocclusion

**RESP / CVS**
_ chest non-tender
_ breath sounds nml
_ heart sounds nml
_ see diagram ( on reverse )
_ decreased breath sounds
_ wheezing / rales
_ splinting / paradoxical movements

**GASTROINTESTINAL**
_ non-tender
_ no organomegaly
_ see diagram ( on reverse )
_ tenderness / guarding / rebound
_ mass / organomegaly

**GENITAL / RECTAL**
_ nml genital exam
_ nml vaginal exam
_ nml rectal exam
_ heme negative stool
_ perineal hematoma
_ blood at urethral meatus
_ decreased rectal tone

**NEURO / PSYCH**
_ oriented x3
_ mood & affect
_ CN's nml
_ as tested
_ sensation & motor nml
_ confusion / disorientation
_ EOM palsy / anisocoria
_ facial asymmetry
_ unsteady / ataxic gait
_ sensory / motor deficits

**SKIN**
_ intact
_ warm, dry
- see diagram _
_ crepitus / diaphoresis _

**BACK**
_ no CVA
tenderness
_ no vertebral
tenderness
- see diagram _
_ vertebral point-tenderness _
_ CVA tenderness _
_ muscle spasm / limited ROM _

**EXTREMITIES**
_ atraumatic
_ pelvis stable
_ hips non-tender
_ nml ROM
- see diagram _
_ bony point-tenderness _
_ unable to bear weight _ (L) +7
_ pulse deficit _

Joint Exam:
_ limited ROM / ligaments laxity / joint effusion _



**X-RAYS**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discd w/ radiologist

**C-Spine  D-Spine**
_ nml / NAD
_ no fracture
_ nml alignment
_ soft tissues nml

**LS-Spine**
_ reversal / straightening of cerv. lordosis _
_ DJD / spondylosis / spurring _

**CXR**
_ nml / NAD
_ no infiltrates
_ nml heart size
_ nml mediastinum
_ rib fracture _
_ infiltrate / atelectasis _

**OTHER**  ☐ See separate report
_ Tib-fib ~ Nkfc _

**CT SCAN**
_ normal



**LABS and PROGRESS**

| CBC | Chemistries | CO2 | |
|---|---|---|---|
| normal except | normal except | Ca | |
| WBC | BUN | Bilirubin | |
| Hgb | Creat | | |
| Hct | Gluc | Magnesium | |
| Platelets | Alk Phos | BNP | |
| segs | Cl | D-Dimer | |
| bands | ALT | | |
| lymphs | AST | | |
| monos | Na | | |
| eos | K | | |

Re-evaluation time _1601_  _ unchanged  _ improved  _ re-examined
Re-evaluation time _  _ unchanged  _ improved  _ re-examined
Re-evaluation time _  _ unchanged  _ improved  _ re-examined

Pt unable to bear
w.4

No compartment Syndrom

_ use template #23b for Laceration Repair _
**TREATMENT:**
• Fluids    IV _
• Analgesics  PO IM IV _
• Antibiotics  PO IM IV _
**MEDICAL DECISION:**
**Fracture Care: Follow up with orthopedic within 48 hours**
Rx given

Follow up with _

Discussed with Dr. _
will see patient in:  office / ED / hospital
_ Counseled patient/family regarding:
lab results  diagnosis  need for follow-up
_ Admit orders written

CRIT CARE-  30-74 min _
75-104 min _  min
_ Prior records ordered
Additional history from:
family  caretaker  paramedics

**CLINICAL IMPRESSION:**

| contusion | injury | | sprain / strain |
|---|---|---|---|
| head | wrist | R/L | neck dorsal lumbar |
| face | hand | R/L | sacral _ |
| chest | hip | R/L | |
| Gastrointestinal | thigh | R/L | |
| back | knee | R/L | concussion |
| shoulder R/L | leg R/L | | with LOC   w/a LOC |
| arm R/L | ankle R/L | | |
| elbow R/L | foot R/L | | laceration |
| forearm R/L | | | |

MVA

HTN  Clo Dry / fracture

**DISPOSITION-**  ☐ home  ☐ admitted  ☐ transferred _
**CONDITION-**  ☐ unchanged  ☐ improved  ☐ stable _



T=Tenderness
PT=Point Tenderness
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion  B=Burn
(d=without  b=mild
md=moderate
s=severe)
Tm = Tenderness on
palpation (lower)

X _  MD/DO  x _  MD/DO
Resident          Attending
☐ Hx review, Patient interviewed, Medical Decision Making, and Examined by
Physician

09/22/2004 WED 11:08  [TX/RX NO 5105]  ☑ 045

# Baptist Health

## ER RECORD - Adult / Adolescent

JACKSON, MARCUS D
80426500499
DOB: 12/19/78  Age: 25Y  MR #: 567124
Patient Labe    Admit Date/Time: 09/21/04  1442P
911 MOOREHOUSE, JOHN D

Regular M.D.: _____  Notified: _____
Immunization Hx: Tetanus ☐ UTD  ☐ not UTD
Allergies: NKA

LMP: _____  Pregnant? ☐ Yes ☐ No ☐ Unsure
Home Meds:

**TRIAGE CATEGORY**
1) RED - Immediate    2) YELLOW - Urgent    3) GREEN - 0 Non-Urgent

**Vital Signs**
BP 151/100  ☐ See T Sheet
P 100
R 10
T
SPO2

**CHIEF COMPLAINT AND HISTORY**
CO lower leg pain. Pt was in van in znd.

Analgesia Scale (VAS 0-10 _____ /10   0 (no pain)  10 (worst)

## AGE SPECIFIC CARE

**13-18 yrs (Adolescent)**
(Menarche started? ☐ Yes ☐ No   Age at onset: _____   Regular ☐ Yes ☐ No)
**>65 yrs (Older Adult)**
Assisting Devices: ☐ None ☐ Yes (list): _____
Living arrangements: ☐ Lives alone ☐ Family/Significant Others
☐ Extended Care Facility

### GENERAL APPEARANCE & MENTAL STATUS

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☑ NAD | ☐ Warm | ☑ Unlabored | ☑ Regular | ☑ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☐ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Appropriate |
|  | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |
| Skin Color | Skin Moisture | ☐ Wheeze | ☐ Absent | ☐ Combative |
| ☑ Pink | ☑ Dry | ☐ Crackles | Neuro Status | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apnea | ☑ Normal | ☐ Tearful |
| ☐ Pale | Gait | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☑ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor |  | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S.: _____  O.D.: _____ |  |  |  |

## PLAN OF CARE

**Problems**
☐ Anxiety/Fear
☐ Body Temp. Alt. in
☐ Comm. Alt. in
☐ Coping Alt. in
☐ Elimination Alt. in
☐ Fluid Vol., Def/Ex
☐ Infection Potential
☐ Domestic Violence
☐ Abuse Potential (refer to Social Services)
☑ Pain

☐ Nutrition (refer to Dietitian)
☐ Knowledge Deficit
☐ Neuro Status
☐ Physical Mobility impairment
☐ Resp. Function Alt.
☐ Skin Integrity, Alt. in
☐ Cultural/Religion
☐ Language

**Intervention**
☐ Anti-Puretic
☐ Bleeding Control
☐ DSG/Wound Care
☐ Emotional support
☐ Ice/elevate
☐ I & O
☐ Other: _____
☐ Sling/Splint
☐ Teaching
☑ Labs
☑ X-Ray
☐ Meds As Ordered
☐ O2

☐ Social Services    ☐ PT
☐ Animal Control    ☐ Dietitian
☐ DHR Referral      ☐ Coroner
☐ Police Notified: _____

Weight: _____  stated / measured
Triage Nurse Signature: _____   Date ___   Time ___

Time To Tx Area: 14:30   Rm # 15   new seat

RPH #: Ø
1600  Pt fitted c crutches. Given de instructions. verbalized understanding R. Pobb ℞

**VITAL SIGNS**

| | Time | B.P. | Temp. | Pulse | Resp. | O2 Sat. |
|---|---|---|---|---|---|---|

**LAB**
☐ CBC        ☐ Maj Trauma
☐ Cardiac    ☐ Min Trauma
☐ Urinalysis ☐ EKG ☐ ETOH
☐ Liver Profile ☐ ABG ☐ UCG
☐ Amylase    ☐ I-Stat
☐ Chem Profile 7 ☐ Lipase
☐ Chem Profile 12    ☐ PT/PTT

**X-RAY**
☐ Chest      ☐ Abd
☐ Portable   ☐
☐ Ct         c/o

**DISCHARGE**
D/T 9/21/04  Time 1609
D.C. Rn  R. Pobb

**DISPOSITION**
☐ Home  9/21
☐ Admit
☐ Surgery
☐ Transfer
☐ EXP
☐ AMA
☐ LWT
☐ SNF
☐ Other
☐ M.D. Office

**EXIT VIA**
☑ Walk
☐ Carried
☐ WC
☐ Stretcher
☐ Ambulance
**ACCOM. BY**
☐ Self
☐ Fam/Friend
☐ Police
☐ Other

| Medications | Dose | Route | Time | Site | Nurse |
|---|---|---|---|---|---|
| | | | | | |

Certified Medical Emergency  ☐ YES ☐ NO
Diagnosis: ☑ See T Sheet

Condition On Discharge    Physician Signature



B0426500499    JACKSON,MARCUS D
DOB: 12/19/78  Age:25Y  MR #:567124
Admit Date/Time: 09/21/04  1442P
911 MOOREHOUSE,JOHN D

%



**Baptist Health**
# Emergency Room
# Discharge Instructions

Page 1 of 1

## DISCHARGE INSTRUCTIONS — PATIENT COPY

| Weight | Phone | Allergies | | Location South |
|---|---|---|---|---|

| MEDICINES PRESCRIBED | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** |
|---|---|---|

| | Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | Tylenol #3 | # 30 | TMTT q4h for pain | ☐ | |
| 2. | | | | ☐ | |
| 3. | | | | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

### INSTRUCTION SHEET(S) GIVEN

☐ Asthma        ☐ Crutches       ☐ Head Injury       ☐ Threatened Ab
☐ Back Pain     ☐ Fever          ☐ Otitis Media      ☐ Vomiting / Diarrhea
☐ Cast / Splint Care  ☐ Fracture  ☐ Sprains / Bruises ☐ Wound Care
                                  ☑ STD               ☐ Other(s)

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Additional Instructions:

See Element
Card
Microbiology

| Referred to: | | ☐ Return to Emergency Dept. in _____ hours / days for recheck |
|---|---|---|
| ☐ Dr. | | ☐ If no improvement or your condition worsens, call your private physician |
| Phone: | | or return to the Emergency Department for a recheck. |
| ☐ Call on next business day for follow-up appointment | | ☐ Learning needs assessed    ☐ Instructions Modified: _____ |
| In _____ days / weeks    ☐ next available | | |
| | | ☐ Education provided on new medication |

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

_Marcus Jackson_    ☐ Patient
                    ☐ Relative    Time
Instructed By _R. Roberts_  ☐ Other _____  Released  > 1600 Hr
                            Physician:

## WORK/ SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |
|---|---|

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*        ☐ May return to restricted duties for _____ days
☐ May return to work / school without restrictions          Restrictions: _____
☐ Will require time off work / school. Estimated time: _____ days*   ☐ _____ was here with relative/ child.
☐ Must be reevaluated by family / occupational physician before   ☐ Other: _____

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA   36111
RADIOLOGY REPORT


Patient Name:   JACKSON,MARCUS D                    Date Performed: 09/21/04 1526
MR #: B000567124                                    Patient's Room: E/R
Account #: 0426500499                               Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D


Exam                                                Check-in No.
3996    DR-LOWER LEG ROUT LEFT 2 VIEWS              1788266
            Ord Diag: ;R/O FX, MVC


JACKSON, MARCUS D.

LEFT LEG:

There is no fracture of the tibia or fibula. NO bony lesions are
seen.

IMPRESSION:  NEGATIVE.


              /READ BY/ GORDON V SMITH, M.D.
              /Electronically Signed By/ OSCAR P ORILLE, M.D.

     MEF

Case 2:06-cv-00693-ID-TFM     Document 27-2     Filed 11/29/2006     Page 35 of 53

11 09/21/04
426500499 09/21/04 1442P     M  12/19/78  25Y    2 U O E/R ER E/R /          56712

JACKSON,MARCUS D                    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
P.O. BOX 8                          (334)288-2100
ELMORE CO CORRECTIONAL FA              ELMORE                                  NOT EMPLOYE
ELMORE          AL 36025

JACKSON,MARCUS D                    12/19/78 25Y
P.O. BOX 8                          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
ELMORE CO CORRECTIONAL FA           (334)288-2100                             NOT EMPLOYE
ELMORE          AL 36025               SELF

959.7-LOWER LEG INJURY NOS                                                    U %

OTHER

911 MOOREHOUSE,JOHN D                                     911 MOOREHOUSE,JOHN

        11      09/21/04

                                        EMERGENCY        1

ED

ARD      09/21/04      YES
    MOOREHOUSE,JOHN D
           PRINTED BY: b17606          DATE 9/22/2004

From: BML SOUTH MEDRECORDS-TFM    Do 804 266 3343    Filed 09/22/2006 13:09#442 P.003
09/22/2004 WED 13:09 ... MR 56100 P

# Baptist HEALTH

# ER RECORD - Adult / Adolescent

Regular M.D.: _____ Notified: _____

Immunization Hx: Tetanus ☐ UTD ☐ not UTD

Allergies: _____ nka

LMP: mar _____  Pregnant? ☐ Yes ☐ No ☐ Unsure

Home Meds: _____

B0426500509    PERDUE, DONALD C
DOB: 03/15/73  Age: 31Y  MR #:567125
Admit Date/Time: 09/21/04  1453P
920 ALEXANDER, D GREGORY
Patient Label

## TRIAGE CATE...
1) RED - Immediate  2) YELLOW - Urgent  3) GREEN - 0 Non-Urgent

**Vital Signs**
BP 194/71  ☐ See T Sheet
P 88
R 20
T 98.4
SPO₂ 99%

Analgesia Scale IVAS 0-10 ___ /10  0 (no pain) 10 (worst)

## CHIEF COMPLAINT AND HISTORY
c/o neck, leg
chest + shoulder
lower back

## AGE SPECIFIC CARE

**13-18 yrs (Adolescent)**
(Menarche started? ☐ Yes ☐ No  Age at onset? _____  Regular ☐ Yes ☐ No)
>65 yrs (Older Adult)
Assisting Devices: ☐ None ☐ Yes (list): _____
Living arrangements: ☐ Lives alone ☐ Family/Significant Others
☐ Extended Care Facility

## GENERAL APPEARANCE & MENTAL STATUS

**General**
☐ NAD
☑ Mild Distress
☐ Acute Distress

**Skin Temp**
☐ Warm
☑ Hot
☐ Cool
☐ Cold

**Respiration**
☐ Unlabored
☑ Clear Bilat.
☐ Shallow
☐ Labored
☐ Wheeze
☐ Crackles
☐ Apneic
☐ Retraction
☐ Nasal Flaring
☐ Stridor

**Pulse**
☑ Regular
☐ Irregular
☐ Bounding
☐ Weak
☐ Absent

**Mental Status**
☑ Alert
☑ Oriented
☐ Age Appropriate
☐ Anxious
☐ Combative
☐ Unresponsive
☐ Tearful
☐ Confused
☐ Agitated
☐ Disoriented

**Skin Color**
☑ Pink
☐ Flushed
☐ Pale
☐ Ashen
☐ Cyanotic
☐ Jaundiced

**Skin Moisture**
☑ Dry
☐ Diaphoretic

**Gait**
☑ Steady
☐ Unsteady

**Neuro Status**
☑ Normal
☐ Slurred Speech
☐ Weakness L/R

Visual Acuity: O.S.: ___  O.D.: ___  O.U.: ___

## PLAN OF CARE

**Problems**
☐ Anxiety/Fear
☐ Body Temp, Alt. In
☐ Comm, Alt. In
☐ Coping Alt. In
☐ Elimination Alt. In
☐ Fluid Vol., Def/Ex
☐ Infection Potential
☐ Domestic Violence Abuse Potential (refer to Social Services)
☐ Pain
☐ Nutrition (refer to Dietitian)
☐ Knowledge Deficit
☐ Neuro Status
☐ Physical Mobility Impairment
☐ Resp. Function Alt.
☐ Skin Integrity, Alt. In
☐ Cultural/Religion
☐ Language

**Intervention**
☐ Anti-Puretic
☐ Bleeding Control
☐ DSG/Wound Care
☐ Emotional support
☐ Ice/elevate
☐ I & O
☐ Other
☐ Sling/Splint
☐ Teaching
☐ Labs
☑ X-Ray
☑ Meds As Ordered
☐ O₂

☐ Social Services  ☐ PT
☐ Animal Control  ☐ Dietitian
☐ DHR Referral  ☐ Coroner
☐ Police Notified

Weight: _____ stated / measured
Triage Date 9/21 Time 143
Nurse Signature: S DB Nellett

## NURSE'S NOTES

Time To Tx Area: 143  Rm # 13

PMH: Ø

pt was in 2nd seat

PTA: full spinal pkg.

Johnson personnel given d/c + d/c instructions
D/C: NWD

## PHYSICIAN'S ASSESSMENT / ORDERS

## VITAL SIGNS

| | |
|---|---|
| Time | |
| B.P. | |
| Temp. | |
| Pulse | |
| Resp. | |
| O₂ Sat. | |

## LAB
☐ CBC  ☐ Maj Trauma
☐ Cardiac  ☐ Min Trauma
☐ Urinalysis  ☐ EKG ☐ ETOH
☐ Liver Profile  ☐ ABG ☐ UCG
☐ Amylase  ☐ I-Stat ☐
☐ Chem Profile 7 ☐ Lipase
☐ Chem Profile 12  ☐ PT/ PTT

## X-RAY
☐ Chest  ☐ Abd
☐ Portable  ☐
☐ Ct  ☐  ___ e/e

## DISCHARGE
Date ___ Time 1520
D. ___

## DISPOSITION
☑ Home
☐ Admit
☐ Surgery
☐ Transfer
☐ EXP
☐ AMA
☐ LWT
☐ SNF
☐ Other
☐ M.D. Office

## EXIT VIA
☑ Walk
☐ Carried
☐ WC
☐ Stretcher
☐ Ambulance

**ACCOM. BY**
☐ Self
☐ Fam/Friend
☐ Police
☐ Other

| Medications | Dose | Route | Time | Site | Nurse |
|---|---|---|---|---|---|
| | | | | | |

Certified Medical Emergency  ☑ YES  ☐ NO
Diagnosis: ☐ See T Sheet

Condition On Discharge _____  Physician Signature _____

09/22/2004 WED 13:40 ... MR 56100 ...

(R) Shoul...

80426500S09    PERDUE, DONALD C
DOB: 03/15/73    Age: 31Y    MR #: 567125
Admit Date/Time: 09/21/04   1453P
920 ALEXANDER, D GREGORY

DATE 9.21.04   TIME: 1440   ROOM: 4A   EMS Arrival
HISTORIAN: (patient) spouse  paramedics
_ HX / _ EXAM UNOBTAINABLE 2° TO: _

## HPI chief complaint: Injury to: _

**occurred:**
_ just PTA
_ today
_ yesterday
_ _ days PTA

**where:**
_ home        _ school
_ neighbor's  _ city park
_ work        _ street

**context:** Dept of Corr. Van struck
by motorist

**location of pain / injuries:**

| --right-- | | --left-- | |
|---|---|---|---|
| (shldr 2) | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

head  face  mouth
(neck) (chest)
gastrointestinal
back  upper  mid- lower
radiating to R / L thigh / leg

**severity of pain:**
mild
(moderate) 6/10
severe

**associated symptoms:**
_ lost consciousness / dazed
duration: _
remembers:
   impact   coming to hospital
   seizure

**PAST HX** _ negative
HTN   DM

Meds - _ none / ✓ see nurses note
Allergies - _ NKDA / _ see nurses note
SOCIAL HX  _ recent ETOH  _ smoker  _ drug abuse
FAMILY HX

_ HX / _ EXAM UNOBTAINABLE 2° TO:
**ROS** ✓ all systems neg except as mkd
NEURO
_ loss feeling / power arms/legs
_ headache
EYES
_ double vision
ENT
_ hearing loss
RESPIRATORY
_ trouble breathing

CVS
_ chest pain
GI
_ nausea / vomiting
GU
_ loss of bladder function
SKIN
_ skin laceration
CONST
_ recent fever / illness

© 1996 - 2002 T-System, Inc. Circle or check affirmative, backslash (\) negati...

18    **Baptist Health**
# EMERGENCY PHYSICIAN RECORD
## Multiple Trauma   (5)

1 of 1   1 of

✓ Nursing Assessment Reviewed  ✓ Vitals Reviewed  _ Tetanus Immun. U...
**PHYSICAL EXAM** ✓ Alert _ Lethargic _ Anxious
Distress: _ NAD _ mild _ moderate _ severe
Other: _ c-collar ( PTA / in ED ) _ back-board _ N _ splint

**HEAD**
_ no evidence of trauma
_ see diagram
_ Battle's sign / Raccoon Eyes

**NECK**
_ non-tender
_ painless ROM
_ trachea midline
_ see diagram
_ vertebral point-tenderness
_ muscle spasm / decreased ROM
_ pain on movement of neck
(R) shoulder pain



**EYES**
_ PERRL
_ EOMI
_ unequal pupils  R __ mm  L __ mm
_ EOM entrapment / palsy
_ subconjunctival hemorrhage

**ENT**
_ nml external
_ inspection
_ no dental injury
_ hemotympanum
_ TM obscured by wax
_ clotted nasal blood
_ dental injury / malocclusion

**RESP / CVS**
_ chest non-tender
_ breath sounds nml
_ heart sounds nml
_ see diagram ( on reverse )
_ decreased breath sounds
_ wheezing / rales
_ splinting / paradoxical movements

**GASTROINTESTINAL**
_ non-tender
_ no organomegaly
_ see diagram ( on reverse )
_ tenderness / guarding / rebound
_ mass / organomegaly

**GENITAL / RECTAL**
_ nml genital exam
_ nml vaginal exam
_ nml rectal exam
_ heme negative stool
_ perineal hematoma
_ blood at urethral meatus
_ decreased rectal tone

**NEURO / PSYCH**
_ oriented x3
_ mood & affect
_ CN's nml
_ as tested
_ sensation & motor nml
_ confusion / disorientation
_ EOM palsy / anisocoria
_ facial asymmetry
_ unsteady / ataxic gait
_ sensory / motor deficit

**SKIN**
- ☑ intact
- ☑ warm, dry

| | see diagram |
| --- | --- |
| | crepitus / diaphoresis |

**BACK**
- ☑ no CVA tenderness
- ☑ no vertebral tenderness

| | see diagram |
| --- | --- |
| | vertebral point-tenderness |
| | CVA tenderness |
| | muscle spasm / limited ROM |

**EXTREMITIES**
- ☑ atraumatic
- ☑ pelvis stable
- ☑ hips non-tender
- ☑ no pedal edema
- ☑ nml ROM

| | see diagram |
| --- | --- |
| | bony point-tenderness |
| | painful / unable to bear weight |
| | pulse deficit |

*Joint Exam:*

limited ROM / ligaments laxity / joint effusion

**XRAYS**    ☐ Interp. by me    ☐ Reviewed by me    ☐ Discsd w/ radiologist

| C-Spine | D-Spine | LS-Spine |
| --- | --- | --- |
| ☑ nml / NAD | | reversal / straightening of cerv. lordosis |
| ☑ no fracture | | DJD / spondylosis / spurring |
| ☑ nml alignment | | |
| ☑ soft tissues nml | | |

**CXR**
- ☑ nml / NAD
- ☑ no infiltrates
- ☑ nml heart size
- ☑ nml mediastinum

| | rib fracture |
| --- | --- |
| | infiltrate / atelectasis |

**OTHER** ☐ see/separate report

**CT SCAN**
- ☐ normal

**Ultrasound** ☐ ED Physician
- ☐ Radiology

**T**=Tenderness
**PtT**=Point Tenderness
**S**=Swelling
**Ec**=Ecchymosis
**Lac**=Laceration
**A**=Abrasion   **B**=Burn
(**1°**=without or mild **2°**=moderate **3°**=severe)
**Tsv** = Tenderness on palpation (severe)

**LABS and PROGRESS**

| CBC | Chemistries | | CO2 | |
| --- | --- | --- | --- | --- |
| normal except | normal except | | Ca | |
| WBC | BUN | | Bilirubin | |
| Hgb | Creat | | | |
| Hct | Gluc | | Magnesium | |
| Platelets | Alk Phos | | BNP | |
| segs | Cl | | D-Dimer | |
| bands | ALT | | | |
| lymphs | AST | | | |
| monos | Na | | | |
| eos | K | | | |

Re-evaluation time 1650    ☐ unchanged    ☐ improved    ☐ re-examined

Re-evaluation time _____    ☐ unchanged    ☐ improved    ☐ re-examined

Re-evaluation time _____    ☐ unchanged    ☐ improved    ☐ re-examined

Dx Set- 9120 RA=neg

_____ use template #23b for Laceration Repair
**TREATMENT:**
**MEDICAL DECISION:**
**Fracture Care: Follow up with orthopedic within 48 hours**
☑ given

☐ Follow up with
- ☐ Discussed with Dr. _____ will see patient in: office / ED / hospital
- ☐ Counseled patient / family regarding lab results disease need for follow up
- ☐ Admit orders written

- ☐ CRIT CARE-  30-74 min
  75-104 min _____ min
- ☐ Prior records ordered
- ☐ Additional history from: family caretaker paramedics

**CLINICAL IMPRESSION:**

| contusion | injury | | sprain / strain |
| --- | --- | --- | --- |
| head | wrist | R / L | neck  dorsal  lumbar |
| face | hand | R / L | sacral |
| chest | hip | R / L | |
| Gastrointestinal | thigh | R / L | |
| back | knee | R / L | **concussion** |
| shoulder | R / L | leg | R / L | with LOC   w/o LOC |
| arm | R / L | ankle | R / L | |
| elbow | R / L | foot | R / L | **laceration** |
| forearm | R / L | | | |

**DISPOSITION-**  ☑ home  ☐ admitted  ☐ transferred
**CONDITION-**  ☐ unchanged  ☑ improved  ☐ stable

X _____ MD / DO   X _____ MD /DO
Resident                    Attending

☐ I & review, Patient interviewed, Medical Decision Making, and Examined by Physician

```
||||||||||||||||||
80426500509   PERDUE,DONALD C
DOB: 03/15/73  Age:31Y  MR #:567123
Admit Date/Time: 09/21/04  1453P
920 ALEXANDER,D GREGORY
```

**Baptist Health**
# Emergency Room
## Discharge Instructions

Page 1 of 1

## DISCHARGE INSTRUCTIONS – PATIENT COPY

| Weight | Phone | Allergies | | Location **South** |

| MEDICINES PRESCRIBED | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.** |

| | Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|---|
| 1. | Tylenol ( # 3 | #30 | i p.o. q4h prn pain | ☐ | |
| 2. | | | | ☐ | |
| 3. | Flexeril 10mg | #30 | i b.i.d | ☐ | |
| 4. | | | | ☐ | |
| 5. | | | | ☐ | |

### INSTRUCTION SHEET(S) GIVEN

☐ Asthma  ☐ Crutches  ☐ Head Injury  ☐ Threatened Ab  Return for signs of infection
☐ Back Pain  ☐ Fever  ☐ Otitis Media  ☐ Vomiting / Diarrhea  › Redness
☐ Cast / Splint Care  ☐ Fracture  ☐ Sprains / Bruises  ☐ Wound Care  › Swelling
  ☐ STD  ☐ Other(s)  › Drainage
  › Heat

Additional Instructions:

Prn as needed

Referred to:
☐ Dr. _____
Phone: _____
☐ Call on next business day for follow-up appointment
in _____ days / weeks  ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed  ☐ Instructions Modified: _____
☐ Education provided on new medication

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

☐ Patient
☐ Relative
☐ Other _____

X _____
Instructed By: _____

Physician: _____

Time Released > 1120 Hrs

## WORK/ SCHOOL STATEMENT from the Emergency Department

Patient Name _____  Date _____

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work

☐ May return to restricted duties for _____ days
Restrictions: _____

☐ _____ was here with relative/ child.
☐ Other: _____

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  PERDUE,DONALD C
MR #: B000567125
Account #: 0426500509
Attending Physician:  MOOREHOUSE,JOHN D

Date Performed: 09/21/04 1559
Patient's Room: DIS — E/R
Patient Type:E/R

Exam
1010   DR-CHEST PA OR AP ONE VIEW
          Ord Diag: ;MVA

Check-in No.
1788271

PERDUE,DONALD C

AP CHEST:

HISTORY:  Motor vehicle accident.

Heart and mediastinal structures  are unremarkable. Lungs are clear of
infiltrate and effusions.  Visualized osseous structures are normal.

IMPRESSION:

NEGATIVE.

/READ BY/ GORDON V SMITH, M.D.
/Electronically Signed By/ OSCAR P ORILLE, M.D.

CW

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  PERDUE,DONALD C                    Date Performed: 09/21/04 1600
MR #: B000567125                                  Patient's Room: DIS – E/R
Account #: 0426500509                             Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D

Exam                                              Check-in No.
2050   DR-CERVICAL SPINE ROUTINE                  1788272
        Ord Diag: ;MVA

PERDUE,DONALD C

CERVICAL SPINE:

HISTORY: Motor vehicle accident.

Multiple views show cervical vertebral bodies to be of normal alignment.
There is no subluxation or fracture.  The odontoid is intact. The
lateral masses of C1 maintain normal alignment at the body of C2.  AP
and oblique views are unremarkable.  There are some scattered metallic
fragments in the soft tissue of the right side of the neck, which maybe
from a previous gunshot wound.

IMPRESSION:

NEGATIVE, NO ACUTE FINDINGS.

            /READ BY/ GORDON V SMITH, M.D.
            /Electronically Signed By/ OSCAR P ORILLE, M.D.
    CW

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  PERDUE,DONALD C                    Date Performed: 09/21/04 1600
MR #: B000567125                                  Patient's Room: DIS - E/R
Account #: 0426500509                             Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D


        Exam                                      Check-in No.
        3030   DR-SHOULDER RT 2-3 VIEWS           1788273
                 Ord Diag: ;MVA



PERDUE,DONALD C

RIGHT SHOULDER:

HISTORY: Motor vehicle accident.

Three views show no fracture or dislocation of the glenohumeral joint.
Scapula, clavicle, and visualized ribs are unremarkable.

IMPRESSION:

UNREMARKABLE.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
        CW

Baptist HEALTH

# ER RECORD - Adult / Adolescent

8042650048O    LACO, PAUL
DOB: 11/06/66    Age:37Y  MR #:567117
Admit Date/Time: 09/21/04    1429P
920 ALEXANDER,D GREGORY

Regular M.D.: _____    Notified: _____
Immunization Hx Tetanus ☐ UTD  ☐ not UTD
Allergies: NCDA

LMP: _____    Pregnant? ☐ Yes  ☐ No  ☐ Unsure
Home Meds: _____

**TRIAGE CATEGORY**
1) RED - Immediate    2) YELLOW - Urgent    3) GREEN - 0 Non-Urgent

| Vital Signs | CHIEF COMPLAINT AND HISTORY |
|---|---|
| BP | ☐ See T Sheet |
| P | See Trauma |
| R | |
| T | Sheet |
| SPO₂ | |

Analgesia Scale IVAS 0-10 _____ /10    0 (no pain) 10 (worst)

## AGE SPECIFIC CARE

**13-18 yrs (Adolescent)**
(Menarche started? ☐ Yes ☐ No    Age at onset? _____  Regular ☐ Yes ☐ No)
**>65 yrs (Older Adult)**
Assisting Devices: ☐ None ☐ Yes (list): _____
Living arrangements: ☐ Lives alone ☐ Family/Significant Others
                     ☐ Extended Care Facility

### GENERAL APPEARANCE & MENTAL STATUS

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☐ NAD | ☐ Warm | ☐ Unlabored | ☐ Regular | ☐ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☐ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Appropriate |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |
| **Skin Color** | **Skin Moisture** | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☐ Pink | ☐ Dry | ☐ Crackles | **Neuro Status** | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☐ Normal | ☐ Tearful |
| ☐ Pale | **Gait** | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☐ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor | | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S.: | | O.D.: | O.U.: |

## PLAN OF CARE

**Problems**
- ☐ Anxiety/Fear
- ☐ Body Temp, Alt. In
- ☐ Comm, Alt. In
- ☐ Coping Alt. In
- ☐ Elimination Alt. In
- ☐ Fluid Vol, Def/Ex
- ☐ Infection Potential
- ☐ Domestic Violence
- ☐ Abuse Potential (refer to Social Services)
- ☐ Pain
- ☐ Nutrition (refer to Dietitian)
- ☐ Knowledge Deficit
- ☐ Neuro Status
- ☐ Physical Mobility Impairment
- ☐ Resp. Function Alt.
- ☐ Skin Integrity, Alt. In
- ☐ Cultural/Religion
- ☐ Language

**Intervention**
- ☐ Anti-Puretic
- ☐ Bleeding Control
- ☐ DSG/Wound Care
- ☐ Emotional support
- ☐ Ice/elevate
- ☐ I & O
- ☐ Other
- ☐ Sling/Splint
- ☐ Teaching
- ☐ Labs
- ☐ X-Ray
- ☐ Meds As Ordered
- ☐ O₂

☐ Social Services    ☐ PT
☐ Animal Control    ☐ Dietitian
☐ DHR Referral      ☐ Coroner
☐ Police Notified

| Weight: | stated / measured |
|---|---|
| Triage Nurse Signature: | Date _____ Time _____ |

Time To Tx
Area: _____    Rm # _____

| | VITAL SIGNS |
|---|---|
| Time | See |
| B.P. | Trauma |
| Temp. | |
| Pulse | Sheet |
| Resp. | |
| O₂ Sat. | |

**LAB**
- ☐ CBC      ☐ Maj Trauma
- ☐ Cardiac  ☐ Min Trauma
- ☐ Urinalysis  ☐ EKG ☐ ETOH
- ☐ Liver Profile ☐ ABG ☐ UCG
- ☐ Amylase  ☐ I-Stat ☐
- ☐ Chem Profile 7 ☐ Lipase
- ☐ Chem Profile 12 ☐ PT/ PTT

**X-RAY**
- ☐ Chest    ☐ Abd
- ☐ Portable ☐
- ☐ Ct       ☐ 6/6

**DISCHARGE**

| Date | Time |
|---|---|

**ORDERS / NURSE'S NOTES / PHYSICIAN'S ASSESSMENT**

(handwritten notes)

| Medications | Dose | Route | Time | Site | Nurse | Certified Medical Emergency ☐ YES ☐ NO |
|---|---|---|---|---|---|---|
| | | | | | | /Diagnosis: ☐ See T Sheet |

**DISPOSITION**
- ☐ Home
- ☐ Admit
- ☐ Surgery
- ☐ Transfer
- ☐ EXPI
- ☐ AMA
- ☐ LWT
- ☐ SNF
- ☐ Other
- ☐ M.D. Office

**EXIT VIA**
- ☐ Walk
- ☐ Carried
- ☐ WC
- ☐ Stretcher
- ☐ Ambulance

**ACCOM. BY**
- ☐ Self
- ☐ Fam/Friend
- ☐ Police
- ☐ Other .

Critical Care Time
excluding Procedure

Condition On Discharge _____    Physician Signature _____

CONSULT%%
BAPTIST HEALTH
0470
LACO,   PAUL ""
B0426500480
B000567117


I was asked by Dr. Daly to evaluate Mr. Laco for a left pneumothorax.
Mr. Laco was a gentleman in a van that was involved in a motor vehicle
accident. He was the passenger. He presents with a pelvic fracture
and left pneumothorax. He had a chest tube placed in the Emergency
Department. He is now being admitted for further management.

PAST MEDICAL HISTORY/PAST SURGICAL HISTORY:   Insignificant.

DRUG ALLERGIES:   None known.

SOCIAL HISTORY/FAMILY HISTORY:  Noncontributory.

REVIEW OF SYSTEMS:   As above.

PHYSICAL EXAMINATION:   Well developed, well nourished gentleman in
no apparent distress. Blood pressure 140/70, pulse rate is 92, respirations
are 18. Pupils are equal and reactive. He is anicteric. His trachea
is midline. He has good carotid upstroke.

LUNGS:   Clear anteriorly.

ABDOMEN:   Benign.

HEART:   Heart sounds are regular without any murmurs.

EXTREMITIES:   Warm with good distal pulses. He has no cyanosis, clubbing,
or edema.

NEUROLOGICAL:   Grossly intact.

In summary, Mr. Laco is a 37 year old gentleman with a left pneumothorax,
status post motor vehicle accident. His lung sounds are clear. He
has no air leak. The chest tube can be discontinued and we will get
a followup chest x-ray.



SK/ / bc            STEPHEN KWAN,    M.D.
D:  09/22/2004
T:  09/22/2004


D: 09/22/2004
T: 09/22/2004
bc

From BMG SOUTH-MED RECORDS-TFM    Doc# 334-2652343    Filed 09/22/2004 13:18 pg#445 of 514/022

H. STEEVE'S
BAPTIST HEALTH
0271
IACO, PAT ""
80120500430
80005671117

**CHIEF COMPLAINT:**    Involved in a motor vehicle accident.

**HISTORY OF PRESENT ILLNESS:**    The patient is a 37-year-old inmate who was in a van involved in a motor vehicle accident. He apparently initially had a low blood pressure on the scene of about 80-90 but on arrival in the emergency room his blood pressure was around 133. He was not required fluid resuscitation in the emergency room. He complains primarily of left-sided chest pain and some back pain. He also has shortness of breath. In the emergency room, he was found to have had a pneumothorax and a chest tube was placed. I am now asked to see him for further evaluation.

**PAST MEDICAL HISTORY:**    No previous history of cardiac, pulmonary or renal problems. He does have a history of an old pelvic injury for which he claims to take OxyContin and Lortab on a regular basis.

**MEDICATIONS:**    In prison, apparently none. He claims to have been on OxyContin 80 mg t.i.d. and Lortab 10 mg b.i.d. as well as Xanax.

**ALLERGIES:**    NKDA.

**SOCIAL HISTORY:**    He smokes cigarettes

**REVIEW OF SYSTEMS:**    No complaints of chronic pain

**PHYSICAL EXAMINATION:**
**GENERAL:**    This is a 37-year-old male in no acute distress
**VS:**    P 90. R 20. BP 140/88. T afebrile.
**EENT:**    Sclerae are nonicteric. Oropharynx is clear. The neck is supple. There is no cervical or supraclavicular adenopathy. No thyromegaly or bruits. The neck is nontender. The trachea is in the midline.

**LUNGS:**    Clear on the right. He has equal breath sounds bilaterally. He has a left chest tube placed.
**ABDOMEN:**    Soft, nontender and no palpable masses.
**RECTAL:**    Exam reveals normal tone. No edema.
**EXT:**    Good range of motion. No edema.
**NEURO:**    He is alert and oriented

**IMPRESSION:**    LEFT PNEUMOTHORAX.

**PLAN:**    He will be admitted for management of his chest tube.

DANIEL M. DALY, M.D.

D: 09/21/2004
T: 09/22/2004
mm

PRINTED BY: b17606                                          DATE 9/22/2004

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA 36111
RADIOLOGY REPORT

Patient Name: LACO, PAUL D
MR #: B400567117                           Date Performed: 09/21/04 1605
Account: 0426500480                        Patient's Room: SIC-SIC-02
Attending Physician: BALY, JAMIEA M        Patient Type: I/P

Exam                                       Check-In No.
4:72   CT ABDOMEN W&WO IV CONTRAST         1798220
       Ord Diag: j&Kx

LACO, PAUL D.

CT ABDOMEN:

HISTORY: MVA

Abdominal organs enhance in a normal and uniform fashion with no
evidence of solid organ injury. The liver is slightly lower in
attenuation than the spleen but this suggests fatty infiltration.

No free intraperitoneal gas or fluid is seen and no adenopathy. No
fractures are seen. There are degenerative changes of the lumbar
spine.

IMPRESSION: NEGATIVE, NO EVIDENCE OF SOLID ORGAN INJURY.

NEF

/READ BY/ GORDON V SMITH, M.D.
/Electronically Signed By/ OSCAR P ORILLE, M.D.

PRINTED BY: b:7666        DATE 9/22/2004

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA 36-11
RADIOLOGY REPORT

Patient Name: LACO, PAUL D                    Date Performed: 09/21/04 1606
MR #: B0015671-7                              Patient's Room: SIC-SIC-02
Account #: 0426500480                         Patient Type: I/?
Attending Physician: DALY, DANIEL H

LACO, PAUL D.                                 Check-in No.
0453    CT-CERVICAL SPINE W/O CONTRAST        1788221
        Exam                                  Crd Diag: ;NYA

CT CERVICAL SPINE:

Cervical vertebral bodies are normal alignment. Vertebral body
heights and disc spaces are preserved. There is no evidence of
subluxation or fracture. The odontoid is intact. Lateral masses of
C1 maintain normal alignment with C2.

On the axial images, there is this transverse lucency through the
lamina of C2, however, after viewing the sagittal and coronal
images, I believe these represent nutrient foramina and are not
fractures. There is no abnormal widening of prevertebral soft
tissues.

IMPRESSION:  NEGATIVE FOR FRACTURE OR SUBLUXATION.

MEF

                                              /READ BY/ GORDON V SMITH, M.D.
                                              /Electronically Signed By/ OSCAR P GRILLE, M.D.

PRINTED BY: b.7666                            DATE 9/22/2004

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA. 36111
RADIOLOGY REPORT

Patient Name: LACO, PAUL D                    Date Performed: 09/21/04 1635
MR #: 3600557117                              Patient's Room: SIC-SIC-02
Account #: 0426500680                         Patient Type:I/P
Attending Physician: DANY, DANIEL M

Exam                                          Check-In No.
2-30   CT-CHEST W CONTRAST                     1788222
Ord Diag: JAVA

LACO, PAUL D.

CT THORAX W/CONTRAST:

There is no mediastinal hematoma. The aorta is well opacified with
no evidence of dissection. There is a very small anterior left
pneumothorax; however a left-sided chest tube is in place. A
small amount of subcutaneous emphysema overlies the left lateral
hemithorax.

There are small bilateral pleural effusions and some minimal
infiltrate or subsegmental atelectasis at the lung bases.
Remaining lung zones are clear with no pulmonary air space
opacities to suggest pulmonary hemorrhage or contusion. No rib
fractures are seen.

IMPRESSION:
1)   SMALL LEFT PNEUMOTHORAX BUT CHEST TUBE IS IN PLACE.
2)   SMALL BILATERAL PLEURAL EFFUSIONS WITH SOME SUBSEGMENTAL
     ATELECTASIS OR INFILTRATE AT THE LUNG BASES.

                        /READ BY/ GORDON V SMITH, M.D.
YEF                     /Electronically Signed By/ OSCAR P ORTIZE, M.D.

PRINTED BY: RJ7606                            DATE 9/22/2004

BAPTIST MED-COL CENTER
MONTGOMERY, ALABAMA 36111
RADIOLOGY REPORT

Patient Name: LACO, PAUL D
XR #: E00006711Y
Account #: J42600480
Attending Physician: DALY, DANIEL M

Date Performed: 09/21/04 1605
Patient's Room:
Patient Type:I/P SIC-SIC-02

Exam                                        Check-in No.
4176    CT-PELVIS W CONTRST                  1783223
        Ord Diag: ?IVA

LACO, PAUL D.

CT PELVIS:

HISTORY: MVA

No free air or fluid is seen. There are no pelvic masses. The
urinary bladder is collapsed around a Foley catheter balloon.
There has been no extravasation of excreted contrast from the
bladder into the pelvic cavity.

There is deformity with cortical thickening of each superior pubic
ramus indicative of old fractures. There is a lucency in the right
superior pubic ramus seen on image #.6, series 11 W-t surrounding
sclerosis probably related to old trauma. However, if patient is
tender in the right groin, then an acute, incomplete fracture
would be suspected. There are screws traversing the left
sacroiliac joint.

IMPRESSION:
1)    NO INTRAPELVIC INJURY.
2)    EVIDENCE OF PREVIOUS FRACTURES OF THE SUPERIOR PUBIC RAMI,
      HOWEVER, ON THE RIGHT SIDE, THERE IS AN IRREGULAR LUCENCY IN THE
      AREA OF SCLEROSIS OF THE PUBIC RAMUS. IF THERE IS TENDERNESS IN
      THE RIGHT GROIN, THEN AN ACUTE INCOMPLETE FRACTURE OF THE RIGHT
      SUPERIOR PUBIC RAMUS WOULD BE SUSPECTED.

MEF

/READ BY/ GORDON V SMITH, M.D.
/Electronically Signed By/ OSCAR F ORILLE, M.D.

PRINTED BY: b17606                        DATE 9/22/2004

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36-11
RADIOLOGY REPORT

Patient Name: LACO, PAUL D
MR# #: B20055711?                    Date Performed: 09/21/04 1605
Account #: 0426SC04680               Patient's Room: SIC-SIC-02
Attending Physician: DAILY,DANIEL M  Patient Type:/P

Exam                                 Check-in No.
0450   CT-HEAD WITHOUT IV CONTRAST   1788224
       Ord Diag: NVA

LACO, PAUL D.

CT HEAD W/O CONTRAST:

HISTORY: NVA

Unenhanced axial images were obtained from the skull base to the
vertex.

Evaluation of the posterior fossa is normal. The region of the
sella turcica is unremarkable.

Supratentorially, there is no infarct or hemorrhage. There is no
intra or extra-axial mass. Ventricular system is midline and
normal in configuration.

Review of the skull and visualized paranasal sinuses is
unremarkable.

IMPRESSION: NORMAL.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P OKLIEE, M.D.


PRINTED BY: EL76C6                    DATE 9/22/2004

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA 36111
RADIOLOGY REPORT

Patient Name: TACO, PAUL D
MR #: E00C5U1117
Account #: 042165G018C
Attending Physician: ALEXANDER, D GREGORY

Date Performed: 09/21/04 1455
Patient's Room: E/3
Patient Type: E/R

Exam
6708   US-ABDOMEN LIMITED
       Ord Diag: MVA

Check-in No.
1788225

TACO, PAUL D.

ABDOMEN ULTRASOUND:

History: Motor vehicle accident, abdominal pain

Findings: Evaluation of each quadrant of the abdomen showed no free
intraperitoneal fluid. Visualized portions of the abdominal organs are
normal.

IMPRESSION: NEGATIVE.

JR

/READ BY/ GORDON V SMITH, M.D.
/Electronically Signed By/ GORDON V SMITH, M.D.

PRINTED BY: b17606              DATE 9/22/2004

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA 36111
RADIOLOGY REPORT

Patient Name: IACO, PAUL D                Date Performed: 09/21/04 1440
MR #: E0005571.7                          Patient's Room: E/R
Account #: 042650480                      Patient Type: E/3
Attending Physician: ALEXANDER, D GREGORY

Exam                                      Check-in No.
16.3  DR-CHEST PA OR AP ONE VIEW          1788227
      Ord Diag: ;NVA

IACO, PAUL D.

AP CHEST:

HISTORY: MVA

There is a chest tube on the left. No pneumothorax is seen. Areas
of pulmonary infiltrates are present bilaterally. Given history of
trauma, this may represent some pulmonary contusion. There may be
a fracture of the left 4th rib in the posterior lateral aspect.

IMPRESSION:
1)  LEFT-SIDED CHEST TUBE IN PLACE, NEGATIVE FOR PNEUMOTHORAX.
2)  BILATERAL PULMONARY INFILTRATES. GIVEN HISTORY OF TRAUMA,
    THIS MAY REPRESENT PULMONARY CONTUSION.

MEF

/READ BY/ GORDON V SMITH, M.D.
/Electronically Signed By/ GORDON V SMITH, M.D.

PRINTED BY: RL7606          DATE 9/22/2004

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA 36111
RADIOLOGY REPORT

Patient Name: LACO, PAUL D
MR #: B00056711.7
Account #: 042650080490
Attending Physician: DALY, DANIEL M

Date Performed: 09/21/04 1646
Patient's Room: EIC-SIC-02
Patient Type:I/P

Exam
2012  DX-LUMBAR SPINE 1 VIEW
       Ord Diag: TRAUMA

Check-In No.
1789244

LACO, PAUL D.

SINGLE LATERAL LUMBAR SPINE:

Image quality is degraded by patient's body habitus.

Lumbar vertebral bodies are normal alignment. No subluxation is
seen. Multiple screws are seen in the sacrum from prior injury.

IMPRESSION: NEGATIVE, NO ACUTE FINDINGS.

MEF

/READ BY/ GORDON V SMITH, M.D.
/Electronically Signed By/ OSCAR P ORILLE, M.D.

PRINTED BY: b17606                     DATE 9/22/2004

%

B0426500491 SPEARS,DOUGLAS
DOB: 08/30/76  Age:28Y  MR #:567121
Admit Date/Time: 09/21/04  1438P
911 MOOREHOUSE,JOHN D

**Baptist Health**

# ER RECORD - Adult / Adolescent

Regular M.D.: _____ Notified: _____

Immunization Hx: Tetanus ☐ UTD ☐ not UTD

Allergies: NKDA

LMP: NA    Pregnant? ☐ Yes ☐ No ☐ Unsure

Home Meds:
Depakote

**Patient Label**

**TRIAGE CATEGORY**
1) RED - Immediate   (2) YELLOW - Urgent   3) GREEN - 0 Non-Urgent

**Vital Signs**          **CHIEF COMPLAINT AND HISTORY**
BP 116/60  ☐ See T Sheet   MVA —
P 76
R 16
T
SPO₂ 97%

Analgesia Scale (VAS 0-10) ____/10   0 (no pain) 10 (worst)

## AGE SPECIFIC CARE

13-18 yrs (Adolescent)
(Menarche started? ☐ Yes ☐ No    Age at onset? _____  Regular ☐ Yes ☐ No)
>65 yrs (Older Adult)
Assisting Devices: ☐ None ☐ Yes (list): _____
Living arrangements: ☐ Lives alone ☐ Family/Significant Others
☐ Extended Care Facility

**GENERAL APPEARANCE & MENTAL STATUS**

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☑ NAD | ☑ Warm | ☑ Unlabored | ☑ Regular | ☑ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Blat. | ☐ Irregular | ☐ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Appropriate |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |
| Skin Color | Skin Moisture | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☐ Pink | ☑ Dry | ☐ Crackles | Neuro Status | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☐ Normal | ☐ Tearful |
| ☐ Pale | Gait N/A | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☐ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor | | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S._____ O.D._____ | | | O.U._____ |

## PLAN OF CARE

**Problems**
☐ Anxiety/Fear
☐ Body Temp, Alt. In
☐ Comm. Alt. In
☐ Coping Alt. In
☐ Elimination Alt. In
☐ Fluid Vol., Def/Ex
☐ Infection Potential
☐ Domestic Violence
Abuse Potential (refer to Social Services)
☐ Pain
☐ Nutrition (refer to Dietitian)
☐ Knowledge Deficit
☐ Neuro Status
☐ Physical Mobility Impairment
☐ Resp. Function Alt.
☐ Skin Integrity, Alt. In
☐ Cultural/Religion
☐ Language

**Intervention**
☐ Anti-Puretic
☐ Bleeding Control
☐ DSG/Wound Care
☐ Emotional support
☐ Ice/elevate
☐ I & O
☐ Other ____
☑ Sling/Splint
☐ Teaching
☐ Labs
☑ X-Ray
☑ Meds As Ordered
☐ O₂

☐ Social Services    ☐ PT
☐ Animal Control     ☐ Dietitian
☐ DHR Referral       ☐ Coroner
☐ Police Notified____

Weight: _____  stated / measured

Triage Nurse Signature: _____  Date 9/21  Time 142

Time To Tx Area: 1425  Rm # 3B

**VITAL SIGNS**
Time 1610
B.P.
Temp.
Pulse
Resp.
O₂ Sat.

**NURSE'S NOTES**
1) lateral knee and 2) chest and 3) arm +
shoulder area — vehicle ran into their park
vehicle — arrived in full spinal package c c-
collar —
1610 to CT via stretcher — pt talking well
+ x3
Enduro Set UP

**PHYSICIAN'S ASSESSMENT / ORDERS**
1430 #18g IwT to R hc xT Stick — labs drawn

**LAB**
☐ CBC        ☐ Maj Trauma
☐ Cardiac    ☐ Min Trauma
☐ Urinalysis ☐ EKG ☐ ETOH
☐ Liver Profile ☐ ABG ☐ UCG
☐ Amylase    ☐ I-Stat ☐
☐ Chem Profile 7 ☐ Lipase
☐ Chem Profile 12 ☐ PT/PTT

**X-RAY**
☐ Chest      ☐ Abd
☐ Portable
☐ Cr_____  6/6

**DISCHARGE**
Date 9/21  Time 165
D. O/M

**DISPOSITION**
☐ Home       **EXIT VIA**
☐ Admit      ☐ Walk
☐ Surgery    ☐ Carried
☐ Transfer   ☐ WC
☐ Exp        ☐ Stretcher
☐ AMA        ☐ Ambulance
☐ LWT        **ACCOM. BY**
☐ SNR        ☐ Self
☐ Other      ☐ Fam/Friend
☐ M.D. Office ☐ Police
             ☐ Other

| Medications | Dose | Route | Site | Nurse | Certified Medical Emergency ☐ YES ☐ NO |
|---|---|---|---|---|---|
| Depakote | | | | | Diagnosis: ☐ See T Sheet |

```
8042650049I    SPEARS, DOUGLAS        %
DOB: 08/30/76  Age:28Y  MR #:567121
Admit Date/Time: 09/21/04 1438P
911 MOOREHOUSE, JOHN D
```

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) neg

I of I

17

**Baptist Health**
**EMERGENCY PHYSICIAN RECORD**
**MVA**    (5)

DATE: 9/21/04 TIME: 1448 ROOM: 1A  ✓EMS Arrival
HISTORIAN: __patient __spouse __paramedics
HX / __EXAM UNOBTAINABLE 2° TO: _____

HPI **chief complaint:** MVA  Injury to: _____
**occurred:** just PTA

**position in vehicle:**
driver (passenger) front back

**context:** ✓car collision  overturned vehicle
single-car accident (lost control / fell asleep / unknown cause)

**location of pain / injuries:**

| | —right— | | —left— | |
|---|---|---|---|---|
| head (face) mouth | shldr | hip | shldr | hip |
| (neck) chest | arm | thigh | arm | thigh |
| gastrointestinal | elbow | knee | elbow | knee |
| back upper mid- lower | f-arm | leg | f-arm | leg |
| radiating to ( R / L ) thigh / leg | wrist | ankle | wrist | ankle |
| | hand | foot | hand | foot |

**severity of pain:**
mild
(moderate)
severe

**associated symptoms:**
__lost consciousness / dazed
duration: _____
remembers:
impact  coming to hospital
__seizure

**site of impact:**
"P" = primary  "S" = secondary

**restraints:**
(none)  lap / shoulder
doesn't recall
car seat
air bag deployed
thrown from vehicle
force  low mod. high
direct  glancing
ambulated at scene
long extrication

**PAST HX** __negative
__HTN __DM

Meds- none ✓ see nurses note
Allergies- NKDA ✓ see nurses note
**SOCIAL HX** ✓recent ETOH  smoker  drug abuse
**FAMILY HX** Mom  Dad

HX / __EXAM UNOBTAINABLE 2° TO: _____
**ROS** □all systems neg except as mkd
NEURO
__loss feeling / power arms/legs
__headache
EYES
__double vision _____
ENT
__hearing loss _____
RESPIRATORY
__trouble breathing _____

CVS
__chest pain _____
GI
__nausea / vomiting _____
GU
__loss of bladder function _____
SKIN
✓skin laceration _____
CONST
__recent fever / illness _____

□ Nursing Assessment Reviewed  □ Vitals Reviewed  □ Tetanus immun
**PHYSICAL EXAM** ✓Alert __Lethargic __Anxious
Distress- __NAD ✓mild __moderate __severe
Other- __c-collar (PTA / in ED) ✓back-board __IV __splint

**HEAD**
__no evidence of trauma
__see diagram _____
__Battle's sign / Raccoon Eyes _____

**NECK**
__non-tender
__painless ROM
__trachea midline
__see diagram _____
__vertebral point-tenderness
__muscle spasm / decreased ROM
__pain on movement of neck
C-Collar in Place

**EYES**
__PERRL
__EOMI
__unequal pupils R-___ mm L-___ mm
__EOM entrapment / palsy
__subconjunctival hemorrhage

**ENT**
__nml external inspection
__no dental injury
__hemotympanum
__TM obscured by wax
__closed nasal blood
__dental injury / malocclusion

**RESP / CVS**
__chest non-tender
__breath sounds nml
__heart sounds nml
__see diagram ( on reverse )
__decreased breath sounds
__wheezing / rales
__splinting / paradoxical movements

**GASTROINTESTINAL**
__non-tender
__no organomegaly
__see diagram ( on reverse )
__tenderness / guarding / rebound
__mass / organomegaly

**GENITAL / RECTAL**
__nml genital exam
__nml vaginal exam
__nml rectal exam
__heme negative stool
__perineal hematoma
__blood at urethral meatus
__decreased rectal tone

**NEURO / PSYCH**
__oriented x3
__mood & affect
__CN's nml as tested
__sensation & motor nml
__confusion / disorientation
__EOM palsy / anisocoria
__facial asymmetry
__unsteady / ataxic gait
__sensory / motor deficit

|x _____    RN/PA/NP

**SKIN**
- intact
- warm, dry

_see diagram_____
crepitus / diaphoresis_____

**BACK**
- no CVA tenderness
- no vertebral tenderness

_see diagram_____
vertebral point-tenderness_____
CVA tenderness_____
muscle spasm / limited ROM_____

**EXTREMITIES**
- atraumatic
- pelvis stable
- hips non-tender
- no pedal edema
- nml ROM

_see diagram_____
bony point-tenderness_____
painful / unable to bear weight_____
pulse deficit_____

_Joint Exam:_____
limited ROM / ligaments laxity / joint effusion_____



**XRAYS**   ☐ Interp. by me   ☐ Reviewed by me   ☐ Discsd w/ radiologist

**C-Spine   D-Spine   LS-Spine**
- nml / NAD
- no fracture
- nml alignment
- soft tissues nml

reversal / straightening of cerv. lordosis_____
DJD / spondylosis / spurring_____

**CXR**
- nml / NAD
- no infiltrates
- nml heart size
- nml mediastinum

rib fracture_____
infiltrate / atelectasis_____

OTHER   ☐ See separate report

CT SCAN  Head + Face — (R) Nasal_____
- normal



**LABS and PROGRESS**

| CBC | | Chemistries | | CO2 | |
|---|---|---|---|---|---|
| normal except | | normal except | | Ca | |
| WBC | | BUN | | Bilirubin | |
| Hgb | | Creat | | | |
| Hct | | Gluc | | Magnesium | |
| Platelets | | Alk Phos | | BNP | |
| segs | | Cl | | D-Dimer | |
| bands | | ALT | | | |
| lymphs | | AST | | | |
| monos | | Na | | | |
| eos | | K | | | |

Re-evaluation time_____ unchanged___ improved___ re-examined___
Re-evaluation time_____ unchanged___ improved___ re-examined___
Re-evaluation time_____ unchanged___ improved___ re-examined___

CT Head + Face — (R) Nasal + (R) Max Sinus Fx ✓
Will close laceration and refer to ENT

_____use template #23b for Laceration Repair _____
**TREATMENT:**
- Fluids   IV_____
- Analgesics   PO IM IV_____
- Antibiotics   PO IM IV_____

**MEDICAL DECISION:**
**Fracture Care: Follow up with orthopedic within 48 hours**
Rx given_____

Follow up with_____

Discussed with Dr._____
will see patient in: office / ED / hospital
Counseled patient / family regarding:
lab results  diagnosis  need for followup
Admit orders written

CRIT CARE-  30-74 min
75-104 min_____ min
Prior records ordered
Additional history from:
family  caretaker  paramedics

**CLINICAL IMPRESSION:**   MVA

| Contusion | Injury | | sprain / strain |
|---|---|---|---|
| head | wrist | R/L | neck dorsal lumbar |
| face | hand | R/L | sacral |
| chest | hip | R/L | |
| Gastrointestinal | thigh | R/L | Concussion |
| back | knee | R/L | with LOC  w/o LOC |
| shoulder  R/L | leg | R/L | |
| arm       R/L | ankle | R/L | laceration |
| elbow     R/L | foot | R/L | Facial |
| forearm   R/L | | | |

T=Tenderness
PT=Point Tenderness
S=Swelling
E=Ecchymosis
L=Laceration
A=Abrasion  B=Burn
(S=without  small/
mod-moderate
s=severe)
Tsv = Tenderness on palpation (severe)

DISPOSITION-   ☑ home  ☐ admitted  ☐ transferred_____
CONDITION-     ☐ unchanged  ☐ improved  ☐ stable_____

X_____   MD/DO  x_____  MD/DO
   _Resident_                    _Attending_

☑ Hx review, Patient interviewed, Medical Decision Making, and Examined by Physician

1 of 1    1 o

© 1996 - 2002 T-System, Inc. Circle or check affirmatives. backslash (\) nega

| 23b | |

## Baptist Health
### EMERGENCY PHYSICIAN RECORD
#### Laceration Procedure Notes

80426500491    SPEARS, DOUGLAS
DOB: 08/30/76  Age: 28Y  MR #: 567121
Admit Date/Time: 09/21/04  1438P
911 MOORHOUSE, JOHN D

**Wound Description #1**

Wound: _lac (L) elbow_

Size: _1.0_ cm

**Distal NVT:**
_√_ sensation intact  _√_ vascular. intact  ___ tendon intact

**Depth / shape / contamination:**
___ superficial  ___ linear  _√_ irregular  _√_ flap
_√_ SQ  ___ nail avulsed  ___ stellate
___ muscle  ___ contused tissue
___ clean
___ contaminated (minimally) / moderately / *heavily
   with (dirt) (gravel) grease  ink _____

**ANESTHESIA**
_√_ local  ___ LET / TAC  ___ digital block _____ cc
_√_ lidoc (1%) 2%  (epi) bicarb ___ marcaine .25% .5%

**WOUND PREP AND REPAIR**
_√_ Hibiclens / Betadine           ___ foreign material removed
___ betadine to skin                partially (completely)
_√_ wound cleanser                 minimal / mod. / *extensive
_√_ irrigated / washed w/ saline  ___ debrided
   (moderate) / *extensive           minimal / *mod. / *extensive
_√_ wound explored                 ___ undermined
                                       minimal / mod. / *extensive

Wound closed with:  wound adhesive / steri-strips
**SKIN**
# _5_  _6_ -0  nylon / prolene / vicryl / staples _____
___ interrupted  _√_ running  ___ simple  ___ mattress ( h / v )

**\*SUBCUTANEOUS / MUCOSA**
# _3_  _4_ -0  (vicryl) / silk _____
_√_ interrupted  ___ running  ___ simple  ___ mattress ( h / v )

**\*FASCIA / MUSCLE / TENDON** _____
# _____ -0 vicryl / _____
___ interrupted  ___ running  ___ simple  ___ mattress ( h / v )

**NAIL / NAIL MATRIX**
___ nail excised  ___ nail reattached  # _____ -0 vicryl /

**\*OTHER**
___ retention suture placed

---

**Wound Description #2**

Wound: _____

Size: _____ cm

**Distal NVT:**
___ sensation intact  ___ vascular. intact  ___ tendon intact

**Depth / shape / contamination:**
___ superficial  ___ linear  ___ irregular  *flap
___ SQ  ___ nail avulsed  ___ stellate
___ muscle  ___ contused tissue
___ clean
___ contaminated  minimally / moderately / *heavily
   with  dirt  gravel  grease  ink _____

**ANESTHESIA**
___ local  ___ LET / TAC  ___ digital block _____ cc
___ lidoc 1% 2%  epi / bicarb ___ marcaine .25% .5%

**WOUND PREP AND REPAIR**
___ Hibiclens / Betadine           ___ foreign material removed
___ betadine to skin                partially  completely
___ wound cleanser                 minimal / mod. / *extensive
___ irrigated / washed w/ saline  ___ debrided
   moderate / *extensive             minimal / *mod. / *extensiv
___ wound explored                 ___ undermined
                                       minimal / mod. / *extensiv

Wound closed with:  wound adhesive / steri-strips
**SKIN**
# _____ -0  nylon / prolene / vicryl / staples _____
___ interrupted  ___ running ,  ___ simple  ___ mattress ( h / v )

**\*SUBCUTANEOUS / MUCOSA**
# _____ -0  vicryl / silk _____
___ interrupted  ___ running  ___ simple  ___ mattress ( h / v )

**\*FASCIA / MUSCLE / TENDON** _____
# _____ -0 vicryl / _____
___ interrupted  ___ running  ___ simple  ___ mattress ( h / v )

**NAIL / NAIL MATRIX**
___ nail excised  ___ nail reattached  # _____ -0 vicryl /

**\*OTHER**
___ retention suture placed

---

*may indicate intermediate repair.    *may indicate intermediate or complex repair.
Repair of muscles or tendons in complex wounds is reported with appropriate separate repair codes.

x _____  MD / DO  x _____  MD / DO
   Resident                       Attending

☐ I/x review, Patient Interviewed, Medical Decision Making, and Examined by
Physician.

B0426500491  SPEARS, DOUGLAS
DOB: 08/30/76  Age: 28Y  MR #:567121
Admit Date/Time: 09/21/04  1438P
911 MOOREHOUSE, JOHN D

**Baptist Health**
# Emergency Room
# Discharge Instructions

Page 1 of 1

## DISCHARGE INSTRUCTIONS — PATIENT COPY

| Weight | Phone | Allergies | | | Location **South** |
|---|---|---|---|---|---|

| **MEDICINES PRESCRIBED** | If non, check this box: ☐ | **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND** |
|---|---|---|

| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. Concert ID 100 | #18 | Q 4-6 pa peñ | ☐ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. Etla | | | | |

### INSTRUCTION SHEET(S) GIVEN

☐ Asthma  ☐ Crutches  ☐ Head Injury  ☐ Threatened Ab
☐ Back Pain  ☐ Fever  ☐ Otitis Media  ☐ Vomiting / Diarrhea
☐ Cast / Splint Care  ☐ Fracture  ☐ Sprains / Braises  ☐ Wound Care
  ☐ STD  ☐ Other(s)

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Additional Instructions:

| Referred to: | ☐ Return to Emergency Dept. in _____ hours / days for recheck |
|---|---|
| ☐ Dr. | ☐ If no improvement or your condition worsens, call your private physician |
| Phone: | or return to the Emergency Department for a recheck. |
| ☐ Call on next business day for follow-up appointment | ☐ Learning needs assessed   ☐ Instructions Modified: ____ |
| in _____ days / weeks   ☐ next available | ☐ Education provided on new medication ____ |

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

| X _Douglas Spears_ | ☐ Patient ☐ Relative ☐ Other | Time Released > _18:45_ |
|---|---|---|
| Instructed By: | Physician: | |

## WORK/ SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |
|---|---|

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions _till_
☐ Will require time off work / school. Estimated time _____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work

☐ May return to restricted duties for _____ days
Restrictions: _____
☐ _____ was here with relative/ child
☐ Other: _____

From: BMC SOUTH MED RECORDS          1 334 286 3343          09/22/2004 13:16 #442 P.020

Case 2:06-cv-00695-ID-TFM     Document 273     Filed 04/29/2006     Page 6 of 70

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 21, 2004 09:33 pm
Outpatient Summary Report

Pat Name:          SPEARS, DOUGLAS                                    Page:  1
Unit #/Acct #:     000567121/B0426500491
Loc:               E/R
Phys-Service:      MOOREHOUSE, JOHN D - EMERGENCY
*****************************************************************************

In:  09/21/04 1457                 --------------------                    Spec: Bloo
Out: 09/21/04 1611          | BASIC METABOLIC |          Techs: VB19134 TB222
Coll Time: 09/21/04 1457           --------------------
Order Phys: MOOREHOUSE, JOHN D                               [B0426500491/52238

                                   *STAT*STAT*STAT*
Result Name                        Result

BUN(mg/dl) :                       13                       7-20
Creatinine(mg/dl) :                1.1                      0.6-1.4
Sodium(mmol/L) :                   143                      135-145
Potassium(mmol/L) :                3.9                      3.5-5.0
Chloride(mmol/L) :                 108                      97-112
CO2(mmol/L) :                      28                       22-32
Glucose(mg/dl) :                   97                       60-120
Calcium(mg/dl) :                   9.0                      8.5-10.5

----------------------------------------------------------------------------
In:  09/21/04 1457                 ------------------------------
Out: 09/21/04 1611          | VALPROIC ACID (DEPAKENE) |     Techs: VB19134 TB222
Coll Time: 09/21/04 1457    ------------------------------          Spec: Bloo
Order Phys: MOOREHOUSE, JOHN D                               [B0426500491/52238

                                   *STAT*STAT*STAT*
Result Name                        Result                  Normal Range

Valproic Acid(mcg/ml) :            <3.0 L                  50-100

----------------------------------------------------------------------------
In:  09/21/04 1457                 --------                                Spec: Bloo
Out: 09/21/04 1508                 | CBC |                 Techs: VB19134 TB578
Coll Time: 09/21/04 1457           --------
Order Phys: MOOREHOUSE, JOHN D                               [B0426500491/52238

                                   *STAT*STAT*STAT*
Result Name                        Result

WBC(thou/cmm) :                    11.1 H                  4.0-10.0
RBC(mill/cumm) :                   4.65                    4.2-5.9
Hgb(gm/dl) :                       14.9                    13.0-17.5
Hct(%) :                           42.2                    39-51
MCV(fl) :                          91                      80-100
MCH(pg) :                          32                      26-34
MCHC(%) :                          35                      31-35
Plt ct(thou/cmm) :                 164                     150-440

                        (Continued on next page)

                                            SPEARS, DOUGLAS
                                            000567121/B0426500491
                                            E/R
                                            (M-08/30/76)
Outpatient Summary Report                   Dr. MOOREHOUSE, JOHN D


          PRINTED BY: b17606          DATE 9/22/2004

                                      09/22/2004 WED 13:48  [TX/RX NO 5114] Ø025

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 21, 2004 09:33 pm
Outpatient Summary Report

```
Pat Name:         SPEARS,DOUGLAS                              Page:  2
Unit #/Acct #:    000567121/B0426500491
Loc:              E/R
Phys-Service:     MOOREHOUSE,JOHN D - EMERGENCY
************************************************************************
In:  09/21/04 1457              ---------             Spec: Bloc
Out: 09/21/04 1508             | CBC  |          Techs: VB19134 TB578
Coll Time: 09/21/04 1457        ---------
Order Phys: MOOREHOUSE,JOHN D                      [B0426500491/52238

                              *STAT*STAT*STAT*
Result Name                   Result
```

(Continued from previous page)

```
RDW(%):                    12.0                  11.5-14.5
Neutrophils(%):            75                    45-75
Lymphs(%):                 18 L                  20-53
Monos(%):                  6                     2-12
Eos(%):                    0                     0-8
Basos(%):                  1                     0-2
```

End of Report - 09/21/04 2133P

SPEARS,DOUGLAS
000567121/B0426500491
E/R
(M-08/30/76)
Dr. MOOREHOUSE,JOHN D

Outpatient Summary Report

PRINTED BY: b17606          DATE 9/22/2004

## BAPTIST MEDICAL CENTER
### MONTGOMERY, ALABAMA 36111
### RADIOLOGY REPORT

Patient Name: SPEARS,DOUGLAS                    Date Performed: 09/21/04 1623
MR #: B000567121                                Patient's Room: E/R
Account #: 0426500491                           Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D

Exam                                            Check-in No.
0450   CT-HEAD WITHOUT IV CONTRAST              1788239
       Ord Diag: ;MVA

SPEARS, DOUGLAS

CT HEAD W/O CONTRAST:

HISTORY:  MVA

Evaluation of the posterior fossa is unremarkable. The region of
the sella turcica is unremarkable.

Supratentorially, there are multifocal areas of low density
involving the white matter and cortex in the right frontal and
temporal lobes. There is also a similar appearing area of low
density in the left frontal white matter. Patient reports previous
history of trauma and I believe this represents encephalomalacia
from that incident. Old infarct could also look similar. There is
some dilatation of the frontal horn right lateral ventricle and
atrium further indicating this is a old condition.

There is no evidence of acute infarct. There is no intra or extra-
axial hemorrhage. Review of the skull shows no abnormality. There
is a nasal bone fracture.

IMPRESSION:
1)     ENCEPHALOMALACIA IN THE RIGHT FRONTAL AND TEMPORAL LOBES AS
       WELL AS LEFT FRONTAL LOBE FROM PREVIOUS TRAUMA GIVEN PATIENT'S
       HISTORY. THERE IS NO EVIDENCE OF ACUTE INFARCT OR HEMORRHAGE.
       OVERALL, NO ACUTE FINDINGS.
2)     NASAL BONE FRACTURE.


                      /READ BY/ GORDON V SMITH, M.D.
                      /Electronically Signed By/ OSCAR P ORILLE, M.D.
       MEF

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  SPEARS,DOUGLAS                Date Performed: 09/21/04 1528
MR #: B000567121                             Patient's Room: E/R
Account #: 0426500491                        Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D

Exam                                         Check-in No.
1010   DR-CHEST PA OR AP ONE VIEW            1788240
          Ord Diag: ;MVA

SPEARS, DOUGLAS

CHEST:

Heart and mediastinal structures are unremarkable. There is no
abnormal mediastinal widening. Lungs are clear with no
pneumothorax or pleural effusions. Visualized osseous structures
are unremarkable.

IMPRESSION:  NEGATIVE.


                /READ BY/ GORDON V SMITH, M.D.
                /Electronically Signed By/ OSCAR P ORILLE, M.D.
      MEF

From BMC SOUTH MED RECORDS TFM    Doc3384e2862343    Filed 09/29/2006 13:48 Page #442 P.028

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  SPEARS,DOUGLAS                    Date Performed: 09/21/04 152:
MR #: B000567121                                 Patient's Room: E/R
Account #: 0426500491                            Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D

Exam                                                      Check-in No.
2040    DR-CERVICAL SPINE AP & LAT                        1788241
        Ord Diag: ;MVA

SPEARS, DOUGLAS

CERVICAL SPINE:

AP and lateral views show the cervical vertebral bodies to be
normal alignment with no subluxation or fracture. There is no
abnormal widening of prevertebral soft tissues.

IMPRESSION:  NEGATIVE.

                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
        MEF

PRINTED BY: b17606        DATE 9/22/2004

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA 36111
RADIOLOGY REPORT

Patient Name: SPEARS,DOUGLAS                    Date Performed: 09/21/04 1623
MR #: B000567121                                Patient's Room: E/R
Account #: 0426500491                           Patient Type:E/R
Attending Physician: MOOREHOUSE,JOHN D

Exam                                            Check-in No.
0453   CT-FACIAL W/O CONTRAST                   1788243
       Ord Diag: ;MVA

SPEARS, DOUGLAS

CT FACIAL BONES:

HISTORY: MVA

There are mildly displaced fractures of the nasal bones but no
other facial bone fractures are seen. Paranasal sinus walls are
intact.

There is significant mucosal thickening in an air fluid level in
the left maxillary sinus but no fracture can be seen and this is
presumably due to a pre-existing sinusitis.

There is scattered opacification of ethmoid and sphenoid sinuses.
Orbital rims are intact and no mandibular fracture is seen.
Temporal bones are intact.

IMPRESSION:
1)     NASAL BONE FRACTURE.
2)     REMAINING FACIAL BONES ARE INTACT. NO OTHER FRACTURES ARE
       SEEN.
3)     OPACIFICATION OF THE LEFT MAXILLARY, SPHENOID AND ETHMOID
       SINUSES WHICH SUGGESTS PRE-EXISTING SINUSITIS. NO PARANASAL SINUS
       FRACTURES ARE SEEN TO SUGGEST HEMORRHAGE FROM TRAUMA.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
          MEF

From: BMC SOUTH-MED RECORDS-TFM    334 286 3843    Filed 09/22/2004 13:48 #442 P.060
Case 2:06-cv-00600-ID   Document 28-43    Filed 09/22/2006    Page 42 of 60

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  SPEARS,DOUGLAS                    Date Performed: 09/21/04 1529
MR #: B000567121                                 Patient's Room: E/R
Account #: 0426500491                            Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D


Exam                                             Check-in No.
2170   DR-PELVIS 1 VIEW                           1788249
         Ord Diag: ;MVA


SPEARS, DOUGLAS

PELVIS:

Single lateral view shows no fracture. Sacroiliac joints and pubic
symphysis are intact. There is no hip fracture.

IMPRESSION:  NORMAL.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
        M2F

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  SPEARS,DOUGLAS                    Date Performed: 09/21/04 1454
MR #: B000567121                                 Patient's Room: E/R
Account #: 0426500491                            Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D


        Exam                                        Check-in No.
        6708    US-ABDOMEN LIMITED                  1788267
                    Ord Diag: MVA




SPEARS, DOUGLAS

ULTRASOUND OF THE ABDOMEN

History: Abdominal pain after motor vehicle accident. The study was
performed to evaluate for free intraperitoneal fluid.

Findings: No fluid was seen. Visualized portions of the abdominal organs
are normal.

IMPRESSION:
NORMAL STUDY, NEGATIVE FOR FREE INTRAPERITONEAL FLUID.


                        /READ BY/ GORDON V SMITH, M.D.
                        /Electronically Signed By/ GORDON V SMITH, M.D.
        JH



B0426500491  SPEARS,DOUGLAS
DOB: 09/30/76  Age:28Y  MR #:567121
Admit Date/Time: 09/21/04  1438P
911 MOOREHOUSE,JOHN D
Patient Information

**Baptist HEALTH**  **NURSING NOTES**

| DATE | TIME | NOTES |
|------|------|-------|
| 9/21/04 | 1600 | To CT per stretcher |
| | 1620 | Back to room 1A — Pt A+O — ⊕ Pain all over "head" & "shoulders" — MAEW Waiting for disposition. Allerka 122/68 ⊕ 98 - 21 |
| | | |

| Initial | Signature |
|---------|-----------|
| | |
| | |
| | |

Patient Care Profile   Page 2 Nurses Notes

FORM # NR 13008 REV. 10/03



# Baptist HEALTH
# ER RECORD - Adult / Adolescent

B0426500495  THOMPSON,DOUGLAS
DOB: 05/25/65  Age:39Y  MR #:567122
Admit Date/Time: 09/21/04  1440P
Patient 911 MOOREHOUSE,JOHN D

Regular M.D.: _____ Notified: _____
Immunization Hx: Tetanus ☐ UTD ☐ not UTD
Allergies: _____ NKDA
LMP: _____ Pregnant? ☐ Yes ☐ No ☐ Unsure
Home Meds: _____ none

**TRIAGE CATEGORY**
1) RED - Immediate    2) YELLOW - Urgent    3) GREEN - 0 Non-Urgent

Vital Signs                CHIEF COMPLAINT AND HISTORY
BP 141/95   ☐ See T Sheet   Red is cute.
P  105                      (R) hip pain  (R) ankle pain
R  18                       (R) knee pain
T  98.4
SPO2 98

Analgesia Scale IVAS 0-10 _____ /10   0 (no pain)  10 (worst)

## AGE SPECIFIC CARE
**13-18 yrs (Adolescent)**
(Menarche started? ☐ Yes ☐ No   Age at onset?___   Regular ☐ Yes ☐ No)
**>65 yrs (Older Adult)**
Assisting Devices: ☐ None ☐ Yes (list): _____
Living arrangements:  ☐ Lives alone ☐ Family/Significant Others
                      ☐ Extended Care Facility

### GENERAL APPEARANCE & MENTAL STATUS

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☐ NAD | ☐ Warm | ☐ Unlabored | ☐ Regular | ☐ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☐ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Appropriate |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |
| Skin Color | Skin Moisture | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☐ Pink | ☐ Dry | ☐ Crackles | Neuro Status | ☐ Unresponsive |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☐ Normal | ☐ Tearful |
| ☐ Pale | Gait | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☐ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor | | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S.: | | O.D.: | O.U.: |

## PLAN OF CARE

**Problems**
☐ Anxiety/Fear
☐ Body Temp, Alt. In
☐ Comm. Alt. In
☐ Coping Alt. In
☐ Elimination Alt. In
☐ Fluid Vol., Def/Ex
☐ Infection Potential
☐ Domestic Violence
Abuse Potential (refer to Social Services)
☐ Pain   ☐ Language

☐ Nutrition (refer to Dietitian)
☐ Knowledge Deficit
☐ Neuro Status
☐ Physical Mobility Impairment
☐ Resp, Function Alt.
☐ Skin Integrity, Alt. In
☐ Cultural/Religion

**Intervention**
☐ Anti-Puretic     ☐ Sling/Splint
☐ Bleeding Control ☐ Teaching
☐ DSG/Wound Care   ☐ Labs
☐ Emotional support ☐ X-Ray
☐ Ice/elevate      ☐ Meds As Ordered
☐ I & O            ☐ O2
☐ Other

☐ Social Services  ☐ PT
☐ Animal Control   ☐ Dietitian
☐ DHR Referral     ☐ Coroner
☐ Police Notified

Weight: _____ stated / measured
Triage Date _____ Time 1430
Nurse
Signature: R.Roberts

### VITAL SIGNS

| | | | | |
|---|---|---|---|---|
| Time | | | | |
| B.P. | | | | |
| Temp. | | | | |
| Pulse | | | | |
| Resp. | | | | |
| O2 Sat. | | | | |

**LAB**
☐ CBC         ☐ Maj Trauma
☐ Cardiac     ☐ Min Trauma
☐ Urinalysis  ☐ EKG ☐ ETOH
☐ Liver Profile ☐ ABG ☐ UCG
☐ Amylase     ☐ I-Stat 0
☐ Chem Profile 7 ☐ Lipase
☐ Chem Profile 12 ☐ PT/ PTT

**X-RAY**
☐ Chest    ☐ Abd
☐ Portable
☐ Ct                    o/6

Time To Tx
Area____  Rm #____

**NURSE'S NOTES / PHYSICIAN'S ASSESSMENT / ORDERS**

hand mittens c̄ lidocaine interdozawid

1550 - provided c̄ urinal - advise not to get up -
stand up when they _____ call _____

1800 - _____ stable ca _____

the pt known to bleed _____

RSR _____

1745 - _____ c̄ cath Tip infect - hand
dressed

1850 - ē pres pain meds as ordered - ē green
_____ this _____ given UB.B. _____ MM _____
_____ the take had _____
_____ prison person _____
_____ c̄ ____ order ____ RN c̄ cast/spint ___

**DISCHARGE**
Date _____ Time _____
D/C RN
DISPOSITION          EXIT VIA
☐ Home               ☐ Walk
☐ Admit              ☐ Carried
☐ Surgery            ☐ WC
☐ Transfer           ☐ Stretcher
☐ EXP                ☐ Ambulance
☐ AMA                ACCOM. BY:
☐ LWT                ☐ Self
☐ SNF                ☐ Fam/Friend
☐ Other              ☐ Police
☐ M.D. Office        ☐ Other

| Medications | Dose | Route | Time | Site | Nurse | Certified Medical Emergency ☐ YES ☐ NO |
|---|---|---|---|---|---|---|
| Morphine | 10 | IVP | | 1800 | | Diagnosis: ☐ See T Sheet |

IIIIIIIIIII %  II
B0426500495   THOMPSON,DOUGLAS
DOB: 05/25/65  Age:39Y  MR #:567122
Admit Date/Time: 09/21/04  1440P
911 MOOREHOUSE,JOHN D

(4C)

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negat

07

# Baptist Health
# EMERGENCY PHYSICIAN RECORD
## Trunk Injury   (5)

1 of 1  1 o

DATE: 9/21  TIME: 1430  ROOM: 22   EMS Arrival

HISTORIAN: _ patient _ spouse _ paramedics ___
___ HX / _ EXAM UNOBTAINABLE 2° TO: ___

**HPI** | chief complaint / location of injury:
_ chest  Ⓧback _ gastrointestinal  _ neck
Ⓧ chest

**context:** _ fall _ blow _ incision _ stab _ burn _ GSW
___

**severity of pain:** _ mild  _ moderate  _ severe

**occurred:**
_ just PTA
_ today
_ yesterday
___ days PTA

**where:**
_ home  _ school
_ neighbor's  _ city park
_ work  Ⓢtreet

**blow to head?**
no / yes

eyes LOC?  no  dazed  yes

**if LOC remembers:**
injury  coming to hospital

**location of pain / injury:**
head  face  neck
chest  Gastrointestinal
back  upper  mid  lower
radiating to R/L  thigh / leg

**PAST HX** _ negative
_ HTN  _ DM ___

Meds- _ none / _ see nurses note
Allergies- _ NKDA / _ see nurses note

**SOCIAL HX** @ recent ETOH Ⓢ smoker Ⓢ drug abuse
Prev. ETOH.

**FAMILY HX** Prev. ETOH.

___ HX / _ EXAM UNOBTAINABLE 2° TO: ___
**ROS** _ all systms neg except as mkd
NEURO / MS
_ loss feeling / power arms/legs
_ headache / neck pain
EYES
_ double vision
ENT
_ hearing loss
RESPIRATORY
_ trouble breathing  Ribs pain

**CVS**
_ chest pain  Obliq
GI
_ nausea / vomiting
GU
_ loss of bladder function
SKIN
_ skin laceration
_ recent fever / illness

☐ Nursing Assessment Reviewed ☐ Vitals Reviewed ☐ Tetanus immun. UTD
**PHYSICAL EXAM** _ Alert _ Lethargic
Distress- _ NAD _ mild _ moderate _ severe
Other- _ C-collar (PTA / in ED)  _ back-board _ IV _ splint

**HEAD**
_ no evidence of
  trauma
**NECK**
_ non-tender
_ painless ROM

_ see diagram
_ Battle's sign / Raccoon Eyes
_ see diagram
_ vertebra point-tenderness
_ muscle spasm / decreased ROM

**EYES**
_ PERRL
_ EOMI
_ unequal pupils  R- ___ mm L- ___ mm
_ EOM entrapment / palsy
_ subconjunctival hemorrhage
_ pale conjunctivae

**ENT**
_ nml external
_ no dental injury
_ hemotympanum ___

**RESPIRATORY**
_ chest non-tender
_ breath sounds nml
_ see diagram
_ decreased breath sounds ___
_ wheezing / rales ___
_ splinting / paradoxical movements ___

**CVS**
_ heart sounds nml
_ reg. rate, rhythm
_ no JVD
_ no murmur
_ no gallop
_ no friction rub
_ irregularly irregular rhythm ___
_ extrasystoles ( occasional / frequent ) ___
_ tachycardia / bradycardia ___
_ JVD present ___
_ murmur  grade ___ /6  sys / dias ___
  cresc / cresc-decresc / decresc ___
_ gallop ( S3 / S4 )___

_ decreased pulse(s) ___



T=Tenderness
PtT=Point Tender
S=Swelling
E=Ecchymosis
Lac=Laceration
A=Abrasion
B=Burn
( B=without
and moderate amt)
Tsp =  Tenderness
palpation (screen

see
reverse
for back
diagram

**GASTROINTESTINAL**
_ non-tender
_ no organomegaly
_ see diagram
_ rebound tenderness ___
_ mass / organomegaly ___

**GENITAL EXAM**
_ nml genital exam
_ nml vaginal exam
_ perineal hematoma ___
_ blood at urethral meatus ___

**RECTAL EXAM**
_ nml rectal exam
_ heme neg. stool
_ decreased rectal tone ___

**NEURO / PSYCH**
_ oriented x3
_ mood & affect
_ CN's nml
  as tested
_ sensation &
  motor nml
_ confused / disoriented ___
_ EOM palsy / anisocoria ___
_ facial asymmetry ___
_ sensory / motor deficit ___
_ unsteady / ataxic gait ___

**SKIN**
_ intact
_ warm, dry
_ see diagram ___
_ crepitus / diaphoresis ___

Thompson, Daryl

**BACK**
no CVA tenderness
no vertebral tenderness

see diagram
vertebral point-tenderness
CVA tenderness
muscle spasm
limited ROM

**HIPS / PELVIS**
pelvis stable
hips non-tender

see diagram
bony point-tenderness
painful / unable to bear weight

**EXTREMITIES**
no evidence of trauma
nml ROM
no pedal edema

see diagram
bony point-tenderness
painful / unable to bear weight
*Joint Exam:*
limited ROM / ligaments laxity / joint effusion

Mark back and extremity findings on these diagrams

## LABS, EKG, XRAYS and PROGRESS

**CBC** normal except
WBC
Hgb
Hct
Platelets
segs
bands
lymphs
monos
eos

**Chemistries** normal except
BUN
Creat
Gluc
Alk Phos
Cl
ALT
AST
Na
K

CO2
Ca
Bilirubin
Magnesium
BNP
D-Dimer

**EKG MONITOR STRIP** NSR Rate
normal abnormal

EKG NML Interp. by me Reviewed by me Rate 93
NSR nml intervals nml axis nml QRS nml ST/T

not / changed from:

**XRAYS** Interp. by me Reviewed by me Discsd w/ radiologist

C-Spine D-Spine LS-Spine
nml / NAD
no fracture
nml alignment
soft tissues nml

reversal / straightening of cerv. lordosis
DJD / spondylosis / spurring

**CXR**
nml / NAD
no infiltrates
nml heart size
nml mediastinum

rib fracture 7th, 8th, 9th (L)
infiltrate / atelectasis
3 c.b.b.

**OTHER** See separate report
R hand – DJD

**CT SCAN** chest abd pelvis
normal

**PROCEDURES:**

**CHEST TUBE INSERTION** (____ French) ____ Betadine prep
anesthesia- ____ cc local lidocaine / marcaine / ____
position- mid / anter / post axillary line ____ interspace
____ sutured in place ____ positioned confirmed on CXR
return- air / blood ____ connected to suction

% FAST EXAM (-)

**Echocardiogram** nml abnml

Re-evaluation time 1520 unchanged improved re-examined
Re-evaluation time 1630 unchanged improved re-examined
Re-evaluation time 1745 unchanged improved re-examined

Consent c DSC of 1% [illegible] Patient was prepped and draped in a sterile fashion. Copious irrigation c NSS used to clean area. Skin debrided. Staple used to [illegible] debris from wound. Extensor tendon frayed and figure of 8 used to reapprox edges. Then closed c #7 of 5-0 nylon in long mattress. Pt to [illegible] well. EBL 80cc

use template #23b for Laceration Repair

TREATMENT:
MEDICAL DECISION:

Fracture Care: Follow up with orthopedic within 48 hours
Rx given
Follow up with (L) Splint c orthoglass
Ortho – finger splint
referred to / discussed with Dr.
will see patient in: office / ED / hospital in 2 days

Counseled patient / family regarding: lab results, diagnosis, need for follow-up
Admit orders written
Prior records ordered

CRIT CARE- 30-74 min
75-104 min ____ min
Additional history from: family caretaker paramedics

## CLINICAL IMPRESSION:

Contusion
chest Gastrointestinal back
Sprain / Strain
neck thoracic lumbar
Abrasion

Rib Fracture x 3
clinical dx shown on x-ray
displaced / comminuted
Laceration
Injury

1. Extensor Dorsum tendon Repair
2. Complex Hand Laceration 7 cm

DISPOSITION- home admitted transferred
CONDITION- unchanged improved stable

x ____ MD / DO x ____ MD / DO
Resident Attending

Hx review, Patient Interviewed, Medical Decision Making, and Examined by



```
B0426S00495   THOMPSON,DOUGLAS
DOB: 05/25/65  Age:39Y  MR #:567122
Admit Date/Time: 09/21/04  1440P
911 MOOREHOUSE,JOHN D
```



**Baptist Health**
# Emergency Room
# Discharge Instructions

Page 1 of 1

### DISCHARGE INSTRUCTIONS – PATIENT COPY

| Weight | Phone | Allergies | | Location South |
|---|---|---|---|---|

| MEDICINES PRESCRIBED | If non. check this box: ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND. |
|---|---|---|

| Name/Strength | Number | Schedule / Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. Lorics - 10 | ⊘ 30 | 1 q 4h  prn pn | ☐ | |
| 2. Keflex 500g | ⊕ 30 | 1 qid | ☐ | |
| 3. | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

| INSTRUCTION SHEET(S) GIVEN | | | |
|---|---|---|---|
| ☐ Asthma | ☐ Crutches | ☐ Head Injury | ☐ Threatened Ab |
| ☐ Back Pain | ☐ Fever | ☐ Otitis Media | ☐ Vomiting / Diarrhea |
| ☐ Cast / Splint Care | ☐ Fracture | ☐ Sprains / Bruises | ☐ Wound Care |
| | | ☐ STD | ☐ Other(s) |

Return for signs of infection
> Redness
> Swelling
> Drainage
> Heat

Additional Instructions:
Recheck 2d = spm tx
Take med + meds as directed
elevate hand · R

| Referred to: | ☐ Return to Emergency Dept. in _____ hours / days for recheck |
|---|---|
| ☐ Dr. _____ | ☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck. |
| Phone: _____ | ☐ Learning needs assessed   ☐ Instructions Modified: _____ |
| ☐ Call on next business day for follow-up appointment | |
| in _____ days / weeks   ☐ next available | ☐ Education provided on new medication _____ |

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X _____ ☑ Patient
☐ Relative
☐ Other _____

Time Released > 18/10

Instructed By: _____    Physician: _____

## WORK/ SCHOOL STATEMENT from the Emergency Department

| Patient Name | Date |
|---|---|

| ☐ Patient was seen by Dr. | ☐ May return to restricted duties for _____ days |
| ☐ No athletics / physical education: _____ days* | Restrictions: _____ |
| ☐ May return to work / school without restrictions | |
| ☐ Will require time off work / school. Estimated time: _____ days*  ☐ ······· was here with relative/ child. |
| ☐ Must be reevaluated by family / occupational physician before | ☐ Other: _____ |

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  THOMPSON,DOUGLAS
MR #: B000567122
Account #: 0426500495
Attending Physician:  MOOREHOUSE,JOHN D

Date Performed: 09/21/04 1629
Patient's Room: E/R
Patient Type:E/R

Exam
1101   DR-RIBS UNI LT&PA CHEST 4 VIEWS
            Ord Diag: ;MVA

Check-in No.
1788257

THOMPSON,DOUGLAS

LEFT RIBS AND PA CHEST:

HISTORY:  Motor vehicle accident.

Multiple views show mildly displaced fracture of the left 7th through
9th ribs in the posterior and lateral aspect.  Lungs are clear.  There
is no pneumothorax.  Remaining visualized osseous structures are
unremarkable.

IMPRESSION:

FRACTURES OF THE LEFT 7TH THROUGH 9TH RIBS.  LUNGS ARE CLEAR.

/READ BY/ GORDON V SMITH, M.D.
/Electronically Signed By/ OSCAR P ORILLE, M.D.

CW

### BAPTIST MEDICAL CENTER
### MONTGOMERY, ALABAMA  36111
### RADIOLOGY REPORT

Patient Name:  THOMPSON,DOUGLAS
MR #: B000567122
Account #: 0426500495
Attending Physician:  MOOREHOUSE,JOHN D

Date Performed: 09/21/04 1633
Patient's Room: E/R
Patient Type:E/R

Exam
3570    DR-KNEE RT 4 V W/OBLIQUES
        Ord Diag: ;MVA

Check-in No.
1788260

THOMPSON,DOUGLAS

RIGHT KNEE:

HISTORY:  Knee pain after motor vehicle accident.

Four views show no fracture or dislocation.  There are some minor
degenerative changes.

IMPRESSION:

NEGATIVE FOR FRACTURE.

/READ BY/ GORDON V SMITH, M.D.
/Electronically Signed By/ OSCAR P ORILLE, M.D.

CW

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT


Patient Name:  THOMPSON,DOUGLAS                Date Performed: 09/21/04 1511
MR #: B000567122                               Patient's Room: E/R
Account #: 0426500495                          Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D


Exam                                           Check-in No.
6708   US-ABDOMEN LIMITED                      1788282
            Ord Diag: MVA


THOMPSON, DOUGLAS

ABDOMINAL SONOGRAM:

HISTORY: MOTOR VEHICLE ACCIDENT WITH ABDOMINAL PAIN

Evaluation of each quadrant of the abdomen showed no free
intraperitoneal fluid. Visualized portions of abdominal
organs are normal.

IMPRESSION:
1.   NEGATIVE.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ GORDON V SMITH, M.D.
        TB

From: BMC SOUTH MED RECORDS-TFM    Document 25-48    Filed 01/29/2006 13:27 Page 442 of 017/018

BAPTIST MEDICAL CENTER
MONTGOMERY, ALABAMA  36111
RADIOLOGY REPORT

Patient Name:  THOMPSON,DOUGLAS                Date Performed: 09/21/04 1638
MR #: B000567122                               Patient's Room: E/R
Account #: 0426500495                          Patient Type:E/R
Attending Physician:  MOOREHOUSE,JOHN D

Exam                                           Check-in No.
2050   DR-CERVICAL SPINE ROUTINE               1788274
         Ord Diag: ;MVA


THOMPSON, DOUGLAS

5 VIEWS CERVICAL SPINE:

Cervical vertebral bodies are normal alignment with no subluxation
or fracture. AP and oblique views are unremarkable. The odontoid
is intact. Lateral masses of C1 maintain normal alignment of body
of C2. There is no abnormal widening of prevertebral soft tissues.

IMPRESSION:  NEGATIVE.


                    /READ BY/ GORDON V SMITH, M.D.
                    /Electronically Signed By/ OSCAR P ORILLE, M.D.
        MEF

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 21, 2004 09:33 pm
Outpatient Summary Report

Pat Name:        THOMPSON,DOUGLAS                         Page:  1
Unit #/Acct #:   000567122/B0426500495
Loc:             E/R
Phys-Service:    MOOREHOUSE,JOHN D - EMERGENCY
******************************************************************

In:  09/21/04 1455        ----------------------        Spec: Bloo
Out: 09/21/04 1521        | BASIC METABOLIC |    Techs: VB19095 TB222
Coll Time: 09/21/04 1455  ----------------------
Order Phys: MOOREHOUSE,JOHN D                        [B0426500495/52238

                          *STAT*STAT*STAT*
Result Name               Result

BUN(mg/dl) :              11                       7-20
Creatinine(mg/dl) :       0.9                      0.6-1.4
Sodium(mmol/L) :          134 L                    135-145
Potassium(mmol/L) :       3.6                      3.5-5.0
Chloride(mmol/L) :        100                      97-112
CO2(mmol/L) :             25                       22-32
Glucose(mg/dl) :          140 H                    60-120
Calcium(mg/dl) :          8.6                      8.5-10.5

-----------------------------------------------------------------
In:  09/21/04 1455        ----------              Spec: Bloc
Out: 09/21/04 1502        | CBC |          Techs: VB19095 TB578
Coll Time: 09/21/04 1455  ----------
Order Phys: MOOREHOUSE,JOHN D                        [B0426500495/52238

                          *STAT*STAT*STAT*
Result Name               Result

WBC(thou/cmm) :           9.4                      4.0-10.0
RBC(mill/cumm) :          4.55                     4.2-5.9
Hgb(gm/dl) :              14.6                     13.0-17.5
Hct(%) :                  41.3                     39-51
MCV(fl) :                 91                       80-100
MCH(pg) :                 32                       26-34
MCHC(%) :                 35                       31-35
Plt ct(thou/cmm) :        157                      150-440
RDW(%) :                  12.7                     11.5-14.5
Neutrophils(%) :          77 H                     45-75
Lymphs(%) :               18 L                     20-53
Monos(%) :                4                        2-12
Eos(%) :                  2                        0-8
Basos(%) :                0                        0-2

-----------------------------------------------------------------


                                    THOMPSON,DOUGLAS
                                    000567122/B0426500495
                                    E/R
                                    (M-05/25/65)
Outpatient Summary Report           Dr. MOOREHOUSE,JOHN D

PRINTED BY: b17606        DATE 9/22/2004

Baptist Medical Center South
2105 E. South Blvd. Montgomery, AL 36116
Tue Sep 21, 2004 09:33 pm
Outpatient Summary Report

Pat Name:        THOMPSON, DOUGLAS                         Page:  2
Unit #/Acct #:   000567122/B0426500495
Loc:             E/R
Phys-Service:    MOOREHOUSE, JOHN D - EMERGENCY
**********************************************************************
In:  09/21/04 1756      ---------------------------           Spec: Urin
Out: 09/21/04 1945      | MICROSCOPIC EXAM UA. |       Techs: VRN TB1840
Coll Time: 09/21/04 1628  ---------------------------
Order Phys: MOOREHOUSE, JOHN D                        [B0426500495/52238

                        *STAT*STAT*STAT*
Result Name             Result                 Normal Range

Epiths ( /HPF):         Occ                    0-5
Bacteria:               Occ

-----------------------------------------------------------------------
In:  09/21/04 1628      ---------------                 Spec: Urin
Out: 09/21/04 1757      | URINALYSIS |            Techs: VRN TB1840
Coll Time: 09/21/04 1628  ---------------
Order Phys: MOOREHOUSE, JOHN D                        [B0426500495/52238

                        *STAT*STAT*STAT*
Result Name             Result                 Normal Range

Color:                  Yellow
Appearance:             Clear
pH(pH Units):           6.0                    5.0-8.0
Protein Urine(mg/dl):   NEGATIVE               Negative
Glucose(mg/dl):         NEGATIVE               neg
Ketone(mg/dl):          NEGATIVE               neg
Blood, Occult:          SMALL                  neg
Leukocyte:              NEGATIVE               neg
Nitrite:                NEGATIVE               neg
Spec Gravity:           1.004                  1.002-1.030
Comment:                Microscopic to follow.

-----------------------------------------------------------------------

End of Report - 09/21/04 2133P



                                          THOMPSON, DOUGLAS
                                          000567122/B0426500495
                                          E/R
                                          (M-05/25/65)
Outpatient Summary Report                 Dr. MOOREHOUSE, JOHN D

39 years
Male
Caucasian

Technician:

| | |
|---|---|
| Vent. rate | 93 bpm |
| PR interval | 138 ms |
| QRS duration | 100 ms |
| QT/QTc | 322/400 ms |
| P-R-T axes | 69 38 66 |

Normal sinus rhythm
Normal ECG

Referred by: MOOREHOUSE, JOHN          Unconfirmed

THOMPSON,DOUGLAS
BO12660045    Age:39Y    MR:567122
DOB: 03/25/65
Admit Date/Time:  09/21/04  14:07
911 MOOREHOUSE,JOHN D
%

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL | EMERGENCY |
|---|---|---|---|---|---|
| 9  22/04 | 2/30 ☑AM ☐PM | Elmore | ☐ SIR ☐ PDL ☐ ESCAPEE | | ☐ OUTPATIENT |

| ALLERGIES | NKDA | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP 98⁸ ☑ORAL ☐RECTAL    RESP. 20    PULSE 76    B/P 118,80    RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S - Body Chest Pn
    Doc

O - Bruse To ® Orbit
    of Eye - Poss Blood in
    sclera (L) Eye
    Swelling ® Bw
    Dsg > (L) V Ext - Sm
    Loc x2 on (L) lower
    opens of (L) leg

A - Alt. in Skin
    Integrity, Alt
    in Comfort

PHYSICAL EXAMINATION

P - Admit PT TO
    Mou unit Fu
    Sur. Dsg 1/s @ 9ᵖᵐ
    & loc x 7 days
    GC Diet till Fu Sur
    meds ordered see
    MAR



PROFILE RIGHT OR LEFT

Bruise

Swelling

Sm Poss. Puncture / Laceration wounds

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 9/29/04 | 170 ☑AM ☐PM | ☑ DOC ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 9/22/04 | PHYSICIAN'S SIGNATURE | DATE 9/22/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Nation, Marvin | 141669 | 3-19-66 | WM | Elmore |

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9 /21 /04 | TIME 2125 ☐ AM ☐ PM | ORIGINATING FACILITY ECC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98 | ORAL RECTAL | RESP. 30 | PULSE 68 | B/P 90/72 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

S- Body chart per DOC request
re: MVA on Road Squad

PHYSICAL EXAMINATION

O - Ambulated to treatment, slight
limp - bandage to (R) ↓ extremity
c̄ bright red blood noted - reinforced
c̄ clean 4x4's and secured c̄ kling
(L) eye and mandible & maxillary
edematous c̄ bruising noted
alert and conversing c̄ nurse & officer
No acute distress noted
A - Alteration in comfort
P- MD to review

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 9 /21/04 | TIME 2/35 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S Milligan RN | DATE 9-21-04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Nation Marvin | DOC# 141669 | DOB 3-19-66 | R/S w/m | FAC. ECC |
|---|---|---|---|---|

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|---|
| 9 / 21 / 04 | 2040 AM PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐_____ | | ☐ OUTPATIENT |

| ALLERGIES | N/A | CONDITION ON ADMISSION | |
|---|---|---|---|
| | | ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA | |

| VITAL SIGNS: TEMP 98¹ | ORAL RECTAL | RESP. 20 | PULSE 8 | B/P 124,86 | RECHECK IF SYSTOLIC <100> 50  / |

NATURE OF INJURY OR ILLNESS

S - Body Chart per DOC request
H - MVA on Road squad -
"I bruised both of my legs"

ABRASION ///   CONTUSION #   BURN XX   FRACTURE Z   LACERATION / SUTURES

PHYSICAL EXAMINATION

O - X-rayed in Hospital ER
Ambulated to tx room c̄ limp - ā
discoloration noted to each area
ō break in skin noted ō acute
distress
A - Alteration in comfort
P - MD to review

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 9 / 21 / 04 | 2045 AM PM | ☐ DOC  ☐ AMBULANCE  ☐ | ☒ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL | |

| NURSE'S SIGNATURE | | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Smullen, LPN  9-21-04 | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Dennis, Joey | 224604 | 9-12-78 | W/M | Ell. |

(White – Record Copy, Yellow – Pharmacy Copy)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 9/21/04 | TIME 2000 ☐ AM ☐ PM | ORIGINATING FACILITY *Elmore* ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES  NKA

CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.1  ORAL RECTAL  RESP. 20  PULSE 88  B/P 102/63  RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

S- My left leg is sore-
they said that it wasn't
broken (from xray) just bruised
badly."
"Body chart per Doc request re:
MVA on Road Squad"

| ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Ambulated to tx room c̄
slight limp - (L) calf noted
to be edematous c̄ some discoloration
warm to touch not hot no
other injuries noted
A- Alteration in comfort
P- MD to review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 9/21/04 | TIME 2010 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE  Smith LPN | DATE 9.21.04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Jackson, Marcus | DOC# 187650 | DOB 12-9-78 | R/S B/m | FAC. Elc |
|---|---|---|---|---|

PHS-MD-70007



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY  Eec | | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|---|
| 9/21/04 | 2025 AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ OUTPATIENT |

| ALLERGIES  NKA | | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98' | ORAL RECTAL | RESP. 20 | PULSE 88 | B/P 106/93 | RECHECK IF SYSTOLIC /  <100> 50 |

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

S- Body chart per DOC request
re: MVA on Road squad
d: "It just hurt my (R) leg -
"A tire hit me and hyper extended
my leg."

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O- X-rays done in hospital ER
ambulated to tx room c slight limp
superficial lacerations noted to left
leg s̄ any bleeding - Ø discoloration
noted to area - Ø warmth to touch

A- Alteration in comfort

P- MD to Review

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| 9/21/04 | 2030 AM PM | | | |

| NURSE'S SIGNATURE  S Millean RN | DATE 9.21.04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Lambert, Larry | DOC# 195129 | DOB 9.19.69 | R/S W/M | FAC. Eec |
|---|---|---|---|---|

PHS-MD-70007          (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | SICK CALL | EMERGENCY |
|---|---|---|---|---|---|
| 9 /21/ 04 | 1950 AM/PM | ACC | SIR PDL ESCAPEE | | OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | GOOD FAIR POOR SHOCK HEMORRHAGE COMA |

| VITAL SIGNS: TEMP 98¹ | ORAL/RECTAL | RESP. 20 | PULSE 80 | B/P 126/76 | RECHECK IF SYSTOLIC <100> 50 |

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z 7 Z | LACERATION / SUTURES |
|---|---|---|---|---|---|---|

S- Body chart per DOC request
re: MVA on road squad
"My ® arm and ® shoulder were
bruised — I bruised
my leg also"

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Ambulated to tx rooms, difficulty
small laceration noted to ® leg
p bleeding — c/o soreness to neck
and ® shoulder/arm — Full ROM
to extremities & acute distress
noted

A- Alteration in comfort
P- MD to review

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

| DIAGNOSIS | |

| INSTRUCTIONS TO PATIENT | |

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 9 /21/ 04 | 2000 AM/PM | | DOC AMBULANCE | SATISFACTORY FAIR / POOR CRITICAL |

| NURSE'S SIGNATURE SM Miller-Lpn | DATE 9·21·04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Perdue, Donald | DOC# 213809 | DOB 3-15-73 | R/S B/m | FAC. Ell |

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)

**EMERGENCY**

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

| ADMISSION DATE | TIME | ORIGINATING FACILITY _ECc_ | | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|
| 9 /21/ 04 | 2010 ☐AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE | | ☐ OUTPATIENT |

| ALLERGIES NKA | | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98' | ORAL RECTAL | RESP. 20 | PULSE 60 | B/P 88, 62 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- Body chart per DOC request
re; MVA on Road Squad
C "I don't know what happened."
I just know that I broke my
nose "

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Amb'ulated to tx room c̄ edema
to nose + laceration to left eyebrow
c̄ sutures - packing to naris done in hospital
E.R. & at time bleeding @ this time
superficial lacerations to forehead and
corner y mouth c̄ bleeding - ⊗ acute
distress
A- Alteration in comfort
P- MD to review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| 9 /21/ 04 | 22 ☐AM ☐PM | | | |

| NURSE'S SIGNATURE Miller LPN | DATE 9.21.04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Spears, Douglas | | DOC# 184120 | DOB 8-30-76 | R/S W/m | FAC. Ecc |
|---|---|---|---|---|---|

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY ECC | | | | | | | □ SICK CALL □ EMERGENCY |
|---|---|---|---|---|---|---|---|---|---|
| 9 /21/04 | 2030 AM/PM | □ SIR □ PDL □ ESCAPEE □ | | | | | | | □ OUTPATIENT |

| ALLERGIES NKA | | | CONDITION ON ADMISSION □ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |
|---|---|---|---|

| VITAL SIGNS: TEMP 97⁹ | ORAL RECTAL | RESP. 20 | PULSE 70 | B/P 108,68 | RECHECK IF SYSTOLIC /<br><100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|---|

S- "They had to sew the tendons
back together in my hand
13 stitches in all" - I broke 3
ribs - its hard to breathe

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Ambulated to tx room c̄ slight
limp som + edema and discoloration
noted to medial knee & break in skin
L hand has bandage and splint
covering sutures - Superficial lacerations
noted to forehead and R side of face
and head & acute distress noted
A - Alteration in comfort
P - MD to review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 9 /31/04 | TIME AM/PM | RELEASE / TRANSFERRED TO □ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE E Miller, LPN | DATE 9·21·04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Thompson, Douglas | DOC# 164485 | DOB 5-25-65 | R/S W/m | FAC. ECC |
|---|---|---|---|---|

PHS-MD-70007                    (White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9/21/04 | TIME 3:45 AM CM | ORIGINATING FACILITY Elmore ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 100.⁻ | ORAL RECTAL | RESP. 24 | PULSE 106 | B/P 138/96 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- Feel ok. Nothing Happened
to me except I feel
Depressed

O. AAOx3 Skin w/d to touch
Resp even & ease. No Bruises
or inflammation noted.
c/o Distress

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

A. Alt in comfort

P. ① Tylenol 650mg ⊤ PO Now
For Fever.
② DNC

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 9/21/04 | TIME 3:56 AM PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE LPN | DATE 9/21/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) TUCKER, LEAMON | DOC# 125736 | DOB 9/25/60 | R/S B/m | FAC. ECC |
|---|---|---|---|---|

LEAMON TUCKER #125736

B-1-180

9-21-04 Tues.

Around 1 pm., stop to take break

Appt. 1 P.M., WE STOP TO TAKE A break ON HighW. 231
while on break, Everybody ELSE WAS oN The VAN.
I WAS Drinking A COKE STANDing on The passeger
side of The VAN, and I Turn To my Right and
Look down The Highway and Seen This
CAr. The driver of the car Appear To have
pass out. The driver ran across the mile marker
on the side of the Highway. After striking
The mile mArker he slam into the back
of The VAN. The car bounce back into
the ditch and ameeris caught A Fire.
MY Superver instruct me To Help get the
driver out of The car, because The impact
Seem To have Knock him (unconious/uncous). After
returning To The VAN To Help The Inmate
get off the VAN. The VAN caught A Fire
we waited on the emerency To come Help.

Leamon Tucker #125736

Douglas Spears  Als. 184120

Sitting in fan and was Hit. Do not
know what happier.

Douglas Spears .

Marvin Watson #141669

we were parked on the side of the
Road And All the Sadden we got hit
By Anther car.

Marvin Watson
141669

9/23/04

On 9-21-04 at approx 1:30 pm, we pulled over on Hwy 231 to take a break. I got out of the van to get a soda from the cooler, I got back in the van, I was sitting on the 3rd seat - driver's seat being the first seat - on the drivers side. I opened my coke & took a good swallow and time I finished, I heard a Whhammy! glass shattering and I'm trying to figure out what just happened. I could feel the van when it raised up off the ground. I climbed out of the van and help the other guys who were in the back of the van out. I helped pull some of the serious injured ones away from the van because the car that hit us was on fire. The fire dept, and paramedics arrived and took us to the hospital. That's all I know of the accident.

Marcus Jackson    187650
Marcus Jackson
B/m 187650

9-23-04

Donald Perdue - C-2-135/213809

On 9-21-04. We pulled over to pick up the sign.
and while during so, we took a break. I was seating
on the second seat From the Front, directly behind
Mr. Amberson. At the time I had been reading
the news paper. Just a Few Few seconds, aftering
putting the news paper down, I Felt an impack, and
then the back end of the van went up in the
air with some of us still on the van, Then I was
praying Please Lord don't Let it Flip over. All
of a sudden it Landed back on the ground.
That is when Mr. Amberson seat and him hit me
in my chest. Then he began to get out of the
van, when he got out, Then I began to try to
move, but my Leg was caught. I pulled until I
got my Leg to saftey, Then I began to make it
out of the van. When I made it out, I was in real
bad pain, The I looked to my Right and saw the
old man trying to get out of his car, but he could
not, That is when I told two of the inmates that
was carrsing another injured inmate, That I will
pull the injured inmate to saftey, Just help the old
man. The Fire had started to get worser worser.

Donald Perdue

I Was setting in the Second to the last
Set; just I got through Eating my Lunch and
taking a Rest Room Break.
The Next thing that Happened A car Hit
the Van in the Rear End; i didn't Hear or
See the Car Coming

Date 9-23-04
Joey Dennis
Joey Dennis

Sept. 23
2004

We were parked on the side of the Median on the grass, of Hwy 231 north. I left the van bye useing the Back Door to use the Bath-Room. When I got back, I was only at the van for 2 or 3 min befor the Car came of the Road, and Hit mill Marker. It was then that I Knew something was Rong. befor I could react, the Car had hit me too, and then Contured on. I didn't see or Remember seeing much more, but hurd the Crash.

Douglas Thompson
#166485

9-23-04

I Larry Lambert was sitting inside of
the van in the second from last seat in the
back on the drivers side. I just finished my
lunch and was reading an old news paper when
the car hit us from behind. I never heard
it coming no tire squeals or nothing.

Larry Lambert
195129







**MESSAGE CONFIRMATION**

SEP-21-2004 02:58PM TUE

FAX NUMBER: 334 567 1804
NAME     : ELMORE CORRECTIONAL

| | | |
|---|---|---|
| NAME/NUMBER | : | 567-0704 |
| PAGE | : | 001 |
| START TIME | : | SEP-21-2004 02:58PM TUE |
| ELAPSED TIME | : | 00'35" |
| MODE | : | G3 STD |
| RESULTS | : | [ O.K ] |

---



### State of Alabama
### Alabama Department of Corrections
Staton Correctional Facility
P.O. Box 56
Elmore, Alabama 36025
Phone: 334-567-2221- Fax: 334-567-0704



BOB RILEY
GOVERNOR

WILLIE THOMAS
WARDEN III

DONAL CAMPBELL
COMMISSIONER

LEON FORNISS
WARDEN II

COMMUNICATION DIVISION

TO: _ELMORE CC_   DATE: _9-21-04_

ATTENTION: _CAPT MATTHEWS_   FAX#

RE: CRIMINAL HISTORY   __DRIVERS HISTORY__   __WANTED PERSON CHECK__   ⟨VEHICLE REGISTRATION⟩

WE ARE BEGINNING TO SEND A COMMUNICATION OF ____3____ PAGES INCLUDING COVER SHEET.

PLEASE CONTACT _PEO KEATLEY_ AT STATON CORRECTIONAL FACILITY SHOULD YOU NOT RECEIVE ALL PAGES.

COMMENTS

_TAG CHECK   8A 0031J_

_____

_____

_____

_____

_____

INFORMATION: _____   R/S ____   DOB _____

RECEIVED BY: _John Matthews_   DATE: _9/21/04_

NOTE: Person receiving the above information must sign this cover sheet and fax back to Staton Correctional Facility's Communications Division for NCIC/ACJIC compliance regulations.

DISCLAIMER: The information contained in this transmission is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of or taking of any action in reliance in the contents of this Tele-copied information is strictly prohibited. If you have received this transmission in error, please notify us.

## ALABAMA DEPARTMENT OF CORRECTIONS
## CENTRAL COMMUNICATIONS INCIDENT REPORT

Type of Incident: __Accident Involving DOC Vehicle__    Institution: __Elmore C C__

Victim(s) __Willie Ambers, COI__    AIS# __N/A__    R/S __B/M__    DOB: __09/15/55__

Suspect(s) _____    AIS# _____    R/S _____    DOB: _____

Sentenced From: _____    Date of Sentence: _____

Crime _____    Length of Sentence _____

Date: __09/21/04__    Time: __2:00__    Location: __Highway 231 South, Montgomery__

**Brief Narrative:**
On 09/21/04 Officer Willie Ambers was involved in an accident. The van he was driving was rearended on Highway 231 South (Montgomery). A total of nine (9) inmates were injured. Joey Dennis W/224604, Marcus Jackson B/187650, Larry Lambert W/195129, Marvin Nation W/141669, Donald Perdue B/213809, Douglas Spears W/184120, Douglas Thompson W/166485R, Leamon Tucker B/125736, all sustained non-life threating injuries. Inmate Paul Laco W/197687 sustained life threating injuries and is currently at Baptist South Hospital in Montgomery, Alabama.

Official Reporting: __Capt John Matthes__    Date: __09/21/04__    Time: __4:00 PM__

Receiver of Report: __PCO Keetley__    DOC Communication Div.

Dep. Commissioner: __Greg Lovelace   E-Mail__    Date: __09/21/04__    Time: __PM__

Inst. Coordinator: __Roy Hightower   E-Mail__    Date: __09/21/04__    Time: __PM__

Investigations: __Paul Barfoot   FAX__    Date: __09/21/04__    Time: __PM__

Comm Corr Dir: __Steve Hayes   E-Mail__    Date: __09/21/04__    Time: __PM__

Central Records: __Notified by E-Mail__    Date: __09/21/04__    Time: __PM__

Public Info Officer: __Brian Corbett   E-Mail__    Date: __09/21/04__    Time: __PM__

Central Classification __Paul Whaley   E-Mail__    Date: __09/21/04__    Time: __PM__





*State of Alabama*

*Alabama Department of Corrections*

D.O.C. Central Communications /Staton Correctional Facility
P.O. Box 56
Elmore, Alabama 36025
Phone: 334-567-2221- Fax: 334-567-0704

**Bob Riley**
GOVERNOR

**Willie Thomas**
WARDEN III

**Donal Campbell**
COMMISSIONER

**Leon Forniss**
WARDEN II

Ref:    Escapes/Recaptures/Major Incidents and Important Teletypes

This fax is being sent to several locations at the same time.  When received at your location, please make copies and give a copy to each person or department on your list.

| D.O.C. CENTRAL OFFICE | | SEPTEMBER 17, 2004 |
|---|---|---|
| Commissioner | Donal Campbell | " |
| Ex Asst. Commissioner | Steve Hayes | " |
| Deputy Commissioner | Greg Lovelace | " |
| Institutional Coordinator | Roy Hightower | " |
| Public Information Officer | Brian Corbett | " |
| Comm. Corr. Program Dir. | Steve Hayes | " |
| R.M.E. | David Horn | " |
| | | SEPTEMBER 24, 2004 |

**INVESTIGATION & INTELLIGENCE**
Paul Barfoot                    Central I & I
Scotty Wells                   Birmingham I & I
John Walls                     Northern I & I
Donnie Nunley              Southern I & I

**CENTRAL RECORDS DIVISION**
Katrina Atkins / Aurelia Adams

**CENTRAL CLASSIFICATION**
Paul Whaley

**KILBY CORRECTIONAL FACILITY**
Warden Rowell
Classification
Receiving
Medical Records

*State of Alabama*

## Alabama Department of Corrections

Staton Correctional Facility
P.O. Box 56
Elmore, Alabama 36025
Phone: 334-567-2221- Fax: 334-567-0704

BOB RILEY
GOVERNOR

WILLIE THOMAS
WARDEN III



DONAL CAMPBELL
COMMISSIONER

LEON FORNISS
WARDEN II

### COMMUNICATION DIVISION

TO: _ELMORE CC_    DATE: _9-21-04_

ATTENTION: _CAPT MATTHEWS_    FAX#

RE: CRIMINAL HISTORY    DRIVERS HISTORY    WANTED PERSON CHECK    (VEHICLE REGISTRSTION)

WE ARE BEGINNING TO SEND A COMMUNICATION OF ___3___ PAGES INCLUDING COVER SHEET.

PLEASE CONTACT _PCO KEETLEY_ AT STATON CORRECTIONAL FACILITY SHOULD YOU NOT RECEIVE ALL PAGES.

### COMMENTS

_TAG CHECK    8A 0031 J_

INFORMATION: _____ R/S ___ DOB ___

RECEIVED BY: _John Matthews_    DATE: _9/21/04_

**NOTE:** Person receiving the above information must sign this cover sheet and fax back to Staton Correctional Facility's Communications Division for NCIC/ACJIC compliance regulations.

**DISCLAIMER:** The information contained in this transmission is intended only for the use of the individual or entity named above. If you are not the intended recipient, your are hereby notified that any disclosure, copying, distribution of or taking of any action in reliance in the contents of this Tele-copied information is strictly prohibited. If you have received this transmission in error, please notify us.

VZH.09/21/04 14:44
DR.ALOLN0000.ALO29045C.
TXT
WALKER,GILBERT M JR
1690 MOUNTAIN TRAIL                    WARRIOR                AL 35180
RAC/W. SEX/M. DOB/07231934. HGT/601. WGT/180. HAI/BLN. EYE/BLU.
OLN/1194868. OLT/OPERATOR. EXP/07312006. SOC/424320417
NON-COMMERCIAL STATUS/CURRENT. CLASS/DM
COMMERCIAL STATUS/UNLICENSED   BOAT STATUS/UNLICENSED
SEQ # 0058 MRI # 105651


VZH.09/21/2004 14:44
ALO29045C

NO ACJIC PERSON WANTS NAM/WALKER,GILBERT M JR DOB/07231934 SEX/M RAC/W
NO ACJIC PERSON WANTS OLN/1194868
NO ACJIC PERSON WANTS SOC/424320417
SEQ # 0059 MRI # 105654


VZH.14:46 09/21/2004 105655

ALO29045C

NO NCIC WANT SOC/424320417
NO NCIC WANT OLN/1194868
NO NCIC WANT NAM/WALKER,GILBERT M JR DOB/19340723 RAC/W SEX/M

SEQ # 0060 MRI # 105655

```
VZH.09/21/2004 14:44
RR.ALLICO000.AL029045C.
LIT/PC CAR/TRUCK UP TO 8000 LBS - OR (VAN,CHURCH/PRIV BUS,VOL FIRE DEPT TRUCK)
LIC/8A0031J    LIY/2004
WALKER GILBERT M JR
1690 MTN TRL                              WARRIOR       AL 35180
VIN/   2MEFM75W0XX628820 VMA/MERC VYR/1999 VMO/GRAND MAR VST/4S
CNT/08 DCL/00083304 VCO/GLD
ISS/06102004 EXP/092004


      ***** CAUTION *****
THIS INFORMATION IS BASED ON THE VEHICLE REGISTERED OWNER
THE REGISTERED OWNER MAY NOT BE THE ACTUAL DRIVER OF THE VEHICLE
DRIVER LICENSE NUMBER (DLN) HAS NOT BEEN VERIFIED

OWNER OLS/AL OWNER OLN/1194868

 *** VEHICLE LIABILITY INSURANCE STATUS - UNKNOWN ***
END-OF-TAG-INQUIRY
GRACE PERIOD-COMMERICAL/FLEET-60 DAYS ALL OTHERS-30 DAYS
SEQ # 0055 MRI # 105630




VZH.09/21/2004 14:44
AL029045C
NO RECORD ACJIC LIC/8A0031J.
NO RECORD ACJIC VIN/2MEFM75W0XX628820
SEQ # 0056 MRI # 105632




VZH.14:45 09/21/2004 105633

 AL029045C

NO RECORD LIC/8A0031J
NO RECORD VIN/2MEFM75W0XX628820

SEQ # 0057 MRI # 105633
```

Haynes Ambulance of Alabama, Inc    Date: 9/21/04    Day: Tuesday    E.R.: BMC-S    Dispatch Signature: Chris

### AMBULANCE RUN LOG

| RUN # | METH REC'D | UNIT # | CALL NAME NUMBER | CALL LOCATION | DELIVERED TO | TIME REC'D | DISP OUT | TIME ARR | TIME DPT | TIME ARR | TIME INS | ATTENDANT / DRIVER | DISP | TICKET # / PC2 # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | C | |
| | | | | | | | | | | | | | CW | 4 |
| 50 | CO | 730 | Brown | 231 @ Meriwether 744 961 | BMC-5 968 | 1330 | 1331 | | | | | Jeffcoat | CW | 409214 |
| | | | | | | 1331 | 1342 | 1406 | 1418 | 1455 | Ryland | CW | |
| | | | | | | | | | | | | | CW | |
| 45 | CO | 721 | Brown | 231 @ Meriwether 804 | BMC-5 811 | 1336 | 1336 | | | | | Loare | | 409214 |
| | | | | | | 1336 | 1344 | 1406 | 1413 | 1442 | Grsoha | CW | 409214 |
| 48 | CO | 147 | Brown | 231 @ Meriwether 850 | BMC-5 855 | 1345 | 1345 | | | | | Flowrs / Lucas | CW | 409214 |
| | | | | | | 1345 | 1354 | 1413 | 1422 | 1455 | Patterson | | 409214 |
| 47 | CO | 117 | Brown | 231 @ Meriwether 167 | BMC-5 173 | 1348 | 1348 | | | | | Patterson | | 409214 |
| | | | | | | 1348 | 1405 | 1413 | 1422 | 1509 | T. Haynes | CW | 409214 |
| | | | | | | | | | | | | | CW | |
| | | | | | | | | | | | | | CW | |
| | | | | | | rolled NO Units | | | 1330 | | | | CW | |

# ALABAMA DEPT. OF CORRECTIONS
## INVESTIGATION AND INTELLIGENCE DIVISION

---

### FACSIMILE TRANSMITTAL SHEET

| TO: *Warden Hadley & Bennie* | FROM: *C. P. Barfoot* |
|---|---|
| FAX NUMBER: | DATE: *10/19/04* |
| COMPANY: | TOTAL NO. OF PAGES INCLUDING COVER: *9* |
| PHONE NUMBER: | SENDER'S NAME |
| RE: | YOUR REFERENCE NUMBER: |

---

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

TO: 95671894

**ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT**

SEP 2 8 2004

State Vehicle

## LOCATION AND TIME

Date: 09 21 2004  Time: 1:25  Day of Week: M D W  F S S 03

On Street, Road or Highway: US 231  Street or Road Code: 8160

At Intersection with or Between: Meriwether Rd. Mont. city limit  Code: 5559

## UNIT NO. 1 — DRIVER

Driver Full Name: Gilbert Walker  Street Address: 1690 Mt. Trail  City and State: Warrior, Al.

DOB: 08 23 1934  DL State: Al  Driver License No.: 1198 868

Place of Employment: unemployed

Liability Insurance Co.: State Farm

Year: 01  Travel Road Name: US 231  Road Code: 5006

Vehicle Year: 98  Make: Merc  Model: Mar  VIN: 2MEFM75N0XX628820

Owner's Name: Same as Driver

Wrecker (ROT)   To Where: B&R's Lot - Mont. Al.

## UNIT NO. 2 — DRIVER

Driver Full Name: Willie Ambers  Street Address: PO Box 231314  City and State: Montgomery, Al.

DOB: 08 15 1951  DL State: Al  Driver License No.: 3433477

Place of Employment: Al. Dept of Corrections - Elmore, Al.

Liability Insurance Co.: Self Insured

Travel Road Name: US 231  Road Code: 5006

Vehicle Year: 1987  Make: Dodg  Model: 350  VIN: 2B5NB35Z3VK585894

Owner's Name: Al. Dept of Corrections  Street Address: 10 South Union St.  City: Montgomery Al.

To Where: Owner's Lot - Mont. Al.

CODES

**SEATING**

Unit 1 — 1 2 3 4 5 6 7 8 9

Other Involved Unit (Circle One)
12. Pedestrian
13. Rider of Domestic Animal
14. Occ. of Non-Motorized Vehicle
15. Victim of Drugs Circumstance/ Codes Not Applicable

Unit 2 — 1 2 3 4 5 6 7 8 9

Other Involved Unit (Circle One)
1. Pedestrian
13. Rider of Domestic Animal
14. Occ. of Non-Motorized Vehicle
15. Victim of Other Circumstance/ Codes Not Applicable

Other Involved
Safety Equipment   95

SAFETY EQUIPMENT

**VICTIMS** / N/A

| Name | Address | Taken By | Unit | Seat Pos | Other Type | Age | Sex | Elec Type | Inj Type |
|---|---|---|---|---|---|---|---|---|---|
| Gilbert Walker 1680 mt. Trail | Warrior, Al | | 1 | 1 | A | 30 | M | W | A |
| Baptist South | Haynes Ambulance | | | | | | | | |
| Willie Ampers P.O Box 231314 Montgomery, Al | | | 2 | 1 | A | 49 | M | N/A | |
| Baptist South | Haynes Ambulance | | | | | | | | |

**CODES**

K - Killed    A - Visible or Complaint of Injury    N - No Injury    U - Unknown    Ambulance Attended - Yes
B - Bruise/Abrasion/Swelling    C - Not Visible—Has Pain/Faint    I - Injury    A - Not Applicable

**NARRATIVE AND DIAGRAM**

For Diagram see sheet Four

Officer's Opinion of What Happened

For Narrative see sheet Four

**ROADWAY ENVIRONMENT**

Unit 1 / N/A
Unit 2 / N/A ☒

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 1:29 PM | 1:45 | 1:35 | Tpr. M.Q. Frost |

Witness Full Name: N/A
Witness Full Name: N/A

Name of Investigating Officer: Tpr. M.Q. Frost    Officer ID 041    Agency ALST0300
Name of Other Investigating Officer: Tpr. C. Hardy    Officer ID 455    Agency ALST0300    200

Property Damage Description: Road sign circle marker
Owner: Al. Dept of Tran. 1409 coliseum Blvd   Montgomery, Al. 36109

The data on this report reflects my best knowledge, opinion and belief covering the incident, but no warrant is made as to the factual accuracy thereof.

Signature of Investigating Officer: M.Q. Frost    Date 09-21-04

AST-27
REV. 1/01

## ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Dr# 455588

Local Case No.

**LOCATION AND TIME**

| Month | Day | Year | Time | | Day of Week | County | City | | | Highway Classification | | Local Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

09 21 2004  1:25 AM  M TU W TH F  03

On Street, Road or Highway: US 231   At Intersection of or Between (Node 1) Meriwether Rd. Montg. city limits   And (Node 4)

5006   8160   5559

First Harmful Event: 77   Location: 2   Distance to Fixed Object: 14 Ft.

**UNIT NO — DRIVER / LEFT SCENE / COM VEH / UNIT 1 / VEHICLE**

Type/Usage/Hazardous Cargo/Attachment/Contributing Defect tables

**UNIT NO 3 — DRIVER / LEFT SCENE / COM VEH / VEHICLE OR PEDESTRIAN**

Driver Full Name: Douglas Thompson   Street Address: PO Box 8 Elmore, Al

01 25 1965

Place of Employment: Unemployed

Maneuver/Action: US 231   Road Code: 5006

**CODES**

## SEATING

Codes / Safety Equipment

## VICTIMS

| Name | Address | Unit | Seat Pos. | Injury Type | Age | Sex | Race | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Donald Perdue | PO Box 8 Elmore, Al | 2 | 15 | A | 36 | M | W | M |
| Taken to Baptist South | Taken by Haynes | | | | | | | |
| Joey Reaves | PO Box 8 Elmore, Al | 2 | 15 | A | 26 | M | W | M |
| Taken to Baptist South | Taken by Haynes | | | | | | | |

## NARRATIVE AND DIAGRAM

For DiaGram see sheet four

Officer's Opinion of What Happened:

For Narrative see sheet four

## ROADWAY ENVIRONMENT [E]

Non-Vehicular Property Damage — Description: Road Sign

Owner: Al Dept. of Transportation
1409 Coliseum Blvd
Address: Montgomery, Al 36109

## INVESTIGATION

| Time Police Notified | Time Police Arrived | Time EMS Added | Name of Photographer |
|---|---|---|---|
| 1:29 | 1:45 | 1:35 | Tpr. A. Q. Frost |

Address: Montgomery, Al 36109

Witness Full Name: N/A

Witness Full Name: N/A

Name of Investigating Officer: Tpr. A. Q. Frost — Officer ID: Gug61 — Agency No: Hst 0300
Name of Other Investigating Officer(s) at Scene: Tpr. L. Hardy — Officer ID: 455 — Agency No: Hst 0300

The data on this report reflects my best information, opinion and belief covering this accident, but no warranty is made as to the factual accuracy thereof.

Signature of Investigating Officer: A.Q. Frost

Date: 08-21-04

## ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

AST-27
REV. 1/91

DPS Accident No. #525993

Local Case No.

Shaded Areas To Be Used By Data Processing Only

**LOCATION AND TIME**

| Date | Time | Day of Week | County | City |
|------|------|-------------|--------|------|
| 09 21 2004 | 7:25 | 03 | | |

On Street, Road or Highway: US 231
At Intersection of or Between (Block 1): Meriwether Rd
Add (Block 2): Montg. city limit

| Street or Road No. | Node Code | | |
|--------------------|-----------|--|--|
| 5006 | 8160 | 5559 | |

Feet From | Prime Count 22 | Prime Count 1

Intersection Related: 1 - Node 1 / 2 - Node 2
Dist. on Roadway: 1/4 mi - 10 ft

| Form Number Used | Event Location | Distance to Fixed Object |
|------------------|----------------|--------------------------|
| 77 | 2 | 14 |

**UNIT NO 1 / DRIVER**

Driver Full Name:

**UNIT NO 2 / PEDESTRIAN**

Driver Full Name: Douglas Spears
Street Address: PO Box 8 Elmore, AL.
ZIP: 36025
Telephone No. 567-1400

| Birth | Race | Sex | DL State | Driver License No. |
|-------|------|-----|----------|---------------------|
| 08 30 1975 | W | M | AL | NA |

Place of Employment: Unemployed

Maneuver/Miles: US 231
Road Code: 5006

Speed Limit: 60

CODES

**SEATING**

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/
Codes Not Applicable

Other Involved
Safety Equipment

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/
Codes Not Applicable

Other Involved
Safety Equipment  91

SAFETY EQUIPMENT
01 - None Installed
02 - Not Applicable
03 - Unknown if Any Type

Lap Belt Only
11 - Improper
12 - Proper

Lap/Shoulder Harness
21 - Not Used
22 - Improper
23 - Proper

Shoulder Harness
31 - Not Used
32 - Used

Air Bag
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used

Child Restraints
51 - Child Restraint Used
52 - Child Restraint Not Used

Pedal Cycle/Pedestrian
91 - Reflective Clothing
92 - Non-reflective Clothing

**VICTIMS / N/A**

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Eject Ion | Rest Syst |
|------|---------|---------|----------|-------------|-----|-----|-----------|-----------|
| Paul Lees | PO Box 8 Elmore, Fl | 2 | 15 | A | 35 | M | N | M |
| Taken To: Baptist South | | | | Taken By: Haynes Ambulance | | | | |
| Jerry Lambert | PO Box 8 Elmore, Al | 2 | 15 | A | 35 | M | N | M |
| Taken To: Baptist South | | | | Taken By: Haynes Ambulance | | | | |

CODES

Injury Type
X - Killed
B - Grade / Abrasion / Swelling
A - Visible no Closed-Item Scene
C - Not Visible - Man Pain/Palm

Injured
K - Not
L - Partially
J - Dropped
U - Unknown
N - Not Applicable

First Aid By
A - Ambulance Attended
B - Doctor
D - Paramedic
E - EMT
C - Police
G - Layman
N - None

**NARRATIVE AND DIAGRAM**

For DiaGram see Sheet four

Officer's Opinion of What Happened

For Narrative see sheet four

**ROADWAY ENVIRONMENT / N/A 1 / N/A 2**

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit

Unit 1 / Unit 2

Contributing Road Defect
4 - A-Ramp
1 - Roadside Low
2 - Shoulders High
3 - Holes, Bumps, Etc
8 - Other

Surface Conditions
1 - Dry
2 - Wet
3 - Ditch
4 - Unpaved
8 - Other

Condition
1 - Dry
2 - Wet
3 - Ice
4 - Snowy/Slushy
5 - Muddy
8 - Other

Accident in/Due to Road Construction Zones
Yes / No

Material in Roadway (Contributing)
1 - None
2 - Rocks
3 - Trees/Lights
4 - Etc
5 - Gravel
6 - Oil/Petrol

Material Present
1 - Not Applicable
2 - Natural Environment
3 - Dropped From Vehicle
4 - Already in Road, Etc
5 - Fell From Vehicle
6 - Other
8 - Unknown

Character
1 - Straight - Level
2 - Straight - Grade
3 - Straight - Hillcrest
4 - Straight - Hillcrest
5 - Curve - Level
6 - A - Curve - Grade
7 - Curve - Hillcrest
8 - Curve - Hillcrest

Vision Obscured By
97 - Not Obscured
1 - Buildings
2 - Signboard
3 - Trees, Crops, Bushes
4 - Blowing Snow/Sand
5 - Hillcrest
6 - Curve in Road
7 - Fog
8 - Moving Vehicle(s)

10 - Blinded by Sunlight
11 - Fire/Smoke
12 - Dust
13 - Blinded by Headlight
14 - Embankment
15 - Rain on Windshield
16 - Snow on Windshield
98 - Other
99 - Unknown

Traffic Control
1 - Police Officer
2 - R.R. Warning Gates
3 - R.R. Flashing Lights
4 - R.R. Cross Bucks/Post, Mark
5 - Pedestrian Control
6 - Traffic Signal
7 - Flashing Beacon
8 - Stop Signs
9 - Yield Sign
10 - Lane Control Device

11 - Fences
12 - No Parking Zone
97 - None
98 - Other

Traffic Control Functioning
Yes / No
N/A / N/A

Opposing Lanes Separated By
97 - None
1 - Raised Surface
2 - Unpaved Surface
3 - Broken Painted Line
4 - Solid Painted Line
5 - Double Barrier
6 - Metal Guard Rail
7 - Fence
98 - Other Barrier

Trafficway Lanes
1 - One Lane
2 - Two Lanes
3 - Three Lanes
4 - Four Lanes
5 - Five Lanes
6 - Six Lanes or More

One-Way Street
Yes / No

DOT Railroad Crossing No.

**INVESTIGATION**

Light
1 - Daylight
2 - Dawn
3 - Dusk
4 - Darkness-Road Not Lit
5 - Darkness-Road Lit

Weather
1 - Clear
2 - Cloudy
3 - Fog
4 - Other
5 - Sleet/Hail
6 - Snowing
7 - Rain

Length
1 - Open Country
2 - Residential
3 - Business
4 - Mfg./Industrial

5 - School
6 - Playground
7 - Other

Non-Vehicular Property Damage
1 - None Visible
2 - Light
3 - Moderate
4 - Severe

Property Damage Description

Whose: Road Sign/Mile Marker

Owner: Al. Dept of Transportation
1409 Coliseum Blvd

Address: Montgomery, Al 36109

Time Police Notified 1:29 AM
Time Police Arrived 1:45 AM
Time EMS Arrived 1:35 AM

Name of Photographer: Tpr. A.Q. Frost

Telephone

Witness Full Name: NA

Address

Witness Full Name: NA

Address

Name of Investigating Officer: Tpr. A.Q. Frost
Name of Other Investigating Officer at Scene: Tpr. C. Hardy

Officer ID: 441
Officer ID: 455

Agency ORI: AST0300
Agency ORI: AST0300

Supervisor Reviewed: 7000

The data on this report reflects my best knowledge, opinion and belief, showing this accident, has not verified is made all in the mutual injuries therein.

Signature of Investigation Officer: A.Q. Frost
Date: 09-21-04

# ALABAMA
## UNIFORM TRAFFIC ACCIDENT REPORT

6525993

| | | | SHEET | 4 | OF | 4 | SHEET(S) |

AST No. 3A Rev. 6/86    **SUPPLEMENTAL SHEET**

| | | Unit No. | Unit Pos. | Injury Type | Age | Sex | Position | First Aid Fa. |
|---|---|---|---|---|---|---|---|---|

**ADDITIONAL ACCIDENT VICTIMS**

| # | Name / Taken to | Address / Taken by | Unit No. | Unit Pos. | Injury Type | Age | Sex | Pos. | First Aid |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Name: Marcus Jackson  Taken to: Baptist South | Address: PO Box 8 Elmore, Al.  Taken by: Haynes Ambulance | 2 | 15 | A | 25 | M | N | M |
| 4 | Name: Mervin Nation  Taken to: Baptist South | Address: PO Box 8 Elmore, Al.  Taken by: Haynes Ambulance | 2 | 15 | A | 38 | M | N | M |
| 5 | Name: Douglas thompson  Taken to: Baptist south | Address: PO Box 8 Elmore, Al  Taken by: Haynes Ambulance | 3 | 12 | A | 39 | M | A | M |
| 6 | Name: Douglas Spears  Taken to: Baptist South | Address: PO Box 8 Elmore, Al.  Taken by: Haynes Ambulance | 4 | 12 | A | 29 | M | A | M |
| 7 | Name:  Taken to: | Address:  Taken by: | | | | | | | |
| 8 | Name:  Taken to: | Address:  Taken by: | | | | | | | |
| 9 | Name:  Taken to: | Address:  Taken by: | | | | | | | |
| 10 | Name:  Taken to: | Address:  Taken by: | | | | | | | |
| 11 | Name:  Taken to: | Address:  Taken by: | | | | | | | |
| 12 | Name:  Taken to: | Address:  Taken by: | | | | | | | |

**ADDITIONAL NARRATIVE SPACE**

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

Unit #1 was north bound on US 231 when it ran off the right edge of the roadway and struck a road sign (104 mile marker). The vehicle the traveled approximately 104 feet on the shoulder of the roadway before striking unit #2.

Unit #2, an Alabama Department of Corrections van occupied by a driver and 6 state of Alabama prison inmates, was parked on the north bound shoulder of US 231. Two other state inmates (units 3 and 4) standing next to unit #2 were also injured by the collision.

The driver of unit #1 stated all he remembered was driving on US 231, then waking up sitting in a field. The driver further stated he knew he had hit something but he didn't know what.



AST-25
REV 1/91

*State Vehicle*
## ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

SEP 28 2004

Accident No. 4525900

Shaded Areas To Be Used By Data Processing Only



| | | | | | |
|---|---|---|---|---|---|
| Date 09/21/2004 | Time 1:25 AM/PM | Day of Week M T W TH F S S 03 | | | Total 00 |

**LOCATION AND TIME**

On Street, Road or Highway US 231 — Meriwether Rd. Montg. City Limit

At Intersection or a Between (Note 1) — S006 8160 5559

**UNIT NO 1**

Gilbert Walker 11092 Mt. Trail Warrior, Al   Telephone No. 205
07/23/1934   Ala 91   1194 868   State Farm   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
Place of Employment: Unemployed

1788 Merc Mar 4d   MEFM7SNOXX628820   1D4 A 832Y   91 2005
Same as Driver

Wrecker (?ROT)                    B & S Lot — Montg. Al

**UNIT NO 2**

Willie Ambres PO Box 231314 Montgomery, Al   Telephone No. 334
09/15/1955   Ala   3433477   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
Place of Employment: AL Dept. of correction — Elmore, Al   Self Insured

1997 Dodg 750 NA 2B5NR32Z3VK585894   53134B   91 NA
Al Dept of correction 101 South Union St. Montgomery Al 36130

Owner   NONE                    (owner's Lot - Montg. Al)

**CODES**

OCT-18-2004 10:46  FROM:D.O.C. I&I DIVISION 334-353-8922          TO:95677451          P:3/9

| | | | | | | |
|---|---|---|---|---|---|---|

**SEATING**

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Managed Vehicle
15 - Victim in Other Environment/Ratio Not Applicable

Driver Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Managed Vehicle
15 - Victim or Other Environment/Codes Not Applicable

CODES
SAFETY EQUIPMENT

Total Safety Equipment: 95

**VICTIMS**

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejec Path | Eject |
|---|---|---|---|---|---|---|---|---|
| Gilbert Walker 1680 mt. Trail Warrior Al | | 1 | 1 | A | 20 | M | N | M |
| Baptist South | Harmes Ambulance | | | | | | | |
| willie Ampas PO Box 231214 Montgom Al | | 2 | 1 | A | 49 | M | N | M |
| Baptist South | Harmes Ambulance | | | | | | | |

**NARRATIVE AND DIAGRAM**

For DiaGram see sheet Four

Officer's Opinion of What Happened:

For Narrative see sheet Four

**ROADWAY ENVIRONMENT**

Traffic Control
N/A

Property Damage Description:
Road Sign Curb Marker
Rural Al. West of Tram
1409 coliseum Island

**INVESTIGATION**

| Light | Weather | Locale | Non-Vehicular Property Damage |
|---|---|---|---|

Type Police Notified: 1:29   Time Notice Arrived: 1:45   Time EMS Arrived: 1:35   Name of Photographer: Tpr. M.Q. Frost   Address: Montgomery Al 36108

Property Full Name: NA

Witness Full Name: NA

Name of Investigating Officer: Tpr. M.Q. Frost   Officer ID: 441   Troop A STO300

Name of Other Investigating Officer in Charge: Tpr. C. Hardy   Officer ID: 455   Troop A STO300

Signature of Investigating Officer: M.Q. Frost   Date 09-21-04

OCT-18-2004 10:47  FROM:D.O.C. I&I DIVISION 334-353-8922    TO:95677451    P:4/9

AST-27
REV. 1/91

## ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

**LOCATION AND TIME**

| Date | 09 | 21 | 2004 | Time | 1:25 | Day of Week M (T) W TH F SA SU | County | 03 | City | Rural | Highway Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|

On Street, Road or Highway: US 231
At Intersection with or Between (Node 1): Meriweather Rd. Mont. city limit

5006    8160    5559

Off Road On Side: 1100400

First Harmful Event: 77    Event Location: 2    14

**UNIT NO — LEFT SCENE — COM VEH — UNIT 1**

(form fields largely blank)

Type / Usage / Hazardous Cargo / Attachment / Contributing Defect / Circle areas Damaged On Diagram

**UNIT NO 2 — ENTER — LEFT SCENE — COM VEH — VEHICLE OR PEDESTRIAN**

Name (Driver/Pedestrian): Douglas Thompson
Street Address: P.O. Box 8  Elmore, Al  36025
Telephone No: 567-1466
Race: W  Sex: M  NA
Date: 01 25 1965
Driver License No: NA

Place of Employment: Unemployed
Liability Insurance Co.: NA
Social Security No: Unknown

Driver/Ped: Not 0efect  Apparently Asleep  Fatigued  Other  Unknown

Measures: 71  Travel Road Name: US 231
5006    77    15    2

Type:
1. Auto    11. Moped
2. Stat Wagon    12. M. Scooter
3. Pick Up    13. Pedal Cycle
4. Van    14. Farm Mach.
5. Truck Tractor    15. Train
6. Other Truck    16. Road Equip.
7. Comm. Bus    17. Ridden Animal
8. School Bus    18. At Home (R.V.)
9. Other Bus    19. ATV
10. Motorcycle    98. Other

Usage:
1. Personal    10. Police
2. Driver Trng.    11. Other Business
3. Construction
4. Ambulance/Paramedical    12. Sch/Pass. Transport.
5. Military    13. Fire Fighting
6. Road Equip.
7. Transport Prop.
8. Agriculture    Placard
9. Wrecker/Tow    Yes  No  NA

**CODES**

(extensive coded reference tables at bottom — Contributing Circumstances, Driver Movement, Pedestrian Action, etc.)

OCT-18-2004 10:48  FROM:D.O.C. I&I DIVISION 334-353-8922    TO:95677451    P:5/9

**SEATING**

CODES

**UNITS**

Donald Pardue PO Box 8 Elmore, AL   2 15 A 38 M N M
Baptist South                        Haynes
Joey Prann  PO Box 8 Elmore, Al   2 15 A 26 M N M
Baptist South                        Haynes

**CODES**

**NARRATIVE AND DIAGRAM**

For Diagram see sheet four

Officer's Opinion of What Happened

For Narrative see sheet four

**ROADWAY ENVIRONMENT**

**INVESTIGATION**

| | | | | |
|---|---|---|---|---|
| Decision | Road Sign | | | |
| Owner | Al Dept of Transportation | | | |
| | 1409 Coliseum Blvd. | | | |

Time Police Notified 1:29  Time Police Arrived 1:45  Time EMS Arrived 1:35  Name of Photographer Tpr. A.G. Frost
Address Montgomery AL 36109

Witness Full Name  N/A
Witness First Name  N/A

Name of Investigating Officer  Tpr. A.G. Frost   Badge ID 441   Agency # #340300
Name of Other Investigating Officer(s) at Scene  Tpr. E. Hardy   Badge ID 455   Agency # #340300   Supervisor Reviewed 200

The data on this report reflects our best knowledge, opinion and belief scouring this accident, but do warrant to bind us to any internal accuracy thereof.
Signature of Investigating Officer  A.G. Frost   Date 09-21-04

ACT-2A
REV. 1/91

## ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS Accident No. 525303

Sheet 2 of 2   Line No.   Local Line No.

**LOCATION AND TIME**

Date 09/21/2004   Time 1:25 PM   Day of Week W   County   City

On Street, Road or Highway: US 231   At Intersection of or Between (Node 1) And (Node 2): Meriwether Rd Mont. city Limit

Street or Road Code 8160   Node Code 5559

Intersection Related: 1 - Node 1, 2 - Node 2   With Road: Meriwether

Control Access: 1 - Male Rd, 2 - Frontage Rd, 3 - Interchange, 4 - Entrance Ramp, 5 - N/A

Feet/Miles: 22

First Harmful Event 77   Event Location 2   Distance to Fixed Object 14 FT.

---

**UNIT NO**  ☒  LEFT SCENE  COM VEH

**UNIT 1**

Driver Full Name   Street Address   City and State   Zip   Telephone No.

---

**UNIT NO**  ☐  LEFT SCENE  COM VEH   ☒ VEHICLE OR PEDESTRIAN

**UNIT 2**

Driver/Pedestrian Full Name: Douglas Sports   PO Box 8 Elmore, AL   36025 567-1460

08   Day 31   1975   WMNA   NA   N   N   N   XXX-XX-8570

Place of Employment: Unemployed   Liability Insurance Co: NA

Maneuver/Action 11   Street Road Name: US 231   Road Code 5006   Travel Direction: N E S W   77   15   2

OCT-18-2004 10:51  FROM:D.O.C. I&I DIVISION 334-353-8922    TO:95677451    P:7/9

**SEATING**

**CODES**

SAFETY EQUIPMENT

Upper Township Unit
(Check One)

Lower Township Unit
(Check One)

Other Involved Unit
Safety Equipment  **91**

**VICTIMS**

| Name | Address | Unit No | Seat Pos | Inj Type | Age | Sex | Res Sta | Ejec Area |
|------|---------|---------|----------|----------|-----|-----|---------|-----------|
| Paul Lets  P.O. Box 8 Elmore, Al | | 2 | 15 | A | 35 | M | N | M |
| Taken To  Baptist South | Haynes Ambulance | | | | | | | |
| Larry Lambert P.O. Box 8 Elmore, Al | | 2 | 15 | A | 35 | M | N | M |
| Taken To  Baptist South | Haynes Ambulance | | | | | | | |

**CODES**

Injury Type — A - Visible or Claimed from Scene  O - Not Visible - Non Pole/Paint

**NARRATIVE AND DIAGRAM**

For DiaGram see Sheet four

Other's Opinion of What Happened:

For Narrative see sheet four

**ROADWAY ENVIRONMENT**

**INVESTIGATION**

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 1:29 | 1:45 | 1:35 | Tpr. A.Q. Frost |

Drawing Full Name: NA

Witness Full Name: NA

Name of Investigating Officer: Tpr. A.Q. Frost

Name of Other Investigating Officer: Tpr. C. Hardy

Officer ID: 441
Officer ID: 453

Agency ORI: Sta0300
Agency ORI: Sta0300

Signature of Investigating Officer: A.Q. Frost

Date: 09-31-04

OCT-18-2004 10:51 FROM:D.O.C. I&I DIVISION 334-353-8922    TO:53677451    P:8/9

## ALABAMA
### UNIFORM TRAFFIC ACCIDENT REPORT

$525000

LOCAL CASE NO.

| SHEET | 4 | OF | 4 | SHEET(S) |
|-------|---|----|---|----------|

AST No. 34 Rev. 4/88

### SUPPLEMENTAL SHEET

| | | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| **ADDITIONAL ACCIDENT VICTIMS** | **3** Name Marcus Jackson PO Box 8 Elmore, Al. Taken to Baptist South  Taken by Haynes Ambulance | 2 | 15 | A | 25 | M | N | M |
| | **4** Name Marvin Nation PO Box 8 Elmore, Al. Taken to Baptist South  Taken by Haynes Ambulance | 2 | 15 | A | 38 | M | N | M |
| | **5** Name Douglas thompson PO Box 8 Elmore, Al Taken to Baptist south  Taken by Haynes Ambulance | 3 | 12 | A | 39 | M | A | M |
| | **6** Name Douglas Spears PO Box 8 Elmore, Al. Taken to Baptist south  Taken by Haynes Ambulance | 4 | 12 | A | 29 | M | A | M |
| | **7** Name  Taken to  Taken by | | | | | | | |
| | **8** Name  Taken to  Taken by | | | | | | | |
| | **9** Name  Taken to  Taken by | | | | | | | |
| | **10** Name  Taken to  Taken by | | | | | | | |
| | **11** Name  Taken to  Taken by | | | | | | | |
| | **12** Name  Taken to  Taken by | | | | | | | |

### DESCRIBE WHAT HAPPENED (Refer to vehicles by number)

Unit #1 was north bound on US231 when it ran off the right edge of the roadway and struck a road sign (164 mile marker). The vehicle The traveled approximately 104 feet on the shoulder of the roadway before striking unit #2.

Unit #2, an Alabama Department of Corrections van occupied by a driver and 6 state of Alabama prison Inmates, was parked on the northbound shoulder of US231.

Two other state Inmates (units 3 and 4) standing next to unit #2 were also injured by the collision.

The driver of unit #1 stated all he remembered was driving on US231, then waking up seating in a field. The driver further stated he knew he had hit something but he didn't know what.

