IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY MAE SHIPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-0853-MHT |
| | ) | (WO) |
| SHAWN SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on November 21, 2006 (Doc. 10), that this case be dismissed without prejudice for failure of the plaintiff to prosecute this action.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of December, 2006.

                                         /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE