**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 7, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Marvin Kurt Nation v. Willie Ambers, et al.

Case Number: 2:06-cv-693-ID

**Notice of Correction is filed this date to advise that the referenced Opinion was e-filed today in the wrong case.**

**This Opinion is hereby STRICKEN From the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**