IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARVIN KURT NATION, #141669,

    Plaintiff,

versus.                                                  Civil Action No:
                                                         (2:06-CV-693-ID)
WILLIE AMBERS, et al.,

    Defendants.

### MOTION REQUESTING THAT THE COURT REQUIRE THE CLERK OF THE COURT TO ATTEMPT PROCESS OF SERVICE OF THE COMPLAINT UPON THE DEFENDANT WILLIE AMBERS

Comes now, the Plaintiff in the above stlye manner, and Motion this Honorable Court to require the Clerk of the Court to attempt process of service upon the Defendant Willie Ambers at the enclosed address in which has been supplied by the Honorable Tara S. Knee, Assistant General Counsel in compliance with this Hoorable Court's Order dated on the 19th day of October, 2 0 0 6, in which the following address is alleged to be the last known address of the Defendant Willie Ambers to be. . . .

    MR. WILLIE AMBERS
    POST OFFICE BOX 231314
    MONTGOMERY, ALABAMA
           36123

. . . and the plaintiff respectfully request that this Honorable Court permit the service of process upon the defendant at this time so that this matter will continue in an orderly manner.

Done on this the 26th day of October, 2006.

                                    Respectfully Submitted,

                                    MARVIN KURT NATION
                                       Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants by placing a copy of the same in the United States mail properly stamped and addressed to the Defendants at:

```
         STATE OF ALABAMA
   OFFICE OF THE ATTORNEY GENERAL
   C/O HON. TROY KING, ATTY. GEN.
     Attn: HON. TARA KNEE, A. G. C.
   ALABAMA DEPARTMENT OF CORRECTIONS
            LEGAL DIVISION
        301 SOUTH RIPLEY STREET
        POST OFFICE BOX 301501
     MONTGOMERY, ALABAMA 36130-1501
```
------------------------------------------

```
   RUSHTON, STAKELY, JOHNSTON & GARRETT
           ATTORNEYS AT LAW
         POST OFFICE BOX 270
      MONTGOMERY, ALABAMA 36101-0270
```
------------------------------------------

...on this the 26th day of October, 2006.

_____
MARVIN KURT NATION
Plaintiff

cc: ADDRESS OF PLAINTIFF.
    MARVIN KURT NATION
    AIS# 141669  UNIT# 6/28
    G. K. FOUNTAIN CORR. FAC.
    FOUNTAIN 3800
    ATMORE, ALABAMA 36503

2