IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| MARVIN KURT NATION, #141 669 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-693-ID |
| WILLIE AMBERS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Court Order Directing the Clerk to Attempt Service of Process on Defendant Ambers, and as Defendant Ambers has been served with the complaint and filed an answer and special report thereto (*see* Doc. No. 27), it is

ORDERED that the motion (Doc. No. 31) be and is hereby DENIED.

Done, this 13th day of December 2006.

　　　　　　　　　　　　　　　　　　　/s/Delores R. Boyd
　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　UNITED STATE MAGISTRATE JUDGE

Case 2:06-cv-00693-ID-TFM    Filed 12/13/2006    Page 2 of 2