Cover Sheet for
Motion for Status and
Appointment of Counsel

2007 [...] 50

Marvin Kurt Nation, #[...] 669
(Plaintiff)

vs.

Willie Ambers, et al,.
(Defendants)

Civil Action
# 2:06-CV-693-ID
(WO)

In The United States District Court
For The Middle District of Alabama
Northern Division
RE

| | |
|---|---|
| Marvin Kurt Nation, #141669 (Plaintiff) VS Willie Ambers, et Al., (Defendants.) | Civil Action # 2:06-CV-693-ID (WO) |

## Motion for Status, and Appointment of Counsel

Comes now plaintiff in the above styled action, request to the honorable court for an status, and for a consideration for an appointment of Counsel, for the following reasons.

1.) Plaintiff wish the court for an status on this action.

2.) And for consideration for an appointment of Counsel. The Inmate that was working on this action is no longer in the same prison with me here at G.K. Fountain. I have no knowledge of the law, and need legal help for this is a meritus case.

Copys to defendants
Willie Ambers &
Prison Health Services

Respectfully Submitted
on this 8th day Oct. 2007
Marvin K Nation   AIS 141669
Fountain C.C. P.O. Box 3800
Atmore, Al. 36503-3800

Marvin K Nation
#141669 E-20-A
3800 Fountain
Atmore Al. 36503

LEGAL



MOBILE AL 366
09 OCT 2007 PM 1 L

Office of the Clerk
United States District Court
P.O Box 711
Montgomery, Alabama 36101-0711

