IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

MARVIN KURT NATION,

    Plaintiff,

v.                            CASE NO. CV-06-693

WILLIE AMBERS, ET AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Willie Ambers__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [■] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | N/A |

12/21/2007
Date

/s/ Neal P. Conner
(Signature)

Neal P. Conner
(Counsel's Name)

Willie Ambers
Counsel for (print names of all parties)

301 South Ripley Street
Montgomery, AL 36130
Address, City, State Zip Code

334-353-3890
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Neal P. Conner, do hereby Certify that a true and correct copy of the foregoing has been furnished by U. S. mail, postage prepaid (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21 day of December 20 07, to:

Marvin Kurt Nation, AIS#141669

Unit 7/70

G.K. Fountain Correctional Facility

3800 Fountain

Atmore, AL 36503

12/21/2007
Date

/s/ Neal P. Conner
Signature