MARVIN KURT NATION # 141669
ELMORE CORRECTIONAL CENTER
P.O. BOX 8
ELMORE, AL 36025

2008 MAY 28 A 10: 45

LURA P. HACKE[T]
U.S. DISTRICT COU[RT]
MIDDLE DISTRICT AL[A]

Melissa Rittenour, Clerk
U.S. Middle District Court
15 Lee St.
P.O. Box 711
Montgomery, Al 36101-0711


Ref; Change of Address (CV-693-ID)  (WO)


Dear Ms. Rittenour,

This letter is to notify the court of the address change in the above styled cause. Please enter this change of address to the records.


Marvin Kurt Nation #141669
Elmore Correctional Center
P.O. Box 8
Elmore, Al 36025


In closing many thanks to any and all information concerning this matter.


Thanks,

*Marvin K Nation*