MARVIN KURT NATION # 141669
ELMORE CORRECTIONAL CENTER
P.O. BOX 8
ELMORE, AL 36025

RECEIVED

2008 JUL 23 A 10: 35

DEBRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Melissa Rittenour, Clerk
Federal Bldg. & U.S. Courthouse
15 Lee St.
P.O. Box 711
Montgomery, Al 36101-0711

Ref; Change of Address (CV-693-ID)  (WO)

Dear Ms. Rittenour,

This letter is to notify the court of the address change in the above styled cause. Please

enter this change of address to the records.

Marvin Kurt Nation # 141669

116 Dogwood St.
Daleville Al. 36322

In closing many thanks to any and all information concerning this matter.

Thanks,

Marvin Nation

7-21-08

Marvin Watson
116 Dogwood st.
Daleville Al. 36322



Clerk of the Court
United States District Court
middle District
Montgomery Al. 36104