IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN NATION, #141669, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:06cv693-ID |
| v. ) | WO |
| ) | |
| ) | |
| WILLIE AMBERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On July 23, 2008, the Magistrate Judge filed a Recommendation in this case (Doc. No. 41) to which no timely objections have been filed.  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, said Recommendation is hereby adopted, and it is ORDERED that Defendants' motion for summary judgment be and the same is hereby GRANTED and that this action is hereby DISMISSED with prejudice.

A judgment in accordance with this Order shall be entered separately.

Done this 5th day of August, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE